# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

LONZA GROUP AG,                      )

                           )

        Plaintiff,            )

                           )

        v.                 )      Civil Action No. _____

                           )

NORTHWEST BIOTHERAPEUTICS, INC.,  )

                           )      **JURY TRIAL DEMANDED**

        Defendant.         )

## COMPLAINT

Plaintiff Lonza Group AG ("Lonza"), by its attorneys, files its Complaint against Defendant Northwest Biotherapeutics, Inc. ("Northwest"), and states as follows:

### NATURE OF THE ACTION

1.    This is an action arising under the Patent Laws of the United States, 35 U.S.C. § 1, *et seq.*, and more specifically 35 U.S.C. § 271, *et seq.*, for patent infringement by Northwest of various United States Patents owned or exclusively licensed by Lonza relating to recombinant DNA methods, sequences, vectors, cell lines, and host cells.

### PARTIES

2.    Plaintiff Lonza Group AG is a corporation organized and existing under the laws of Switzerland, with its principal place of business at Basel, Switzerland. Lonza's predecessors include Alusuisse Lonza Group AG and Alusuisse Holdings AG.

3.    On information and belief, Defendant Northwest Biotherapeutics, Inc. is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business at 18701 120th Avenue NE, Suite 101, Bothell, Washington 98011.

## JURISDICTION AND VENUE

4.    This action arises under the Patent Laws of the United States, Title 35, United States Code.  This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5.    This Court has personal jurisdiction over Defendant Northwest because it is a Delaware corporation and therefore is a citizen of the State of Delaware.

6.    Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c) and 28 U.S.C. §§ 1400(b) because Defendant Northwest is a Delaware corporation and therefore resides in the State of Delaware.

## FACTS

7.    Lonza directly and through its various subsidiaries and affiliates is a leading worldwide supplier of glutamine synthetase ("GS") gene expression systems that involve the use of patented processes for recombinant DNA methods, sequences, vectors, cell lines and host cells.

8.    Lonza is the exclusive sub-licensee in and to U.S. Patent No. 5,122,464, entitled "Method for Dominant Selection in Eucaryotic Cells," which was duly and properly issued by the U.S. Patent and Trademark Office on June 16, 1992 in the name of Richard Wilson and Christopher Bebbington (the "Wilson '464 Patent").  A copy of the Wilson '464 Patent is attached hereto as Exhibit 1.

9.    Lonza holds all right, title and interest in and to U.S. Patent No. 5,591,639, entitled "Recombinant DNA Expression Vectors," which was duly and properly issued by the U.S. Patent and Trademark Office on January 7, 1997 in the name of Christopher Bebbington (the "Bebbington '639 Patent").  A copy of the Bebbington '639 Patent is attached hereto as Exhibit

2

2.

10.   Lonza holds all right, title and interest in and to U.S. Patent No. 5,658,759, entitled "Recombinant DNA Expression Vectors," which was duly and properly issued by the U.S. Patent and Trademark Office on June 23, 1998 in the name of Christopher Bebbington (the "Bebbington '759 Patent"). A copy of the Bebbington '759 Patent is attached hereto as Exhibit 3.

11.   Lonza is the exclusive sub-licensee in and to U.S. Patent No. 5,770,359, entitled "Recombinant DNA Sequences, Vectors Containing Them and Method for the Use Thereof," which was duly and properly issued by the U.S. Patent and Trademark Office on June 23, 1998 in the name of Richard Wilson and Christopher Bebbington (the "Wilson '359 Patent"). A copy of the Wilson '359 Patent is attached hereto as Exhibit 4.

12.   Lonza is the exclusive sub-licensee in and to U.S. Patent No. 5,827,739, entitled "Recombinant DNA Sequences, Vectors Containing Them and Method for the Use Thereof," which was duly and properly issued by the U.S. Patent and Trademark Office on October 27, 1998 in the name of Richard Wilson and Christopher Bebbington (the "Wilson '739 Patent"). A copy of the Wilson '739 Patent is attached hereto as Exhibit 5.

13.   Lonza holds all right, title and interest in and to U.S. Patent No. 5,879,936, entitled "Recombinant DNA Methods, Vectors and Host Cells," which was duly and properly issued by the U.S. Patent and Trademark Office on March 9, 1999 in the name of Christopher Bebbington and Geoffrey Yarranton (the "Bebbington '936 Patent"). A copy of the Bebbington '936 Patent is attached hereto as Exhibit 6.

14.   Lonza holds all right, title and interest in and to U.S. Patent No. 5,891,693, entitled "Recombinant DNA Methods, Vectors and Host Cells," which was duly and properly issued by

the U.S. Patent and Trademark Office on April 6, 1999 in the name of Christopher Bebbington, Geoffrey Yarranton and Richard Wilson (the "Bebbington '693 Patent"). A copy of the Bebbington '693 Patent is attached hereto as Exhibit 7.

15.    Lonza holds all right, title and interest in and to U.S. Patent No. 5,981,216, entitled "Transformed Myeloma Cell-Line and a Process for the Expression of a Gene Coding for a Eukaryotic Polypeptide Employing Same," which was duly and properly issued by the U.S. Patent and Trademark Office on November 9, 1999 in the name of John Kenten and Michael Boss (the "Kenten '216 Patent"). A copy of the Kenten '216 Patent is attached hereto as Exhibit 8.

16.    Collectively, the Wilson '464 Patent, Bebbington '639 Patent, Bebbington '759 Patent, Wilson '359 Patent, Wilson '739 Patent, Bebbington '936 Patent, Bebbington '693 Patent, and Kenten '216 Patent are referred to herein as the "Lonza Patents."

17.    As assignee or as exclusive licensee, Lonza owns all substantial rights in the Lonza Patents and is therefore deemed to be the effective patentee for purposes of enforcement of the Lonza Patents against infringers such as Northwest, with the right to recover damages for all past and future infringement of the Lonza Patents.

18.    Medarex, Inc. ("Medarex") is the licensee or sub-licensee from Lonza or its subsidiaries and affiliates of GS gene expression systems that use, employ or incorporate the patented GS expression technology in the Lonza Patents. On information and belief, Medarex sold, licensed or otherwise transferred GS gene expression systems that use, employ or incorporate the patented GS expression technology in the Lonza Patents to Northwest, without legal right or authority, and without the knowledge, permission or approval of Lonza.

19.    Northwest makes, uses, markets, sells, and/or offers for sale autologous immunotherapy products and technologies for use in treatment of cancer and cancer treatment therapies.  Northwest is engaged in Phase II and Phase III clinical trials of dendritic cell-based cancer vaccine therapies known as DCVax®-Brain and DCVax®-Prostate (the "DCVax® Products"), among others.  The DCVax®-Prostate product includes a prostate specific membrane antigen ("PSMA") product that, on information and belief, uses Lonza's patented GS expression technology.  The other DCVax® Products, including DCVax®-Brain and other infringing products and technologies, on information and belief also use Lonza's patented GS expression technology.

20.    Northwest recently obtained authorization for use from the Swiss Institute of Public Health to make the DCVax®-Brain product commercially available for treatment of brain cancer patients in Switzerland.  Northwest intends to begin making the product commercially available to patients in the Third Quarter of 2007.  On information and belief, any and all DCVax®-Brain products marketed, sold or used in Switzerland or elsewhere are manufactured by Northwest in the United States.

21.    Northwest's manufacture, use, marketing, selling, and/or offers to sell the DCVax® Products, and other infringing products or technologies, is not solely for uses reasonably related to the development and submission of information to the U.S. Food and Drug Administration.

22.    Upon first learning of Northwest's use of Lonza's patented technology, Lonza notified Northwest of the Lonza Patents.  After a delay caused by Northwest's financial difficulties and need to obtain additional capital, the parties entered into lengthy licensing negotiations based on Northwest's admitted use of Lonza's GS expression system in

5

manufacturing one of the components in its DCVax®-Prostate product.  A comprehensive license agreement for Northwest's use of the Lonza Patents was drafted and negotiated between the parties but Northwest abruptly refused to execute the final agreement.

23.   Since that time, Lonza has repeatedly requested that Northwest either cease and desist from, or obtain a license from Lonza for, Northwest's use of the patented GS expression technology.  Although Northwest has not denied that it developed its PSMA and DCVax® Products, and others, using Lonza's patented GS expression technology, Northwest has refused and failed to enter into any license agreement with Lonza regarding any or all of the Lonza Patents.

## COUNT I – INFRINGEMENT OF U.S. PATENT NO.  5,122,464

24.   Lonza incorporates herein each and every allegation set forth in paragraphs 1 through 23, above.

25.   Northwest has infringed and continues to infringe the Wilson '464 Patent by Northwest's making, using, marketing, selling, and/or offering for sale the DCVax® Products and other infringing products or technologies in the United States without authority or license from Lonza.

26.   Northwest has contributorily infringed and/or induced others to infringe and continues to contributorily infringe and/or induce others to infringe the Wilson '464 Patent by Northwest's making, using marketing, selling, and/or offering for sale the DCVax® Products and other infringing products or technologies in the United States without authority or license from Lonza.

27.   Upon information and belief, Northwest's infringement of the Wilson '464 Patent has been and continues to be willful.

28.   Lonza has been damaged by Northwest's infringement of the Wilson '464 Patent and will continue to suffer irreparable injury for which there is no adequate remedy at law unless the infringement is preliminarily and permanently enjoined by the Court.

### COUNT II – INFRINGEMENT OF U.S. PATENT NO. 5,591,639

29.   Lonza incorporates herein each and every allegation set forth in paragraphs 1 through 23, above.

30.   Northwest has infringed and continues to infringe the Bebbington '639 Patent by Northwest's making, using, marketing, selling, and/or offering for sale the DCVax® Products and other infringing products or technologies in the United States without authority or license from Lonza.

31.   Northwest has contributorily infringed and/or induced others to infringe and continues to contributorily infringe and/or induce others to infringe the Bebbington '639 Patent by Northwest's making, using marketing, selling, and/or offering for sale the DCVax® Products and other infringing products or technologies in the United States without authority or license from Lonza.

32.   Upon information and belief, Northwest's infringement of the Bebbington '639 Patent has been and continues to be willful.

33.   Lonza has been damaged by Northwest's infringement of the Bebbington '639 Patent and will continue to suffer irreparable injury for which there is no adequate remedy at law unless the infringement is preliminarily and permanently enjoined by the Court.

### COUNT III – INFRINGEMENT OF U.S. PATENT NO. 5,658,759

34.   Lonza incorporates herein each and every allegation set forth in paragraphs 1 through 23, above.

35.   Northwest has infringed and continues to infringe the Bebbington '759 Patent by Northwest's making, using, marketing, selling, and/or offering for sale the DCVax® Products and other infringing products or technologies in the United States without authority or license from Lonza.

36.   Northwest has contributorily infringed and/or induced others to infringe and continues to contributorily infringe and/or induce others to infringe the Bebbington '759 Patent by Northwest's making, using marketing, selling, and/or offering for sale the DCVax® Products and other infringing products or technologies in the United States without authority or license from Lonza.

37.   Upon information and belief, Northwest's infringement of the Bebbington '759 Patent has been and continues to be willful.

38.   Lonza has been damaged by Northwest's infringement of the Bebbington '759 Patent and will continue to suffer irreparable injury for which there is no adequate remedy at law unless the infringement is preliminarily and permanently enjoined by the Court.

## COUNT IV – INFRINGEMENT OF U.S. PATENT NO. 5,770,359

39.   Lonza incorporates herein each and every allegation set forth in paragraphs 1 through 23, above.

40.   Northwest has infringed and continues to infringe the Wilson '359 Patent by Northwest's making, using, marketing, selling, and/or offering for sale the DCVax® Products and other infringing products or technologies in the United States without authority or license from Lonza.

41.   Northwest has contributorily infringed and/or induced others to infringe and continues to contributorily infringe and/or induce others to infringe the Wilson '359 Patent by

Northwest's making, using marketing, selling, and/or offering for sale the DCVax® Products and other infringing products or technologies in the United States without authority or license from Lonza.

42.   Upon information and belief, Northwest's infringement of the Wilson '359 Patent has been and continues to be willful.

43.   Lonza has been damaged by Northwest's infringement of the Wilson '359 Patent and will continue to suffer irreparable injury for which there is no adequate remedy at law unless the infringement is preliminarily and permanently enjoined by the Court.

### COUNT V – INFRINGEMENT OF U.S. PATENT NO. 5,827,739

44.   Lonza incorporates herein each and every allegation set forth in paragraphs 1 through 23, above.

45.   Northwest has infringed and continues to infringe the Wilson '739 Patent by Northwest's making, using, marketing, selling, and/or offering for sale the DCVax® Products and other infringing products or technologies in the United States without authority or license from Lonza.

46.   Northwest has contributorily infringed and/or induced others to infringe and continues to contributorily infringe and/or induce others to infringe the Wilson '739 Patent by Northwest's making, using marketing, selling, and/or offering for sale the DCVax® Products and other infringing products or technologies in the United States without authority or license from Lonza.

47.   Upon information and belief, Northwest's infringement of the Wilson '739 Patent has been and continues to be willful.

48.   Lonza has been damaged by Northwest's infringement of the Wilson '739 Patent and

will continue to suffer irreparable injury for which there is no adequate remedy at law unless the infringement is preliminarily and permanently enjoined by the Court.

COUNT VI – INFRINGEMENT OF U.S. PATENT NO. 5,879,936

49. Lonza incorporates herein each and every allegation set forth in paragraphs 1 through 23, above.

50. Northwest has infringed and continues to infringe the Bebbington '936 Patent by Northwest's making, using, marketing, selling, and/or offering for sale the DCVax® Products and other infringing products or technologies in the United States without authority or license from Lonza.

51. Northwest has contributorily infringed and/or induced others to infringe and continues to contributorily infringe and/or induce others to infringe the Bebbington '936 Patent by Northwest's making, using marketing, selling, and/or offering for sale the DCVax® Products and other infringing products or technologies in the United States without authority or license from Lonza.

52. Upon information and belief, Northwest's infringement of the Bebbington '936 Patent has been and continues to be willful.

53. Lonza has been damaged by Northwest's infringement of the Bebbington '936 Patent and will continue to suffer irreparable injury for which there is no adequate remedy at law unless the infringement is preliminarily and permanently enjoined by the Court.

COUNT VII – INFRINGEMENT OF U.S. PATENT NO. 5,891,693

54. Lonza incorporates herein each and every allegation set forth in paragraphs 1 through 23, above.

55. Northwest has infringed and continues to infringe the Bebbington '693 Patent by

Northwest's making, using, marketing, selling, and/or offering for sale the DCVax® Products and other infringing products or technologies in the United States without authority or license from Lonza.

56.   Northwest has contributorily infringed and/or induced others to infringe and continues to contributorily infringe and/or induce others to infringe the Bebbington '693 Patent by Northwest's making, using marketing, selling, and/or offering for sale the DCVax® Products and other infringing products or technologies in the United States without authority or license from Lonza.

57.   Upon information and belief, Northwest's infringement of the Bebbington '693 Patent has been and continues to be willful.

58.   Lonza has been damaged by Northwest's infringement of the Bebbington '693 Patent and will continue to suffer irreparable injury for which there is no adequate remedy at law unless the infringement is preliminarily and permanently enjoined by the Court.

## COUNT VIII – INFRINGEMENT OF U.S. PATENT NO. 5,981,216

59.   Lonza incorporates herein each and every allegation set forth in paragraphs 1 through 23, above.

60.   Northwest has infringed and continues to infringe the Kenten '216 Patent by Northwest's making, using, marketing, selling, and/or offering for sale the DCVax® Products and other infringing products or technologies in the United States without authority or license from Lonza.

61.   Northwest has contributorily infringed and/or induced others to infringe and continues to contributorily infringe and/or induce others to infringe the Kenten '216 Patent by Northwest's making, using marketing, selling, and/or offering for sale the DCVax® Products

11

and other infringing products or technologies in the United States without authority or license from Lonza.

62.    Upon information and belief, Northwest's infringement of the Kenten '216 Patent has been and continues to be willful.

63.    Lonza has been damaged by Northwest's infringement of the Kenten '216 Patent and will continue to suffer irreparable injury for which there is no adequate remedy at law unless the infringement is preliminarily and permanently enjoined by the Court.

**WHEREFORE**, Plaintiff Lonza Group AG prays for judgment as follows:

A.    Enter judgment that Northwest has infringed, contributorily infringed and/or actively induced others to infringe the Lonza Patents;

B.    Enter judgment that Northwest's infringement of the Lonza Patents is willful;

C.    Enter preliminary and permanent injunctions permanently enjoining Northwest, its parents, subsidiaries, affiliates, officers, directors, servants, managers, employees, agents, successors and assigns, and all persons in active concert or participation with any of them, from infringing, contributorily infringing, and/or actively inducing others to infringe the Lonza Patents and that Northwest be ordered to destroy or offer up to Lonza for destruction any and all DCVax® Products and/or any other products within the scope of the claims of the Lonza Patents that are within Northwest's possession, custody or control;

D.    Award Lonza all damages sufficient to compensate it for Northwest's infringement of the Lonza Patents, including lost profits and price erosion, but in no case less than a reasonable royalty, together with pre-judgment and post-judgment interest and costs, pursuant to 35 U.S.C. § 284;

E.     Award Lonza increased damages, pursuant to 35 U.S.C. § 284, in an amount not less than three times the amount of actual damages awarded to it, by reason of Northwest's willful infringement of the Lonza Patents;

F.     Declare this case exceptional under 35 U.S.C. § 285 and award Lonza its interest, costs, and attorneys' fees on all claims;

G.     Award Lonza all other legal and equitable relief to which it proves itself entitled; and

H.     Grant such other relief as the Court deems just and proper.

### DEMAND FOR JURY TRIAL

Plaintiff Lonza Group AG hereby demands a jury trial in this action on all issues so triable.

POTTER ANDERSON & CORROON LLP

By: _____

Philip A. Rovner (#3215)
Hercules Plaza
P.O. Box 951
Wilmington, Delaware  19899
(302) 984-6000
provner@potteranderson.com

Robert P. Fletcher
Jeffery A. Lindeman
Lawrence M. Sung
NIXON PEABODY LLP
401 9th Street, N.W., Suite 900
Washington, DC 20004-2128
(202) 585-8000
rfletcher@nixonpeabody.com

Dated:  July 27, 2007
809379

*Attorneys for Plaintiff Lonza Group AG*

# EXHIBIT 1

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
US005122464A

# United States Patent [19]

## Wilson et al.

[11] Patent Number: 5,122,464

[45] Date of Patent: Jun. 16, 1992

[54] METHOD FOR DOMINANT SELECTION IN EUCARYOTIC CELLS

[75] Inventors: **Richard H. Wilson**, Glasgow, Scotland; **Christopher R. Bebbington**, Windsor, England

[73] Assignees: **Celltech Limited, a British Company**, Slough, England; **The University Court of the University of Glasgow**, Glasgow, Scotland

[21] Appl. No.: 595,733

[22] PCT Filed: **Jan. 23, 1987**

[86] PCT No.: **PCT/GB87/00039**

§ 371 Date: **Oct. 23, 1987**

§ 102(e) Date: **Oct. 23, 1987**

[87] PCT Pub. No.: **WO87/04462**

PCT Pub. Date: **Jul. 30, 1987**

### Related U.S. Application Data

[63] Continuation of Ser. No. 117,071, Oct. 23, 1987, abandoned.

[30] **Foreign Application Priority Data**

Jan. 23, 1986 [GB] United Kingdom ................. 8601597

[51] Int. Cl.$^5$ ..................... **C12N 15/79; C12N 15/69**

[52] U.S. Cl. ............................... **435/172.3; 435/320.1**

[58] Field of Search .................. 435/172.3, 320.1, 91, 435/69.1; 935/33, 34

[56] **References Cited**

### U.S. PATENT DOCUMENTS

4,399,216  8/1983  Axel et al. ................................. 435/6

4,656,134  4/1987  Ringold .................... 435/91
4,797,359  1/1989  Finkelstein .................. 435/68

### FOREIGN PATENT DOCUMENTS

WO8606409  3/1986  PCT Int'l Appl. .

### OTHER PUBLICATIONS

Sanders & Wilson, Ampl. & Cloning of Chinese Hamster GS gene EMBO vol. 3 #1, 65–71, 1984.
Pennica et al., Cloning & Expression of Human Tissue Type tPAcDNA in *E. coli* Nature 301, p. 214 1983.
Donn et al., Herbicide–resistant Alfalfa cells: an example of Gene Ampl. in Plants J. Mol & Appl Genet 2:621–635 1984.
Young & Ringold Mouse 3T6 Cells that Overproduce GS JBC vol. 258 #18, p. 11260 1983.
Kabak, D. et al., Bacterial (1978) vol. 134, pp. 237–245.
Velkov, Soviet Genetics (1982) vol. 18, pp. 348–396.
Kaufman, R. et al., PNAS U.S.A., vol. 83 pp. 3136–3140 (1986).
de Saint Vincent et al., Cell vol. 27, pp. 267–277 (1981).
Murray et al., Molec. and Cell. Biol., vol. 3, No. 1, pp. 32–43 (1983).

*Primary Examiner*—Richard A. Schwartz
*Assistant Examiner*—S. L. Nolan
*Attorney, Agent, or Firm*—Spencer, Frank & Schneider

[57] **ABSTRACT**

Recombinant DNA sequences which encode the complete amino acid sequence of a glutamine synthetase, vectors containing such sequences, and methods for their use, in particular as dominant selectable markers, for use in co-amplificiation of non-selected genes and in transforming host cell lines to glutamine independence.

**22 Claims, 9 Drawing Sheets**



Fig. 1



Fig. 2a

# Fig. 2b

```
        380        390        400        410        420        430        440
a: GACATGTATCTCAGCCCTGTTGCCATGTTCGGGACCCCTTCCGGAGATCCCAGCAGATCCCAACAAGCTGGTGTTCTGTGAA
b:  D   M   Y   L   S   P   V   A   M   F   R   D   P   P   R   R   D   P   P   N   K   L   V   P   C   E
c:  M   Y   L   V   P   a   A   M   F   R   a   D   P   P   K   R   D   P   P   N   X   L   V   P   C   E
d:      CB XII-C                          CB VI-C
           75              80              85              90              95

        450        460        470        480        490        500        510        520
a: GTTTTCAAGTACAACCGGAAGCCTGCAGAGACCAATTTAAGGCACTCGTGTAAACGGATAATGGACATGGTGAGC
b:  V   F   K   Y   N   R   K   P   A   E   T   N   L   R   H   S   C   K   R   I   M   D   M   V   S
c:  V   F   X   Y   N   k   r   P   A   E   T   N   L   X   X   t   C                M   B   M   V   S
d:                                                               CB XIV   CB XII-C
          100             105             110             115             120

        530        540        550        560        570        580        590
a: AACCAGCACCCTGGTTTGGAATGGAACAGAGTATACTCTGATGGGAACAGATGGGCACCCTTTTGGTGGCCCT
b:  N   Q   H   P   W   F   G   M   E   Q   E   Y   T   L   M   G   T   D   G   H   P   P   G   W   P
c:  N   Q   X   P   X   F   G   M   E   Q   E   Y   T   L   M   G   T   r   G   r   P   P   G   X   P
d:                           CB XII-A                    CB VI-D
          125             130             135             140             145

        600        610        620        630        640        650        660        670
a: TCCAATGGCTTCTGCTGGCCCCAAGGTCGTATTACTGTGGTGGGCCCAGACAAAGCCTATGGCAGGGATATC
b:  S   N   G   F   P   G   P   Q   G   P   Y   Y   C   G   V   G   A   D   K   A   Y   G   R   D   I
c:  S   N   C   F   X   G   P   Q   a   G   P   Y   Y   C   G   V   G   A   D   K   A   Y   G   R   D   I
          150             155             160             165             170
```

## Fig.2c

```
                                      680                     690                     700                     710                     720                     730                     740
a:  GTGGAGGCTCACTACCGCGCCTGCTTGTATGCTGGGGTCAAGATTACAGGAACAAATGCTGAGGTCATGCCTGCC
b:  V   E   A   H   Y   R   A   C   L   Y   A   G   V   K   I   T   G   T   N   A   E   V   M   P   A
c:                  A   C   L   Y   A   G   i   K       g   G   T   N   x   x   V   M   P   A
d:                  T VII-G                                       - CB VI-D                     CB XI-H
    175                     180                     185                     190                     195

                                      750                     760                     770                     780                     790                     800                     810                     820
a:  CAGTGGGAATTCCAAATAGGACCCTGTGAAGGAATCCCGCATGGGAGATCATCCTCTGGGTGGCCCGTTTCATCTTG
b:  Q   W   E   F   Q   I   G   P   C   E   G   I   R   M   G   D   H   L   W   V   A   R   F   I   L
c:  Q   W   E   F   Q   I   G   P   C   E   G   I   d   M
    200                     205                     210                     215                     220

                                      830                     840                     850                     860                     870                     880                     890
a:  CATCGAGTATGTGAAGACTTTGGGTAATAGCAACCTTTGACCCCAAGCCATTCCTGGGAACTGGAATGGTGCA
b:  H   R   V   C   E   D   F   G   V   I   A   T   F   D   P   K   P   I   P   G   N   W   N   G   A
    225                     230                     235                     240                     245

                                      900                     910                     920                     930                     940                     950                     960                     970
a:  GGCTGCCATACCAACTTTAGCACAAGGCCATGCGGGAGGAGAATGGTCTGAAGCACATCGAGGAGGCCATCCAGGAG
b:  G   C   H   T   N   F   S   T   K   A   M   R   E   E   N   G   L   K   H   I   E   E   A   I   E
c:                                      M   X   E   E   N   G   L   K   y   I   E   E   A   I   E
d:                                      CB III-C
    250                     255                     260                     265                     270
```

# Fig. 2d



```
                    980       990      1000      1010      1020      1030      1040
a:  AAACTAAGCAAGCCACCGGCACCGGTACCACATTCGAGCCTACGATCCCAAGGGGGCCTGGACAATGCCCGTGGTCTG
b:      K   L   S   K   K   H   R   Y   H   I   R   A   Y   D   P   K   G   G   L   D   N   A   R   G   L
c:      X   L   St  Ks  n   l   n   y   q
d:  T IX-B-2
        275         280         285         290         295


                    1050      1060      1070      1080      1090      1100      1110      1120
a:  ACTGGGGTTCCACGAAACGTCCAACATCAACGACTTTTCTGCTGTGTCGCCAATCGCAGTGCCAGCATCCGCATT
b:      T   G   F   H   E   T   S   N   I   N   D   F   S   A   G   V   A   N   R   S   A   S   I   R   I
c:                      T   S   N   I   N   Y   q                       g   A   S   I   R   I
d:              (-CB III-C)                                          T IX-C-1
        300         305         310         315         320


                    1130      1140      1150      1160      1170      1180      1190
a:  CCCCGGACTGTCGGCCAGGAGAAGAAAGGTTACTTTGAAGACCGCGCCCCTGCCAATTGTGACCCCTTTGCA
b:      P   K   T   V   G   Q   E   K   K   G   Y   F   E   D   R   R   P   S   A   N   C   D   P   F   A
c:      P   K
d:  T IX-E
        325         330         335         340         345


                    1200      1210      1220      1230      1240      1250      1260      1270
a:  GTGACAGAAGCCATCGTCCGCACATGCCTTCTCAATGACTGGCGACAGCCCTTCCAATACAAAAACTAATTA
b:      V   T   E   A   I   V   R   T   C   L   L   N   E   T   G   D   E   P   F   Q   Y   K   N   ***
c:                          T   C   L   L   N   Z   T   G   B   Z   P   F   Q   Y   K
d:                          T VI-K
        350         355         360         365         370   372
```

Fig. 2e

# Fig. 3



a) pSVLGS.1



b) pSV2.GS



c) pZIPGS

A.



—9kb

B.



—5kb

Fig. 4



Fig. 5

5,122,464

1

# METHOD FOR DOMINANT SELECTION IN EUCARYOTIC CELLS

This application is a continuation of application Ser. No. 07/117,071, filed Oct. 23, 1987, now abandoned.

The present invention relates to recombinant DNA sequences, vectors containing them, and a method for the use thereof. In particular, the present invention relates to recombinant DNA sequences which encode the complete amino acid sequence of a glutamine synthetase (GS) (L-glutamate:ammonia ligase [ADP-forming]: EC 6.3.1.2) and to the use of such nucleotide sequences.

The ability of cloned genes to function when introduced into host cell cultures has proved to be invaluable in studies of gene expression. It has also provided a means of obtaining large quantities of proteins which are otherwise scarce or which are completely novel products of gene manipulation. It is advantageous to obtain such proteins from mammalian cells since such proteins are generally correctly folded, appropriately modified and completely functional, often in marked contrast to those proteins as expressed in bacterial cells.

Where large amounts of product are required, it is necessary to identify cell clones in which the vector sequences are retained during cell proliferation. Such stable vector maintenance can be achieved either by use of a viral replicon or as a consequence of integration of the vector into the host cell's DNA.

Where the vector has been integrated into the host cell's DNA, the copy number of the vector DNA, and concomitantly the amount of product which could be expressed, can be increased by selecting for cell lines in which the vector sequences have been amplified after integration into the host cell's DNA.

A known method for carrying out such a selection procedure is to transform a host cell with a vector comprising a DNA sequence which encodes an enzyme which is inhibited by a known drug. The vector may also comprise a DNA sequence which encodes a desired protein. Alternatively the host cell may be co-transformed with a second vector which comprises the DNA sequence which encodes the desired protein.

The transformed or co-transformed host cells are then cultured in increasing concentrations of the known drug hereby selecting drug-resistant cells. It has been found that one common mechanism leading to the appearance of mutant cells which can survive in the increased concentrations of the otherwise toxic drug is the over-production of the enzyme which is inhibited by the drug. This most commonly results from increased levels of its particular mRNA, which in turn is frequently caused by amplification of vector DNA and hence gene copies.

It has also been found that, where drug resistance is caused by an increase in copy number of the vector DNA encoding the inhibitable enzyme, there is a concomitant increase in the copy number of the vector DNA encoding the desired protein in the host cell's DNA. There is thus an increased level of production of the desired protein.

The most commonly used system for such co-amplification uses as the enzyme which can be inhibited dihydrofolate reductase (DHFR). This can be inhibited by the drug methotrexate (MTX). To achieve co-amplification, a host cell which lacks an active gene which encodes DHFR is either transformed with a vector

2

which comprises DNA sequences encoding DHFR and a desired protein or co-transformed with a vector comprising a DNA sequence encoding DHFR and a vector comprising a DNA sequence encoding the desired protein. The transformed or co-transformed host cells are cultured in media containing increasing levels of MTX, and those cell lines which survive are selected.

Other systems for producing co-amplification have been employed. However, none of them has been as widely used as the DHFR/MTX system.

The co-amplification systems which are at present available suffer from a number of disadvantages. For instance, it is generally necessary to use a host cell which lacks an active gene encoding the enzyme which can be inhibited. This tends to limit the number of cell lines which can be used with any particular co-amplification system. For instance, there is at present only one cell line known which lacks the gene encoding DHFR. It would be advantageous if an effective co-amplification system based on a dominant selectable marker which was applicable to a wide variety of cell lines could be provided. This would allow exploitation of different processing and growth characteristics of a variety of cell lines.

Attempts to use DHFR genes as dominant selectable markers in other cell lines has not proved entirely satisfactory. For instance, a MTX-resistant mutant DHFR or a DHFR gene under the control of a very strong promoter can act as a dominant selectable marker in certain cell types but such high concentrations of MTX are required that it has not been possible to achieve very high copy numbers by selection for gene amplification.

Co-transformants with an additional selectable marker also have disadvantages. For instance, this can increase the complexity of plasmid construction and requires additional time-consuming screening of transformed cells to distinguish those clones in which the DHFR gene is active.

A further disadvantage of the known co-amplification systems is that the DNA sequence encoding the inhibitable enzyme is generally not under post-translational control. The enzyme in the amplified system is therefore produced in large quantities, together with the desired protein. This could lead to lower levels of production of the desired protein.

Another disadvantage of known co-amplification systems is that resistance to the known drug can arise from mechanisms other than amplification. For instance, in the DHFR/MTX system, it is possible for a mutant DHFR gene to arise which produces a mutant DHFR which has a lower binding affinity for MTX than does wild-type DHFR. If such mutant DHFR arises, cells containing the gene which encodes it will be more resistant to MTX than the original host cell and will therefore be selected, even though no amplification has taken place. It is possible to select further to eliminate lines in which no amplification has taken place, but this is a time consuming process.

A further disadvantage of previous selection systems for gene amplification is that toxic drugs are required. In particular MTX is a potential carcinogen.

An additional disadvantage of previous amplification systems is the need for repeated, time-consuming rounds of amplification, for example three or more, to obtain maximum copy number.

It is an object of the present invention to overcome at least in part the disadvantages of the prior art systems for co-amplification.

5,122,464

3                                                    4

According to a first aspect of the present invention there is provided a recombinant DNA sequence which encodes the complete amino acid sequence of a glutamine synthetase (GS).

Typically, the recombinant DNA sequence encodes an eukaryotic, preferably mammalian, GS. Conveniently, the recombinant DNA sequence encodes a rodent, such as mouse, rat or especially hamster, GS.

Preferably, the recombinant DNA has the sequence of the amino acid coding portion of the sequence shown in FIG. 2, and most preferably comprises the whole recombinant DNA shown in FIG. 2.

The recombinant DNA sequence of this aspect of the invention includes such a sequence from one species which hybridises under high stringency conditions with another recombinant DNA sequence of this aspect of the invention or a part thereof from a different species.

Glutamine synthetase (GS) is a universal housekeeping enzyme responsible for the synthesis of glutamate and ammonia using the hydrolysis of ATP to ADP and phosphate to drive the reaction. It is involved in the integration of nitrogen metabolism with energy metabolism via the TCA cycle, glutamine being the major respiratory fuel for a wide variety, possible the majority, of cell types.

GS is found at a low levels (0.01%–0.1% of soluble protein) in most higher vertebrate cells and is found at higher levels (>1% of total protein) in certain specialised cell types such as hepatocytes, adipocytes and glial cells.

A variety of regulatory signals affect GS levels within cells, for instance glucocorticoid steroids and cAMP, and glutamine in a culture medium appears to regulate GS levels post-translationally via ADP ribosylation.

GS from all sources is subject to inhibition by a variety of inhibitors, for example methionine sulphoximine (Msx). This compound appearing to act as a transition state analogue of the catalytic process. Extensively amplified GS genes have been obtained (Wilson R. H., Heredity, 49, 181, (1982); and Young A. P. and Ringold G. M., J. Biol. Chem., 258, 11260–11266, 1983) in variants of certain mammalian cell lines selected for Msx resistance. Recently Sanders and Wilson (Sanders P. G. and Wilson R. H., The EMBO Journal, 3, 1, 65–71, 1984) have described the cloning of an 8.2 kb BglII fragment containing DNA coding for GS from the genome of an Msx resistant Chinese hamster ovary (CHO) cell line KGIMS. However this fragment does not appear to contain a complete GS gene and it was not sequenced.

Conveniently, the recombinant DNA sequence of this aspect of the invention is cDNA, preferably derived by reverse transcription. However, the recombinant DNA sequence may alternatively or additionally comprise a fragment of genomic DNA.

It will be appreciated that, in accordance with the present invention, a recombinant DNA sequence of the first aspect, or a fragment thereof, may be used as a hybridization probe for obtaining GS coding sequences from other species.

Moreover, the recombinant DNA sequences of the first aspect of the present invention may be used in medical or diagnostic methods, such as for detecting disease states in which the level of GS in a subject is altered.

However, it is envisaged that the main use of the recombinant DNA sequences of the first aspect of the present invention will be in co-amplification or dominant selectable marker systems employed in recombinant DNA technology.

Therefore according to a second aspect of the present invention, there is provided a recombinant DNA vector comprising a recombinant DNA sequence according to the first aspect of the invention.

Preferably, the vector is an expression vector capable, in a transformant host cell, of expressing the GS-encoding recombinant DNA sequence.

The vector may further comprise a recombinant DNA sequence which encodes the complete amino acid sequence of a desired protein other than GS. In the preferred case, the vector will also be capable, in the transformant host cell, of expressing the desired protein-encoding recombinant DNA sequence.

Preferably, the GS-encoding recombinant DNA sequence is under the control of a regulatable promoter, such as a heat shock or a metallothionein promoter.

The present invention also provides a host cell transformed with a vector according to the second aspect of the invention.

The vectors according to the second aspect of the present invention may be used in the co-amplification of non-selected genes. Therefore according to a third aspect of the present invention, there is provided a method for co-amplifying a recombinant DNA sequence which encodes the complete amino acid sequence of a desired protein other than GS which comprises:

either co-transforming a host cell with a vector according to the second aspect of the invention which does not contain a sequence encoding the desired protein, and a second vector comprising said desired protein-encoding recombinant DNA sequence;

or transforming the host cell with a vector according to the second aspect of the present invention which also includes a recombinant DNA sequence encoding the desired protein.

There are a number of advantages to the use of the vectors according to the present invention in co-amplification of non-selected genes.

An advantage is that the GS gene is regulatable, for instance by addition of glutamine to the medium. It is therefore possible to amplify the GS gene and the non-selected gene, and then down-regulate the GS gene. The host cell will then accumulate much smaller quantities of active GS while still producing desirably large quantities of the required product. This also has the advantage of increasing the stability of the cell line, since there will be less selection pressure which could otherwise lead to instability in maintenance of amplified sequences in the cell line if the inhibitor is removed.

Cell lines are known which lack the GS gene. Moreover, there are available schemes whereby such cell lines may be selected. These GS deficient cell lines may be used in the co-amplification procedures.

However, it has been surprisingly and unexpectedly shown that GS expression vectors can also be used as effective dominant selectable markers in cell lines which contain an active GS gene by conferring resistance to certain levels of Msx at which the frequencies of resistance caused by endogenous gene amplification is minimal. It has been shown that such vectors can be amplified by increasing the concentration of Msx in the cell lines so that high copy numbers are achieved. These copy numbers are higher than achieved using previous

5,122,464

5                                                          6

amplification systems such as DHFR/MTX, and are achieved in only two rounds of amplification. The possibility of attaining very high copy numbers is advantageous in ensuring that high levels of mRNA encoding the desired protein are obtained.

It is believed, although the Applicants do not wish to be limited by this theory, that the effectiveness of GS as an amplifiable dominant selectable marker is a consequence of the relative expression levels of endogeneous- and vector-derived GS genes. Selection for gene amplification using Msx leads almost exclusively to the isolation of clones in which the vector-derived GS gene has been amplified in preference to the endogeneous gene. When using host cells containing an endogeneous active GS gene, it is possible to facilitate selection by reducing or abolishing endogeneous GS activity, for instance by treatment of the cell line with dibutyryl-cAMP and theophylline. A cell line which is susceptible to such reduction or abolition is the 3T3-L1 cell line.

The desired protein whose recombinant DNA sequence is co-amplified may be, for instance, tissue plasminogen activator (tPA), although this technique can be used to co-amplify recombinant DNA sequences which encode any other protein, such as immunoglobulin polypeptides (IGs), human growth hormone (hGH) or tissue inhibitor of metalloproteinases (TIMP).

Preferably, the amplification is achieved by selection for resistance to progressively increased levels of a GS inhibitor, most preferably phosphinothricin or Msx.

A further advantage of the present co-amplification procedure is that Msx is a cheaply available product of high solubility. It can therefore readily be used at high concentrations to enable selection of lines containing highly amplified sequences.

Moreover, the effect of Msx can be potentiated by the addition to the selection medium of methionine. It is therefore preferred that in the present co-amplification procedure, selection is carried out in a medium containing methionine at higher than usual levels. Similarly, the effect of Msx can be potentiated by lower levels than usual of glutamate.

If the GS-encoding recombinant DNA sequence in the vector used for co-amplification is under the control of a regulatable promoter it is preferable for expression of the GS sequence to be switched on during selection and amplification and subsequently down-regulated.

In some cases, after co-amplification, the selected cell line may be dependent to some extent on the GS inhibitor used in the selection procedure. If this is the case, the amount of GS inhibitor required may be reduced by adding glutamine to the culture medium whereby GS activity is post-translationally suppressed.

According to a fourth aspect of the present invention, a vector according to the second aspect of the invention may be used to provide a dominant selectable marker by transforming a host cell with the vector, thereby conferring transformant cells with resistance to GS inhibitors.

The host cells which are used in the fourth aspect of the present invention may contain an active GS gene. For the reasons set out above, it has been found that selection can still be achieved even where an active endogeneous gene is present. The advantages of using the vector of the present invention in co-amplification procedures are also shown in the use of the vectors as dominant selectable markers.

It is preferred that the host cells used for the co-amplification procedures or selection for dominant

marker procedures of the present invention are mammalian, most preferably hamster, cells, and chinese hamster ovary (CHO)-K1 cells or derivatives thereof are particularly suitable.

According to a fifth aspect of the present invention, the vectors according to the second aspect of the invention can be used in endowing a cell line with the ability to survive in a medium lacking glutamine by transforming a host cell completely lacking or reduced in GS activity with an active GS gene within the vector. It is envisaged that this procedure will be particularly, but not exclusively, applicable to hybridoma and myeloma cells and derivatives thereof.

It has been found that the density to which certain cells, in particular myeloma cells, can grow in a medium may be limited by the requirement for glutamine or by-products of glutamine metabolism. If the cells could be made glutamine-independent either directly or as a result of additional medium alterations, it is believed that greater cell densities in culture could be achieved, thereby increasing the amount of protein produced per culture volume by the cell line.

It is therefore believed that the use of recombinant DNA sequences encoding GS, for instance in vectors for co-amplification, selection or transformation to glutamine independence, will lead to highly flexible and advantageous systems which will be surprisingly superior to other similar systems, for instance based on DHFR/MTX.

The present invention is now described, by way of example only, with reference to the accompanying drawings, in which:

FIG. 1 shows restriction maps of the GS specific cDNA inserts in pGSC45, λgs 1.1 and λgs 5.21 clones, in which it can be seen from the arrows that the nucleotide sequence of the coding region of GS was predominantly obtained from M13 subclones of λgs 1.1 and various regions confirmed using subclones of λgs 5.21 and pGSC45;

FIG. 2 (divided into FIGS. 2a, 2b, 2c, 2d, 2e for ease of illustration) shows the cDNA (a:) and predicted amino acid (b:) sequences for the Chinese hamster GS gene, together with the published peptide sequences (c:) and peptide designations (d:) of bovine brain GS. The sequence (e:) indicates the polyadenylation site used in λgs 1.1. Amino acidresidues are indicated as their single letter codes; non-homologous bovine residues are indicated in lower case letters. The 'Λ' below base 7 represents the start of the pGSC45 insert and the '——' marker represents the priming sequence in λgs 1.1 complementary to residues 1135–1132. The '>' and '<' symbols represent bases involved in stems of the calculated structure for the 5' untranslated region;

FIG. 3 shows the structure of three GS expression plasmids in which a) shows plasmid pSVLGS.1 (8.5 kb) containing a 4.75 kb GS minigene under the control of the late region promoter of SV40 (L) cloned in the bacterial vector pCT54. The GS sequences include the complere coding sequence, a single intron and approximately 2 kb of 3'-flanking DNA spanning both of the presumed sites of polyadenylation, (b) shows plasmid pSV2.GS (5.5 kb) containing 1.2 kb of GS cDNA under the control of the early region promoter of SV40 (E), and the intron from the T-antigen gene of SV40 and a sequence containing the early region polyadenylation signal of SV40, and (c) shows plasmid pZIPGS (12.25 kb) containing the HindIII-BamHI fragment from pSV2.GS (containing the GS coding sequence and

5,122,464

7

SV40 intron and polyadenylation signal) cloned in the retroviral vector pZPIP Neo SV(X) in which latched blocks indicate irrelevant mouse DNA sequences, 5' and 3' LTRs as the long terminal repeats of Moloney Murine Leukaemia Virus (MMLV), the filled block represents an SV40 fragment spanning the origin of replication oriented such that the SV40 early region promoter directs the expression of the gene from transposon TnS which confers resistance to G418 in mammalian cells (neo) and unmarked blocks contain additional DNA sequences from MMLV.

FIG. 4 shows Southern blots of cell lines transfected with pSVLGS.1 (Panel A) or pSV2 GS (Panel B). The blot is probed with an RNA probe specific for SV40 origin-region DNA. Panel A represents a 2 hour exposure. Each lane contains 2.5 μg genomic DNA from the following cell lines. Lanes 1 to 3 contain DNA from initial transfectants: lane 1, SVLGS2; lane 2, SVLGS5; lane 3, SVLGS9. Lanes 4 to 6 contain DNA from cell lines obtained after a single round of selection for gene amplification with Msx: lane 4 SVLGS2(500 μMR); lane 5, SVLGS5(250 μMR); lane 6, SVLGS9(500μMR). Lane 7 contains DNA from a cell line subjected to 2 rounds of selection for gene amplification, SVLGS5(2 mMR). Panel B is an exposure of approximately two weeks. Each of lanes 1 to 6 contain 5 μg of genomic DNA and lane 7 contains 2.5 μg. Lanes 1 to 3 contain DNA from initial transfectant cell lines: lane 1, SV2 GS20; lane 2, SV2.GS25; lane 3, SV2 GS30. Lanes 4 to 6 represent cell lines after one round of selection in higher concentrations of Msx: lane 4, SV2.GS20(100 μMR); lanes SV2.GS25(500 μMR); lane 6, SV2.GS30(500 μMR). Lane 7 represents a cell line obtained after two rounds of selection in Msx, SV2.GS30(10mMR).

FIG. 5 shows a primer extension analysis of RNA derived from cell lines transfected with pSVLGS.1. A DNA oligonucleotide which binds to RNA at the presumed translation "start" was used to synthesise DNA from total RNA preparations. RNA preparations shown are: lane 1, SVLGS2; lane 2, SVLGS5; lane 3 a derivative of CHO-K1 resistant to 30 μM Msx (to indicate the extension from wild-type GS mRNA); MW, pAT153 digested with HpaII molecular weight markers.

In the nucleotide and amino acid sequences shown in the accompanying drawings and in the description, the following abbreviations are used as appropriate. U=uridine; G=guanosine; T=thymidine; A=adenosine; C=cytosine; ***=a termination codon; denotes an unknown nucleotide residue; A=alanine; C=cysteine; D=aspartic acid; E=glutamic acid; F=phenylalanine; G=glycine; H=histidine; I=isoleucine; K=lysine; L=leucine; M=methionine; N=asparagine; P=proline; G=glutamine; R=arginine; S=serine; T=threonine; V=valine; W=tryptophan; Y=tyrosine; X=an unknown amino acid; PBS=phosphate buffered saline; SDS=sodium dodecyl sulphate; and EDTA=ethylene diamine tetraacetic acid.

## EXAMPLE

Using a multi-step selection procedure in a glutamine-free medium, a mutant line was derived from the chinese hamster ovary (CHO) KG1 cell line (itself a derivative from the CHO-K1 line obtained as CCL 61 from the American Type Culture Collection, Rockville, Md., USA). The mutant cell line, labelled CHO-KG1MS, is

8

resistant to 5 mM Msx. (The parentalcell line KG1 is only resistant to 3 μM Msx).

A subclone, KG1MSC4-M, of the mutant cell line was used as a source of cellular DNA. Cells from the subclone were washed in PBS after trypsinization and pelleted at 2000 r.p.m. for 4 min. The pellet was resuspended in 100 mM Tris-HCL, pH 7.5, 10 mM EDTA and lysed by the addition of SDS to 2%. RNase A was added to 50 μg/ml and the solution incubated at 37° C. for 30 min. Protease K was added to 50 μg/ml and incubation continued at 37° C. from 30 min to 1 hr. The solution was phenol extracted twice followed by two chloroform:isoamyl alcohol (24:1) extractions. The DNA was precipitated with isopropanol and then resuspended in 2 mM EDTA, 20 mM Tris-HCl, pH 7.5 and stored at 4° C.

Genomic DNAs from parental KG1, mutants KG1MS and KG1MSC4-M, and revertant KG1MSC4-0 cells were digested with a variety of restriction endonucleases, subjected to agarose gel electrophoresis and Southern blotted onto nitrocellulose filters. These blots were probed with oligo(dT)- primed cDNA made from parental KG1 and mutant KG1MSC4-M poly(A) mRNAs. When wild-type KG1 cDNA was used as a probe, a series of identical bands was seen across tracks from all cell lines. When KG1MSC4-M mutant cDNA was used as a probe, the same common bands were seen across all tracks together with unique bands specific to mutant KG1MS and KG1MSC4-M genomic DNA. The bands common to all genomic DNAs were shown to be due to mitochondrial (mt) DNA, as determined by restriction enzyme analysis of mtDNA purified from KG1 cell DNA. The smallest DNA fragment identified which could contain the whole of the presumptive coding sequence for GS is an 8.2-kb BglII fragment. On double digestions with PstI and BglII, the two PstI fragments (2.1 kb and 2.4 kb) are seen to remain intact, indicating that both PstI fragments are contained within the BGlII fragment.

30 μg of KG1MSC4-M DNA was digested to completion with BglII and the fragments separated by electrophoresis on an 0.8% agarose gel. The amplified 8.2 kb band was identified using ethidium bromide staining and long wave ultra violet radiation by comparison with λHindIII and mtPstI digests. The DNA band was eluted into a well cut into the gel and purified by phenol extraction, chloroform extraction and ethanol precipitated using carrier tRNA. Purified DNA was ligated with BamHI- digested, bacterial alkaline phosphatase-treated pUC9 (Vieira, J. and Messing, J., Gene, 19, 259–268, 1982). Recombinant DNA was used to transform E. Coli to ampicillin resistance and white colones on Xgal picked for analysis.

150 recombinant clones were obtained and DNA analysis of 11 of these showed that they all had DNA inserts of about 8.0 kb. Differential colony hybridization and DNA spot hybridizations identified two recombinant clones which gave strong hybridization with a mutant KG1MSC4-M cDNA probe but no signal with a parental KG1 cDNA probe. Both recombinants pGS1 and pGS2 produced the PstI restriction pattern expected from insertion of the required BglII restriction fragment. pGS1 DNA was used to hybrid select GS mRNA from total cytoplasmic and poly(A) KG1MSC4-M RNA. The selected mRNA was translated together with KG1 and KG1MSC4-M total cytoplasmic RNA and [35S] methionine-labelled polypeptides separated by SDS-PAGE. The major translation

5,122,464

| 9 | 10 |

product of pGS1 selected mRNA is apolypeptide of 42 000 kD MW which co-migrates with an amplified polypeptide in KG1MSC4-M translations. pGS1 therefore contains genomic CHO DNA which contains at least part of the GS gene.

This part of the work was carried out as described by Sanders and Wilson (loc. cit.).

A 3.5 kb HindIII fragment containing the 3' end of the GS gene from KG1MSC4-M was subcloned from pGS1 into pUC9 to form plasmid pGS113.

A clone bank was prepared by cloning a Sau3A partial digest of KG1MSC4-M into the BamHI site of λL47. Recombinants were selected for hybridisation to pGS1. A BamHI-EcoRI fragment from a selected λL47 recombinant was subcloned into pUC7 to form plasmid pGS2335 (Hayward et al., Nuc. Acid Res., 14, 999-1008, 1986).

cDNA libraries were made from KG1MSC4-M mRNA in pBR322 and λgt10 using standard procedures. The mRNA was converted to cDNA using oligo-dT primed reverse transcriptase, and dsDNA made by the RNase H procedure (Gubler, U. and Hoffmann, V., Gene, 25, 263-269, 1983). The dsDNA was either tailed with C residues (Michelson, A. M. and Orkin, S. H., J. Biol. Chem., 257, 14773-14782, 1982), annealed to G-tailed pBR322 and transformed into E. coli DH1, or methylated and ligated to EcoRI linkers. Linkered DNA was digested with EcoRI and linkers removed by Sephadex G75 chromatography in TNES (0.14M NaCl, 0.01 M Tris, pH 7.6, 0.001 M EDTA, 0.1% SDS). Linkered DNA in the excluded volume was recovered by ethanol precipitation and annealed to EcoRI-cut λgt10 DNA. Following in vitro packaging, recombinant phage was plated on the high frequency lysogeny strain E. coli Hfl (Huyhn, T. V., Young R. A. and Davis, R. W., in "DNA cloning techniques II: A practical approach" (Ed. Glover, D. M.), I.R.L. Press Oxford, 1985). About 5000 colonies and 20000 plaques were screened on nitrocellulose filters using nick-translated probes derived from pUC subclones of GS genomic sequences. A 1 kb EcoRI-BglII fragment from pGS2335 was used as a 5' probe, and the entire 3.5 kb HindIII fragment of pGS113 was used as a 3' probe. Plasmids from positive colonies were analysed by restriction digestion of small-scale preparations of DNA and the longest clone (pGSC45) selected for further analysis.

Positive λclones were plaque purified, grown up in 5000 ml of E. coli C600 liquid culture, and the phage purified on CaCl step gradients. DNA was prepared by formamide extraction (Davis, R. W., Bostein, D. and Roth, S. R., Advanced Bacterial Genetics, Cold Spring Harbor, 1980). Clones with the longest inserts were identified by EcoRI digestion and inserts subcloned into pAT153 and M13mpII phage for further analysis and sequencing.

The colonies or plaques were screened first with a probe derived from the 5' end of the GS gene. Positive colonies or plaques from this analysis were picked and rescreened with a longer probe covering most of the 3' end of the gene. In this way it was anticipated that clones with long or possibly full length inserts would be selected and the tedious rescreening for 5' ends would be avoided. Several plasmid clones and λgt10 recombinants were derived by this means. Further analysis of one of the plasmid clones (pGSC45) by restriction enzyme digestion and partial sequencing revealed that it had an insert of about 2.8 kb and a polyA sequence at

the 3' end. Northern blots indicate that a major mRNA for GS is about this size (Sanders and Wilson, (loc. cit.)), so the insert in pGSC45 was potentially a full length copy of this mRNA. The two λclones (λgs 1.1 and λgs 5.21) had inserts of 1450 bp and 1170 bp respectively. Restriction maps and alignment of the cDNA inserts in pGSC45, λgs 1.1 and λgs 5.21 are shown in FIG. 1. It is clear that the inserts in the λclones are considerably shorter at the 3' end than the plasmid clone and may represent cDNA copies of one of the minor mRNAs. The insert in λgs.1.1 extends some 200 base pairs at the 5' end.

The nucleotide sequence of the mRNA coding for glutamine synthetase was obtained from M13 subclones of pGSC45 and EcoRI subclones of λgs 1.1 and λgs 5.21 and is shown in FIG. 2. Some confirmatory sequence was also obtained from the genomic clone pGS1. Primer extension of GS mRNA with an oligonucleotide complementary to nucleotides 147-166 gave a major extension product of 166 nucleotides. This shows that pGSC45 only lacks six or seven nucleotides from the 5' end of the mRNA. Nucleotide sequencing of the primer extended product by Maxam-Gilbert sequencing confirmed this although the first two bases could not be determined.

Sequences at the 5' end of λgs 1.1, which is some 200 bases longer at the 5' end than pGSC45, showed considerable inverted homology to sequences at the 3' end of this clone (which was about 150 bases shorter at the 3' end than λgs 5.21, (see FIG. 1). These additional sequences are probably cloning artefacts, arising during second strand synthesis due to nucleotides 6 to 1 priming DNA synthesis via their complementarity to nucleotides 1132-1137 despite the fact that the RNase H procedure was used. It cannot be excluded that the duplication arises from transcription of a modified GS gene, producing a modified mRNA which has been subsequently cloned, although the primer extension results did not suggest that there was any major mRNA species with a 5' end longer than 166 nucleotides.

The predicted amino acid sequence for CHO glutamine synthetase is shown in FIG. 2. The NH₂ terminus was identified by homology with the NH₂ terminal peptide found in bovine brain glutamine synthetase (Johnson, R. J. and Piskiewicz, D., Biochem. Biophys. Acta, 827, 439-446, 1985). The initiating AUG follows a precise CCACC upstream consensus sequence found for true initiation codons and is followed by a purine (i.e. CCACCATGG). (Another AUG codon at position 14 is not in a favourable context by the same criteria and is followed by a termination codon in frame 21 nucleotides downstream.) The predicted amino acid composition of the GS protein gives a molecular weight of 41,964 (not allowing for N-terminal acetylation or other post-translational modifications), in agreement with other estimates. The basic nature of the protein is reflected in the excess of arginine, histidine and lysine residues over those of aspartate and glutamate.

The predicted amino acid sequence shows excellent homology with bovine and other GS derived peptide sequences obtained by peptide sequencing, indicative of an accurate DNA sequence. (The amino acid sequence allows the ordering of all the cyanogen bromide peptides and most of the tryptic peptides published for bovine GS).

The CHO sequence also shows some homology with the GS sequence from the cyanobacterium Anabaena, notably at residues 317-325,(NRSASIRIP) which are

5,122,464

**11**

an exact match to Anabaena residues 342–350. In addition, related sequences can be found in glutamine synthetases isolated from plants.

Access to complete cDNA clones and genomic clones for Chinese hamster GS has not only allowed the amino acid sequence of glutamine synthetase to be predicted, but also allows a detailed analysis of the position of the introns within the gene and their relationship to the exons coding for the structural domains of the protein.

A GS minigene was constructed from a cDNA sequence (spanning the majority of the protein coding region) and a genomic sequence (which recreates the 3′ end of the coding sequence). The 3.4 kb EcoRI-SstI fragment of pGS1 encodes a single intron, all of the 3′ untranslated region of both mRNA species identified and contains about 2 kb of 3′ flanking DNA. This DNA fragment was cloned between the EcoRI and BamHI sites of pCT54 (Emtage et al., PNAS-USA, 80, 3671–3675, 1983) to create pCTGS. The 0.8 kb EcoRI fragment of λgs 1.1 was then inserted at the EcoRI site of pCTGS in the correct orientation to recreate the 5′ end of the gene. The late promoter of SV40 was cloned upstream by inserting the 342 bp PvuII-HindIII fragment of SV40, containing the origin of replication, at the HindIII site of the above plasmid in the appropriate orientation to produce plasmid pSVLGS-1 which is shown in FIG. 3(a).

An alternative GS expression construct was made by placing cDNA containing all of the GS coding sequences between sequences from SV40 which direct efficient expression in mammalian cells. The 1.2 kb NaeI-PvuII fragment of λgs 1.1 was cloned in place of dhfr sequences in pSV2.dhfr, (Subramani, S., Mulligan, R. and Berg, P., Mol. Cell. Biol., 1, 854–864, 1981) between the HindIII and BglII sites to form pSV2.GS which is shown in FIG. 3(b).

In order to place GS coding sequences under the control of the Moloney murine leukaemia virus (MMLV) LTR promoter, the HindIII-BamHI fragment from pSV2.GS (see FIG. 3b) was introduced at the BamHI site of pZIP-NeopSV(X) (Cepko, C. L., Roberts, B. E. and Mulligan, R. C., Cell, 37, 1053–1062, 1984).

The 3.0 kb HindIII-BamHI fragment of ptPA 3.16 (Stephens, P. E., Bendig, M. M. and Hentschel, C. C., manuscript in preparation) contains a cDNA coding for tissue plasminogen activator, downstream of which is the SV40 small t-intron and the polyadenylation signal from the early region transcript of SV40. This fragment was cloned in a 3-way ligation with the 342 bp SV40 PvuII-HindIII fragment into the BamHI site of pSVLGS.1 so that the tPA gene was under the control of the SV40 early promoter. This generated two plasmids, pSVLGStPA16, in which the GS and tPA transcription units are in tandem and pSVLGStPA17, in which the two genes are in opposite orientations.

CHO-K1 cells, obtained from ATCC, were grown in Glasgow modified Eagle's medium (GMEM) without glutamine and supplemented with 10% dialysed foetal calf serum (GIBCO), 1 mM sodium pyruvate, nonessential amino acids (alanine, aspartate, glycine and serine at 100 μM), asparagine, glutamate and proline at 500 μM) and nucleosides (adenosine, guanosine, cytidine and uridine at 30 μM and thymidine at 10 μM). For selection, L-methionine sulphoximine (Msx from Sigma) was added at appropriate concentrations. Approximately 3 × 10⁶ cells per 100 mm petri dish were

**12**

transfected with 10 μg circular plasmid DNA according to the calcium phosphate co-precipitation procedure (Graham, F. L. and van der Eb, A. J., Virology, 52, 456–467, 1983). Cells were subjected to a glycerol shock (15% glycerol in serum-free culture medium for 2 minutes) 4 hours after transfection (Frost, E. and Williams, J., Virology, 91, 39–50, 1978). One day later, transfected cells were fed with fresh selective medium and colonies of surviving cells were visible within 2–3 weeks.

tPA activity in cell culture supernatants was measured using a fibrin-agarose plate assay using a tPA standard (Biopool) for comparison. Attached cells were typically washed in serum-free medium and incubated for 18–20 hours in serum-free medium at 37° C. After removal of medium samples for assay, the cells were trypsinised and viable cells counted. Results were then expressed as units of tPA/10⁶cells/24 hours. Colonies of cells in petri dishes were assayed for tPA production by overlaying directly with a fibrin agarose gel.

In the glutamine-free medium used in these experiments, the specific GS inhibitor, Msx is toxic to CHO-K1 cells at concentrations above 3 μM. To test whether the GS expression plasmids could synthesise functional GS in vivo, each plasmid was introduced into CHO-K1 cells by calcium phosphate-mediated transfecton and tested for the ability to confer resistance to higher concentrations of Msx.

Resistance to Msx can, however, also arise by amplification of the endogenous GS genes (or perhaps by other unknown mechanisms). Therefore, in order for a GS expression vector to be useful as a dominant selectable marker, it must confer resistance to a particular concentration of Msx with a greater frequency than the frequency of spontaneous resistant mutants. The frequency with which spontaneously resistant clones are detected depends on the concentration of Msx used for selection. Thus, for instance gene amplification in CHO-K1 cells leads to approximately 1 surviving colony/10⁴ cells plated in 10 μM Msx, but this frequency declines to less than 1/10⁷ if cells are selected for resistance to 25 μM Msx.

Since the frequency of transfection of CHO cells using the calcium phosphate co-precipitate method is generally reported to be less than 1/10³, a range of Msx concentrations was chosen for selection in excess of 10 μM. The results in Table 1 show that transfection with any of the three GS expression plasmids leads to survival of a greater number of Msx-resistant colonies than the background frequency detected in mock-transfected cells when selected at 15 μM or 20 μM Msx.

pZIPGS yields only a slight increase in the number of surviving colonies above background. This vector would therefore be a poor selectable marker and was not studied further. pSV2.GS and pSVLGS.1, however, both appear to act as effective dominant selectable markers in this cell line. The frequency with which resistant colonies arise after transfection with either plasmid in these experiments is at least 25 times the frequency due to endogenous amplification if selection is carried out at 15–20 μM Msx. Apparent transfection frequencies for pSV2.GS of up to 3.8/10⁵ cells and for pSVLGS.1 of up to 2.5/10⁵ cells were observed. The differences in apparent transfection frequencies between the three plasmids are likely to reflect differences in the efficiency with which the GS gene is expressed in the above three vectors.

5,122,464

13

An independent estimate of transfection efficiency can be obtained in the case of pZIPGS since the vector also contains a neo gene which confers resistance to the antibiotic G418. Selection with G418 instead of Msx yielded a transfection frequency substantially higher than obtained by selection in 14–20 μM Msx (see Table 1), indicating that the vector is being taken up by the cells and reinforcing the view that the GS gene is relatively poorly expressed in this vector.

TABLE 1

Apparent transfection frequencies of constructs in CHO-K1 cells were determined by the number of surviving colonies/10⁶ transfected cells at various concentrations of Msx, or by resistance to 0.8 mg/ml G418 (Results are from 3 transfections, (i), (ii) and (iii)).

| Vector | 15 μM | 20 μM | 25 μM | 30 μM | 100 μM | 1 mM | G418 |
|---|---|---|---|---|---|---|---|
| pSVLGS.1 | | | | | | | |
| (i) | 13.6 | 9.2 | 5.6 | 2.4 | 0.24 | 0 | — |
| (iii) | — | 24.5 | 10.0 | — | — | — | — |
| pSV2.GS | | | | | | | |
| (i) | 26.4 | 18.0 | 12.0 | 12.0 | 1.4 | 0 | — |
| (ii) | — | 32.0 | 7.4 | — | — | — | — |
| (iii) | — | 38.0 | 29.0 | — | — | — | — |
| pZIPGS | | | | | | | |
| (i) | 0.72 | 0.5 | 0 | 0 | 0 | 0 | — |
| (ii) | — | 1.1 | 0 | — | — | — | 30 |
| Mock | | | | | | | |
| (i) | 0.47 | 0.24 | 0 | 0 | 0 | 0 | 0 |
| (ii) | — | 0.29 | 0 | — | — | — | 0 |
| (iii) | — | 1.0 | 0 | — | — | — | — |

In order to confirm that the generation of Msx-resistant colonies is due to expression of transfected GS genes, rather than to some non-specific effect of the input DNA, there are three predictions which can be tested. Firstly, the Msx-resistant cells should contain vector DNA. Secondly, novel GS mRNAs should be produced in these cell lines, since the heterologous promoters used will direct the formation of GS mRNAs which differ in length at the 5′ end from the natural GS mRNA. Thirdly, active transfected GS genes should be amplifiable by selection in increased concentration of Msx. These predictions were therefore tested as follows.

Three cell lines were established from individual colonies arising after transfection with pSVLGS.1 and three cell lines from colonies transfected with pSV2.GS. Cell lines SVLGS 2 and SVLGS 5 are resistant to 20 μM Msx and SVLGS 9 to 30 uM Msx. Cell lines SV2.GS20, SV2.GS25 and SV2.GS30 are resistant to 20, 25 and 30 μM Msx respectively.

DNA was prepared from each of these cell lines and a Southern blot of the DNA samples was hybridised with an RNA probe specific for SV40-ORI region DNA. The result, shown in FIG. 4, indicates that all of the Msx-resistant cell lines contain vector DNA. The number of copies of the vector present in each cell can be estimated by comparison with known amounts of a standard preparation of vector DNA, loaded on the same gel. From this, it is clear that all of the SVLGS cell lines contain multiple copies of the vector up to about 500 copies per cell (see Table 2). All of the SV2.GS cell lines also contain vector DNA but in all three cases there seems to have been integration of only a single copy of vector DNA per cell.

It is to be noted that the result obtained with pSVLGS.1 is highly unexpected. Up until the present there has been no reported case in which such a high copy number has been produced merely by transfection. It is believed that this high copy number is due to

14

the presence in the vector of a DNA sequence which favours the incorporation of high numbers of copies of vector DNA into the host cell's DNA.

Such high copy numbers of integrated vectors have not been observed with pSV2.GS. It is therefore believed that DNA sequences partly responsible for the high copy number transfection are found either in the intron or in the 3′ region of the genomic GS DNA part of the pSVLGS.1 vector or adjoining vector sequences. However, the copy number probably also reflects the expression level required to attain resistance to the particular level of Msx used for selection.

Clearly, this high copy number transfection sequence will be of use not only with GS encoding sequences but also with other protein sequences, such as those encoding selectable markers or amplifiable genes because it provides a means of increasing copy number and hence expression levels of desired genes additional to the effects of selection for further gene amplification.

Therefore according to a further aspect of the invention there is provided the recombinant DNA sequence present in the pSVLGS.1 vector which is responsible for achieving high copy number transfection of vector DNA into a host cell or any other recombinant DNA sequence which will provide the same function.

The 5′ ends of GS mRNA produced by Msx-resistant cell lines were analysed by primer extension analysis. A synthetic oligomer 19 bases in length was synthesised which hybridises to a region of the mRNA near the start of the protein coding region. Reverse transcriptase should extend this primer to a length of 146 bps from wild type GS mRNA and to a length of approximately 400 bps to the start of transcription in the case of pSVLGS.1 mRNA. The RNA predicted from pSV2.GS is shorter than the natural mRNA and so could be masked by "drop-offs" in the primer extension reaction and was not analysed.

The results shown in FIG. 5 show that a GS specific mRNA longer than wild-type mRNA is indeed produced in SVLGS cell lines, strongly supporting the conclusion that the transfected gene is transcribed in these cells. The reverse transcriptase does not extend the primer to the predicted length, but seems to drop off at at least 3 major sites, probably due to inhibition of reverse transcription by secondary structure in the 5′ untranslated region of this RNA.

Three Msx-resistant cell lines transfected with pSVLGS.1 and three cell lines transfected with pSV2.GS were grown in various concentrations of Msx in order to select for GS gene amplification. For each cell line, approximately 10⁵ cells were plated in 100 μM, 250 μM, 500 μM and 1 mM Msx. After 12 days, the maximum concentrations of Msx at which surviving colonies could be observed in each cell line were as follows: SVLGS2, 500 μM; SVLGS5, 250 μM; SVLGS9, 500 μM; SV2.GS20, 100 μM; SV2.GS25, 500 μM; and SV2.GS30, 500 μM. The most highly resistant colonies obtained from each cell line were pooled and two of these Msx-resistant pools were subjected to a second round of amplification. SVLGS2 (500 μMR) and SV2.GS30 (500 μMR) were plated out at 1 mM, 5 mM, 10 mM and 20 mM Msx. After 15–20 days, colonies appeared on plates containing SVLGS2(500 μMR) at up to 2 mM Msx and in the case of SV2.GS (500 μMR) at up to 10 mM Msx. From these, two highly resistant cell lines SVGS2 (2 mMR) and SV2.GS30 (10 mMR) were established. Each of these highly resistant

5,122,464

**15**

cell lines contain cells which have arisen from multiple independent amplification events.

A Southern blot of DNA prepared from all of the Msx-resistant cell lines was hybrised with a probe specific for SV40 ORI-region DNA. The results of this are shown in FIG. 3. From a comparison with standard preparations of plasmid DNA, the copy numbers could be determined and these are shown in Table 2.

After the first round of selection, all three SVLGS cell lines show approximately a 10-fold increase in copy number of the vector DNA.

TABLE 2

Copy Number of Transfected Genes Subjected to
Selection for gene amplification

| Cell Line | Conc. of Msx (µM) | Copy Number |
|---|---|---|
| SVLGS2 | 20 | 170 |
| SVLGS5 | 20 | 25 |
| SVLGS9 | 30 | 500 |
| SVLGS2(500 µMR) | 500 | 1200 |
| SVLGS5(250 µMR) | 250 | 300 |
| SVLGS9(500 µMR) | 500 | 4200 |
| SVLGS2(2 mMR) | 2000 | 15000 |
| SV2.GS20 | 20 | 1 |
| SV2.GS25 | 25 | 1 |
| SV2.GS30 | 30 | 1 |
| SV2.GS20(100 µMR) | 100 | 1 |
| SV2.GS25(500 µMR) | 500 | 1 |
| SV2.GS30(500 µMR) | 500 | 1 |
| SV2.GS30(10 mMR) | 1000 | 5–10 |

In the second round of selection, SVLGS2 shows at least a further 10 fold amplification attaining approximately 15,000 copies/cell.

In marked contrast, the single copy of pSV2.GS present in initial transfectants did not significantly increased after a single round of selection and SV2.GS30(10 mMR) resistant to 10 mM Msx contains only 5–10 copies of the vector in each cell.

In order to determine whether there has also been amplification of the endogenous GS genes, the probe was removed and the blot re-probed with a nick-translated BglI-BglII DNA fragment obtained from the third intron of the GS genomic sequences. This probe is therefore specific for endogenous GS genes and does not hybridise with the transfected genes which lack this intron. No significant endogenous gene amplification could be detected by this means in SVLGS cell lines. A small degree of endogenous amplification could be seen in SV2.GS30(10 mMR) cell DNA.

Thus pSV2.GS, while acting as an effective dominant selectable marker in CHO-K1 cells, appears to express GS too efficiently to be suitable as an amplifiable marker, since very high levels of Msx are required in order to select for even slightly increased copy number. pSVLGS.1 on the other hand can be used as a dominant selectable marker and can also be amplified to very high copy numbers.

The suitability of pSVLGS.1 as a selectable and amplifiable vector was tested by introducing into it a transcription unit capable of expressing tissue-plasminogen activator (tPA). Two plasmids were examined in which tPA cDNA under the control of the SV40 early region promoter and polyadenylation signal was cloned at the unique BamHI site of pSVLGS.1. In pSVLGS.tPA16, the GS and tPA genes are in the same orientation and in pSVLGS.tPA17, the two genes are in opposite orientations.

Both constructions were introduced into CHO-K1 cells and transfected cells were selected for resistance to

**16**

15 µM Msx. After 10 days, the surviving colonies were screened for tPA activity by fibrin overlays. Many of the surviving colonies secreted tPA, thus confirming that the GS gene could act as a selectable marker to identify transfected clones. The tPA-induced clearings in the fibrin gel were larger and more numerous on plates transfected with pSVGS.tPA 16, indicating that the tPA gene was more efficiently expressed when in the same orientation in the vector as the GS gene than when the two genes were in opposite orientations. 10 colonies from a transfection with pSVLGS.tPA16, which produced large tPA clearings, were grown in 96-well plates. Of these, the two cell lines secreting the highest levels of tPA, 16-1.20 µMR and 16-2.20 µMR were selected for further study. Each was subjected to selection in increased concentrations of Msx and the tPA production from pools of colonies obtained at different stages is shown in Table 3.

TABLE 3

| Cell line | tPA secreted (U/10⁶ cells/24 hours) |
|---|---|
| 16-1.20 µMR | 260 |
| 16-1.200 µMR | 2700 |
| 16-2.20 µMR | 400 |
| 16-2.200 µMR | 2750 |
| 16-2.10 mMR | 4000 |

16–2.10 mMR, the cell line producing the highest levels of tPA, was cloned by limiting dilution and a clone was isolated which secreted 4000 U/10⁶ cells/day. This level is comparable with the highest level of tPA expression reported using DHFR co-amplification.

It has thus been shown that, when a GS cDNA cloned in the retrovirus based vector pZIP-Neo SV(X) was used, the frequency with which Msx-resistant colonies arose was low, probably due to relatively inefficient expression from this vector in this cell line. On the other hand, two different constructs in which the GS gene was under the control of SV40 promoters gave rise to cells resistant to substantially higher levels of Msx than wild-type cells. All of the resistant colonies tested contained vector DNA, and novel GS mRNAs consistent with transcription of the transfected genes could be detected in cell lines containing pSVLGS.1 DNA. Msx-resistant colonies could be identified using both GS expression plasmids using SV40 promoters at a frequency greater than 1/10⁵ cells, indicating that both constructs could be useful as dominant selectable markers for the introduction of cloned DNA into CHO-K1 cells.

The expression plasmid pSVLGS.1 containing a GS minigene utilising its own RNA processing signals and under the control of an SV40 late promoter, can unexpectedly be used to introduce a high number of copies of the vector into each transfected cell.

Both GS genes under the control of SV40 promoters were capable of further amplification when transfected cell lines were selected in higher concentrations of Msx. Cell lines expressing pSV2.GS yielded variant clones resistant to very high levels of Msx (up to 65 times higher than originally used to select transfectants) with an increase in copy number to only 5–10 per cell. There was little detectable concomitant amplification of endogenous genes.

pSVLGS.1 is a much more suitable amplifiable vector since the increase in copy number was roughly proportional to the concentration of Msx and very high copy numbers were achieved (approximately 10,000

5,122,464

**17**

copies per cell in cells resistant to 2 mM Msx). In this case. no detectable endogenous gene amplification occurred.

The pSVLGS.1 amplifiable vector has been used to introduce a tPA gene into CHO-K1 cells and it has been shown that gene amplification leads to higher levels of tPA expression. Variant clones resistant to ten times the concentration of Msx of the original transfectants secrete about ten times the amount of tPA, but a further 50 fold increase in Msx-resistance led to less than a 2 fold increase in tPA secretion. This suggests that some aspect of the synthesis or secretion of tPA is close to saturation in these highly Msx-resistant cells. The maximum level of tPA secretion of 4000 U/10⁶ cells/day in the 16–2.10 mMR cell line is comparable with the levels of expression previously observed in dhfr⁻ CHO cells using DHFR-mediated gene amplification, the highest reported level of secretion being 6000 U/10⁶ cells/day. This also supports the conclusion that tPA secretion is close to the maximum attainable by current methods in these cells.

It will be appreciated that the present invention is described above purely by way of illustration and that modifications and variations thereof may be made by the person skilled in the art without departing from the spirit and scope thereof as defined in the appended claims.

We claim:

1. A method for co-amplifying a recombinant DNA sequence which encodes the complete amino acid sequence of a desired protein other than a glutamine synthetase (GS), comprising:

   (a) providing an expression vector comprising a recombinant DNA sequence which encodes an active GS enzyme and the recombinant DNA sequence which encodes the complete amino acid sequence of the desired protein other than GS;

   (b) providing a eukaryotic host cell which is a GS prototroph;

   (c) transforming said host cell with said expression vector; and

   (d) culturing said transformed host cell under conditions which allow transformants containing an amplified number of copies of the vector-derived recombinant DNA sequence which encodes an active GS enzyme to be selected wherein said transformants also contain an amplified number of copies of the desired recombinant DNA sequence which encodes the complete amino acid sequence of the desired protein other than GS.

2. The method of claim 1, wherein step (d) comprises culturing the transformed host cell in media containing a GS inhibitor and selecting for transformant cells which are resistant to progressively increased level of the GS inhibitor.

3. The method of claim 2, wherein the GS inhibitor is selected from the group consisting of phosphinothricin and methionine sulphoximine.

4. The method of claim 2 or claim 3, wherein the media containing the GS inhibitor also contain methionine, whereby the concentrations of GS inhibitor in the media can be reduced.

5. The method of claim 2, wherein the recombinant DNA sequence which encodes an active GS enzyme is under the control of a regulatable promoter.

6. The method of claim 5, wherein the regulatable promoter is selected from the group consisting of a heat shock promoter and a metallothionein promoter.

**18**

7. The method of claim 5 or claim 6, wherein the regulatable promoter is up-regulated during the culturing and selecting steps and is down-regulated after selection.

8. The method of claim 1, wherein the desired protein is tissue plasminogen activator.

9. A method for co-amplifying a recombinant DNA sequence which encodes the complete amino acid sequence of a desired protein other than a GS, comprising:

   (a) providing a first expression vector comprising a recombinant DNA sequence which encodes an active GS enzyme;

   (b) providing a second expression vector comprising the recombinant DNA sequence which encodes the complete amino acid sequence of the desired protein other than GS;

   (c) providing a eukaryotic host cell which is a GS prototroph;

   (d) transforming said host cell with both said first and said second expression vectors; and

   (e) culturing said transformed host cell under conditions which allow transformants containing an amplified number of copies of the first expression vector-derived recombinant DNA sequence which encodes an active GS enzyme to be selected, wherein said transformants also contain an amplified number of copies of the desired recombinant DNA sequence which encodes the complete amino acid sequence of a protein other than GS.

10. The method of claim 9, wherein step (e) comprises culturing the transformed host cell in media containing a GS inhibitor and selecting for transformant cells which are resistant to progressively increased of the GS inhibitor.

11. The method of claim 10, wherein the recombinant DNA sequence which encodes an active GS enzyme is under the control of a regulatable promoter.

12. The method of claim 11, wherein the regulatable promoter is selected from the group consisting of a heat shock promoter and a metallothionein promoter.

13. The method of claim 11 or claim 12, wherein the regulatable promoter is up-regulated during the culturing and selecting steps and is down-regulated after selection.

14. The method of claim 10, wherein the GS inhibitor is selected from the group consisting of phosphinothricin and methionine sulphoximine.

15. The method of claim 10 or claim 14, wherein the media containing the GS inhibitor also contain methionine, whereby the concentrations of GS inhibitor in the media can be reduced.

16. The method of claim 9, wherein the desired protein is tissue plasminogen activator.

17. The method of claim 1 or claim 9, wherein the host cell is a mammalian cell.

18. The method of claim 1 or claim 9, wherein the host cell is a CHO-K1 cell.

19. A method for using a vector as a dominant selectable marker in a cotransformation process comprising:

   (a) providing an expression vector comprising a recombinant DNA sequence which encodes an active GS enzyme and a recombinant DNA sequence which encodes the complete amino acid sequence of a desired protein other than GS;

   (b) providing a eukaryotic host cell which is a GS prototroph;

5,122,464

**19**

(c) transforming the host cell with the expression vector; and

(d) selecting transformant cells which are resistant to GS inhibitors, whereby transformant cells are selected in which the vector-derived recombinant DNA sequence which encodes an active GS enzyme serves as a dominant selectable and co-amplifiable marker.

20. A method for using a vector as a dominant selectable marker in a cotransformation process comprising:

(a) providing a first expression vector comprising a recombinant DNA sequence which encodes an active GS enzyme;

(b) providing a second expression vector comprising a recombinant DNA sequence which encodes the

**20**

complete amino acid sequence of a desired protein other than GS;

(c) providing a eukaryotic host cell which is a GS prototroph;

(d) transforming said host cell with both said first and second expression vectors; and

(e) selecting transformant cells which are resistant to GS inhibitors, whereby transformant cells are selected in which the first expression vector-derived recombinant DNA sequence which encodes an active GS enzyme serves as a dominant selectable and co-amplifiable marker.

21. A plasmid including the GS minigene from plasmid pSVLGS.1.

22. A plasmid including the SV40-GS transcription unit from plasmid pSVLGS.1.

* * * * *

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

**PATENT NO.** : 5,122,464

**DATED** : June 16, 1992

**INVENTOR(S)** : Richard Harris WILSON et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Please correct column 18, line 18, after "host cell which

is a" delete "CS" and substitute therefor -- GS -- .

Signed and Sealed this

Seventh Day of September, 1993

*Attest:*

**BRUCE LEHMAN**

*Attesting Officer*          *Commissioner of Patents and Trademarks*

# EXHIBIT 2

US005591639A

# United States Patent [19]

## Bebbington

[11] **Patent Number:** **5,591,639**

[45] **Date of Patent:** **Jan. 7, 1997**

[54] **RECOMBINANT DNA EXPRESSION VECTORS**

[75] Inventor: **Christopher R. Bebbington**, Windsor, United Kingdom

[73] Assignee: **Celltech Ltd**, Berkshire, United Kingdom

[21] Appl. No.: **300,063**

[22] Filed: **Sep. 2, 1994**

### Related U.S. Application Data

[63] Continuation of Ser. No. 896,797, Jun. 9, 1992, abandoned, which is a continuation of Ser. No. 339,615, filed as PCT/GB88/00602, Jul. 23, 1987, abandoned.

[30] **Foreign Application Priority Data**

Jul. 23, 1987 [GB] United Kingdom ................... 8717430

[51] Int. Cl.⁶ ............................. **C12N 15/00; C07H 21/04**
[52] U.S. Cl. ..................................... **435/320.1**; 435/172.3; 536/24.1; 536/24.2
[58] Field of Search ................................. 536/24.1, 24.2; 435/172.3, 320.1

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

4,769,326   9/1988   Rutter ......................................... 435/68

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 173177 | 3/1986 | European Pat. Off. . |
| 173552 | 3/1986 | European Pat. Off. . |
| 260148 | 3/1988 | European Pat. Off. . |

#### OTHER PUBLICATIONS

Boshart et al in Sequence Specificity in Transcript & Translation pp. 511–520 The Strong Enhance–Element . . . 1985.
Foecking et al Gene 45:101–105. 1986.
Gruss et al PNAS 76(9):4317–4321. 1979.
Hamer et al Nature 17:725. 1979.
Mulligan et al Nature 277:108. 1979.
Spaete et al J of Virl 56(1):135, 1985.
Nelsen et al Mol. Cell Biol 7(11):4125, 1987.
Slenkey et al J of Virl 49(1):190, 1984.
Gene, vol. 38, No. 1/3.1985, Elsevier Biomedical Press, (Amsterdam, NL) F. Pasleau et al.:"Growth hormone gene expression in eukaryotic cells directed by the Rous sarcoma virus long terminal repeat or cytomegalovirus immediate—early promoter", pp. 227–232;see p. 228, second col.

Journal of Virology, vol. 56, No. 1, Oct. 1985, American Society for Microbiology (US) R. R. Spaete et al.:"Regulation of cytomegalovirus gene expression:α and β promoters are trans activated by viral functions in permissive human fibroblasts" pp. 135–143, see p. 136, last five lines and first paragraph of p. 137 (cited in the application).
Wong et al., "Human GM–CSF: Molecular Cloning of the Complementary DNA and Purification of the Natural and Recombinant Proteins", *Science*, v. 228, pp. 810–15, May 1985.
Simonsen et al., "Isolation and expression of an altered mouse dihydrofolate reductase cDNA", *Proc. Natl. Acad. Sci.* (USA), vol. 80, pp. 2495–2499, 1983.
Kaufman et al., "Amplification and Expression of Sequences Cotransfected with a Modular Dihydrofolate Reductase Complementary DNA Gene", *J. Mol. Biol.*, v. 159 pp. 601–621, 1982.
Gething et al., "Cell–surface expression of influenza haemagglutinin from a cloned DNA copy of the RNA gene", *Nature*, vol. 293, pp. 620–625, 1981.
McLean et al., "Cloning and expression of human lecithin–cholesterol acyltransferase cDNA", *Proc. Natl. Acad. Sci.* (USA), vol. 83, pp. 2335–2339, 1986.
Leonard et al., "Molecular cloning and expression of cDNAs for the human interleukin–2 receptor", *Nature*, vol. 311, pp. 626–631, 1984.
Gray et al., "Expression of human immune interferon cDNA in *E. coli* and monkey cells", *Nature*, vol. 295, pp. 503–508, Feb., 1982.
Nunberg et al., "Live, Recombinant Vaccinia Virus Encoding Expression of the Feline Leukemia Virus Envelope Protein", *Transcriptional Control Mechanisms*, (Abstract 0216), p. 154.
Treisman et al., "Transformation of rat cells by an altered polyoma virus genome expressing only the middle–T protein", *Nature*, vol. 292, pp. 595–600, 1981.

*Primary Examiner*—Suzanne E. Ziska
*Attorney, Agent, or Firm*—Spencer & Frank

[57] **ABSTRACT**

The invention provides expression vectors containing the promoter, enhancer and substantially complete 5'-untranslated region including the first intron of the major immediate early gene of human cytomegalovirus. Further vectors including the hCMV-MIE DNA linked directly to the coding sequence of a heterologous gene are described, Host cells transfected with the vectors and a process for producing heterologous polypeptides using the vectors and the use of the hCMV-MIE DNA for expression of a heterologous gene are also included within the invention.

**7 Claims, 9 Drawing Sheets**



Fig. 1



Fig. 2



Fig. 3

```
                              T
   DNS                  P     t                        AM
   sct                  s     h                        fl
   aoy                  t     3                        1u
   111                  1     2                        31
    //                                                  /
    CCATGGTGTCAAGGACGGTGACTGCAGTGAATAATAAAATGTGTGTTTGTCCGAAATACG
 1  ---------+---------+---------+---------+---------+---------+ 60
    GGTACCACAGTTCCTGCCACTGACGTCACTTATTATTTTACACACAAACAGGCTTTATGC


    CGTTTTGAGATTTCTGTCGCCGACTAAATTCATGTCGCGCGATAGTGGTGTTTATCGCCG
 61 ---------+---------+---------+---------+---------+---------+ 120
    GCAAAACTCTAAAGACAGCGGCTGATTTAAGTACAGCGCGCTATCACCACAAATAGCGGC


                      C
                      l
                      a
                      1
    ATAGAGATGGCGATATTGGAAAAATCGATATTTGAAAATATGGCATATTGAAAATGTCGC
121 ---------+---------+---------+---------+---------+---------+ 180
    TATCTCTACCGCTATAACCTTTTTAGCTATAAACTTTTATACCGTATAACTTTTACAGCG


                      E
                      c
                      o
                      R
                      V
    CGATGTGAGTTTCTGTGTAACTGATATCGCCATTTTTCCAAAAGTGATTTTTGGGCATAC
181 ---------+---------+---------+---------+---------+---------+ 240
    GCTACACTCAAAGACACATTGACTATAGCGGTAAAAAGGTTTTCACTAAAAACCCGTATG


        E
        c
        o
        R
        V
    GCGATATCTGGCGATAGCGGCTTATATCGTTTACGGGGGATGGCGATAGACGACTTTGGT
241 ---------+---------+---------+---------+---------+---------+ 300
    CGCTATAGACCGCTATCGCCGAATATAGCAAATGCCCCCTACCGCTATCTGCTGAAACCA


    GACTTGGGCGATTCTGTGTGTCGCAAATATCGCAGTTTCGATATAGGTGACAGACGATAT
301 ---------+---------+---------+---------+---------+---------+ 360
    CTGAACCCGCTAAGACACACAGCGTTTATAGCGTCAAAGCTATATCCACTGTCTGCTATA


                              C BH      N  C
                              f aa      s  l
                              r le      i  a
                              1 11      1  1
                                /
    GAGGCTATATCGCCGATAGAGGCGACATCAAGCTGGCACATGGCCAATGCATATCGATCT
361 ---------+---------+---------+---------+---------+---------+ 420
    CTCCGATATAGCGGCTATCTCCGCTGTAGTTCGACCGTGTACCGGTTACGTATAGCTAGA
```

## Fig. 4A

```
              S   C  BH
              s   f  aa
              p   r  le
              1   1  11
                       /
    ATACATTGAATCAATATTGGCCATTAGCCATATTATTCATTGGTTATATAGCATAAATCA
421 ---------+---------+---------+---------+---------+---------+ 480
    TATGTAACTTAGTTATAACCGGTAATCGGTATAATAAGTAACCAATATATCGTATTTAGT
    S            C  BH
    s            f  aa
    p            r  le
    1            1  11
                     /
    ATATTGGCTATTGGCCATTGCATACGTTGTATCCATATCATAATATGTACATTTATATTG
481 ---------+---------+---------+---------+---------+---------+ 540
    TATAACCGATAACCGGTAACGTATGCAACATAGGTATAGTATTATACATGTAAATATAAC

                          H
                          i         M          S
                          n         m          p
                          c         e          e
                          2         1          1
    GCTCATGTCCAACATTACCGCCATGTTGACATTGATTATTGACTAGTTATTAATAGTAAT
541 ---------+---------+---------+---------+---------+---------+ 600
    CGAGTACAGGTTGTAATGGCGGTACAACTGTAACTAATAACTGATCAATAATTATCATTA

    CAATTACGGGGTCATTAGTTCATAGCCCATATATGGAGTTCCGCGTTACATAACTTACGG
601 ---------+---------+---------+---------+---------+---------+ 660
    GTTAATGCCCCAGTAATCAAGTATCGGGTATATACCTCAAGGCGCAATGTATTGAATGCC

              B                                    A   A
              g                                    h   a
              l                                    a   t
              1                                    2   2
    TAAATGGCCCGCCTGGCTGACCGCCCAACGACCCCCGCCCATTGACGTCAATAATGACGT
661 ---------+---------+---------+---------+---------+---------+ 720
    ATTTACCGGGCGGACCGACTGGCGGGTTGCTGGGGGCGGGTAACTGCAGTTATTACTGCA

                          A   A
                          h   a
                          a   t
                          2   2
    ATGTTCCCATAGTAACGCCAATAGGGACTTTCCATTGACGTCAATGGGTGGAGTATTTAC
721 ---------+---------+---------+---------+---------+---------+ 780
    TACAAGGGTATCATTGCGGTTATCCCTGAAAGGTAACTGCAGTTACCCACCTCATAAATG

              B                          N
              g                          d
              l                          e
              1                          1
    GGTAAACTGCCCACTTGGCAGTACATCAAGTGTATCATATGCCAAGTACGCCCCCTATTG
781 ---------+---------+---------+---------+---------+---------+ 840
    CCATTTGACGGGTGAACCGTCATGTAGTTCACATAGTATACGGTTCATGCGGGGGATAAC
```

# Fig. 4B

```
    A   A                   B
    h   a                   g
    a   t                   l
    2   2                   1
    ACGTCAATGACGGTAAATGGCCCGCCTGGCATTATGCCCAGTACATGACCTTATGGGACT
841 ---------+---------+---------+---------+---------+---------+ 900
    TGCAGTTACTGCCATTTACCGGGCGGACCGTAATACGGGTCATGTACTGGAATACCCTGA


                     S                        DNS
                     n                        sct
                     a                        aoy
                     B                        111
                     1                         //
    TTCCTACTTGGCAGTACATCTACGTATTAGTCATCGCTATTACCATGGTGATGCGGTTTT
901 ---------+---------+---------+---------+---------+---------+ 960
    AAGGATGAACCGTCATGTAGATGCATAATCAGTAGCGATAATGGTACCACTACGCCAAAA


    GGCAGTACATCAATGGGCGTGGATAGCGGTTTGACTCACGGGGATTTCCAAGTCTCCACC
961 ---------+---------+---------+---------+---------+---------+ 1020
    CCGTCATGTAGTTACCCGCACCTATCGCCAAACTGAGTGCCCCTAAAGGTTCAGAGGTGG


     A  A                   B
     h  a                   a
     a  t                   n
     2  2                   1
     CCATTGACGTCAATGGGAGTTTGTTTTGGCACCAAAATCAACGGGACTTTCCAAAATGTC
1021 ---------+---------+---------+---------+---------+---------+ 1080
     GGTAACTGCAGTTACCCTCAAACAAAACCGTGGTTTTAGTTGCCCTGAAAGGTTTTACAG


     GTAACAACTCCGCCCCATTGACGCAAATGGGCGGTAGGCGTGTACGGTGGGAGGTCTATA
1081 ---------+---------+---------+---------+---------+---------+ 1140
     CATTGTTGAGGCGGGGTAACTGCGTTTACCCGCCATCCGCACATGCCACCCTCCAGATAT


     BH
     EssS                     G    A
     apia                     s    h
     n1Ac                     u    a
     2211                     1    2
      ///
     TAAGCAGAGCTCGTTTAGTGAACCGTCAGATCGCCTGGAGACGCCATCCACGCTGTTTTG
1141 ---------+---------+---------+---------+---------+---------+ 1200
     ATTCGTCTCGAGCAAATCACTTGGCAGTCTAGCGGACCTCTGCGGTAGGTGCGACAAAAC


                  B           N
                  b           D    BCGsSX
                  v           s    gfdpam
                  2           a    lriBca
                  1           1    112223
                                    ////
     ACCTCCATAGAAGACACCGGGACCGATCCAGCCTCCGCGGCCGGGAACGGTGCATTGGAA
1201 ---------+---------+---------+---------+---------+---------+ 1260
     TGGAGGTATCTTCTGTGGCCCTGGCTAGGTCGGAGGCGCCGGCCCTTGCCACGTAACCTT
```

## Fig. 4C

```
         CGCGGATTCCCCGTGCCAAGAGTGACGTAAGTACCGCCTATAGAGTCTATAGGCCCACCC
    1261 ---------+---------+---------+---------+---------+---------+ 1320
         GCGCCTAAGGGGCACGGTTCTCACTGCATTCATGGCGGATATCTCAGATATCCGGGTGGG

             B                    N
            Ss                   N sS
            tt                   s pp
            yX                   i Hh
            11                   1 11
                                  /
         CCTTGGCTTCTTATGCATGCTATACTGTTTTTGGCTTGGGGTCTATACACCCCCGCTTCC
    1321 ---------+---------+---------+---------+---------+---------+ 1380
         GGAACCGAAGAATACGTACGATATGACAAAAACCGAACCCCAGATATGTGGGGGCGAAGG

                                  E
                                  s
                                  p
                                  1
         TCATGTTATAGGTGATGGTATAGCTTAGCCTATAGGTGTGGGTTATTGACCATTATTGAC
    1381 ---------+---------+---------+---------+---------+---------+ 1440
         AGTACAATATCCACTACCATATCGAATCGGATATCCACACCCAATAACTGGTAATAACTG

                                          P
                                          f
                                          l
                                          M
                                          1
         CACTCCCCTATTGGTGACGATACTTTCCATTACTAATCCATAACATGGCTCTTTGCCACA
    1441 ---------+---------+---------+---------+---------+---------+ 1500
         GTGAGGGGATAACCACTGCTATGAAAGGTAATGATTAGGTATTGTACCGAGAAACGGTGT

                                  E
                                  c
                                  o
                                  5
                                  7
         ACTCTCTTTATTGGCTATATGCCAATACACTGTCCTTCAGAGACTGACACGGACTCTGTA
    1501 ---------+---------+---------+---------+---------+---------+ 1560
         TGAGAGAAATAACCGATATACGGTTATGTGACAGGAAGTCTCTGACTGTGCCTGAGACAT

                                  E
                                  c
                                  o
                                  3
                                  1
         TTTTTACAGGATGGGGTCTCATTTATTTATTTTACAAATTCACATATACAACACCACCGTCC
    1561 ---------+---------+---------+---------+---------+---------+ 1620
         AAAAATGTCCTACCCCAGAGTAAATAATAAATGTTTAAGTGTATATGTGTGGTGGCAGG

             B
             s                        X             A          A
             p                        h             v          f
             1                        o             a          1
             2                        2             1          3
         CCAGTGCCCGCAGTTTTTATTAAACATAACGTGGGATCTCCACGCGAATCTCGGGTACGT
    1621 ---------+---------+---------+---------+---------+---------+ 1680
         GGTCACGGGCGTCAAAAATAATTTGTATTGCACCCTAGAGGTGCGCTTAGAGCCCATGCA
```

## Fig. 4D



Fig. 4E

```
      B  B                                              DNS
      s  s                                              sct
      s  s                                              aoy
      H  H                                              111
      2  2                                              //
      CTGCCGCGCGCGCCACCAGACATAATAGCTGACAGACTAACAGACTGTTCCTTTCCATGG
 2041---------+---------+---------+---------+---------+---------+ 2100
      GACGGCGCGCGCGGTGGTCTGTATTATCGACTGTCTGATTGTCTGACAAGGAAAGGTACC

           P                    DNS
           s                    sct
           t                    aoy
           1                    111
                                //   NcoI
      GTCTTTTCTGCAGTCACCGTCCTTGACACCATG
 2101---------+---------+---------+----+
      CAGAAAGACGTCAGTGGCAGGAACTGTG
```

# Fig.4F



Fig. 5

INSERT HCMV PROMOTER FRAGMENT IN THE HIND3 SITE OF EE6
Mismatch: 0 MinCuts = 1 MaxCuts: 3

5,591,639

## 1

### RECOMBINANT DNA EXPRESSION VECTORS

This application is a continuation application Ser. No. 07/896,797, filed Jun. 9, 1992, now abandoned, which is a continuation of application Ser. No. 07/339,615, filed Apr. 28, 1989, now abandoned.

### FIELD OF THE INVENTION

This invention relates to expression vectors containing a DNA sequence from the human cytomegalovirus major immediate early gene, to host cells containing such vectors, to a method of producing a desired polypeptide by using vectors containing said sequence and to the use of said DNA sequence.

### BACKGROUND TO THE INVENTION

The main aim of workers in the field of recombinant DNA technology is to achieve as high a level of production as possible of a particular polypeptide. This is particularly true of commercial organisations who wish to exploit the use of recombinant DNA technology to produce polypeptides which naturally are not very abundant.

Generally the application of DNA technology involves the cloning of a gene encoding the desired polypeptide, placing the cloned gene in a suitable expression vector, transferring a host cell line with the vector, and culturing the transferred cell line to produce the polypeptide. It is almost impossible to predict whether any particular vector or cell line or combination thereof will lead to a useful level of production.

In general, the factors which significantly affect the amount of polypeptide produced by a transferred cell line are: 1. gene copy number, 2. efficiency with which the gene is transcribed and the mRNA translated, 3. the stability of the mRNA and 4. the efficiency of secretion of the protein.

The majority of work directed at increasing expression levels of recombinant polypeptides has focussed on improving transcription initiation mechanisms. As a result the factors affecting efficient translation are much less well understood and defined, and generally it is not possible to predict whether any particular DNA sequences will be of use in obtaining efficient translation.

Attempts at investigating translation have consisted largely of varying the DNA sequence around the consensus translation start signal to determine what effect this has on translation initiation (Kozak H. Cell 41 283–292 (1986)).

Studies involving expression of desired heterologous genes normally use both the coding sequence and at least part of the 5'-untranslated sequence of the heterologous gene such that translation initiation is from the natural sequence of the gene. This approach has been found to be unreliable probably as a result of the 'hybrid nature' of the 5'-untranslated region and the fact that the presence of particular 5-untranslated sequences can lead to poor initiation of translation (Kozak H. Procl. Natl. Acad. Sci. 83 2850–2854 (1986) and Pelletier and Sonenberg Cell 40 515–526 (1985)). This variation in translation has a detrimental effect on the amount of the product produced.

Previous studies (Boshart et al Cell 41 521–530 (1985) and Pasleau et al, Gene 38 227–232 (1985); Stenberg et al, J. Virol 49 (1) 190–199 (1984); Thomsen et al Proc. Natl. Acad. Sci. USA 81 659–663 (1984) and Foecking and Horstetter Gene 65 101–105 (1986)) have used sequences from the upstream region of the hCMV-MIE gene in expres-

## 2

sion vectors. These have, however, solely been concerned with the use of the sequences as promoters and/or enhancers. Spaeta and Mocarski (J. Virol 56 (1) 135–143, 1985) have used a PstI to PstI fragment of the hCMV-MIE gene encompassing the promoter, enhancer and part of the 5'-untranslated region, as a promoter for expression of heterologous genes. In order to obtain translation the natural 5'-untranslated region of the heterologous gene was used.

In published European Patent Application No. 260148, a method for the continuous production of a heterologous protein is described. The expression vectors constructed contain part of the 5'-untranslated region of the hCMV-MIE gene as a stabilising sequence. The stabilising sequence is placed in the 5'-untranslated region of the gene encoding the desired heterologous protein i.e. the teaching is again that the natural 5'-untranslated region of the gene is essential for translation.

### SUMMARY OF THE INVENTION

In a first aspect the invention provides a vector containing a DNA sequence comprising the promoter, enhancer and substantially complete 5'-untranslated region including the first intron of the major immediate early gene of human cytomegalovirus.

In a preferred embodiment of the first aspect of the invention, the vector includes a restriction site for insertion of a heterologous gene.

The present invention is based on the discovery that vectors containing a DNA sequence comprising the promoter, enhancer and complete 5'-untranslated region of the major immediate early gene of the human cytomegalovirus (hCMV-MIE) upstream of a heterologous gene result in high level expression of the heterologous gene product. In particular, we have unexpectedly found that when the hCMV-MIE derived DNA is linked directly to the coding sequence of the heterologous gene high levels of mRNA translation are achieved. This efficient translation of mRNA is achieved consistently and appears to be independent of the particular heterologous gene being expressed.

In a second aspect the invention provides a vector containing a DNA sequence comprising the promoter, enhancer and substantially complete 5'-untranslated region including the first intron of the major immediate early gene of human cytomegalovirus upstream of a heterologous gene.

The hCMV-MIE derived DNA according to the second aspect of the invention may be separated from the coding sequence of the heterologous gene by intervening DNA such as for example by the 5'-untranslated region of the heterologous gene. Advantageously the hCMV-MIE derived DNA may be linked directly to the coding sequence of the heterologous gene.

In a preferred embodiment of the second aspect of the invention, the invention provides a vector containing a DNA sequence comprising the promoter, enhancer and substantially complete 5'-untranslated region including the first intron of the hCMV-MIE gene linked directly to the DNA coding sequence of the heterologous gene.

Preferably the hCMV-MIE derived sequence includes a sequence identical to the natural hCMV-MIE translation initiation signal. It may however be necessary or convenient to modify the natural translation initiation signal to facilitate linking the coding sequence of the desired polypeptide to the hCMV-MIE sequence, i.e. by introducing a convenient restriction enzyme recognition site. For example the trans-

5,591,639

3

lation initiation site may advantageously be modified to provide an NcoI recognition site.

The heterologous gene may be a gene coding for any eukaryotic polypeptide such as for example a mammalian polypeptide such as an enzyme, e.g. chymosin or gastric lipase; an enzyme inhibitor, e.g. tissue inhibitor of metalloproteinase (TIMP); a hormone, e.g. growth hormone; a lymphokine, e.g. an interferon; a plasminogen activator, e.g. tissue plasminogen activator (tPA) or prourokinase; or a natural, modified or chimeric immunoglobulin or a fragment thereof including chimeric immunoglobulins having dual activity such as antibody-enzyme or antibody-toxin chimeras.

According to a third aspect of the invention there is provided host cells transfected with vectors according to the first or second aspect of the invention.

The host cell may be any eukaryotic cell such as for example plant, or insect cells but is preferably a mammalian cell such as for example CHO cells or cells of myeloid origin e.g. myeloma or hybridoma cells.

In a fourth aspect the invention provides a process for the production of a heterologous polypeptide by culturing a transfected cell according to the third aspect of the invention.

In a fifth aspect the invention provides the use of a DNA sequence comprising the promoter, enhancer and substantially complete 5'-untranslated region including the first intron of the hCMV-MIE gene for expression a heterologous gene.

In a preferred embodiment of the fifth aspect of the invention the hCMV-MIE derived DNA sequence is linked directly to the DNA coding sequence of the heterologous gene.

Also included within the scope of the invention are plasmids pCMGS, pHT.1 and pEE6hCMV.

BRIEF DESCRIPTION OF THE DRAWINGS

The present invention is now described, by way of example only, with reference to the accompanying drawings in which

FIG. 1: shows a diagrammatic representation of plasmid pSVLGS.1

FIG. 2: shows a diagrammatic representation of plasmid pHT.1

FIG. 3: shows a diagrammatic representation of plasmid pCMGS

FIG. 4: shows the complete sequence of the promoter-enhancer hCMV-MIE including both the first intron and a modified translation 'start' site.

FIG. 5: shows a diagrammatic representation of plasmid pEE6.hCMV

DETAILED DESCRIPTION OF THE EMBODIMENTS

Example 1

The Pst-1m fragment of hCMV (Boshart et al Cell 41 521–530 (1985) Spaeta & Mocarski J. Virol 56 (1) 135–143 (1985)) contains the promoter-enhancer and most of the 5'-untranslated leader of the MIE gene including the first intron. The remainder of the 5'untranslated sequence can be recreated through making a small additional sequence of approximately 20 base pairs.

Many eukaryotic genes contain an NcoI restriction site (5'-CCATGG-3') overlapping the translation start site, since this sequence frequently forms part of a preferred translation

4

initiation signal 5'ACCATGPu-3'. The hCMV-MIE gene does not have an NcoI site at the beginning of the protein coding sequence but a single base-pair alteration causes the sequence both to resemble more closely the "Kozak" consensus initiation signal and introduces an NcoI recognition site. Therefore a pair of complementary oligonucleotides were synthesised of the sequence:

```
        GTCACCGTCCTTGACAC
        ||||||||||||||||||
     ACGTCAGTGGCAGGAACTGTGGTAC
```

which when fused to the Pst-1m fragment of hCMV will recreate the complete 5'-untranslated sequence of the MIE gene with the single alteration of a G to a C at position −1 relative to the translation initiation codon.

This synthetic DNA fragment was introduced between the hCMV Pst-1m promoter-enhancer leader fragment and a glutamine synthetase (GS) coding sequence by ligation of the Pst-1m fragment and the synthetic oligomer with NcoI digested pSV2.GS to generate a new plasmid. pCMGS (The production of pSV2.GS is described in published International Patent Application No. WO 87044462). pCMGS is shown in FIG. 3. pCMGS thus contains a hybrid transcription unit consisting of the following: the synthetic oligomer described above upstream of the hCMV-MIE promoter-enhancer (where it serves merely as a convenient PstI - NcoI "adaptor"), the hCMV-MIE promoter and the complete 5' untranslated region of the MIE gene, including the first intron, fused directly to the GS coding sequence at the translation initiation site.

pCMGS was introduced into CHO-KI cells by calcium phosphate mediated transfection and the plasmid was tested for the ability to confer resistance to the GS-inhibitor methionine sulphoximine (HSX). The results of a comparison with pSV2.GS are shown in Table 1.

It is clear that pCMGS can confer resistance to 20 μM MSX at a similar frequency to pSV2.GS, demonstrating that active GS enzyme is indeed expressed in this vector.

TABLE 1

| Results of transfection of GS-expression vectors into CHO—KI cells | |
| --- | --- |
| Vector | no. colonies/10⁶ cells resistant to 20 μM MSX |
| pSV2.GS | 32 |
| pCMGS | 17 |
| Control | 0 |

Example 2

The TIMP cDNA and SV40 polyadenylation signal as used in pTIMP 1 Docherty et al (1985) Nature 318, 66–69, was inserted into pEE6 between the unique HindIII and BamHI sites to create pEE6TIMP. pEE6 is a bacterial vector from which sequences inhibitory to replication in mammalian cells have been removed. It contains the XmnI to BclI portion of pCT54 (Emtage et al 1983 Proc. Natl. Aced. Sci. USA 80, 3671–3675) with a pSP64 (Melton et al 1984: Nucleic Acids. Res. 12, 7035) polylinker inserted in between the HindIII and EcoRI sites. The BamHI and SalI sites have been removed from the polylinker by digestion, filling in with Klenow enzyme and religation. The BclI to BamHI fragment is a 237 bp SV40 early polyadenylation signal (SV40 2770 to 2533). The BamHI to the BglI fragment is derived from pBR328 (375 to 2422) with an additional deletion between the SalI and the AvaI sites (651 to 1425) following the addition of a SalI linker to the AvaI site. The

5,591,639

5                                                6

sequence from the BglI to the XmnI site originates from the β-lactamase gene of pSP64.

The 2129 base-pair NcoI fragment containing the hCMV MIE promoter-enhancer and 5' untranslated sequence was isolated from pCMGS by partial NcoI digestion and inserted at the NcoI site overlapping the translation initiation signal of TIMP in pEE6.TIMP to generate the plasmid pMT.1 (shown in FIG. 2).

A GS gene was introduced into pMT.1 to allow selection of permanent cell lines by introducing the 5.5K PvuI - BamHI fragment of pSVLGS.1 (FIG. 1) at the BamHI site of pHT.1 after addition of a synthetic BamHI linker to PvuI digested pSVLGS.1 to form pHT.1GS. In this plasmid the hCMV-TIMP and GS transcription units transcribe in the same orientation.

pHT.1 GS was introduced into CHO-K1 cells by calcium-phosphate mediated transfection and clones resistant to 20 μM MSX were isolated 2–3 weeks post-transfection. TIMP secretion rates were determined by testing culture supernatants in a specific two site ELISA, based on a sheep anti TIMP polyclonal antibody as a capture antibody, a mouse TIMP monoclonal as the recognition antibody, binding of the monoclonal being revealed using a sheep anti mouse IgG peroxidase conjugate. Purified natural TIMP was used as a standard for calibration of the assay and all curves were linear in the range of 2–20 ng ml$^{-1}$. No non-specific reaction was detectable in CHO-cell conditioned culture media.

One cell line GS.19 was subsequently recloned, and a sub-clone GS 19–12 secretes TIMP at a very high level of $3\times10^8$ molecules/cell/day. Total genomic DNA extracted from this cell line was hybridised with a TIMP probe by Southern blot analysis using standard techniques and shown to contain a single intact copy of the TIMP transcription unit per cell (as well as two re-arranged plasmid bands). This cell line was selected for resistance to higher levels of MSX and in the first selection a pool of cells resistant to 500 μM MSX was isolated and recloned. The clone GS-19.6(500)14 secretes $3\times10^9$ molecules TIMP/cell/day. The vector copy-number in this cell line is approx. 20–30 copies/cell. Subsequent rounds of selection for further gene amplification did not led to increased TIMP secretion.

Thus it appears that the hCMV-TIMP transcription unit from pHT.1 can be very efficiently expressed in CHO-K1 cells at approximately a single copy per cell and a single round of gene amplification leads to secretion rates which are maximal using current methods.

Example 3

In order to test whether the hCMV-MIE promoter-enhancer-leader can be used to direct the efficient expression of other protein sequences, two different but related plasminogen activator coding sequences (designated PA-1 and PA-2) were introduced into CHO-K1 cells in vectors in which the protein coding sequences were fused directly to the hCMV sequence.

In both these cases, there is no NcoI site at the beginning of the translated sequence and so synthetic oligonucleotides were used to recreate the authentic coding sequence from suitable restriction sites within the translated region. The sequence of the modified hCMV translation-initiation signal as used in pHT.1 was also built into the synthetic oligonucleotide which then ended in a Pst-1 restriction site. The Pst-1m fragment of hCMV was then inserted at this site to create the complete promoter-enhancer-leader sequence.

The hCMV-plasminogen activator transcription units were introduced into CHO-K1 cells after inserting a GS gene at the unique BamHI site as above end MSX resistant cell lines secreting plasminogen activator were isolated.

The secretion rates of the best initial transfectant cell lines in each case are given in Table 2. From this it is clear that the hCMV promoter-enhancer leader can also be used to direct the efficient expression of these two plasminogen activator proteins.

TABLE 2

Secretion rates of the different plasminogen activator proteins from transfectant CHO cell lines.

| Plasminogen activator | Molecules secreted/cell/day |
|---|---|
| PA-1 | $5.5 \times 10^7$ |
| PA-2 | $1.1 \times 10^8$ |

Example 4

pEE6hCMV was made by ligating the Pst-1m fragment of hCMV, HindIII-digested pEE6 and the complementary oligonucleotides of the sequence:

```
GTCACCGTCCTTGACACGA
|||||||||||||||||||
ACGTCAGTGGCAGGAACTGTGCTTCGA
```

cDNA encoding an immunoglobulin light-chain was inserted at the EcoRI site of pEE6.hCMV such that the hCMV-MIE promoter-enhancer leader could direct expression of the cDNA and a selectable marker gene containing the SV40 origin of replication was inserted at the BamHI site of each plasmid.

This plasmid was transfected into COS-1 monkey kidney cells by a standard DEAE-dextran transfection procedure and transient expression was monitored 72 hours post transfection. Light chain was secreted into the medium at at least 100 ng/ml indicating that light chain can indeed be expressed from a transcription unit containing the entire hCMV-MIE 5'-untranslated sequence up to but not including the translation initiation ATG, followed by 15 bases of natural 5'-untranslated sequence of the mouse immunoglobulin light-chain gene.

I claim:

1. Plasmids pCMGS, pEE6.hCMV and pHT.1.

2. A recombinant expression vector comprising the promoter, enhancer and complete 5' untranslated region including the first intron of the hCMV-MIE gene operably linked to a heterologous coding sequence.

3. The recombinant expression vector according to claim 2 further comprising a restriction site to facilitate insertion of the heterologous coding sequence.

4. The recombinant expression vector according to claim 2 wherein the promoter, enhancer and complete 5' untranslated region including the first intron of the hCMV-MIE gene are linked directly to the heterologous coding sequence.

5. The recombinant expression vector according to claim 2 wherein the vector further includes the translation initiation signal of the hCMV MIE gene translational initiation signal.

6. The recombinant expression vector according to claim 5 wherein the translational initiation signal includes the sequence 5'-GTCACCGTCCTTGACACCATG-3'.

7. The recombinant expression vector according to claim 5 wherein the translational initiation signal includes the sequence 5'-CCATGG-3'.

*    *    *    *    *

# EXHIBIT 3



US005658759A

# United States Patent [19]

## Bebbington

[11] **Patent Number:** 5,658,759

[45] **Date of Patent:** Aug. 19, 1997

[54] **RECOMBINANT DNA EXPRESSION VECTORS**

[75] Inventor: **Christopher Robert Bebbington**, Windsor, United Kingdom

[73] Assignee: **Celltech Limited**, Berkshire, United Kingdom

[21] Appl. No.: **633,013**

[22] Filed: **Apr. 16, 1996**

### Related U.S. Application Data

[62] Division of Ser. No. 300,063, Sep. 2, 1994, Pat. No. 5,591, 639, which is a continuation of Ser. No. 896,797, Jun. 9, 1992, abandoned, which is a continuation of Ser. No. 339,615, filed as PCT/GB88/00602, Jul. 22, 1988, abandoned.

[30] **Foreign Application Priority Data**

Jul. 23, 1987 [GB] United Kingdom .................. 8717430

[51] Int. Cl.⁶ ........................... C12N 15/00; C12N 5/00; C12P 21/06; C07H 21/04

[52] U.S. Cl. .................. **435/69.1**; 435/172.3; 435/320.1; 435/325; 435/348; 435/419; 435/365.1; 435/358; 435/359; 435/360; 435/365; 536/24.1

[58] Field of Search ............................... 435/32.01, 69.1, 435/172.3; 536/24.1

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

4,769,326  9/1988  Rutter ............................ 435/68

#### OTHER PUBLICATIONS

Whittle et al Prot Engin 1(6): 499, 1987.

Wong et al., "Human GM–CSF: Molecular Cloning of the Complementary DNA and Purification of the Natural and Recombinant Proteins", *Science*, v.228, pp. 810–815.

Simonsen et al., "Isolation and expression of an altered mouse dihydrofolate reductase cDNA", *Proc. Natl. Acad. Sci.* (USA), vol. 80, pp. 2495–2499, 1983.

Kaufman et al., "Amplification and Expression of Sequences Cotransfected with a Modular Dihydrofolate Reductase Complementary DNA Gene", *J. Mol. Biol.*, v. 159 pp. 601–621, 1982.

Gething et al., "Cell–surface expression of influenza hemo-agglutinin from a cloned DNA copy of the RNA gene", *Nature*, vol. 293, pp. 620–625, 1981.

McLean et al., "Cloning and expression of human lecithin–cholesterol acyltransferase cDNA", *Proc. Natl. Acad. Sci.* (USA), vol. 83, pp. 2335–2339, 1986.

Leonard et al., "Molecular cloning and expression of cDNAs for the human interleukin–2 receptor", *Nature*, vol. 311, pp. 626–631, 1984.

Foecking et al., "Powerful and versatile enhancer–promoter unit for mammalian expression vectors", *Gene*, 45 (1986) pp. 101–105.

Gray et al., "Expression of human immune interferon cDNA in *E. coli* and monkey cells", *Nature*, vol. 295, pp. 503–508, Feb., 1982.

Nunberg et al., "Live, Recombinant Vaccinia Virus Encoding Expression of the Feline Leukemia Virus Envelope Protein", *Transcriptional Control Mechanisms*, (Abstract 0216), p. 154.

Treisman et al., "Transformation of rat cells by an altered polyoma virus genome expressing only the middle–T protein", *Nature*, vol. 292, pp. 292, pp. 595–600, 1981.

Boshart et al. In Sequence Specificity in Transcript and Translation pp. 511–520 "The Strong Enhancer Element In The Immediate Early Region of the Human Cytomegalovirus Genome", 1985.

Gruss et al. PNAs 76(9): 4317–4321 1979.

Hamer et al. Cell 17: 725–735 1979.

Mulligan et al. Nature 277: 108–114 1979.

F. Pasieau et al., "Growth hormone gene expression in eukaryotic cells directed by the Rous sarcoma virus long terminal repeat or cytomegalovirus immediate–early promoter" *Gene*, vol. 38, No. 1/3, pp. 227–232 1985.

R. R. Spaete et al., "Regulation of cytomegalovirus gene expression: α and β promoters are trans activated by viral functions in permissive human fibroblasts" *Journal of Virology*, vol. 56, No. 1, Oct. 1985, American Society for Microbiology (US) pp. 135–143.

J. A. Nelson et al., "Negative and Positive Regulation by a Short Segment in the 5′–Flanking Region of the Human Cytomegalovirus Major Immediate–Early Gene" *Molecular and Cellular Biology*, Nov. 1987, pp. 4125–4129 1987.

R. M. Stenberg et al., "Structural Analysis of the Major Immediate Early Gene of Human Cytomegalovirus" *Journal of Virology*, Jan. 1984, pp. 190–199 1984.

*Primary Examiner*—Suzanne E. Ziska
*Attorney, Agent, or Firm*—Spencer & Frank

[57] **ABSTRACT**

The invention provides expression vectors containing the promoter, enhancer and substantially complete 5′-untranslated region including the first intron of the major immediate early gene of human cytomegalovirus. Further vectors including the hCMV-MIE DNA linked directly to the coding sequence of a heterologous gene are described. Host cells transfected with the vectors and a process for producing heterologous polypeptides using the vectors and the use of the hCMV-MIE DNA for expression of a heterologous gene are also included within the invention.

**10 Claims, 9 Drawing Sheets**



Fig. 1



Fig. 2



Fig. 3

```
                           T
    DNS                 P  t                          AM
    sct                 t  h                          fl
    aoy                 t  3                          1u
    111                 1  2                          31
     //                                                /
      CCATGGTGTCAAGGACGGTGACTGCAGTGAATAATAAAATGTGTGTTTGTCCGAAATACG
  1   ---------+---------+---------+---------+---------+---------+   60
      GGTACCACAGTTCCTGCCACTGACGTCACTTATTATTTTACACACAAACAGGCTTTATGC

      CGTTTTGAGATTTCTGTCGCCGACTAAATTCATGTCGCGCGATAGTGGTGTTTATCGCCG
  61  ---------+---------+---------+---------+---------+---------+   120
      GCAAAACTCTAAAGACAGCGGCTGATTTAAGTACAGCGCGCTATCACCACAAATAGCGGC

                          C
                          l
                          a
                          1
      ATAGAGATGGCGATATTGGAAAAATCGATATTTGAAAATATGGCATATTGAAAATGTCGC
  121 ---------+---------+---------+---------+---------+---------+   180
      TATCTCTACCGCTATAACCTTTTTAGCTATAAACTTTTATACCGTATAACTTTTACAGCG

                          E
                          c
                          o
                          R
                          V
      CGATGTGAGTTTCTGTGTAACTGATATCGCCATTTTTCCAAAAGTGATTTTTGGGCATAC
  181 ---------+---------+---------+---------+---------+---------+   240
      GCTACACTCAAAGACACATTGACTATAGCGGTAAAAAGGTTTTCACTAAAAACCCGTATG

      E
      c
      o
      R
      V
      GCGATATCTGGCGATAGCGGCTTATATCGTTTACGGGGGATGGCGATAGACGACTTTGGT
  241 ---------+---------+---------+---------+---------+---------+   300
      CGCTATAGACCGCTATCGCCGAATATAGCAAATGCCCCCTACCGCTATCTGCTGAAACCA

      GACTTGGGCGATTCTGTGTGTCGCAAATATCGCAGTTTCGATATAGGTGACAGACGATAT
  301 ---------+---------+---------+---------+---------+---------+   360
      CTGAACCCGCTAAGACACACAGCGTTTATAGCGTCAAAGCTATATCCACTGTCTGCTATA

                                        C BH       N  C
                                        f aa       s  l
                                        r le       i  a
                                        1 11       1  1
                                           /
      GAGGCTATATCGCCGATAGAGGCGACATCAAGCTGGCACATGGCCAATGCATATCGATCT
  361 ---------+---------+---------+---------+---------+---------+   420
      CTCCGATATAGCGGCTATCTCCGCTGTAGTTCGACCGTGTACCGGTTACGTATAGCTAGA
```

# Fig. 4A

```
          S   C BH
          s   f aa
          p   r le
          1   1 11
                 /
     ATACATTGAATCAATATTGGCCATTAGCCATATTATTCATTGGTTATATAGCATAAATCA
421  ---------+---------+---------+---------+---------+---------+ 480
     TATGTAACTTAGTTATAACCGGTAATCGGTATAATAAGTAACCAATATATCGTATTTAGT
          S         C BH
          s         f aa
          p         r le
          1         1 11
                       /
     ATATTGGCTATTGGCCATTGCATACGTTGTATCCATATCATAATATGTACATTTATATTG
481  ---------+---------+---------+---------+---------+---------+ 540
     TATAACCGATAACCGGTAACGTATGCAACATAGGTATAGTATTATACATGTAAATATAAC
                      H
                      i        M         S
                      n        m         p
                      c        e         e
                      2        1         1
     GCTCATGTCCAACATTACCGCCATGTTGACATTGATTATTGACTAGTTATTAATAGTAAT
541  ---------+---------+---------+---------+---------+---------+ 600
     CGAGTACAGGTTGTAATGGCGGTACAACTGTAACTAATAACTGATCAATAATTATCATTA
     CAATTACGGGGTCATTAGTTCATAGCCCATATATGGAGTTCCGCGTTACATAACTTACGG
601  ---------+---------+---------+---------+---------+---------+ 660
     GTTAATGCCCCAGTAATCAAGTATCGGGTATATACCTCAAGGCGCAATGTATTGAATGCC
          B                          A   A
          g                          h   a
          l                          a   t
          1                          2   2
     TAAATGGCCCGCCTGGCTGACCGCCCAACGACCCCCGCCCATTGACGTCAATAATGACGT
661  ---------+---------+---------+---------+---------+---------+ 720
     ATTTACCGGGCGGACCGACTGGCGGGTTGCTGGGGGCGGGTAACTGCAGTTATTACTGCA
                              A   A
                              h   a
                              a   t
                              2   2
     ATGTTCCCATAGTAACGCCAATAGGGACTTTCCATTGACGTCAATGGGTGGAGTATTTAC
721  ---------+---------+---------+---------+---------+---------+ 780
     TACAAGGGTATCATTGCGGTTATCCCTGAAAGGTAACTGCAGTTACCCACCTCATAAATG
          B                      N
          g                      d
          l                      e
          1                      1
     GGTAAACTGCCCACTTGGCAGTACATCAAGTGTATCATATGCCAAGTACGCCCCCTATTG
781  ---------+---------+---------+---------+---------+---------+ 840
     CCATTTGACGGGTGAACCGTCATGTAGTTCACATAGTATACGGTTCATGCGGGGGATAAC
```

# Fig. 4B

```
      A  A                        B
      h  a                        g
      a  t                        l
      2  2                        1
      ACGTCAATGACGGTAAATGGCCGCCTGGCATTATGCCCAGTACATGACCTTATGGGACT
 841  ---------+---------+---------+---------+---------+---------+ 900
      TGCAGTTACTGCCATTTACCGGGCGGACCGTAATACGGGTCATGTACTGGAATACCCTGA


                               S
                               n                      DNS
                               a                      sct
                               B                      aoy
                               1                      111
                                                      //
      TTCCTACTTGGCAGTACATCTACGTATTAGTCATCGCTATTACCATGGTGATGCGGTTTT
 901  ---------+---------+---------+---------+---------+---------+ 960
      AAGGATGAACCGTCATGTAGATGCATAATCAGTAGCGATAATGGTACCACTACGCCAAAA

      GGCAGTACATCAATGGGCGTGGATAGCGGTTTGACTCACGGGGATTTCCAAGTCTCCACC
 961  ---------+---------+---------+---------+---------+---------+ 1020
      CCGTCATGTAGTTACCCGCACCTATCGCCAAACTGAGTGCCCCTAAAGGTTCAGAGGTGG

      A  A                        B
      h  a                        a
      a  t                        n
      2  2                        1
      CCATTGACGTCAATGGGAGTTTGTTTTGGCACCAAAATCAACGGGACTTTCCAAAATGTC
1021  ---------+---------+---------+---------+---------+---------+ 1080
      GGTAACTGCAGTTACCCTCAAACAAAACCGTGGTTTTAGTTGCCCTGAAAGGTTTTACAG

      GTAACAACTCCGCCCCATTGACGCAAATGGGCGGTAGGCGTGTACGGTGGGAGGTCTATA
1081  ---------+---------+---------+---------+---------+---------+ 1140
      CATTGTTGAGGCGGGGTAACTGCGTTTACCCGCCATCCGCACATGCCACCCTCCAGATAT

         BH
         BssS                        G    A
         apia                        s    h
         n1Ac                        u    a
         2211                        1    2
          ///
      TAAGCAGAGCTCGTTTAGTGAACCGTCAGATCGCCTGGAGACGCCATCCACGCTGTTTTG
1141  ---------+---------+---------+---------+---------+---------+ 1200
      ATTCGTCTCGAGCAAATCACTTGGCAGTCTAGCGGACCTCTGCGGTAGGTGCGACAAAAC

                                             N
                   B              D  BCGsSX
                   b              s  gfdpam
                   v              a  lriBca
                   2              1  112223
                                      ////
      ACCTCCATAGAAGACACCGGGACCGATCCAGCCTCCGCGGCCGGGAACGGTGCATTGGAA
1201  ---------+---------+---------+---------+---------+---------+ 1260
      TGGAGGTATCTTCTGTGGCCCTGGCTAGGTCGGAGGCGCCGGCCCTTGCCACGTAACCTT
```

## Fig. 4C

```
      CGCGGATTCCCCGTGCCAAGAGTGACGTAAGTACCGCCTATAGAGTCTATAGGCCCACCC
1261 ---------+---------+---------+---------+---------+---------+ 1320
      GCGCCTAAGGGGCACGGTTCTCACTGCATTCATGGCGGATATCTCAGATATCCGGGTGGG

      B                 N
      Ss                N sS
      tt                s pp
      yX                i Hh
      11                1 11
                        /

      CCTTGGCTTCTTATGCATGCTATACTGTTTTTGGCTTGGGGTCTATACACCCCCGCTTCC
1321 ---------+---------+---------+---------+---------+---------+ 1380
      GGAACCGAAGAATACGTACGATATGACAAAAACCGAACCCCAGATATGTGGGGGCGAAGG

                          E
                          s
                          p
                          1

      TCATGTTATAGGTGATGGTATAGCTTAGCCTATAGGTGTGGGTTATTGACCATTATTGAC
1381 ---------+---------+---------+---------+---------+---------+ 1440
      AGTACAATATCCACTACCATATCGAATCGGATATCCACACCCAATAACTGGTAATAACTG

                                          P
                                          f
                                          l
                                          M
                                          1

      CACTCCCCTATTGGTGACGATACTTTCCATTACTAATCCATAACATGGCTCTTTGCCACA
1441 ---------+---------+---------+---------+---------+---------+ 1500
      GTGAGGGGATAACCACTGCTATGAAAGGTAATGATTAGGTATTGTACCGAGAAACGGTGT

                          E
                          c
                          o
                          5
                          7

      ACTCTCTTTATTGGCTATATGCCAATACACTGTCCTTCAGAGACTGACACGGACTCTGTA
1501 ---------+---------+---------+---------+---------+---------+ 1560
      TGAGAGAAATAACCGATATACGGTTATGTGACAGGAAGTCTCTGACTGTGCCTGAGACAT

                          E
                          c
                          o
                          3
                          1

      TTTTTACAGGATGGGGTCTCATTTATTATTTACAAATTCACATATACAACACCACCGTCC
1561 ---------+---------+---------+---------+---------+---------+ 1620
      AAAAATGTCCTACCCCAGAGTAAATAATAAATGTTTAAGTGTATATGTTGTGGTGGCAGG

          B                       X           A           A
          s                       h           v           f
          p                       o           a           1
          1                       2           1           3
          2

      CCAGTGCCCGCAGTTTTTATTAAACATAACGTGGGATCTCCACGCGAATCTCGGGTACGT
1621 ---------+---------+---------+---------+---------+---------+ 1680
      GGTCACGGGCGTCAAAAATAATTTGTATTGCACCCTAGAGGTGCGCTTAGAGCCCATGCA
```

## Fig. 4D

```
        E                 B                                        B
        s                 Bs                                       Bs
        p                 ap                                       ap
        M                 n1                                       n1
        2                 22                                       22
                          /                                        /
     GTTCCGGACATGGGCTCTTCTCCGGTAGCGGCGGAGCTTCTACATCCGAGCCCTGCTCCC
1681 ---------+---------+---------+---------+---------+---------+ 1740
     CAAGGCCTGTACCCGAGAAGAGGCCATCGCCGCCTCGAAGATGTAGGCTCGGGACGAGGG

             G                                                    H
             s                                                    a
             u                                                    e
             1                                                    1
     ATGCCTCCAGCGACTCATGGTCGCTCGGCAGCTCCTTGCTCCTAACAGTGGAGGCCAGAC
1741 ---------+---------+---------+---------+---------+---------+ 1800
     TACGGAGGTCGCTGAGTACCAGCGAGCCGTCGAGGAACGAGGATTGTCACCTCCGGTCTG

                                          D
                                          s
                                          a
                                          1
     TTAGGCACAGCACGATGCCCACCACCACCAGTGTGCCGCACAAGGCCGTGGCGGTAGGGT
1801 ---------+---------+---------+---------+---------+---------+ 1860
     AATCCGTGTCGTGCTACGGGTGGTGGTGGTCACACGGCGTGTTCCGGCACCGCCATCCCA

         BH              N                                     A B
         ABsgS           s                                     f b
         vapia           p                                     l v
         an1Ac           B                                     2 2
         12211           2
         ///
     ATGTGTCTGAAAATGAGCTCGGGGAGCGGGCTTGCACCGCTGACGCATTGGAAGACTTA
1861 ---------+---------+---------+---------+---------+---------+ 1920
     TACACAGACTTTTACTCGAGCCCCTCGCCCGAACGTGGCGACTGCGTAAACCTTCTGAAT

         N                   N
         s                   sP
         p                   pv
         B                   Bu
         2                   22
                             /
     AGGCAGCGGCAGAAGAAGATGCAGGCAGCTGAGTTGTTGTGTTCTGATAAGAGTCAGAGG
1921 ---------+---------+---------+---------+---------+---------+ 1980
     TCCGTCGCCGTCTTCTTCTACGTCCGTCGACTCAACAACACAAGACTATTCTCAGTCTCC

                 H                                     S
                 iH                                    c
                 np                                    a
                 ca                                    1
                 21
                 /
     TAACTCCCGTTGCGGTGCTGTTAACGGTGGAGGGCAGTGTAGTCTGAGCAGTACTCGTTS
1981 ---------+---------+---------+---------+---------+---------+ 2040
     ATTGAGGGCAACGCCACGACAATTGCCACCTCCCGTCACATCAGACTCGTCATGAGCAAC
```

Fig. 4E

```
     B  B                                                    DNS
     s  s                                                    sct
     s  s                                                    aoy
     H  H                                                    111
     2  2                                                     //
      CTGCCGCGCGCGCCACCAGACATAATAGCTGACAGACTAACAGACTGTTCCTTTCCATGG
2041---------+---------+---------+---------+---------+---------+ 2100
      GACGGCGCGCGCGGTGGTCTGTATTATCGACTGTCTGATTGTCTGACAAGGAAAGGTACC

             P                      DNS
             s                      sct
             t                      aoy
             1                      111
                                     //    NcoI
      GTCTTTTCTGCAGTCACCGTCCTTGACACCATG ⌐
2101---------+---------+---------+    │
      CAGAAAAGACGTCAGTGGCAGGAACTGTG    └
```

# Fig.4F



## Fig. 5

INSERT HCMV PROMOTER FRAGMENT IN THE HIND3 SITE OF EE6
Mismatch: 0 MinCuts = 1 MaxCuts: 3

5,658,759

**1**

# RECOMBINANT DNA EXPRESSION VECTORS

This is a Division of application Ser. 08/300,063, filed Sep. 02, 1994; which is a Continuation of 07/896,797, filed Jun. 9, 1992 now abandoned which is a Continuation of 07/339,615, filed as PCT/GB88/00602, Jul. 22, 1988, now abandoned.

## FIELD OF THE INVENTION

This invention relates to expression vectors containing a DNA sequence from the human cytomegalovirus major immediate early gene, to host cells containing such vectors, to a method of producing a desired polypeptide by using vectors containing said sequence and to the use of said DNA sequence.

## BACKGROUND OF THE INVENTION

The main aim of workers in the field of recombinant DNA technology is to achieve as high a level of production as possible of a particular polypeptide. This is particularly true of commercial organisations who wish to exploit the use of recombinant DNA technology to produce polypeptides which naturally are not very abundant.

Generally the application of DNA technology involves the cloning of a gene encoding the desired polypeptide, placing the cloned gene in a suitable expression vector, transfecting a host cell line with the vector, and culturing the transferred cell line to produce the polypeptide. It is almost impossible to predict whether any particular vector or cell line or combination thereof will lead to a useful level of production.

In general, the factors which significantly affect the amount of polypeptide produced by a transferred cell line are: 1. gene copy number, 2. efficiency with which the gene is transcribed and the mRNA translated, 3. the stability of the mRNA and 4. the efficiency of secretion of the protein.

The majority of work directed at increasing expression levels of recombinant polypeptides has focussed on improving transcription initiation mechanisms. As a result the factors affecting efficient translation are much less well understood and defined, and generally it is not possible to predict whether any particular DNA sequences will be of use in obtaining efficient translation.

Attempts at investigating translation have consisted largely of varying the DNA sequence around the consensus translation start signal to determine what effect this has on translation initiation (Kozak M. Cell 41 283–292 (1986)).

Studies involving expression of desired heterologous genes normally use both the coding sequence and at least part of the 5'-untranslated sequence of the heterologous gene such that translation initiation is from the natural sequence of the gene. This approach has been found to be unreliable probably as a result of the hybrid nature of the 5'-untranslated region and the fact that the presence of particular 5-untranslated sequences can lead to poor initiation of translation (Kozak H. Procl. Natl. Acad. Sci. 83 2850–2854 (1986) and Pelletier and Sonenberg Cell 40 515–526 (1985)). This variation in translation has a detrimental effect on the amount of the product produced.

Previous studies (Boshart et al Cell 41 521–530 (1985) and Pasleau et al, Gene 38 227–232 (1985); Stenberg et al, J. Virol 49 (1) 190–199 (1984); Thomsen et al Proc. Natl. Acad. Sci. USA 81 659–663 (1984) and Foecking and Hofstetter Gene 45 101–105 (1986)) have used sequences from the upstream region of the hCMV-MIE gene in expres-

**2**

sion vectors. These have, however, solely been concerned with the use of the sequences as promoters and/or enhancers. Spaete and Mocarski (J. Virol 56 (1) 135–143, 1985) have used a PstI to PstI fragment of the hCMV-MIE gene encompassing the promoter, enhancer and part of the 5'-untranslated region, as a promoter for expression of heterologous genes. In order to obtain translation the natural 5'-untranslated region of the heterologous gene was used.

In published European Patent Application No. 260148, a method for the continuous production of a heterologous protein is described. The expression vectors constructed contain part of the 5'-untranslated region of the hCMV-MIE gene as a stabilising sequence. The stabilising sequence is placed in the 5'-untranslated region of the gene encoding the desired heterologous protein i.e. the teaching is again that the natural 5'-untranslated region of the gene is essential for translation.

## SUMMARY OF THE INVENTION

In a first aspect the invention provides a vector containing a DNA sequence comprising the promoter, enhancer and substantially complete 5'-untranslated region including the first intron of the major immediate early gene of human cytomegalovirus.

In a preferred embodiment of the first aspect of the invention, the vector includes a restriction site for insertion of a heterologous gene.

The present invention is based on the discovery that vectors containing a DNA sequence comprising the promoter, enhancer and complete 5'-untranslated region of the major or immediate early gene of the human cytomegalovirus (hCMV-MIE) upstream of a heterologous gene result in high level expression of the heterologous gene product. In particular, we have unexpectedly found that when the hCMV-MIE derived DNA is linked directly to the coding sequence of the heterologous gene high levels of mRNA translation are achieved. This efficient translation of mRNA is achieved consistently and appears to be independent of the particular heterologous gene being expressed.

In a second aspect the invention provides a vector containing a DNA sequence comprising the promoter, enhancer and substantially complete 5'-untranslated region including the first intron of the major immediate early gene of human cytomegalovirus upstream of a heterologous gene.

The hCMV-MIE derived DNA according to the second aspect of the invention may be separated from the coding sequence of the heterologous gene by intervening DNA such as for example by the 5'-untranslated region of the heterologous gene. Advantageously the hCMV-MIE derived DNA may be linked directly to the coding sequence of the heterologous gene.

In a preferred embodiment of the second aspect of the invention, the invention provides a vector containing a DNA sequence comprising the promoter, enhancer and substantially complete 5'-untranslated region including the first intron of the hCMV-MIE gene linked directly to the DNA coding sequence of the heterologous gene.

Preferably the hCMV-MIE derived sequence includes a sequence identical to the natural hCMV-MIE translation initiation signal. It may however be necessary or convenient to modify the natural translation initiation signal to facilitate linking the coding sequence of the desired polypeptide to the hCMV-MIE sequence, i.e. by introducing a convenient restriction enzyme recognition site. For example the translation initiation site may advantageously be modified to provide an NcoI recognition site.

5,658,759

3

The heterologous gene may be a gene coding for any eukaryotic polypeptide such as for example a mammalian polypeptide such as an enzyme, e.g. chymosin or gastric lipase; an enzyme inhibitor, e.g. tissue inhibitor of metalloproteinase (TIMP); a hormone, e.g. growth hormone; a lymphokine, e.g. an interferon; a plasminogen activator, e.g. tissue plasminogen activator (tPA) or prourokinase; or a natural, modified or chimeric immunoglobulin or a fragment thereof including chimeric immunoglobulins having dual activity such as antibody-enzyme or antibody-toxin chimeras.

According to a third aspect of the invention there is provided host cells transfected with vectors according to the first or second aspect of the invention.

The host cell may be any eukaryotic cell such as for example plant, or insect cells but is preferably a mammalian cell such as for example CHO cells or cells of myeloid origin e.g. myeloma or hybridoma cells.

In a fourth aspect the invention provides a process for the production of a heterologous polypeptide by culturing a transferred cell according to the third aspect of the invention.

In a fifth aspect the invention provides the use of a DNA sequence comprising the promoter, enhancer and substantially complete 5'-untranslated region including the first intron of the hCMV-MIE gene for expression a heterologous gene.

In a preferred embodiment of the fifth aspect of the invention the hCMV-HIE derived DNA sequence is linked directly to the DNA coding sequence of the heterologous gene.

Also included within the scope of the invention are plasmids pCMGS, pHT.1 and pEE6hCMV.

### BRIEF DESCRIPTION OF THE DRAWINGS

The present invention is now described, by way of example only, with reference to the accompanying drawings in which

FIG. 1: shows a diagrammatic representation of plasmid pSVLGS.1

FIG. 2: shows a diagrammatic representation of plasmid pHT.1

FIG. 3: shows a diagrammatic representation of plasmid pCMGS

FIG. 4: shows the complete sequence of the promoter-enhancer hCMV-MIE including both the first intron and a modified translation 'start' site

FIG. 5: shows a diagrammatic representation of plasmid pEE6.hCMV

### DETAILED DESCRIPTION OF THE EMBODIMENTS

#### EXAMPLE 1

The Pst-Im fragment of hCMV (Boshart et al Cell 41 521–530 (1985) Spaete & Mocarski J. Virol 56 (1) 135–143 (1985)) contains the promoter-enhancer and most of the 5'-untranslated leader of the MIE gene including the first intron. The 5'untranslated sequence can be recreated by attaching a small additional sequence of approximately 20 base pairs.

Many eukaryotic genes contain an NcoI restriction site (5'-CCATGG-3') overlapping the translation start site, since this sequence frequently forms part of a preferred translation initiation signal 5'ACCATGPu-3'. The hCMV-MIE gene

4

does not have an NcoI site at the beginning of the protein coding sequence but a single base-pair alteration causes the sequence both to resemble more closely the "Kozak" concensus initiation signal and introduces an NcoI recognition site. Therefore a pair of complementary oligonucleotides were synthesised of the sequence:

```
        GTCACCGTCCTTGACAC
        |||||||||||||||||
    ACGTCAGTGGCAGGAACTGTGGTAC
```

which when fused to the Pst-Im fragment of hCMV will recreate the complete 5'-untranslated sequence of the MIE gene with the single alteration of a G to a C at position −1 relative to the translation initiation codon.

This synthetic DNA fragment was introduced between the hCMV Pst-Im promoter-enhancer leader fragment and a glutamine synthetase (GS) coding sequence by ligation of the Pst-Im fragment and the synthetic oligomer with NcoI digested pSV2.GS to generate a new plasmid, pCMGS (The production of pSV2.GS is described in published International Patent Application No. WO 8704462). pCMGS is shown in FIG. 3. pCMGS thus contains a hybrid transcription unit consisting of the following: the synthetic oligomer described above upstream of the hCMV-MIE promoter-enhancer (where it serves merely as a convenient PatI - NcoI "adaptor"), the hCMV-MIE promoter and the complete 5' untranslated region of the MIE gene, including the first intron, fused directly to the GS coding sequence at the translation initiation site.

pCMGS was introduced into CHO-KI cells by calcium phosphate mediated transfection and the plasmid was tested for the ability to confer resistance to the GS-inhibitor methionine sulphoximine (MSX). The results of a comparison with pSV2.GS are shown in Table 1.

It is clear that pCMGS can confer resistance to 20M MSX at a similar frequency to pSV2.GS, demonstrating that active GS enzyme indeed expressed in this vector.

#### TABLE 1

Results of transfection of GS-expression
vectors into CHO-KI cells

| Vector | no. colonies/10⁶ cells resistant to 20 μM MSX |
|---|---|
| pSV2.GS | 32 |
| PCMGS | 17 |
| Control | 0 |

#### EXAMPLE 2

The TIMP cDNA and SV40 polyadenylation signal as used in pTIMP 1 Docherty et al (1985) Nature 318, 66–69, was inserted into pEE6 between the unique HindIII and BamHI sites to create pEE6TIMP. pEE6 is a bacterial vector from which sequences inhibitory to replication in mammalian cells have been removed. It contains the XmnI to BclI portion of pCT54 (Emtage et al 1983 Proc. Natl. Aced. Sci. USA 80, 3671–3675) with pSP64 (Melton et al 1984: Nucleic Acids. Res. 12, 7035) polylinker inserted in between the HindIII and EcoRI sites. The BamHI and SalI sites have been removed from the polylinker by digestion, filling in with Klenow enzyme and religation. The BclI to BamHI fragment is a 237 bp SV40 early polyadenylation signal (SV40 2770 to 2533). The BamHI to the BglI fragment is derived from pBR328 (375 to 2422) with an additional deletion between the SalI and the AvaI sites (651 to 1425)

5,658,759

| 5 | 6 |

following the addition of a SalI linker to the AvaI site. The sequence from the BglII to the XmnI site originates from the β-lactamase gene of pSP64.

The 2129 base-pair NcoI fragment containing the hCMV MIE promoter-enhancer and 5' untranslated sequence was isolated from pCMGS by partial NcoI digestion and inserted at the NcoI site overlapping the translation initiation signal of TIMP in pEE6.TIMP to generate the plasmid pHT.1 (shown in FIG. 2).

A GS gene was introduced into pHT.1 to allow selection of permanent cell lines by introducing the 5.5K PvuI - BamHI fragment of pSVLGS.1 (FIG. 1) at the BamHI site of pHT.1 after addition of a synthetic BamHI linker to PvuI digested pSVLGS.1 to form pHT.1GS. In this plasmid the hCMV-TIMP and GS transcription units transcribe in the same orientation.

pHT.1 GS was introduced into CHO-K1 cells by calcium-phosphate mediated transfection and clones resistant to 20 μM MSX were isolated 2–3 weeks post-transfection. TIMP secretion rates were determined by testing culture supernatants in a specific two site ELISA, based on a sheep anti TIMP polyclonal antibody as a capture antibody, a mouse TIMP monoclonal as the recognition antibody, binding of the monoclonal being revealed using a sheep anti mouse IgG peroxidase conjugate. Purified natural TIMP was used as a standard for calibration of the assay and all curves were linear in the range of 2–20 ng ml$^{-1}$. No non-specific reaction was detectable in CHO-cell conditioned culture media.

One cell line GS.19 was subsequently rationed, and a sub-clone GS 19–12 secretes TIMP at a very high level of 3×10$^8$ molecules/cell/day. Total genomic DNA extracted from this cell line was hybridised with a TIMP probe by Southern blot analysis using standard techniques and shown to contain a single intact copy of the TIMP transcription unit per cell (as well as two re-arranged plasmid bands). This cell line was selected for resistance to higher levels of MSX and in the first selection a pool of cells resistant to 500 μM MSX was isolated and recloned. The clone GS-19.6(500)14 secretes 3×10$^9$ molecules TIMP/cell/day. The vector copy-number in this cell line is approx. 20–30 copies/cell. Subsequent rounds of selection for further gene amplification did not led to increased TIMP secretion.

Thus it appears that the hCMV-TIMP transcription unit from pHT.1 can be very efficiently expressed in CHO-KI cells at approximately a single copy per cell and a single round of gene amplification leads to secretion rates which are maximal using current methods.

EXAMPLE 3

In order to test whether the hCMV-MIE promoter-enhancer-leader can be used to direct the efficient expression of other protein sequences, two different but related plasminogen activator coding sequences (designated PA-1 and PA-2) were introduced into CHO-KI cells in vectors in which the protein coding sequences were fused directly to the hCMV-sequence.

In both these cases, there is no NcoI site at the beginning of the translated sequence and so synthetic oligonucleotides were used to recreate the authentic coding sequence from suitable restriction sites within the translated region. The sequence of the modified hCMV translation-initiation signal as used in pBT.1 was also built into the synthetic oligonucleotide which then ended in a Pst-1 restriction site. The Pst-Im fragment of hCMV was then inserted at this site to create the complete promoter-enhancer-leader sequence.

The hCMV-plasminogen activator transcription units were introduced into CHO-KI cells after inserting a GS gene

at the unique BamHI site as above and MSX resistant cell lines secreting plasminogen activator were isolated.

The secretion rates of the best initial transfectant cell lines in each case are given in Table 2. From this it is clear that the hCMV promoter-enhancer leader can also be used to direct the efficient expression of these two plasminogen activator proteins.

TABLE 2

Secretion rates of the different plasminogen activator proteins from transfectant CHO cell lines.

| Plasminogen activator | Molecules secreted/cell/day |
|---|---|
| PA-1 | 5.5 × 10$^7$ |
| PA-2 | 1.1 × 10$^8$ |

EXAMPLE 4

pEE6hCMV was made by ligating the Pst-Im fragment of hCMV, HindIII - digested pEE6 and the complementary oligonucleotides of the sequence:

```
   GTCACCGTCCTTGACACGA
   |||||||||||||||||
ACGTCAGTGGCAGGAACTGTGCTTCGA
```

cDNA encoding an immunoglobulin light-chain was inserted at the EcoRI site of pEE6.hCMV such that the hCMV-MIE promoter-enhancer leader could direct expression of the cDNA and a selectable marker gene containing the SV40 origin of replication was inserted at the BamHI site of each plasmid.

This plasmid was transfected into COS-1 monkey kidney cells by a standard DEAE-dextran transfection procedure and transient expression was monitored 72 hours post transfection. Light chain was secreted into the medium at at least 100 ng/ml indicating that light chain can indeed be expressed from a transcription unit containing the entire hCMV-MIE 5'-untranslated sequence up to but not including the translation initiation ATG, followed by 15 bases of natural 5'-untranslated sequence of the mouse immunoglobulin light-chain gene.

I claim:

1. A host cell transfected with a recombinant expression vector comprising the promoter, enhancer and complete 5' untranslated region including the first intron of the hCMV-MIE operably linked to a heterologous coding sequence.

2. A process for the recombinant production of a heterologous polypeptide comprising culturing a host cell according to claim 1.

3. A host cell according to claim 1, wherein the recombinant expression vector further comprises a restriction site to facilitate insertion of the heterologous coding sequence.

4. A host cell according to claim 1, wherein the promoter, enhancer and complete 5' untranslated region including the first intron of the hCMV-MIE gene are linked directly to the heterologous coding sequence.

5. A host cell according to claim 1, wherein the recombinant expression vector further includes the translational initiation signal of the hCMV-MIE gene.

6. A host cell according to claim 1, wherein the recombinant expression vector is pCMGS, pEE6.hCMV or pHT.1.

7. A process for the recombinant production of a heterologous polypeptide comprising culturing a host cell according to claim 3.

5,658,759

7

**8.** A process for the recombinant production of a heterologous polypeptide comprising culturing a host cell according to claim **4.**

**9.** A process for the recombinant production of a heterologous polypeptide comprising culturing a host cell according to claim **5.**

8

**10.** A process for the recombinant production of a heterologous polypeptide comprising culturing a host cell according to claim **6.**

*    *    *    *    *

# EXHIBIT 4



US005770359A

# United States Patent [19]

## Wilson et al.

[11] Patent Number: 5,770,359

[45] Date of Patent: *Jun. 23, 1998

[54] **RECOMBINANT DNA SEQUENCES, VECTORS CONTAINING THEM AND METHOD FOR THE USE THEREOF**

[75] Inventors: **Richard Harris Wilson**, Glasgow, Scotland; **Christopher Robert Bebbington**, Windsor, England

[73] Assignees: **Celltech Therapeutics Limited**, Berkshire; **The University Court of the University of Glasgow**, Glasgow, both of England

[*] Notice: The term of this patent shall not extend beyond the expiration date of Pat. No. 5,122,464.

[21] Appl. No.: **302,241**

[22] Filed: **Sep. 8, 1994**

**Related U.S. Application Data**

[63] Continuation of Ser. No. 165,533, Dec. 13, 1993, abandoned, which is a continuation of Ser. No. 852,390, Mar. 16, 1992, abandoned, which is a continuation of Ser. No. 595,733, Oct. 10, 1990, Pat. No. 5,122,464, which is a continuation of Ser. No. 117,071, filed as PCT/GB87/00039 Jan. 23, 1987, abandoned.

[30] **Foreign Application Priority Data**

Jan. 23, 1986 [GB] United Kingdom .................. 8601597

[51] Int. Cl.[6] ............................ C12Q 1/68; C12N 15/85; C12N 5/10; C07H 21/04

[52] U.S. Cl. .......................... **435/6**; 435/325; 435/320.1; 435/358; 435/372.1; 536/23.2; 536/23.5

[58] Field of Search ............................. 435/69.1, 172.1, 435/172.3, 320.1, 240.2, 6, 325, 358, 372.1, 183; 536/23.5, 23.1, 23.2

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 4,399,216 | 8/1983 | Axel et al. | ..................................... 435/6 |
| 4,656,134 | 4/1987 | Ringold | ........................... 435/91 |
| 4,797,359 | 1/1989 | Finkelstein | ........................... 435/69.1 |
| 5,122,464 | 6/1992 | Wilson et al. | ..................... 435/172.3 |

**FOREIGN PATENT DOCUMENTS**

WO8606409  4/1986  WIPO .......................... C12P 21/00

OTHER PUBLICATIONS

Alberts et al. "Molecular Biology of the Cell", Garland Publishing Inc., New York, 1983, pp. 184–193.

Watson et al. "Recombinant DNA, A Short Course" W.H. Freeman and Co., 1983, pp. 50–90.

Sanders, Peter G. et al., "Amplification and cloning of the Chinese hamster glutamine synthetase Gene", *EMBO*, vol. 3, No. 1, pp. 65–71 (1984).

Pennica, Diane et al., "Cloning and expression of human tissue–type plasminogen activator cDNA in *E. coli*", *Nature*, vol. 301, pp. 214–221 (1983).

Donn, Gunter et al., "Herbicide–Resistant Alfalfa Cells: An Example of Gene Amplification in Plants", *Journal of Molecular and Applied Genetics*, 2:621–635 (1984).

Young, Anthony P. et al., "Mouse 3T6 Cells That Overproduce Glutamine Synthetase", *The Journal of Biological Chemistry*, vol. 258, No. 18, pp. 11260–11266 (1983).

de Saint Vincent, Bruno Robert et al., "The Cloning and Reintroduction into Animal Cells of a Functional CAD Gene, a Dominant Amplifiable Genetic Marker" *Cell*, vol. 27, pp. 267–277 (1981).

Murray, Mark J. et al., "Construction and Use of a Dominant . . .", *Molec. and Cell Biol.*, vol. 3, No. 1, pp. 32–43 (1983).

Kaufman, Randal J., et al., "Selection and Amplification of Heterologous Genes . . . ", *Proc.Natl. Acad.Sci. U.S.A.*, vol. 83, pp. 3136–3140 (1986).

Kabak, David B. et al., "Ribosomal DNA Magnification in Saccharomyces cerevisiae", *Bacteriol*, vol. 134, pp. 237–245 (1978).

Vel'Kov, V.V., "Amplification of Genes in Prokaryotic and Eukaryotic Systems", *Soviet Genetics*, vol. 18, pp. 348–396 (1982).

Primary Examiner—David Guzo
Attorney, Agent, or Firm—Spencer & Frank

[57] **ABSTRACT**

Recombinant DNA sequences which encode the complete amino acid sequence of a glutamine synthetase, vectors containing such sequences, and methods for their use, in particular as dominant selectable markers, for use in co-amplification of non-selected genes and in transforming host cell lines to glutamine independence are disclosed.

**12 Claims, 12 Drawing Sheets**



FIG. 1

# FIG. 2a

```
                    10        20        30        40        50        60        70
a:  --CCGAGCCGAGAATGGGAGTGAGCCGACTGCTTGATTCCACACCAATCTCCTCGCCGGCTCTCCACTTCG
    ----  >>>>>>>>>>>>>>>>>>>>>     >>>>          <<<  <<<<< <<<

                80        90       100       110       120       130       140
a:  CCTCGTTCTCGTGGCTGCGTGGCCCTGTCCACCCCCGTCCACCCCGTCCATCATCCCGGCCACCGCTCAGAGCACCTTCCACC
    <<  <<<<<<<<<<>>>>>     >>>>>                          <<<<<< << <<

               150       160       170       180       190       200       210       220
a:  ATGGCCACCTCAGCCAAGTTCCCACTTGAACAAAACATCAAGCAAATGTACTTGTGCCTTGTGCCCCAGGGTGAGAAA
b:  M  A  T  S  A  S  S  H  L  N  K  N  I  K  Q  M  Y  L  C  L  P  Q  G  E  K
c:  AcA T  S  A  S  S  H  L  B  K  g  I  K  Z  v  Y  m  a  L  P  Q  G  d  K
d:  CB X-D                                          CB XI-B
    1                    5                  10                 15              20

               230       240       250       260       270       280       290
a:  GTCCAAGCCATGTATATCTGGGTTGATGGTACTGGAGAAGGACTGCGTCAAAACCCGCACCCTGGACTGTGAG
b:  V  Q  A  M  Y  I  W  V  D  G  T  G  E  G  L  R  C  K  T  R  T  L  D  C  E
c:  V  Q  A  M  Y  I  W  i  D  G  T  G  E  G  L  R  C  K  T  R  T  L  X  s  X
d:                CB VII
    25                 30              35                 40              45

               300       310       320       330       340       350       360       370
a:  CCCAAGTGTGTAGAGAGAGTTACCTGAGTGGAATTTTGATGGCTCTAGTACCTTTCAGTGGTCTGAGGGCTCCAACAGT
b:  P  K  C  V  E  E  L  P  E  W  N  F  D  G  S  S  T  F  Q  S  E  G  S  N  S
c:  P  K  K  p  a  s  t  n  l  r  z
    50                 55              60              65                 70
```

# FIG. 2b

```
          380       390       400       410       420       430       440
a:  GACATGTATCTCAGCCCTGTTGCCATGTTTCGGGACCCTTCCGCAGAGATCCCAACAAGCTGGTGTTCTGTGAA
b:   D   M   Y   L   S   P   V   A   M   F   R   D   P   P   R   R   D   P   N   K   L   V   F   C   E
c:   M   Y   L   v   P   a   A   M   F   R   D   P   P   k   R   D   P   N   X   L   V   F   C   E
d:       CB XII-C                            CB VI-C
          75              80              85              90              95

          450       460       470       480       490       500       510       520
a:  GTTTTCAAGTACAACCGGAAGCCTGCAGAGACCAATTTAAGGCACTCGTGTAAACGGATAATGGACATGGTGAGC
b:   V   F   K   Y   N   R   K   P   A   E   T   N   L   R   H   S   C   K   R   I   M   D   M   V   S
c:   V   F   X   Y   N   k   r   P   A   E   T   N   L   X   X   t   C   K   R   I   M   B   M   V   S
d:                                                              CB XIV  CB XII-C
          100             105             110             115             120

          530       540       550       560       570       580       590
a:  AACCAGCACCCCTGGTTTGGAATGGAACAGGAGTATACTCTGATGGGAACAGATGGGCACCCTTTTGGTTGGCCT
b:   N   Q   H   P   W   F   G   M   E   Q   E   Y   T   L   M   G   T   D   G   H   P   F   G   W   P
c:   N   Q   X   P   X   F   G   M   E   Q   E   Y   T   L   M   G   T   r   G   r   P   F   G   X   P
d:                      CB XII-A                      CB VI-D
          125             130             135             140             145

          600       610       620       630       640       650       660       670
a:  TCCAATGGCTTTCCTGGGCCCCAAGTCCCTATTACTGTGTGGGCGCGGCAGCAAAGCCTATGGCAGGGATATC
b:   S   N   G   F   P   G   P   Q   G   P   Y   Y   C   G   V   G   A   D   K   A   Y   G   R   D   I
c:   S   N   C   F   X   G   P   Q   a   G   P   Y   Y   C   G   V   G   A   D   K   A   Y   G   R   D   I
          150             155             160             165             170
```

## FIG. 2c

```
          680        690        700        710        720        730        740
a:  GTGGAGGCTCACTACCGCCGCTTGCTTGTATGCTGGGGTCAAGATTACAGGAGAACAAATGCTGAGGTCATGCCTGCC
b:    V   E   A   H   Y   R   A   C   L   Y   A   G   V   K   I   T   G   T   N   A   E   V   M   P   A
c:                A   C   L   Y   A   G   i   K       g   G   T   N   X   X   V   M   P   A
d:                        T VII-G                               - CB VI-D                    CB XI-H
     175        180              185              190                   195

          750        760        770        780        790        800        810        820
a:  CAGTGGGAATTCCAAATAGGACCCTGTGAAGGAATCCGCATGGGAGATCATCTCTGGTGCCCGTTTCATCTTG
b:    Q   W   E   F   Q   I   G   P   C   E   G   I   R   M   G   D   H   L   W   V   A   R   F   I   L
c:    Q   W   E   F   Q           P   C   E   G   I   d   M
     200        205              210              215              220

          830        840        850        860        870        880        890
a:  CATCGAGTATGTGAAGACTTTGGGTAATAGCAACCTTTGACCCCAAGCCATTCCTGGAACTGGAATGGTGCA
b:    H   R   V   C   E   D   F   G   V   I   A   T   F   D   P   K   P   I   P   G   N   W   N   G   A
     225        230              235              240              245

          900        910        920        930        940        950        960        970
a:  GGCTGCCATACCACCTTTAGCACCAAGGCCATGCGGGAGGAAATGGTCTGAAGCACATCGAGGAGGCCATCGAG
b:    G   C   H   T   N   F   S   T   K   A   M   R   E   E   N   G   L   K   H   I   E   E   A   I   E
c:                                        CB III-C
d:    E   N   G   L   K   Y   I   E   E   A   I   E
     250        255              260              265              270
```

# FIG. 2d

```
          980       990       1000      1010      1020      1030      1040
a: AAACTAAGCAAGCGGCACCGGTACCACATTCGAGCTACGATCCAAGGGGGGCCTGGACAATGCCCGTGGTCTG
b:  K  L  S  K  R  H  R  Y  H  I  R  A  Y  D  P  K  G  G  L  D  N  A  R  G  L
c:  X  L  St Ks n  i  n  y  q                 A  Y  B  P  K
d: T IX-B-2
          275          280          285          290          295

          1050      1060      1070      1080      1090      1100      1110      1120
a: ACTGGGTTCCACGAAACGTCAAACATCAACGACTTTCTGCTGGTGTCGCCAATCGCAGTGCCAGACATCCGCATT
b:  T  G  F  H  E  T  S  N  I  N  D  F  S  A  G  V  A  N  R  S  A  S  I  R  I
c:        T     S  N  I  N  Y  q                       g  A  S  I  R  I
d:                    (-CB III-C)                      T IX-C-1
          300          305          310          315          320

          1130      1140      1150      1160      1170      1180      1190
a: CCCCGGACTGTCGGCCAGGAGAGAAAGGTTACTTTGAAGACCGCCGCCCTCTGCCAATTGTGACCCCTTTGCA
b:  P  R  T  V  G  Q  E  K  K  G  Y  F  E  D  R  R  P  S  A  N  C  D  P  F  A
c:  P  R
d: T IX-E
          325          330          335          340          345

          1200      1210      1220      1230      1240      1250      1260      1270
a: GTGACAGAGCCATCGTCCGCACATGCCTTCTCAATGAGACTGGCGACAGCCCTTCCAATACAAAAACTAATTA
b:  V  T  E  A  I  V  R  T  C  L  L  N  E  T  G  D  E  P  F  Q  Y  K  N  ***
c:                    T  C  L  L  N     Z  T  G  B  Z  P  F  Q  Y  K
d:                    T VI-K
          350          355          360          365          370          372
```

```
          1280      1290      1300      1310      1320      1330      1340
a:  GACTTTGAGTGATCTTGAGCCTTTCCTAGTTCATCCACCCCGCCCCAGCTGTCTCATTGTAACTCAAAGGATGG

          1350      1360      1370      1380      1390      1400      1410      1420
a:  AATATCAAGGTCTTTTTATTCCTCGTGCCCAGTTAATCTTGCTTTTATTGGTCAGAATAGAGGAGTCAAGTTCTT
e:  AATATCAAGGTCTTTTTATTCCTCGTGCCCAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
```

FIG.2e



FIG. 3a pSVLGS.1



FIG. 3b pSV2.GS



FIG. 3c pZIPGS

# FIG. 4A





FIG. 4B





FIG.5

5,770,359

1

RECOMBINANT DNA SEQUENCES,
VECTORS CONTAINING THEM AND
METHOD FOR THE USE THEREOF

This application is a continuation application of Ser. No.
08/165,533, filed Dec. 13, 1993, abandoned which is a
continuation of application Ser. No. 07/852,390 filed Mar.
16, 1992 abandoned which is a continuation of application
Ser. No. 07/595,733 filed Oct. 10, 1990, which issued Jun.
16, 1992 as U.S. Pat. No. 5,122,464, which a continuation of
application Ser. No. 07/117,071, filed as PCT/GB87/00039,
Jan. 23, 1987, now abandoned.

The present invention relates to recombinant DNA
sequences, vectors containing them and a method for the use
thereof. In particular, the present invention relates to recom-
binant DNA sequences which encode the complete amino
acid sequence of a glutamine synthetase (GS)
(L-glutamate:ammonia ligase [ADP-forming]; EC 6.3.1.2)
and to the use of such nucleotide sequences.

The ability of cloned genes to function when introduced
into host cell cultures has proved to be invaluable in studies
of gene expression. It has also provided a means of obtaining
large quantities of proteins which are otherwise scarce or
which are completely novel products of gene manipulation.
It is advantageous to obtain such proteins from mammalian
cells since such proteins are generally correctly folded,
appropriately modified and completely functional, often in
marked contrast to those proteins as expressed in bacterial
cells.

Where large amounts of product are required, it is
necessary to identify cell clones in which the vector
sequences are retained during cell proliferation. Such stable
vector maintenance can be achieved either by use of a viral
replicon or as a consequence of integration of the vector into
the host cell's DNA.

Where the vector has been integrated into the host cell's
DNA, the copy number of the vector DNA, and concomi-
tantly the amount of product which could be expressed, can
be increased by selecting for cell lines in which the vector
sequences have been amplified after integration into the host
cell's DNA.

A known method for carrying out such a selection
procedure is to transform a host cell with a vector compris-
ing a DNA sequence which encodes an enzyme which is
inhibited by a known drug. The vector may also comprise a
DNA sequence which encodes a desired protein. Alterna-
tively the host cell may be co-transformed with a second
vector which comprises the DNA sequence which encodes
the desired protein.

The transformed or co-transformed host cells are then
cultured in increasing concentrations of the known drug
hereby selecting drug-resistant cells. It has been found that
one common mechanism leading to the appearance of
mutant cells which can survive in the increased concentra-
tions of the otherwise toxic drug is the over-production of
the enzyme which is inhibited by the drug. This most
commonly results from increased levels of its particular
mRNA, which in turn is frequently caused by amplification
of vector DNA and hence gene copies.

It has also been found that, where drug resistance is
caused by an increase in copy number of the vector DNA
encoding the inhibitable enzyme, there is a concomitant
increase in the copy number of the vector DNA encoding the
desired protein in the host cell's DNA. There is thus an
increased level of production of the desired protein.

The most commonly used system for such
co-amplification uses as the enzyme which can be inhibited

2

dihydrofolate reductase (DEFR). This can be inhibited by
the drug methotrexate (MTX). To achieve co-amplification,
a host cell which lacks an active gene which encodes DHFR
is either transformed with a vector which comprises DNA
sequences encoding DHFR and a desired protein or
co-transformed with a vector comprising & DNA sequence
encoding DEFR and a vector comprising a DNA sequence
encoding the desired protein. The transformed or
co-transformed host cells are cultured in media containing
increasing levels of MTX, and those cell lines which survive
are selected.

Other systems for producing co-amplification have been
employed. However, none of them has been as widely used
as the DHFR/MTX system.

The co-amplification systems which are at present avail-
able suffer from a number of disadvantages. For instance, it
is generally necessary to use a host cell which lacks an active
gene encoding the enzyme which can be inhibited. This
tends to limit the number of cell lines which can be used with
any particular co-amplification system. For instance, there is
at present only one cell line known which lacks the gene
encoding DEFR. It would be advantageous if an effective
co-amplification system based on a dominant selectable
marker which was applicable to a wide variety of cell lines
could be provided. This would allow exploitation of differ-
ent processing and growth characteristics of a variety of cell
lines.

Attempts to use DHFR genes as dominant selectable
markers in other cell lines has not proved entirely satisfac-
tory. For instance, a MTX-resistant mutant DHFR or a
DHFR gene under the control of a very strong promoter can
act as a dominant selectable marker in certain cell types but
such high concentrations of MTX are required that it has not
been possible to achieve very high copy numbers by selec-
tion for gene amplification.

Co-amplification with an additional selectable marker
also have disadvantages. For instance, this can increase the
complexity of plasmid construction and requires additional
time-consuming screening of transformed cells to distin-
guish those clones in which the DHFR gene is active.

A further disadvantage of the known co-amplification
systems is that the DNA sequence encoding the inhibitable
enzyme is generally not under post-translational control.
The enzyme in the amplified system is therefore produced in
large quantities, together with the desired protein. This could
lead to lower levels of production of the desired protein.

Another disadvantage of known co-amplification sys-
tems is that resistance to the known drug can arise from
mechanisms other than amplification. For instance, in the
DHFR/MTX system, it is possible for a mutant DHFR gene
to arise which produces a mutant DHFR which has a lower
binding affinity for MTX than does wild-type DHFR. If such
mutant DHFR arises, cells containing the gene which
encodes it will be more resistant to MTX than the original
host cell and will therefore be selected, even though no
amplification has taken place. It is possible to select further
to eliminate lines in which no amplification has taken place,
but this is a time consuming process.

A further disadvantage of previous selection systems for
gene amplification is that toxic drugs are required. In par-
ticular MTX is a potential carcinogen.

An additional disadvantage of previous amplification
systems is the reed for repeated, time-consuming rounds of
amplification, for example three or more, to obtain maxi-
mum copy number.

It is an object of the present invention to overcome at
least in part the disadvantages of the prior art systems for
co-amplification.

5,770,359

3

According to a first aspect of the present invention there is provided a recombinant DNA sequence which encodes the complete amino acid sequence of a glutamine synthetase (GS).

Typically, the recombinant DNA sequence encodes an eukaryotic, preferably mammalian, GS. Conveniently, the recombinant DNA sequence encodes a rodent, such as mouse, rat or especially hamster, GS.

Preferably, the recombinant DNA has the sequence of the amino acid coding portion of the sequence shown in FIG. 2, and most preferably comprises the whole recombinant DNA sequence shown in FIG. 2.

The recombinant DNA sequence of this aspect of the invention includes such a sequence from one species which hybridises under high stringency conditions with another recombinant DNA sequence of this aspect of the invention or a part thereof from. a different species.

Glutamine synthetase (GS) is a universal housekeeping enzyme responsible for the synthesis of glutamate and ammonia using the hydrolysis of ATP to ADP and phosphate to drive the reaction. It is involved in the integration of nitrogen metabolism with energy metabolism via the TCA cycle, glutamine being the major respiratory fuel for a wide variety, possible the majority, of cell types.

GS is found at a low levels (0.01%–0.1% of soluble protein) in most higher vertebrate cells and is found at higher levels (>1% of total protein) in certain specialised cell types such as hepatocytes, adipocytes and glial cells.

A variety of regulatory signals affect GS levels within cells, for instance glucocorticoid steroids and cAMP, and glutamine in a culture medium appears to regulate GS levels post-translationally via ADP ribosylation.

GS from all sources is subject to inhibition by a variety of inhibitors, for example methionine sulphoximine (Msx). This compound appearing to act as a transition state analogue of the catalytic process. Extensively amplified GS genes have been obtained (Wilson R. H., Heredity, 49, 181, (1982); and Young A. P. and Ringold G. M., J. Biol. Chem., 258, 11260–11266, 1983) in variants of certain mammalian cell lines selected for Msx resistance. Recently Sanders and Wilson (Sanders P. G. and Wilson R. H., The EMBO Journal, 3, 1, 65–71, 1984) have described the cloning of an 8.2 kb BglII fragment containing DNA coding for GS from the genome of an Msx resistant Chinese hamster ovary (CHO) cell line KGIMS. However this fragment does not appear to contain a complete GS gene and it was not sequenced.

Conveniently, the recombinant DNA sequence of this aspect of the invention is cDNA, preferably derived by reverse transcription. However, the recombinant DNA sequence may alternatively or additionally comprise a fragment of genomic DNA.

It will be appreciated that, in accordance with the present invention, a recombinant DNA sequence of the first aspect, or a fragment thereof, may be used as a hybridization probe for obtaining GS coding sequences from other species.

Moreover the recombinant DNA sequences of the first aspect of the present invention may be used in medical or diagnostic methods, such as for detecting disease states in which the level of GS in a subject is altered.

However, it is envisaged that the main use of the recombinant DNA sequences of the first aspect of the present invention will be in co-amplification or dominant selectable marker systems employed in recombinant DNA technology.

Therefore according to a second aspect of the present invention, there is provided a recombinant DNA vector comprising a recombinant DNA sequence according to the first aspect of the invention.

4

Preferably, the vector is an expression vector capable, in a transformant host cell, of expressing the GS-encoding recombinant DNA sequence.

The vector may further comprise a recombinant DNA sequence which encodes the complete amino acid sequence of a desired protein other than GS. In the preferred case, the vector will also be capable, in the transformant host cell, of expressing the desired protein-encoding recombinant DNA sequence.

Preferably, the GS-encoding recombinant DNA sequence is under the control of a regulatable promoter, such as a heat shock or a metallothionein promoter.

The present invention also provides a host cell transformed with a vector according to the second aspect of the invention.

The vectors according to the second aspect of the present invention may be used in the co-amplification of non-selected genes. Therefore according to a third aspect of the present invention, there is provided a method for co-amplifying a recombinant DNA sequence which encodes the complete amino acid sequence of a desired protein other than GS which comprises:

either co-transforming a host cell with a vector according to the second aspect of the invention which does not contain a sequence encoding the desired protein, and a second vector comprising said desired protein-encoding recombinant DNA sequence;

or transforming the host cell with a vector according to the second aspect of the present invention which also includes a recombinant DNA sequence encoding the desired protein.

There are a number of advantages to the use of the vectors according to the present invention in co-amplification of non-selected genes.

An advantage is that the GS gene is regulatable, for instance by addition of glutamine to the medium. It is therefore possible to amplify the GS gene and the non-selected gene, and thendown-regulate the GS gene. The host cell will then accumulate much smaller quantities of active GS while still producing desirably large quantities of the required product. This also has the advantage of increasing the stability of the cell line, since there will be less selection pressure which could otherwise lead to instability in maintenance of amplified sequences in the cell line if the inhibitor is removed.

Cell lines are known which lack the GS gene. Moreove, there are available schemes whereby such cell lines may be selected. These GS deficient cell lines may be used in the co-amplification procedures.

However, it has been surprisingly and unexpectedly shown that GS expression vectors can also be used as effective dominant selectable markers in cell lines which contain an active GS gene by conferring resistance to certain levels of Msx at which the frequencies of resistance caused by endogeneous gene amplification is minimal. It has been shown that such vectors can be amplified by increasing the concentration of Msx in the cell lines so that high copy numbers are achieved. These copy numbers are higher than achieved using previous amplification systems such as DBFR/MTX, and are achieved in only two rounds of amplification. The possibility of attaining very high copy numbers is advantageous in ensuring that high levels of mRNA encoding the desired protein are obtained.

It is believed, although the Applicants do not wish to be limited by this theory, that the effectiveness of GS as an amplifiable dominant selectable marker is a consequence of the relative expression levels of endogeneous- and vector-

5,770,359

5

derived GS genes. Selection for gene amplification using Msx leads almost exclusively to the isolation of clones in which the vector-derived GS gene has been amplified in preference to the endogeneous gene. When using host cells containing an endogeneous active GS gene, it is possible to facilitate selection by reducing or abolishing endogeneous GS activity, for instance by treatment of the cell line with dibutyryl-cAMP and theophylline. A cell line which is susceptible to such reduction or abolition is the 3T3-L1 cell line.

The desired protein whose recombinant DNA sequence is co-amplified may be, for instance, tissue plasminogen activator (tPA), although this technique can be used to co-amplify recombinant DNA sequences which encode any other protein, such as immunoglobulin polypeptides (IGs), human growth hormone (hGH) or tissue inhibitor of metalloproteinases (TIMP).

Preferably, the amplification is achieved by selection for resistance to progressively increased levels of a GS inhibitor, most preferably phosphinothricin or Msx.

A further advantage of the present co-amplification procedure is that Msx is a cheaply available product of high solubility. It can therefore readily be used at high concentrations to enable selection of lines containing highly amplified sequences.

Moreover, the effect of Msx can be potentiated by the addition to the selection medium of methionine. It is therefore preferred that in the present co-amplification procedure, selection is carried out in a medium containing methionine at higher than usual levels. Similarly, the effect of Msx can be potentiated by lower levels than usual of glutamate.

If the GS-encoding recombinant DNA sequence in the vector used for co-amplification is under the control of a regulatable promoter it is preferable for expression of the GS sequence to be switchedon during selection and amplification and subsequently down-regulated.

In some cases, after co-amplification, the selected cell line May be dependent to some extent on the GS inhibitor used in the selection procedure. If this is the case, the amount of GS inhibitor required may be reduced by adding glutamine to the culture medium whereby GS activity is post-translationally down-regulated.

According to a fourth aspect of the present invention, a vector according to the second aspect of the invention way be used to provide a dominant selectable marker by transforming a host cell with the vector, thereby conferring on transformant cells with resistance to GS inhibitors.

The host cells which are used in the fourth aspect of the present invention may contain an active GS gene. For the reasons set out above, it has been found that selection can still be achieved even where an active endogeneous gene is present. The advantages of using the vector of the present invention in co-amplification procedures are also shown in the use of the vectors as dominant selectable markers.

It is preferred that the host cells used for the co-amplification procedures or selection for dominant marker procedures of the present invention are mammalian, most preferably hamster, cells, and chinese hamster ovary (CEO)-KI cells or derivatives thereof are particularly suitable.

According to a fifth aspect of the present invention, the vectors according to the second aspect of the invention can be used in endowing a cell line with the ability to survive in a medium lacking glutamine by transforming a host cell completely lacking or reduced in GS activity an active GS gene with the vector. It is envisaged that this procedure will be particularly, but not exclusively, applicable to hybridoma and myeloma cells and derivatives thereof.

6

It has been found that the density to which certain cells, in particular myeloma cells, can grow in a medium may be limited by the requirement for glutamine or by-products of glutamine metabolism. If the cells could be made glutamine-independent either directly or as a result of additional medium alterations, it is believed that greater cell densities in culture could be achieved, thereby increasing the amount of protein produced per culture volume by the cell line.

It is therefore believed that the use of recombinant DNA sequences encoding GS, for instance in vectors for co-amplification, selection or transformation to glutamine independence, will lead to highly flexible and advantageous systems which will be surprisingly superior to other similar systems, for instance based on DHFR/MTX.

The present invention is now described, by way of example only, with reference to the accompanying drawings, in which:

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows restriction maps of the GS specific cDNA inserts in pGSC45, λgs 1.1 and λgs 5.21 clones, in which it can be seen from the arrows that the nucleotide sequence of the coding region of GS was predominantly obtained from M13 subclones of λgs 1.1 and various regions confirmed using subclones of λgs 5.21 and pGSC45;

FIG. 2 (divided into FIGS. 2a, 2b, 2c, 2d, 2e for ease of illustration) shows the cDNA (a:) and predicted amino acid (b:) sequences for the Chinese hamster GS gene, together with the published peptide sequences (c:) and peptide designations (d:) of bovine brain GS. The sequence (e:) indicates the polyadenylation site Used in λgs 1.1. Amino acidresidues are indicated as their single letter codes; nonhomologous bovine residues are indicated in lower case letters. The 'Λ' below base 7 represents the start of the pGSC45 insert and the '- - -' marker represents the priming sequence in λgs 1.1 complementary to residues 1135–1132. The '>' and '<' symbols represent bases involved in stems of the calculated structure for the 5' untranslated region;

FIG. 3 shows the structure of three GS expression plasmids in which a) shows plasmid pSVLGS.1 (8.5 kb) containing a 4.75 kb GS minigene under the control of the late region promoter of SV40 (L) cloned in the bacterial vector pCT54. The GS sequences include the complete coding sequence, a single intron and approximately 2 kb of 3'-flanking DNA spanning both of the presumed sites of polyadenylation, (b) shows plasmid pSV2.GS (5.5kb) containing 1.2 kb of GS cDNA under the control of the early region promoter of SV40 (E), the intron from the T-antigen gene of SV40 and a sequence containing the early region polyadenylation signal of SV40, and (c) shows plasmid pZIPGS (12.25 kb) containing the HindIII-BamHI fragment from pSV2.GS (containing the GS coding sequence and SV40 intron and polyadenylation signal) cloned in the retroviral vector pZIPIP Neo SV(X) in which latched blocks indicate irrelevant mouse DNA sequences, 5' and 3' LTRs as the long terminal repeats of Moloney Murine Leukaemia Virus (MMLV), the filled block represents an SV40 fragment spanning the origin of replication oriented such that the SV40 early region promoter directs the expression of the gene from transposon TnS which confers resistance to G418 in mammalian cells (neo) and unmarked blocks contain additional DNA sequences from MMLV;

FIG. 4 shows Southern blots of cell lines transfected with pSVLGS.1 (Panel A) or pSV2 GS (Panel B). The blot is probed with an RNA probe specific for SV40 origin-region DNA. Panel A represents a 2 hour exposure. Each lane

5,770,359

7

contains 2.5 μg genomic DNA from the following cell lines. Lanes 1 to 3 contain DNA from initial transfectants: lane 1, SVLGS2; lane 2, SVLGS5; lane 3, SVLGS9. Lanes 4 to 6 contain DNA from cell lines obtained after a single round of selection for gene amplification with Msx: lane 4 SVLGS2 (500 μMR); lane 5, SVLGS5(250 μMR); lane 6, SVLGS9 (500 μMR ). Lane 7 contains DNA from a cell line subjected to 2 rounds of selection for gene amplification, SVLGS5(2 mMR). Panel B is an exposure of approximately two weeks. Each of lanes 1 to 6 contain 5 μg of genomic DNA and lane 7 contains 2.5 μg. Lanes 1 to 3 contain DNA from initial transfectant cell lines: lane 1, SV2 GS20; lane 2, SV2.GS25; lane 3, SV2 GS30. Lanes 4 to 6 represent cell lines after one round of selection in higher concentrations of Msx: lane 4, SV2.GS20(100 μMR); lanes SV2.GS25(500 μMR); lane 6, SV2.GS30(500 μMR). Lane 7 represents a cell line obtained after two rounds of selection in Msx, SV2.GS30(10 MR).

FIG. 5 shows a primer extension analysis of RNA derived from cell lines transfected with pSVLGS.1. A DNA oligonucleotide which binds to RNA at the presumed translation "start" was used to synthesise DNA from total RNA preparations. RNA preparations shown are: lane 1, SVLGS2; lane 2, SVLGS5; lane 3 a derivative of CHO-KI resistant to 30 μM Msx to indicate the extension from wild-type GS mRNA); MW, pAT153 digested with HpaII molecular weight markers.

In the nucleotide and amino acid sequences shown in the accompanying drawings and in the description, the following abbreviations are used as appropriate. U=uridine; G=guanosine; T=thymidine; A=adenosine; C=cytosine; ***=a termination codon; —denotes an unknown nucleotide residue; A=alanine; C=cysteine; D=aspartic acid; E=glutamic acid; F=phenylalanine; G=glycine; E=histidine; I=isoleucine; K=lysine; L=leucine; M=methionine; N=asparagine; P=proline; G=glutamine; R=arginine; S=serine; T=threonine; V=valine; W=tryptophan; Y=tyrosine; X=an unknown amino acid; PBS=phosphate buffered saline; SDS=sodium dodecyl sulphate; and EDTA= ethylene diamine tetraacetic acid.

EXAMPLE

Using a multi-step selection procedure in a glutamine-free medium, a mutant line was derived from the chinese hamster ovary (CHO) KGl cell line (itself a derivative from the CHO-KI line obtained as CCL 61 from the American Type Culture Collection, Rockville, Md., USA). The mutant cell line, labelled CHO-KGIMS, is resistant to 5 mM Msx. (The parentalcell line KGl is only resistant to 3 μM Msx).

A subclone, KGIMSC4-M, of the mutant cell line was used as a source of cellular DNA. Cells from the subclone were washed in PBS after trypsinization and pelleted at 2000 r.p.m. for 4 min. The pellet was resuspended in 100 m Tris-HCL, pH 7.5, 10 mM EDTA and lysed by the addition of SDS to 2%. RNase A was added to 50 μg/ml and the solution incubated at 37° C. for 30 min. Protease K was added to 50 μg/ml and incubation continued at 37° C. for from 30 min to 1 hr. The solution was phenol extracted twice followed by two chloroform:isoamyl alcohol (24:1) extractions. The DNA was precipitated with isopropanol and then resuspended in 2 mM EDTA, 20 mm Tris-HCl , pH 7.5 and stored at 4° C.

Genomic DNAs from parental KGl, mutants KGIMS and KGIMSC4-M, and revertant KGIMSC4-0 cells were digested with a variety of restriction endonucleases, subjected to agarose gel electrophoresis and Southern blotted onto nitrocellulose filters. These blots were probed with

8

oligo(dT)—primed cDNA made from parental KGl and mutant KGIMSC-4M poly(A) mRNAs. When wild-type KGl cDNA was used as a probe, a series of identical bands was seen across tracks from all cell lines. When KGIMSC4-M mutant cDNA was used as a probe, the same common bands were seen across all tracks together with unique bands specific to mutant KGLMS and KGIMSC4-M genomic DNA. The bands common to all genomic DNAs were shown to be due to mitochondrial (mt) DNA, as determined by restriction enzyme analysis of mtDNA purified from KGl cells. The smallest DNA fragment identified which could contain the whole of the presumptive coding sequence for GS is an 8.2-kb BglII fragment. On double digestions with Psti and Bglil, the two PstI fragments (2.1 kb and 2.4 kb) are seen to remain intact, indicating that both PstI fragments are contained within the BGlII fragment.

30 μg of KGIMSC4-M DNA was digested to completion with BglII and the fragments separated by electrophoresis on an 0.8% agarose gel. The amplified 8.2 kb band was identified using ethidium bromide staining and long wave ultra violet radiation by comparison with λ HindIII and mtPstI digests. The DNA band was eluted into a well cut into the gel and purified by phenol extraction, chloroform extraction and ethanol precipitated using carrier tRNA. Purified DNA was ligated with BamBI- digested, bacterial alkaline phosphatase-treated pUC9 (Vieira, J. and Messing, J., Gene, 19, 259–268, 1982). Recombinant DNA was used to transform E. Coli to ampicillin resistance and white colones on Xgal picked for analysis.

150 recombinant clones were obtained and DNA analysis of 11 of these showed that they all had DNA inserts of about 8.0 kb. Differential colony hybridization and DNA spot hybridizations identified two recombinant clones which gave strong hybridization with a mutant KGIMSC4-M cDNA probe but no signal with a parental KGl cDNA probe. Both recombinants pGS1 and pGS2 produced the PstI restriction pattern expected from insertion of the required BglII restriction fragment. pGS1 DNA was used to hybrid select GS mRNA from total cytoplasmic and poly(A) KGIMSC4-M RNA. The selected MRNA was translated together with KG1 and KGIMSC4-M total cytcplasmic RNA and [35S] methionine-labelled polypeptides separated by SDS-PAGE. The major translation product of pGS1 selected mRNA is apolypeptide of 42 000 kD MW which co-migrates with an amplified polypeptide in KGIMSC4-M translations. pGSl therefore contains genomic CHO DNA which contains at least part of the GS gene.

This part of the work was carried out as described by Sanders and Wilson (loc. cit.).

A 3.5 kb HindIII fragment containing the 3' end of the GS gere from KGIMSC4-M was subcloned from PGSl into pUC9 to form plasmid pG5113.

A clone bank was prepared by cloning a Sau3A partial digest of KGIMSC4-M into the BamHl site of λL47. Recombinants were selected for hybridisation to pGSl. A BamHI-EcoRI fragment from a selected λL47 recombinant was subcloned into pUC9 to form plasmid pGS2335 (Hayward et al., Nuc. Acid Res., 14, 999–1008, 1986).

cDNA libraries were made from KGIMSC4-M mRNA in pBR322 and λgt10 using standard procedures. The mRNA was converted to cDNA using oligo-dT primed reverse transcriptase, and dsDNA made by the RNase H procedure (Gubler, U. and Hoffmann, V., Gene, 25, 263–269, 1983). The dsDNA was either tailed with C residues (Michelson, A. M. and Orkin, S. H., J. Biol. Che., 257, 14773–14782, 1982), annealed to G-tailed pBR322 and transformed into E. coli

5,770,359

9                                                    10

DH1, or methylated and ligated to EcoRI linkers. Linkered DNA was digested with EcoRI and linkers removed by Sephadex G75 chromatography in TNES (0.14 M NaCl, 0.01 M Tris, pH 7.6, 0.001 M EDTA, 0.1% SDS). Linkered DNA in the excluded volume was recovered by ethanol precipitation and annealed to EcoRI-cut λgt10 DNA. Following in vitro packaging, recombinant phage was plated on the high frequency lysogeny strain *E. coli* Hfl (Huyhn, T. V., Young R. A. and Davis, R. W., in "DNA cloning techniques II: A practical approach (Ed. Glover, D. M.), I.R.L. Press Oxford, 1985). About 5000 colonies and 20000 plaques were screened on nitrocellulose filters using nick-translated probes derived from pUC subclones of GS genomic sequences. A 1 kb EcoRI-BglII: fragment from pGS2335 was used as a 5' probe, and the entire 3.5 kb HindIII fragment of pGS113 was used as a 3' probe. Plasmids from positive colonies were analysed by restriction digestion of small-scale preparations of DNA and the longest clone (pGSC45) selected for further analysis.

Positive λclones were plaque purified, grown up in 5000 ml of *E.coli* C600 liquid culture, and the phage purified on CsCl step gradients. DNA was prepared by formamide extraction (Davis, R. W., Bostein, D. and Roth, S. R., Advanced Bacterial Genetics, Cold Spring Harbor, 1980). Clones with the longest inserts were identified by EcoRI digestion and inserts subcloned into pAT153 and M13mpII phage for further analysis and sequencing.

The colonies or plaques were screened first with a probe derived from the 5' end of the GS gene. Positive colonies or plaques from this analysis were picked and rescreened with a longer probe covering most of the 3' end of the gene. In this way it was anticipated that clones with long or possibly full length inserts would be selected and the tedious rescreening for 5' ends would be avoided. Several plasmid clones and λgt10 recombinants were derived by this means. Further analysis of one of the plasmid clones (pGSC45) by restriction enzyme digestion and partial sequencing revealed that it had an insert of about 2.8kb and a polyA sequence at the 3' end. Northern blots indicate that a major mRNA for GS is about this size (Sanders and Wilson, (loc. cit.)), so the insert in pGSC45 was potentially a full length copy of this mRNA. The two λclones ( λgs 1.1 and λgs 5.21) had inserts of 1450 bp and 1170 bp respectively. Restriction maps and alignment of the cDNA inserts in pGSC45, λgs 1.1 and λgs 5.21 are shown in FIG. 1. It is clear that the inserts in the λ clones are considerably shorter at the 3' than the plasmid clone and may represent cDNA copies of one of the minor mRNAs. The insert in λgs.1.1 extends some 200 base pairs at the 5' end.

The nucleotide sequence of the mRNA coding for glutamine synthetase was obtained from M13 subclones of pGSC45 and EcoRI subclones of λgs 1.1 and λgs 5.21 and is shown in FIG. 2. Some confirmatory sequence was also obtained from the genomic clone pGSl. Primer extension of GS mRNA with an oligonucleotide complementary to nucleotides 147–166 gave a major extension product of 166 nucleotides. This shows that pGSC45 only lacks six or seven nucleotides from the 5' end of the mRNA. Nucleotide sequencing of the primer extended product by Maxam-Gilbert sequencing confirmed this although the first two bases could not be determined.

Sequences at the 5' end of λgs 1.1, which is some 200 bases longer at the 5' end than pGSC45, showed considerable inverted homology to sequences at the 3' end of this clone (which was about 150 bases shorter at the 3' end than λgs 5.21, (see FIG. 1). These additional sequences are probably cloning artefacts, arising during second strand

synthesis due to nucleotides 6 to 1 priming DNA synthesis via their complementarity to nucelotides 1132–1137 despite the fact that the RNase H procedure was used. It cannot be excluded that the duplication arises from transcription of a modified GS gene, producing a modified mRNA which has been subsequently cloned, although the primer extension results did not suggest that there was any major mRNA species with a 5' end longer than 166 nucleotides.

The predicted amino acid sequence for CHO glutamine synthetase is shown in FIG. 2. The NE$_2$ terminus was identified by homology with the NH$_2$ terminal peptide found in bovine brain glutamine synthetase (Johnson, R. J. and Piskiewicz, D., Biochem. Biophys. Acta, 827, 439–446, 1985). The initiating AUG follows a precise CCACC upstream consensus sequence found for true initiation codons and is followed by a purine (i.e. CCACCATGG). (Another AUG codon at position 14 is not in a favourable context by the same criteria and is followed by a termination codon in frame 21 nucleotides downstream.) The predicted amino acid composition of the GS protein gives a molecular weight of 41,964 (not allowing for N-terminal acetylation or other post-translational modifications), in agreement with other estimates. The basic nature of the protein is reflected in the excess of arginine, histidine and lysine residues over those of aspartate and glutamate.

The predicted amino acid sequence shows excellent homology with bovine and other GS derived peptide sequences obtained by peptide sequencing, indicative of an accurate DNA sequence. (The amino acid sequence allows the ordering of all the cyanogen bromide peptides and most of the tryptic peptides published for bovine GS).

The CHO sequence also shows some homology with the GS sequence from the *cyanobacterium Anabaena*, notably at residues 317–325, (NRSASIRIP) which are an exact match to *Anabaena* residues 342–350. In addition, related sequences can be found in glutamine synthetases isolated from plants.

Access to complete cDNA clones and genomic clones for Chinese hairster GS has not only allowed the amino acid sequence of glutamine synthetase to be predicted. but also allows a detailed analysis of the position of the introns within the gene and their relationship to the exons coding for the structural domains of the protein.

A GS minigene was constructed from a cDNA sequence (spanning the majority of the protein coding region) and a genomic sequence (which recreates the 3' end of the coding sequence). The 3.4 kb EcoRI-SstI fragment of pGS1 encodes a single intron, all of the 3' untranslated region of both mRNA species identified and contains about 2 kb of 3' flanking DNA. This DNA fragment was cloned between the EcoRI and BamHI sites of pCT54 (Emtage et al., PNAS-USA, 80, 3671–3675, 1983) to create pCTGS. The 0.8 kb EcoRI fragment of λgs 1.1 was then inserted at the EcoRI site of pCTGS in the correct orientation to recreate the 5' end of the gene. The late promoter of SV40 was then inserted upstream by inserting the 342 bp PvuII-HindIII fragment of SV40, containing the origin of replication, at the HindIII site of the above plasmid in the appropriate orientation to produce plasmid pSVLGS-1 which is shown in FIG. 3(a).

An alternative GS expression construct was made by placing cDNA containing all of the GS coding sequences between sequences from SV40 which direct efficient expression in mammalian cells. The 1.2 kb NaeI-PvuII fragment of λgs 1.1 was cloned in place of dhfr sequences in pSV2. dhfr, (Subramani, S.,Mulligan, R. and Berg, P., Mol. Cell. Biol., 1, 854–864, 1981) between the HindIII and BglII sites to form pSV2.GS which is shown in FIG. 3(b).

5,770,359

11

In order to place GS coding sequences under the control of the Moloney murine leukaemia virus (MYLV) LTR promoter, the HindII-BamHI fragment fromr pSV2.GS (see FIG. 3b) was introduced at the BamHI site of pZIP-NeopSV (X) (Cepko, C. L., Roberts, B. E. and Mulligan, R. C., Cell, 37, 1053–1062, 1984).

The 3.0 kb HindIII-BamHI fragment of ptPA 3.16 (Stephens, P. E., Bendig, M. M. and Hentschel, C. C., manuscript in preparation) contains a cDNA coding for tissue plasminogen activator, downstream of which is the SV40 small t-intron and the polyadenylation signal from the early region transcript of SV40. This fragment was cloned in a 3-way ligation with the 342 bp SV40 PvuII-BindIII fragment into the BamHI site of pSVLGS.1 so that the tPA gene was under the control of the SV40 early promoter. This generated two plasmids, pSVLGStPA16, in which the GS and tPA transcription units are in tandem and pSVLGStPA17, in which the two genes are in opposite orientations.

CHO-KI cells, obtained from ATCC, were grown in Glasgow modified Eagle's medium (GMEM) without glutamine and supplemented with 10% dialysed foetal calf serum (GIBCO), 1 mM sodium pyruvate, non-essential amino acids (alanine, aspartate, glycine and serine at 100 $\mu$M, asparagine, glutamate and proline at 500 $\mu$M) and nucleosides (adenosine, guanosine, cytidine and uridine at 30 $\mu$M and thymidine at 10 $\mu$M). For selection, L-methionine sulphoximine (Msx from Sigma) was added at appropriate concentrations. Approximately $3\times10^6$ cells per 100 mm petri dish were transfected with 10 $\mu$g circular plasmid DNA according to the calcium phosphate co-precipitation procedure (Graham, F. L. and van der Eb, A. J., Virology, 52, 456–467, 1983). Cells were subjected to a glycerol shock (15% glycerol in serum-free culture medium for 2 minutes) 4 hours after transfection (Frost, E. and Williams, J. Virology, 91, 39–50, 1978). One day later, transfected cells were fed with fresh selective medium and colonies of surviving cells were visible within 2–3 weeks.

tPA activity in cell culture supernatants was measured using a fibrin-agarose plate assay using a tPA standard (Biopool) for comparison. Attached cells were typically washed in serum-free medium and incubated for 18–20 hours in serum-free medium at 37° C. After removal of medium samples for assay, the cells were trypsinised and viable cells counted. Results were then expressed as units of tPA/$10^6$cells/24 hours. Colonies of cells in petri dishes were assayed for tPA production by overlaying directly with a fibrin agarose gel.

In the glutamine-free medium used in these experiments, the specific GS inhibitor, Msx is toxic to CHO-KI cells at concentrations above 3 $\lambda$M. To test whether the GS expression plasmids could synthesise functional GS in vivo, each plasmid was introduced into CHO-KI cells by calcium phosphate-mediated transfecton and tested for the ability to confer resistance to higher concentrations of Msx.

Resistance to Msx can, however, also arise by amplification of the endogenous GS genes (or perhaps by other unknown mechanisms). Therefore, in order for a GS expression vector to be useful as a dominant selectable marker, it must confer resistance to a particular concentration of Msx with a greater frequency than the frequency of spontaneous resistant mutants. The frequency with which spontaneously resistant clones are detected depends on the concentration of Msx used for selection. Thus, for instance gene amplification in CHO-KI cells leads to approximately 1 surviving colony/$10^4$ cells plated in 10 $\mu$M Msx, but this frequency

12

declines to less than $1/10^7$ if cells are selected for resistance to 25 $\mu$M Msx.

Since the frequency of transfection of CHO cells using the calcium phosphate co-precipitate technique is generally reported to be less than $1/10^3$, a range of Msx concentrations was chosen for selection in excess of 10 $\mu$M. The results in Table 1 show that transfection with any of the three GS expression plasmids leads to survival of a greater number of Msx-resistant colonies than the background frequency detected in mock-transfected cells when selected at 15 $\mu$M or 29 $\mu$M Msx.

pZIPGS yields only a slight increase in the number of surviving colonies above background. This vector would therefore be a poor selectable marker and was not studied further. pSV2.GS and pSVLGS.1, however, both appear to act as effective dominant selectable markers in this cell line. The frequency with which resistant colonies arise after transfection with either plasmid in these experiments is at least 25 times the frequency due to endogenous amplification if selection is carried out at 15–20 $\mu$M Msx. Apparent transfection frequencies for pSV2.GS of up to $3.8/10^5$ cells and for pSVLGS.1 of up to $2.5/10^5$ cells were observed. The differences in apparent transfection frequencies between the three plasmids are likely to reflect differences in the efficiency with which the GS gene is expressed in the above three vectors.

An independent estimate of transfection efficiency can be obtained in the case of pZIPGS since the vector also contains a neo gene which confers resistance to the antibiotic G418. Selection with G418 instead of Msx yielded a transfection frequency substantially higher than obtained by selection in 14–20 $\mu$M Msx (see Table 1), indicating that the vector is being taken up by the cells and reinforcing the view that the GS gene is relatively poorly expresses in this vector.

TABLE 1

Apparent transfection frequencies of constructs in CHO-KI cells were determined by the number of surviving colonies/$10^6$ transfected cells at various concentrations of Msx, or by resistance to 0.8 mg/ml G418 (Results are from 3 transfections, (i), (ii) and (iii).

| Vector | 15 $\mu$M | 20 $\mu$M | 25 $\mu$M | 30 $\mu$M | 100 $\mu$M | 1 mM | G418 |
|---|---|---|---|---|---|---|---|
| pSVLGS.1 | | | | | | | |
| (i) | 13.6 | 9.2 | 5.6 | 2.4 | 0.24 | 0 | — |
| (iii) | — | 24.5 | 10.0 | — | — | — | — |
| pSV2.GS | | | | | | | |
| (i) | 26.4 | 18.0 | 12.0 | 12.0 | 1.4 | 0 | — |
| (ii) | — | 32.0 | 7.4 | — | — | — | — |
| (iii) | — | 38.0 | 29.0 | — | — | — | — |
| pZIPGS | | | | | | | |
| (i) | 0.72 | 0.5 | 0 | 0 | 0 | 0 | — |
| (ii) | — | 1.1 | 0 | — | — | — | 30 |
| Mock | | | | | | | |
| (i) | 0.47 | 0.24 | 0 | 0 | 0 | 0 | 0 |
| (ii) | — | 0.29 | 0 | — | — | — | 0 |
| (iii) | — | 1.0 | 0 | — | — | — | — |

In order to confirm that the generation of Msx-resistant colonies is due to expression of transfected GS genes, rather than to some non-specific effect of the input DNA, there are three predictions which can be tested. Firstly, the Msx-resistant cells should contain vector DNA. Secondly, novel GS mRNAs should be produced in these cell lines, since the

5,770,359

| 13 | 14 |

heterologous promoters used will direct the formation of GS mRNAs which differ in length at the 5' end from the natural GS mRNA. Thirdly, active transfected GS genes should be amplifiable by selection in increased concentration of Msx. These predictions were therefore tested as follows.

Three cell lines were established from individual colonies arising after transfection with pSVLGS.1 and three cell lines from colonies transfected with pSV2.GS. Cell lines SVLGS 2 and SVLGS 5 are resistant to 20 $\mu$M Msx and SVLGS 9 to 30 $\mu$M Msx. Cell lines SV2.GS20, SV2.GS25, and SV2.GS30 are resistant to 20, 25 and 30 $\mu$M Msx respectively.

DNA was prepared from each of these cell lines and a Southern blot of the DNA samples was hybridised with an RNA probe specific for SV40-ORI region DNA. The result, shown in FIG. 4, indicates that all of the Msx-resistant cell lines contain vector DNA. The number of copies of the vector present in each cell can be estimated by comparison with known amounts of a standard preparation of vector DNA, loaded on the same gel. From this, it is clear that all of the SVLGS cell lines contain multiple copies of the vector up to about 500 copies per cell (see Table 2). All of the SV2.GS cell lines also contain vector DNA but in all three cases there seems to have been integration of only a single copy of vector DNA per cell.

It is to be noted that the result obtained with pSVLGS.1 is highly unexpected. Up until the present there has been no reported case in which such a high copy number has been produced merely by transfection. It is believed that this high copy number is due to the presence in the vector of a DNA sequence which favours the incorporation of high numbers of copies of vector DNA into the host cell's DNA.

Such high copy numbers of integrated vectors have not been observed with pSV2.GS. It is therefore believed that DNA sequences partly responsible for the high copy number transfection are found either in the intron or in the 3' region of the genomic GS DNA part of the pSVLGS.1 vector or adjoining vector sequences. Bowever, the copy number probably also reflects the expression level required to attain resistance to the particular level of Msx used for selection.

Clearly, this high copy number transfection sequence will be of use not only with GS encoding sequences but also with other protein sequences, such as those encoding selectable markers or amplifiable cenes because it provides a means of increasing copy number and hence expression levels of desired genes additional to the effects of selection for further gene amplification.

Therefore according to a further aspect of the invention there is provided the recombinant DNA sequence present in the pSVLGS.1 vector which is responsible for achieving high copy number transfection of vector DNA into a host cell or any other recombinant DNA sequence which will provide the same function.

The 5' ends of GS mRNA produced by Msx-resistant cell lines were analyzed by primer extension analysis. A synthetic oligomer 19 bases in length was synthesised which hybridises to a region of the MRNA near the start of the protein coding region. Reverse transcriptase should extend this primer to a length of 146 bps from wild type GS mRNA and to a length of approximately 400 bps to the start of transcription in the case of pSVLGS.1 mRNA, The RNA predicted from pSV2.GS should be shorter than the natural mRNA and so could be masked by "drop-offs" in the primer extension reaction and was not analysed.

The results shown in FIG. 5 show that a GS specific mRNA longer than wild-type mRNA is indeed produced in

SVLGS cell lines, strongly supporting the conclusion that the transfected gene is transcribed in these cells. The reverse transcriptase does not extend the primer to the predicted length, but seems to drop off at at least 3 major sites, probably due to inhibition of reverse transcription by secondary structure in the 5' untranslated region of this RNA.

Three Msx-resistant cell lines transfected with pSVLGS.1 and three cell lines transfected with pSV2.GS were grown in various concentrations of Msx in order to select for GS gene amplification. For each cell line, approximately $10^5$ cells were plated in 100 $\mu$M, 250 $\mu$M, 500 $\mu$M and 1 mM Msx. After 12 days, the maximum concentrations of Msx at which surviving colonies could be observed in each cell line were as follows: SVLGS2, 500 $\mu$M; SVLGS5, 250 $\mu$M; SVLGS9, 500 $\mu$M; SV2.GS20, 100 $\mu$M; SV2.GS25, 500 $\mu$M; and SV2.GS30, 500 $\mu$M. The most highly resistant colonies obtained from each cell line were pooled and two of these Msx-resistant pools were subjected to a second round of amplification. SVLGS2 (500 $\mu$MR) and SV2.GS30 (500 $\mu$MR) were plated out at 1 mM, 5 mM, 10 mM and 20 mM Msx. After 15–20 days, colonies appeared on plates containing SVLGS2(500 $\mu$MR) at up to 2 mM Msx and in the case of SV2.GS (500 $\mu$MR) at up to 10 mM Msx. From these, two highly resistant cell lines SVGS2 (2 mMR) and SV2.GS30 (10 mMR) were established. Each of these highly resistant cell lines contain cells which have arisen from multiple independent amplification events.

A Southern blot of DNA prepared from all of the Msx-resistant cell lines was hybrised with a probe specific for SV40 ORI-region DNA. The results of this are shown in FIG. 3. From a comparison with standard preparations of plasmid DNA, the copy numbers could be determined and these are shown in Table 2.

After the first round of selection, all three SVLGS cell lines show approximately a 10-fold increase in copy number of the vector DNA.

TABLE 2

Copy Number of Transfected Genes Subjected to Selection for gene amplification

| Cell Line | Conc. of Msx ($\mu$M) | Copy Number |
|---|---|---|
| SVLGS2 | 20 | 170 |
| SVLGS5 | 20 | 25 |
| SVLGS9 | 30 | 500 |
| SVLGS2 (500 $\mu$MR) | 500 | 1200 |
| SVLGS5 (250 $\mu$MR) | 250 | 300 |
| SVLGS9 (500 $\mu$MR) | 500 | 4200 |
| SVLGS2 (2 mMR) | 2000 | 15000 |
| SV2.GS20 | 20 | 1 |
| SV2.GS25 | 25 | 1 |
| SV2.GS30 | 30 | 1 |
| SV2.GS20 (100 $\mu$MR) | 100 | 1 |
| SV2.GS25 (500 $\mu$MR) | 500 | 1 |
| SV2.GS30 (500 $\mu$MR) | 500 | 1 |
| SV2.GS30 (10 mMR) | 1000 | 5–10 |

In the second round of selection, SVLGS2 shows at least a further 10 fold amplification attaining approximately 15,000 copies/cell.

In marked contrast, the single copy of pSV2.GS present in initial transfectants is not significantly increased after a single round of selection and SV2.GS30 (10 mMR) resistant to 10 mM Msx contains only 5–10 copies of the vector in each cell.

In order to determine whether there has also been amplification of the endogenous GS genes, the probe was removed

5,770,359

15

and the blot re-probed with a nick-translated BglI-BglII DNA fragment obtained from the third intron of the GS genomic sequences. This probe is therefore specific for endogenous GS genes and does not hybridise with the transfected genes which lack this intron. No significant endogenous gene amplification could be detected by this means in SVLGS cell lines A small degree of endogenous amplification could be seen in SV2.GS30 (10 mMR) cell DNA.

Thus pSV2.GS, while acting as an effective dominant selectable marker in CHO-KI cells, appears to express GS too efficiently to be suitable as an amplifiable marker, since very high levels of Msx are required in order to select for even slightly increased copy number. pSVLGS.1 on the other hand can be used as a dominant selectable marker and can also be amplified to very high copy numbers.

The suitability of pSVLGS.1 as a selectable and amplifiable vector was tested by introducing into it a transcription unit capable of expressing tissue-plasminogen activator (tPA). Two plasmids were examined in which tPA cDNA under the control of the SV40 early region promoter and polyadenylation signal was clonea at the unique bamHI site of pSVLGS.1. In pSVLGS.tPA16, the GS and tPA genes are in the same orientation and in pSVLGS.tPA17, the two genes are in opposite orientations.

Both constructions were introduced into CHO-KI cells and transfected cells were selected for resistance to 15 μM Msx. After 10 days, the surviving colonies were screened for tPA activity by fibrin overlays. Many of the surviving colonies secreted tPA, thus confirming that the GS gene could act as a selectable marker to identify transfected clones. The tPA-induced clearings in the fibrin gel were larger and more numerous on plates transfected with pSVGS.tPA16, indicating that the tPA gene was more efficiently expressed when in the same orientation in the vector as the GS gene than when the two genes were in opposite orientations. 10 colonies from a transfection with pSVLGS.tPA16, which produced large tPA clearings, were grown in 96-well plates. Of these, the two cell lines secreting the highest levels of tPA, 16–1.20 μMR and 16–2.20 were selected for further study. Each was subjected to selection in increased concentrations of Msx and the tPA production from pools of colonies obtained at different stages is shown in Table 3.

TABLE 3

| Cell line | tPA secreted (U/10⁶ cells/24 hours) |
|---|---|
| 16-1.20 μMR | 260 |
| 16-1.200 μMR | 2700 |
| 16-2.20 μMR | 400 |
| 16-2.200 μMR | 2750 |
| 16-2.10 mMR | 4000 |

16–2.10 mMR, the cell line producing the highest levels of tPA, was cloned by limiting dilution and a clone was isolated which secreted 4000 U/10⁶ cells/day. This level is comparable with the highest level of tPA expression reported using DHFR co-amplification.

It has thus been shown that, when a GS cDNA cloned in the retrovirus based vector pZIP-Neo SV(X) was used, the frequency with which Msx-resistant colonies arose was low, probably due to relatively inefficient expression from this vector in this cell line. On the other hand, two different constructs in which the GS gene was under the control of SV40 promoters gave rise to cells resistant to substantially higher levels of Msx than wild-type cells. All of the resistant

16

colonies tested contained vector DNA, and novel GS mRNAs consistent with transcription of the transfected genes could be detected in cell lines containing pSVLGS.1 DNA. Msx-resistant colonies could be identified using both GS expression plasmids using SV40 promoters at a frequency greater than 1/10⁵ cells, indicating that both constructs could be useful as dominant selectable markers for the introduction of cloned DNA into CHO-KI cells.

The expression plasmid pSVLGS.1 containing a GS minigene utilising its own RNA processing signals and under the control of an SV40 late promoter, can unexpectedly be used to introduce a high number of copies of the vector into each transfected cell.

Both GS genes under the control of SV40 promoters are capable of further amplification when transfected cell lines were selected in higher concentrations of msx. Cell lines expressing pSV2.GS yielded variant clones resistant to very high levels of Msx (up to 65 times higher than originally used to select transfectants) with an increase in copy number to only 5–10 per cell. There was little detectable concomitant amplification of endogenous genes.

pSVLGS.1 is a much more suitable amplifiable vector since the increase in copy number was roughly proportional to the concentration of Msx and very high copy numbers were achieved (approximately 10,000 copies per cell in cells resistant to 2 mM Msx). In this case, no detectable endogenous gene amplification occurred.

The pSVLGS.1 amplifiable vector has been used to introduce a tPA gene into CHO-KI cells and it has been shown that gene amplification leads to higher levels of tPA expression. Variant clones resistant to ten times the concentration of Msx of the original transfectants secrete about ten times the amount of tPA, but a further 50 fold increase in Msx-resistance led to less than a 2 fold increase in tPA secretion. This suggests that some aspect of the synthesis or secretion of tPA is close to saturation in these highly Msx-resistant cells. The maximum level of tPA secretion of 4000 U/10⁶ cells/day in the 16–2.10 mMR cell line is comparable with the levels of expression previously observed in dhfr CHO cells using DHFR-mediated gene amplification, the highest reported level of secretion being 6000 U/10⁶ cells/day. This also supports the conclusion that tPA secretion is close to the maximum attainable by current methods in these cells.

It will be appreciated that the present invention is described above purely by way of illustration and that modifications and variations thereof may be made by the person skilled in the art without departing from the spirit and scope thereof as defined in the appended claims.

We claim:

1. A recombinant DNA expression vector which is amplifiable in a transformed host cell and which encodes the complete amino acid sequence of a mammalian glutamine synthetase (GS).

2. A host cell transformed with a vector according to claim 1.

3. A recombinant DNA expression vector according to claim 1, wherein the mammalian glutamine synthetase (GS) has the amino acid sequence of the chinese hamster GS of FIGS. 2a to 2d.

4. A vector comprising a gene which encodes the complete amino acid sequence of a glutamine synthetase (GS) and a gene which encodes the amino acid sequence of a desired protein other than said GS.

5. A method of co-amplifying a recombinant DNA sequence which encodes the complete amino acid sequence of a desired protein other than a glutamine synthetase (GS), comprising:

5,770,359

**17**

(a) transforming a eukaryotic host cell with the expression vector of claim 4; and

(b) culturing said transformed host cell under conditions which allow transformants containing an amplified number of copies of the vector to be selected.

6. Plasmid pSVLGS.tPA16.

7. Plasmid pSVLGS.tPA17.

8. An expression vector for co-amplifying a recombinant DNA which encodes the amino acid sequence of a desired protein other than a glutamine synthetase (GS) comprising:

(a) a recombinant DNA which encodes the complete amino acid sequence of a GS; and

(b) a recombinant DNA which encodes the complete amino acid sequence of a desired protein other than said GS, wherein the GS and desired protein coding DNAs are linked such that amplification of the GS

**18**

coding sequence results in co-amplification of the desired protein coding DNA.

9. An amplifiable recombinant DNA which encodes a complete, enzymatically active glutamine synthetase (GS).

10. A host cell transformed by a recombinant DNA expression vector according to claim 3.

11. The method of claim 5, wherein step (b) comprises culturing the transformed host cell in media containing a GS inhibitor and selecting for transformed cells which are resistant to progressively increased levels of the GS inhibitor.

12. The method of claim 11, wherein the GS inhibitor is selected from the group consisting of phosphinothricin and methionine sulphoxime.

*  *  *  *  *

# EXHIBIT 5



US005827739A

## United States Patent [19]

### Wilson et al.

[11] **Patent Number:** **5,827,739**

[45] **Date of Patent:** *Oct. 27, 1998

[54] **RECOMBINANT DNA SEQUENCES, VECTORS CONTAINING THEM AND METHOD FOR THE USE THEREOF**

[75] Inventors: **Richard Harris Wilson**, Glasgow, Scotland; **Christopher Robert Bebbington**, Winsdsor, England

[73] Assignees: **Celltech Therapeutics Limited**, Slough, England; **The University Court of the University of Glasgow**, Glasgow, Scotland

[ * ] Notice: The term of this patent shall not extend beyond the expiration date of Pat. No. 5,770,359.

[21] Appl. No.: **476,567**

[22] Filed: **Jun. 7, 1995**

#### Related U.S. Application Data

[63] Continuation of Ser. No. 302,241, Sep. 8, 1994, which is a continuation of Ser. No. 165,533, Dec. 13, 1993, abandoned, which is a continuation of Ser. No. 852,390, Mar. 16, 1992, abandoned, which is a continuation of Ser. No. 595,733, Oct. 10, 1990, Pat. No. 5,122,464, which is a continuation of Ser. No. 117,071, filed as PCT/GB87/00039 Jan. 23, 1987, abandoned.

[30]      **Foreign Application Priority Data**

Jan. 23, 1986 [GB] United Kingdom .................. 8601597

[51] **Int. Cl.[6]** ............................ C12N 5/10; C12N 15/86; C07H 21/04

[52] **U.S. Cl.** ...................... 435/358; 435/320.1; 435/375; 536/23.2; 536/23.5

[58] **Field of Search** ............................... 435/69.1, 172.1, 435/172.3, 240.2, 320.1, 6, 325, 366, 358, 375; 536/23.1, 23.5

[56]             **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,399,216 | 8/1983 | Axel et al. ...................................... | 435/6 |
| 4,656,134 | 4/1987 | Ringold ...................................... | 435/69.1 |
| 4,797,359 | 1/1989 | Finkelstein ................................. | 435/69.1 |
| 5,122,464 | 6/1992 | Wilson et al. ........................... | 435/172.3 |

#### FOREIGN PATENT DOCUMENTS

WO8606409   4/1986   WIPO .

### OTHER PUBLICATIONS

Albert et al., *Molecular Biology of the cell*, Garland Publishing, Inc., New York, 1983. pp. 184–193.

Donn, Gunter et al., "Herbicide–Resistant Alfalfa Cells: An Example of Gene Amplification in Plants", *Journal of Molecular and Applies Genetics*, 2: 621–635 (1984).

Kaback, David B. et al., "Ribosomal DNA Magnification in *Saccharomyces cerevisiae*", *Bacteriol*, vol. 134, pp. 237–245 (1978).

Kaufman, Randal J. et al., "Selection and Amplification of Heterologous Genes . . . ", *Proc.Natl.Acad.Sci.*(USA), vol. 83, pp. 3136–3140 (1986).

*Molecular Cloning*, T. Maniatis et al., Cold Spring Harbor Laboratory, 1982, "Hybridization of DNA or RNA Immobilized on Filters to Radioactive Probes", pp. iii, iv, 324, 325, 382–389.

Murray, Mark J. et al., "Construction and use of a Dormant . . . ", *Molec. and Cell Biol.*, vol. 3, No. 1, pp. 32–43 (1983).

Pennica, Diane et al., "Cloning and expression of human tissue–type plasminogen activator cDNA in *E. coli*", *Nature*, vol. 301, pp. 214–221 (1983).

de Saint Vincent, Bruno Robert et al., "The Cloning and Reconstruction into Animal Cells of a Functional CAD Gene, a Dominant Amplifiable Genetic Marker", *Cell*, vol. 27, pp. 267–277 (1981).

Sanders, Peter G. et al., "Amplification and cloning of the Chinese Hamster glutamine synthetase gene", *EMBO*, vol. 3, No. 1, pp. 65–71 (1984).

Vel'Kov, V.V., "Amplification of Genes in Prokaryotic and Eukaryotic Systems", *Soviet Genetics*, vol. 18, pp. 348–396 (1982).

Watsen et al., *Recombinat DNA, A Short Course*, W.H. Freeman and Co., 1983. pp. 50–90.

Young, Anthony P. et al., "Mouse 3T6 Cells that Overproduce Glutamine Synthetase", *The Journal of Biological Chmeistry*, vol. 258, No. 18, pp. 11260–11266 (1983).

*Primary Examiner*—David Guzo
*Attorney, Agent, or Firm*—Spencer & Frank

[57]             **ABSTRACT**

Recombinant DNA sequences which encode the complete amino acid sequence of a glutamine synthetase, vectors containing such sequences and methods for their use, in particular as dominant selectable markers, for use in co-amplification of non-selected genes and in transforming host cell lines to glutamine independence.

**4 Claims, 12 Drawing Sheets**



FIG. 1

# FIG. 2a

```
          1        10        20        30        40        50        60        70
a:  --CCGAGCCGAGAATGGGAGTAGAGCCGACTGCTTGATTCCCACACAATCTCCTCGCCGCTCTCACTTCG
       ----   >>>>>>>>>>>>>>>>>>>>>>>>>>            >>>>>          <<<< <<<<<< <<<

          80        90       100       110       120       130       140
a:  CCTCGTTCTCGTGGCTCGTGCCCTGTCCACCCCGGTCCATCATCCCGCCGGCCACCGCTCAGAGCACCTTCCACC
    <<  <<<<<<<<>>>>  >>>>>>                                        <<<<<< << <<

          150       160       170       180       190       200       210       220
a:  ATGGCCACCTCAGCAAGTTCCCACTTGAACAAAAACATCAAGCAAATGTACTTGTGCTGCCCCAGGGTGAGAAA
b:  M   A   T   S   A   S   S   H   L   N   K   N   I   K   Q   M   Y   L   C   L   P   Q   G   E   K
c:  AcA  T   S   A   S   S   H   L   B   K   g   I   K   K   Z   Y   m   a   L   P   Q   G   d   K
d:  CB X-D                                                              CB XI-B
        1               5              10              15              20

          230       240       250       260       270       280       290
a:  GTCCAAGCCATGTATATCTGGGTTGATGGTACTGGAGAAGGACTGCGCTGCAAAACCCGACACCTGGACTGTGAG
b:  V   Q   A   M   Y   I   W   V   D   G   T   G   E   G   L   R   C   K   T   R   T   L   D   C   E
c:  V   Q   A   M   Y   I   W   i   D   G   T   G   E   G   L   R   C   K   T   R   T   L   X   s   X
d:  CB VII
        25              30              35              40              45

          300       310       320       330       340       350       360       370
a:  CCCAAGTGTGTAGAAGAGTTACCTGAGTGGAATTTTGATGGCTCTAGTACCTTTCAGTCTGAGGGCTCCAAACAGT
b:  P   K   C   V   E   E   L   P   E   W   N   F   D   G   S   S   T   F   Q   S   E   G   S   N   S
c:  P   K   k   P   a   s   t   n   l   z   r                          70
        50              55              60              65
```

## FIG. 2b

```
                    380       390       400       410       420       430       440
a:: GACATGTATCTCAGCCCTGGTTGCCATGTTTCGGGACCCCTTCCGCAGAGATCCAACAAGCTGGTGTTCTGTGAA
b::  D  M  Y  L  S  P  V  A  M  F  R  D  P  F  R  R  D  P  N  K  L  V  F  C  E
c::     M  Y  L  v  P  a  A  M  F  k  R  D  P  N  X  L  V  F  C  E
d::           CB XII-C                        CB VI-C
        75              80              85              90              95


                    450       460       470       480       490       500       510       520
a:: GTTTTCAAGTACAACCGGAAGCCTGCAGAACCAATTTAAGGCACTCCTGTAAACGGATAATGACATGGTGAGC
b::  V  F  K  Y  N  R  K  P  A  E  T  N  L  R  H  S  C  K  R  I  M  D  M  V  S
c::  V  F  K  X  Y  N  k  r  P  A  E  T  N  L  X  X  t  C
d::                                                        CB XIV  CB XII-C
        100             105             110             115             120


                    530       540       550       560       570       580       590
a:: AACCAGCACCCCTGGTTTGGAATGGAACAGGAGTATACTCTGATGGGAACAGATGGGCACCCCTTTGGTTGGCCT
b::  N  Q  H  P  W  F  G  M  E  Q  E  Y  T  L  M  G  T  D  G  H  P  F  G  W  P
c::  N  Q  X  P  X  F  G  M  E  Q  E  Y  T  L  r  G  T  F  G  X  P
d::                    CB XII-A                  CB VI-D
        125             130             135             140             145


                    600       610       620       630       640       650       660       670
a:: TCCAATGGCTTTCCTGGGCCCCAAGGTCCGTATTACTGCGGTGTGGGCCGCAGACAAAGCCTATGGCAGGGATATC
b::  S  N  G  F  P  G  P  Q  G  P  Y  Y  C  G  V  G  A  D  K  A  Y  G  R  D  I
c::  S  N  C  F  X  G  P  a  P  Y  Y  C  G  P
        150             155             160             165             170
```

FIG.2c

```
            680       690       700       710       720       730       740
a:  GTGGAGGCTCACTACCGCGCCTGCTTGTATGCTGGGGTCAAGATTACAGGAACAAATGCTGAGCTCATGCCTGCC
b:       V   E   A   H   Y   R   A   C   L   Y   A   G   V   K   I   T   G   T   N   A   E   V   M   P   A
c:                           A   C   L   Y   A   G   i   K       g       T   N   x   x   v   M   P   A
d:                               T VII-G                           - CB VI-D                       CB XI-H
       175               180               185               190               195
```

```
            750       760       770       780       790       800       810       820
a:  CAGTGGGAATTCCAAATAGGACCCTGTGAAGGAATCCGCATGGGAGATCATCTCTGGGTGGCCCGTTTCATCTTG
b:       Q   W   E   F   Q   I   G   P   C   E   G   I   R   M   G   D   H   L   W   V   A   R   F   I   L
c:       Q   W   E   F   Q   I   G   P   C   E   G   I   d   M
       200               205               210               215               220
```

```
            830       840       850       860       870       880       890
a:  CATCGAGTATGTGAAGACTTTGGGTAATAGCAACCTTGACCCAAGCCCATTCCTGGGAACTGGAATGGTGCA
b:       H   R   V   C   E   D   F   G   V   I   A   T   F   D   P   K   P   I   P   G   N   W   N   G   A
       225               230               235               240               245
```

```
            900       910       920       930       940       950       960       970
a:  GGCTGCCATACCAACTTTAGCACCAAGGCCATGCGGGAGGAGAATGGTCTCGAAGCACATCGAGGAGGCCATCGAG
b:       G   C   H   T   N   F   S   T   K   A   M   R   E   E   N   G   L   K   H   I   E   E   A   I   E
c:                                           M   x   E   E   N   G   L   K   Y   I   E   E   A   I   E
d:                                               CB III-C
       250               255               260               265               270
```

## FIG. 2d

```
          980        990       1000       1010       1020       1030       1040
    AAACTAAGCAAGCGGCACCGGTACCACATTCGAGCATCCAAGAGGGGGCCTGGACAATGCCCGTGGTCTG
a:   K   L   S   K   R   H   R   Y   H   I   R   A   Y   D   P   K   G   G   L   D   N   A   R   G   L
b:   X   L   St  Ks  n   i   n   y   q               A   Y   B   P
c:
d:  T IX-B-2                                             T IX-B-1
    275              280              285              290              295

          1050       1060       1070       1080       1090       1100       1110       1120
    ACTGGGTTCCACGAAACGTCCAACATCAACGACTTTTCTGCTGGTGTCGGCCAATCCAGTCCAGCATCCGCATT
a:   T   G   F   H   E   T   S   N   I   N   D   F   S   A   G   V   A   N   R   S   A   S   I   R   I
b:                   T   S   N   I   N   Y   q                   g   V   A   S   I   R   I
c:                       (-CB III-C)                                 T IX-C-1
d:  300              305              310              315              320

          1130       1140       1150       1160       1170       1180       1190
    CCCCGGACTGTCGGCCAGGAGAAGAAAGGTTACTTTGAAGACCGCCGCCCTGCCAATTGTGACCCCTTTGCA
a:   P   R   T   V   G   Q   E   K   K   G   Y   F   E   D   R   R   P   S   A   N   C   D   P   F   A
b:
c:
d:  T IX-E
    325              330              335              340              345

          1200       1210       1220       1230       1240       1250       1260       1270
    GTGACAGAGCCATCTGCTCCGCACCCTTCTCAATGAGACTGGCGACGAGCCCTTCCAATACAACAAAACTAATTA
a:   V   T   E   A   I   V   R   T   C   L   L   N   E   T   G   D   E   P   F   Q   Y   K   N  ***
b:                   T   C   L   L   N   Z   T   G   B   Z   P   F   Q   Y   K
c:              T VI-K
d:  350              355              360              365              370              372
```

```
                1280      1290      1300      1310      1320      1330      1340
a:  GACTTTGAGTGATCTTGAGCCTTTCCTAGTTCATCCACCCCGCCCAGCTGTCTCATTGTAACTCAAAGGATGG

    1350      1360      1370      1380      1390      1400      1410      1420
a:  AATATCAAGGTCTTTTTATTCCTCGTGCCCAGTTAATCTTGCTTTTATTGGTCAGAATAGAGGAGTCAAGTTCTT
e:  AATATCAAGGTCTTTTTATTCCTCGTGCCCAAAAAAAAAAAAAAAAAAAAAA
```

FIG.2e



FIG. 3a  pSVLGS.1



FIG.3b pSV2.GS



FIG.3c  pZIPGS

FIG. 4A





FIG.4B



# FIG.5



5,827,739

1

## RECOMBINANT DNA SEQUENCES, VECTORS CONTAINING THEM AND METHOD FOR THE USE THEREOF

This is a Continuation of application Ser. No. 08/302,241 filed Sep. 8, 1994, pending, which is a continuation of application Ser. No. 08/165,533, filed Dec. 13, 1993, abandoned, which is a continuation of application Ser. No. 07/852,390, filed Mar. 16, 1992, abandoned, which is a continuation of application Ser. No. 07/595,733, filed Oct. 10, 1990, and issued as U.S. Pat. No. 5,122,464, which is a continuation of application Ser. No. 07/117,071, filed as PCT/GB87/00039 jan. 23, 1987, abandoned.

The present invention relates to recombinant DNA sequences, vectors containing them, and a method for the use thereof. In particular, the present invention relates to recombinant DNA sequences which encode the complete amino acid sequence of a glutamine synthetase (GS) (L-glutamate: ammonia ligase [ADP-forming]; EC 6.3.1.2) and to the use of such nucleotide sequences.

The ability of cloned genes to function when introduced into host cell cultures has proved to be invaluable in studies of gene expression. It has also provided a means of obtaining large quantities of proteins which are otherwise scarce or which are completely novel products of gene manipulation. It is advantageous to obtain such proteins from mammalian cells since such proteins are generally correctly folded, appropriately modified and completely functional, often in marked contrast to those proteins as expressed in bacterial cells.

Where large amounts of product are required, it is necessary to identify cell clones in which the vector sequences are retained during cell proliferation. Such stable vector maintenance can be achieved either by use of a viral replicon or as a consequence of integration of the vector into the host cell's DNA.

Where the vector has been integrated into the host cell's DNA, the copy number of the vector DNA, and concomitantly the amount of product which could be expressed, can be increased by selecting for cell lines in which the vector sequences have been amplified after integration into the host cell's DNA.

A known method for carrying out such a selection procedure is to transform a host cell with a vector comprising a DNA sequence which encodes an enzyme which is inhibited by a known drug. The vector may also comprise a DNA sequence which encodes a desired protein. Alternatively the host cell may be co-transformed with a second vector which comprises the DNA sequence which encodes the desired protein.

The transformed or co-transformed host cells are then cultured in increasing concentrations of the known drug hereby selecting drug-resistant cells. It has been found that one common mechanism leading to the appearance of mutant cells which can survive in the increased concentrations of the otherwise toxic drug is the over-production of the enzyme which is inhibited by the drug. This most commonly results from increased levels of its particular mRNA, which in turn is frequently caused by amplification of vector DNA and hence gene copies.

It has also been found that, where drug resistance is caused by an increase in copy number of the vector DNA encoding the inhibitable enzyme, there is a concomitant increase in the copy number of the vector DNA encoding the desired protein in the host cell's DNA. There is thus an increased level of production of the desired protein.

The most commonly used system for such co-amplification uses as the enzyme which can be inhibited

2

dihydrofolate reductase (DHFR). This can be inhibited by the drug methotrexate (MTX). To achieve co-amplification, a host cell which lacks an active gene which encodes DHFR is either transformed with a vector which comprises DNA sequences encoding DHFR and a desired protein or co-transformed with a vector comprising a DNA sequence encoding DHFR and a vector comprising a DNA sequence encoding the desired protein. The transformed or co-transformed host cells are cultured in media containing increasing levels of MTX, and those cell lines which survive are selected.

Other systems for producing co-amplification have been employed. However, none of them has been as widely used as the DHFR/MTX system.

The co-amplification systems which are at present available suffer from a number of disadvantages. For instance, it is generally necessary to use a host cell which lacks an active gene encoding the enzyme which can be inhibited. This tends to limit the number of cell lines which can be used with any particular co-amplification system. For instance, there is at present only one cell line known which lacks the gene encoding DHFR. It would be advantageous if an effective co-amplification system based on a dominant selectable marker which was applicable to a wide variety of cell lines could be provided. This would allow exploitation of different processing and growth characteristics of a variety of cell lines.

Attempts to use DHFR genes as dominant selectable markers in other cell lines has not proved entirely satisfactory. For instance, a MTX-resistant mutant DHFR or a DHFR gene under the control of a very strong promoter can act as a dominant selectable marker in certain cell types but such high concentrations of MTX are required that it has not been possible to achieve very high copy numbers by selection for gene amplification.

Co-transformants with an additional selectable marker also have disadvantages. For instance, this can increase the complexity of plasmid construction and requires additional time-consuming screening of transformed cells to distinguish those clones in which the DHFR gene is active.

A further disadvantage of the known co-amplification systems is that the DNA sequence encoding the inhibitable enzyme is generally not under post-translational control. The enzyme in the amplified system is therefore produced in large quantities, together with the desired protein. This could lead to lower levels of production of the desired protein.

Another disadvantage of known co-amplification systems is that resistance to the known drug can arise from mechanisms other than amplification. For instance, in the DHFR/MTX system, it is possible for a mutant DHFR gene to arise which produces a mutant DHFR which has a lower binding affinity for MTX than does wild-type DHFR. If such mutant DHFR arises, cells containing the gene which encodes it will be more resistant to MTX than the original host cell and will therefore be selected, even though no amplification has taken place. It is possible to select further to eliminate lines in which no amplification has taken place, but this is a time consuming process.

A further disadvantage of previous selection systems for gene amplification is that toxic drugs are required. In particular MTX is a potential carcinogen.

An additional disadvantage of previous amplification systems is the need for repeated, time-consuming rounds of amplification, for example three or more, to obtain maximum copy number.

It is an object of the present invention to overcome at least in part the disadvantages of the prior art systems for co-amplification.

5,827,739

**3**

According to a first aspect of the present invention there is provided a recombinant DNA sequence which encodes the complete amino acid sequence of a glutamine synthetase (GS).

Typically, the recombinant DNA sequence encodes an eukaryotic, preferably mammalian, GS. Conveniently, the recombinant DNA sequence encodes a rodent, such as mouse, rat or especially hamster, GS.

Preferably, the recombinant DNA has the sequence of the amino acid coding portion of the sequence shown in FIG. 2, and most preferably comprises the whole recombinant DNA sequence shown in FIG. 2.

The recombinant DNA sequence of this aspect of the invention includes such a sequence from one species which hybridises under high stringency conditions with another recombinant DNA sequence of this aspect of the invention or a part thereof from a different species.

Glutamine synthetase (GS) is a universal housekeeping enzyme responsible for the synthesis of glutamate and ammonia using the hydrolysis of ATP to ADP and phosphate to drive the reaction. It is involved in the integration of nitrogen metabolism with energy metabolism via the TCA cycle, glutamine being the major respiratory fuel for a wide variety, possible the majority, of cell types.

GS is found at a low levels (0.01%–0.1% of soluble protein) in most higher vertebrate cells and is found at higher levels (>1% of total protein) in certain specialised cell types such as hepatocytes, adipocytes and glial cells.

A variety of regulatory signals affect GS levels within cells, for instance glucocorticoid steroids and cAMP, and glutamine in a culture medium appears to regulate GS levels post-translationally via ADP ribosylation.

GS from all sources is subject to inhibition by a variety of inhibitors, for example methionine sulphoximine (Msx). This compound appearing to act as a transition state analogue of the catalytic process. Extensively amplified GS genes have been obtained (Wilson R. H., Heredity, 49, 181, (1982); and Young A. P. and Ringold G. M., J. Biol. Chem., 258, 11260–11266, 1983) in variants of certain mammalian cell lines selected for Msx resistance. Recently Sanders and Wilson (Sanders P. G. and Wilson R. B., The EMBO Journal, 3, 1, 65–71, 1984) have described the cloning of an 8.2 kb BglII fragment containing DNA coding for GS from the genome of an Msx resistant Chinese hamster ovary (CHO) cell line KGIMS. However this fragment does not appear to contain a complete GS gene and it was not sequenced.

Conveniently, the recombinant DNA sequence of this aspect of the invention is cDNA, preferably derived by reverse transcription. However, the recombinant DNA sequence may alternatively or additionally comprise a fragment of genomic DNA.

It will be appreciated that, in accordance with the present invention, a recombinant DNA sequence of the first aspect, or a fragment thereof, may be used as a hybridization probe for obtaining GS coding sequences from other species.

Moreover, the recombinant DNA sequences of the first aspect of the present invention may be used in medical or diagnostic methods, such as for detecting disease states in which the level of GS in a subject is altered.

However, it is envisaged that the main use of the recombinant DNA sequences of the first aspect of the present invention will be in co-amplification or dominant selectable marker systems employed in recombinant DNA technology.

Therefore according to a second aspect of the present invention, there is provided a recombinant DNA vector comprising a recombinant DNA sequence according to the first aspect of the invention.

**4**

Preferably, the vector is an expression vector capable, in a transformant host cell, of expressing the GS-encoding recombinant DNA sequence.

The vector may further comprise a recombinant DNA sequence which encodes the complete amino acid sequence of a desired protein other than GS. In the preferred case, the vector will also be capable, in the transformant host cell, of expressing the desired protein-encoding recombinant DNA sequence.

Preferably, the GS-encoding recombinant DNA sequence is under the control of a regulatable promoter, such as a heat shock or a metallothionein promoter.

The present invention also provides a host cell transformed with a vector according to the second aspect of the invention.

The vectors according to the second aspect of the present invention may be used in the co-amplification of non-selected genes. Therefore according to a third aspect of the present invention, there is provided a method for co-amplifying a recombinant DNA sequence which encodes the complete amino acid sequence of a desired protein other than GS which comprises:

either co-transforming a host cell with a vector according to the second aspect of the invention which does not contain a sequence encoding the desired protein, and a second vector comprising said desired protein-encoding recombinant DNA sequence;

or transforming the host cell with a vector according to the second aspect of the present invention which also includes a recombinant DNA sequence encoding the desired protein.

There are a number of advantages to the use of the vectors according to the present invention in co-amplification of non-selected genes.

An advantage is that the GS gene is regulatable, for instance by addition of glutamine to the medium. It is therefore possible to amplify the GS gene and the non-selected gene, and then down-regulate the GS gene. The host cell will then accumulate much smaller quantities of active GS while still producing desirably large quantities of the required product. This also has the advantage of increasing the stability of the cell line, since there will be less selection pressure which could otherwise lead to instability in maintenance of amplified sequences in the cell line if the inhibitor is removed.

Cell lines are known which lack the GS gene. Moreover, there are available schemes whereby such cell lines may be selected. These GS deficient cell lines may be used in the co-amplification procedures.

However, it has been surprisingly and unexpectedly shown that GS expression vectors can also be used as effective dominant selectable markers in cell lines which contain an active GS gene by conferring resistance to certain levels of Msx at which the frequencies of resistance caused by endogeneous gene amplification is minimal. It has been shown that such vectors can be amplified by increasing the concentration of Msx in the cell lines so that high copy numbers are achieved. These copy numbers are higher than achieved using previous amplification systems such as DHFR/MTX, and are achieved in only two rounds of amplification. The possibility of attaining very high copy numbers is advantageous in ensuring that high levels of mRNA encoding the desired protein are obtained.

It is believed, although the Applicants do not wish to be limited by this theory, that the effectiveness of GS as an amplifiable dominant selectable marker is a consequence of the relative expression levels of endogeneous- and vector-

5,827,739

| 5 | 6 |

derived GS genes. Selection for gene amplification using Msx leads almost exclusively to the isolation of clones in which the vector-derived GS gene has been amplified in preference to the endogenous one. When using host cells containing an endogenous active GS gene, it is possible to facilitate selection for amplification by reducing or abolishing endogenous GS activity, for instance by treatment of the cell line with dibutyryl-cAMP and theophylline. A cell line which is susceptible to such reduction or abolition is the 3T3-L1 cell line.

The desired protein whose recombinant DNA sequence is co-amplified may be, for instance, tissue plasminogen activator (tPA), although this technique can be used to co-amplify recombinant DNA sequences which encode any other protein, such as immunoglobulin polypeptides (IGs), human growth hormone (hGH) or tissue inhibitor of metalloproteinases (TIMP).

Preferably, the amplification is achieved by selection for resistance to progressively increased levels of a GS inhibitor, most preferably phosphinothricin or Msx.

A further advantage of the present co-amplification procedure is that Msx is a cheaply available product of high solubility. It can therefore readily be used at high concentrations to enable selection of lines containing highly amplified sequences.

Moreover, the effect of Msx can be potentiated by the addition to the selection medium of methionine. It is therefore preferred that in the present co-amplification procedure, selection is carried out in a medium containing methionine at higher than usual levels. Similarly, the effect of Msx can be potentiated by lower levels than usual of glutamate.

If the GS-encoding recombinant DNA sequence in the vector used for co-amplification is under the control of a regulatable promoter it is preferable for expression of the GS sequence to be switched on during selection and amplification and subsequently down-regulated.

In some cases, after co-amplification, the selected cell line may be dependent to some extent on the GS inhibitor used in the selection procedure. If this is the case, the amount of GS inhibitor required may be reduced by adding glutamine to the culture medium whereby GS activity is post-translationally suppressed.

According to a fourth aspect of the present invention, a vector according to the second aspect of the invention may be used to provide a dominant selectable marker by transforming a host cell with the vector, thereby conferring on transformant cells with resistance to GS inhibitors.

The host cells which are used in the fourth aspect of the present invention may contain an active GS gene. For the reasons set out above, it has been found that selection can still be achieved even where an active endogenous gene is present. The advantages of using the vector of the present invention in co-amplification procedures are also shown in the use of the vectors as dominant selectable markers.

It is preferred that the host cells used for the co-amplification procedures or selection for dominant marker procedures of the present invention are mammalian, most preferably hamster, cells, and chinese hamster ovary (CHO-KI cells or derivatives thereof are particularly suitable.

According to a fifth aspect of the present invention, the vectors according to the second aspect of the invention can be used in endowing a cell line with the ability to survive in a medium lacking glutamine by transforming a host cell completely lacking or reduced in GS activity an active GS gene with the vector. It is envisaged that this procedure will be particularly, but not exclusively, applicable to hybridoma and myeloma cells and derivatives thereof.

It has been found that the density to which certain cells, in particular myeloma cells, can grow in a medium may be limited by the requirement for glutamine or by-products of glutamine metabolism. If the cells could be made glutamine-independent either directly or as a result of additional medium alterations, it is believed that greater cell densities in culture could be achieved, thereby increasing the amount of protein produced per culture volume by the cell line.

It is therefore believed that the use of recombinant DNA sequences encoding GS, for instance in vectors for co-amplification, selection or transformation to glutamine independence, will lead to highly flexible and advantageous systems which will be surprisingly superior to other similar systems, for instance based on DHFR/MTX.

The present invention is now described, by way of example only, with reference to the accompanying drawings, in which:

FIG. 1 shows restriction maps of the GS specific cDNA inserts in pGSC45, λgs 1.1 and λgs 5.21 clones, in which it can be seen from the arrows that the nucleotide sequence of the coding region of GS was predominantly obtained from M13 subclones of λgs 1.1 and various regions indicated using subclones of λgs 5.21 and pGSC45;

FIG. 2 shows the cDNA (a:) and predicted amino acid (b:) sequences for the Chinese hamster GS gene, together with the published peptide sequences (c:) and peptide designations (d:) of bovine brain GS. The sequence (e:) indicates the polyadenylation site used in λgs 1.1. Amino acid residues are indicated as their single letter codes; non-homologous bovine residues are indicated in lower case letters. The 'Λ' below base 7 represents the start of the pGSC45 insert and the '----' marker represents the priming sequence in λgs 1.1 complementary to residues 1135–1132. The '>' and '<' symbols represent bases involved in stems of the calculated structure for the 5' untranslated region;

FIG. 3 shows the structure of three GS expression plasmids in which a) shows plasmid pSVLGS.1 (8.5 kb) containing a 4.75 kb GS minigene under the control of the late region promoter of SV40 (L) cloned in the bacterial vector pCT54. The GS sequences include the complete coding sequence, a single intron and approximately 2 kb of 3'-flanking DNA spanning both of the presumed sites of polyadenylation, (b) shows plasmid pSV2.GS (5.5 kb) containing 1.2 kb of GS cDNA under the control of the early region promoter of SV40 (E), the intron from the T-antigen gene of SV40 and a sequence containing the early region polyadenylation signal of SV40, and (c) shows plasmid pZ1PGS (12.25 kb) containing the HindIII-BamHI fragment from pSV2.GS (containing the GS coding sequence and SV40 intron and polyadenylation signal) cloned in the retroviral vector pZPIP Neo SV (X) in which latched blocks indicate irrelevant mouse DNA sequences, 5' and 3' LTRs as the long terminal repeats of Moloney Murine Leukaemia Virus (MMLV), the filled block represents an SV40 fragment spanning the origin of replication oriented such that the SV40 early region promoter directs the expression of the gene from transposon TnS which confers resistance to G418 in mammalian cells (neo) and unmarked blocks contain additional DNA sequences from MMLV;

FIG. 4 shows Southern blots of cell lines transfected with pSVLGS.1 (Panel A) or pSV2 GS (Panel B). The blot is probed with an RNA probe specific for SV40 origin-region DNA. Panel A represents a 2 hour exposure. Each lane contains 2.5 μg genomic DNA from the following cell lines. Lanes 1 to 3 contain DNA from initial transfectants: lane 1, SVLGS2; lane 2, SVLGS5; lane 3, SVLGS9. Lanes 4 to 6 contain DNA from cell lines obtained after a single round of

5,827,739

7

selection for gene amplification with Msx: lane 4 SVLGS2 (500 μMR); lane 5, SVLGS5 (250 μMR); lane 6, SVLGS9 (500 μMR). Lane 7 contains DNA from a cell line subjected to 2 rounds of selection for gene amplification, SVLGS5 (2 mMR). Panel B is an exposure of approximately two weeks. Each of lanes 1 to 6 contain 5 μg of genomic DNA and lane 7 contains 2.5 μg. Lanes 1 to 3 contain DNA from initial transfectant cell lines: lane 1, SV2 GS20; lane 2, SV2, GS25; lane 3, SV2 GS30. Lanes 4 to 6 represent cell lines after one round of selection in higher concentrations of Msx: lane 4, SV2.GS20 (100 μMR); lanes SV2. GS25(500 μMR); lane 6, SV2.GS30 (500 ). Lane 7 represents a cell line obtained after two rounds of selection in Msx, SV2.GS30 (10 mMR)

FIG. 5 shows a primer extension analysis of RNA derived from cell lines transfected with pSVLGS.1. A DNA oligonucleotide which binds to RNA at the presumed translation "start" was used to synthesise DNA from total RNA preparations. RNA preparations shown are: lane 1, SVLGS2; lane 2, SVLGS5; lane 3 a derivative of CHO-K1 resistant to 30 μM Msx (to indicate the extension from wild-type GS mRNA); MW, pAT153 digested with HpaII molecular weight markers.

In the nucleotide and amino acid sequences shown in the accompanying drawings and in the description, the following abbreviations are used as appropriate. U=uridine; G=guanosine; T=thymidine; A=adenosine; C=cytosine; ***=a termination codon; –denotes an unknown nucleotide residue; A=alanine; C=cysteine; D=aspartic acid; E=glutamic acid; F=phenylalanine; G=glycine; H=histidine; I=isoleucine; K=lysine; L=leucine; M=methionine; N=asparagine; P=proline; Q=glutamine; R=arginine; S=serine; T=threonine; V=valine; W=tryptophan; Y=tyrosine; X=an unknown amino acid; PBS=phosphate buffered saline; SDS=sodium dodecyl sulphate; and EDTA= ethylene diamine tetraacetic acid.

EXAMPLE

Using a multi-step selection procedure in a glutamine-free medium, a mutant line was derived from the chinese hamster ovary (CHO) KGI cell line (itself a derivative from the CHO-K1 line obtained as CCL 61 from the American Type Culture Collection, Rockville, Md., USA). The mutant cell line, labelled CHO-KGIMS, is resistant to 5 mM Msx. (The parental cell line KGI is only resistant to 3 μM Msx).

A subclone, KGIMSC4-M, of the mutant cell line was used as a source of cellular DNA. Cells from the subclone were washed in PBS after trypsinization and pelleted at 2000 r.p.m. for 4 min. The pellet was resuspended in 100 mM Tris-HCL, pH 7.5, 10 mM EDTA and lysed by the addition of SDS to 2%. RNase A was added to 50 μg/ml and the solution incubated at 37° C. for 30 min. Protease K was added to 50 μg/ml and incubation continued at 37° C. for from 30 min to 1 hr. The solution was phenol extracted twice followed by two chloroform:isoamyl alcohol (24:1) extraction. The DNA was precipitated with isopropanol and then resuspended in 2 mM EDTA, 20 mM Tris-HCl , pH 7.5 and stored at 4° C.

Genomic DNAs from parental KGI , mutants KGIMS and KGIMSC4-M, and revertant KG1MSC4-0 cells were digested with a variety of restriction endonucleases, subjected to agarose gel electrophoresis and Southern blotted onto nitrocellulose filters. These blots were probed with oligo (dT)-primed cDNA made from parental KGI and mutant KGIMSC-4M poly (A) mRNAs. When wild-type KGI cDNA was used as a probe, a series of identical bands was seen across tracks from all cell lines. When

8

KGIMSC4-M mutant cDNA was used as a probe, the same common bands were seen across all tracks together with unique bands specific to mutant KGIMS and KGIMSC4-M genomic DNA. The bands common to all genomic DNAs were shown to be due to mitochondrial (mt) DNA, as determined by restriction enzyme analysis of mtDNA purified from KGI cells. The smallest DNA fragment identified which could contain the whole of the presumptive coding sequence for GS is an 8.2-kb BglII fragment. On double digestions with PstI and BglII, the two PstI fragments (2.1 kb and 2.4 kb) are seen to remain intact, indicating that both PstI fragments are contained within the BGlII fragment.

30 μg of KGIMSC4-M DNA was digested to completion with BglII and the fragments separated by electrophoresis on an 0.8% agarose gel. The amplified 8.2 kb band was identified using ethidium bromide staining and long wave ultra violet radiation by comparison with λHindIII and mtPstI digests. The DNA band was eluted into a well cut into the gel and purified by phenol extraction, chloroform extraction and ethanol precipitated using carrier tRNA. Purified DNA was ligated with BamHI-digested, bacterial alkaline phosphatase-treated pUC9 (Vieira, J. and Messing, J., Gene, 19, 259–268, 1982). Recombinant DNA was used to transform E. coli to ampicillin resistance and white clones on Xgal picked for analysis.

150 recombinant clones were obtained and DNA analysis of 11 of these showed that they all had DNA inserts of about 8.0 kb. Differential colony hybridization and DNA spot hybridizations identified two recombinant clones which gave strong hybridization with a mutant KGIMSC4-M cDNA probe but no signal with a parental KGI cDNA probe. Both recombinants pGS1 and pGS2 produced the PstI restriction pattern expected from insertion of the required BglII restriction fragment. pGS1 DNA was used to hybrid select GS mRNA from total cytoplasmic and poly (A) KGIMSC4-M RNA. The selected mRNA was translated together with KGI and KGIMSC4-M total cytoplasmic RNA and [35S] methionine-labelled polypeptides separated by SDS-PAGE. The major translation product of pGSI selected mRNA is a polypeptide of 42 000 kD MW which co-migrates with an amplified polypeptide in KGIMSC4-M translations. pGS1 therefore contains genomic CHO DNA which contains at least part of the GS gene.

This part of the work was carried out as described by Sanders and Wilson (loc. cit.).

A 3.5 kb HindIII fragment containing the 3' end of the GS gene from KGIMSC4-M was subcloned from pGS1 into pUC9 to form plasmid pGS113.

A clone bank was prepared by cloning a Sau3A partial digest of KGIMSC4-M into the BamHI site of λL47. Recombinants were selected for hybridisation to pGS1. A BamHI-EcoRI fragment from a selected λL47 recombinant was subcloned into pUC9 to form plasmid pGS2335 (Hayward et al., Nuc. Acid Res., 14, 999–1008, 1986).

cDNA libraries were made from KGIMSC4-M mRNA in pBR322 and λgt10 using standard procedures. The mRNA was converted to cDNA using oligo-dT primed reverse transcriptase, and dsDNA made by the RNase H procedure (Gubler, U. and Hoffmann, V., Gene, 25, 263–269, 1983). The dsDNA was either tailed with C residues (Michelson, A. M. and Orkin, S. E., J. Biol. Chem., 257, 14773–14782, 1982), annealed to G-tailed pBR322 and transformed into E. coli DHI , or methylated and ligated to EcoRI linkers. Linkered DNA was digested with EcoRI and linkers removed by Sephadex G75 chromatography in TNES (0.14M NaCl, 0.01M Tris, pH 7.6, 0.001M EDTA, 0.1%

5,827,739

9

SDS). Linkered DNA in the excluded volume was recovered by ethanol precipitation and annealed to EcoRI-cut λgt10 DNA. Following in vitro packaging, recombinant phage was plated on the high frequency lysogeny strain *E. coli* Hfl (Huyhn, T. V., Young R. A. and Davis, R. W., in "DNA cloning techniques II: A practical approach (Ed. Glover, D. M.), I.R.L. Press Oxford, 1985).

About 5000 colonies and 20000 plaques were screened on nitrocellulose filters using nick-translated probes derived from pUC subclones of GS genomic sequences. A 1 kb EcoRI-BglII fragment from pGS2335 was used as a 5' probe, and the entire 3.5 kb HindIII fragment of pGS113 was used as a 3' probe. Plasmids from positive colonies were analysed by restriction digestion of small-scale preparations of DNA and the longest clone (pGSC45) selected for further analysis.

Positive λclones were plaque purified, grown up in 5000 ml of *E. coli* C600 liquid culture, and the phage purified on CsCl step gradients. DNA was prepared by formamide extraction (Davis. R. W., Bostein, D. and Roth, S. R., 20 Advanced Bacterial Genetics, Cold Spring Harbor, 1980). Clones with the longest inserts were identified by EcoRI digestion and inserts subcloned into pAT153 and M13mpll phage for further analysis and sequencing.

The colonies or plaques were screened first with a probe derived from the 5' end of the GS gene. Positive colonies or plaques from this analysis were picked and rescreened with a longer probe covering most of the 3' end of the gene. In this way it was anticipated that clones with long or possibly full length inserts would be selected and the tedious rescreening 30 for 5' ends would be avoided. Several plasmid clones and λgt10 recombinants were derived by this means. Further analysis of one of the plasmid clones (pGSC45) by restriction enzyme digestion and partial sequencing revealed that it had an insert of about 2.8 kb and a polyA sequence at the 35 3' end. Northern blots indicate that a major mRNA for GS is about this size (Sanders and Wilson, (loc. cit.)), so the insert in pGSC45 was potentially a full length copy of this mRNA. The two λclones ( λgs 1.1 and λgs 5.21) had inserts of 1450 bp and 1170 bp respectively. Restriction maps and alignment 40 of the cDNA inserts in pGSC45, λgs 1.1 and λgs 5.21 are shown in FIG. 1. It is clear that the inserts in the λclones are considerably shorter at the 3' end than the plasmid clone and may represent cDNA copies of one of the minor mRNAs. The insert in λgs.1.1 extends some 200 base pairs at the 5' 45 end.

The nucleotide sequence of the mRNA coding for glutamine synthetase was obtained from M13 subclones of pGSC45 and EcoRI subclones of λgs 1.1 and λgs 5.21 and is shown in FIG. 2. Some confirmatory sequence was also 50 obtained from the genomic clone pGS1. Primer extension of GS mRNA with an oligonucleotide complementary to nucleotides 147–166 gave a major extension product of 166 nucleotides. This shows that pGSC45 only lacks six or seven nucleotides from the 5' end of the mRNA. Nucleotide 55 sequencing of the primer extended product by Maxam-Gilbert sequencing confirmed this although the first two bases could not be determined.

Sequences at the 5' end of λgs 1.1, which is some 200 bases longer at the 5' end than pGSC45, showed consider- 60 able inverted homology to sequences at the 3' end of this clone (which was about 150 bases shorter at the 3' end than λgs 5.21, (see FIG. 1). These additional sequences are probably cloning artifacts, arising during second strand synthesis due to nucleotides 6 to 1 priming DNA synthesis 65 via their complementary to nucleotides 1132–1137 despite the fact that the RNase H procedure was used. It cannot be

10

excluded that the duplication arises from transcription of a modified GS gene, producing a modified mRNA which has been subsequently cloned, although the primer extension results did not suggest that there was any manor mRNA species with a 5' end longer than 166 nucleotides.

The predicted amino acid sequence for CHO glutamine synthetase is shown in FIG. 2. The NE₂ terminus was identified by homology with the NH₂ terminal peptide found in bovine brain glutamine synthetase (Johnson, R. J. and Piskiewicz, D., Biochem. Biophys. Acta, 827, 439–446, 1985). The initiating AUG follows a precise CCACC upstream consensus sequence found for true initiation codons and is followed by a purine (i.e. CCACCATGG). (Another AUG codon at position 14 is not in a favourable context by the same criteria and is followed by a termination codon in frame 21 nucleotides downstream.) The predicted amino acid composition of the GS protein gives a molecular weight of 41,964 (not allowing for N-terminal acetylation or other post-translational modifications), in agreement with other estimates. The basic nature of the protein is reflected in the excess of arginine, histidine and lysine residues over those of aspartate and glutamate.

The predicted amino acid sequence shows excellent homology with bovine and other GS derived peptide sequences obtained by peptide sequencing, indicative of an accurate DNA sequence. The amino acid sequence allows the ordering of all the cyanogen bromide peptides and most of the tryptic peptides published for bovine GS).

The CHO sequence also shows some homology with the GS sequence from the cyanobacterium Anabaena, notably at residues 317–325, (NRSASIRIP) which are an exact match to Anabaena residues 342–350. In addition, related sequences can be found in glutamine synthetases isolated from plants.

Access to complete cDNA clones and genomic clones for Chinese hamster GS has not only allowed the amino acid sequence of glutamine synthetase to be predicted, but also allows a detailed analysis of the position of the introns within the gene and their relationship to the exons coding for the structural domains of the protein.

A GS minigene was constructed from a cDNA sequence (spanning the majority of the protein coding region) and a genomic sequence (which recreates the 3' end of the coding sequence). The 3.4 kb EcoRI-SstI fragment of pGS1 encodes a single intron, all of the 3' untranslated region of both mRNA species identified and contains about 2 kb of 3' flanking DNA. This DNA fragment was cloned between the EcoRI and BamHI sites of pCTS4 (Emtage et al., PNAS-USA, 80, 3671–3675, 1983) to create pCTGS. The 0.8 kb EcoRI fragment of λgs 1.1 was then inserted at the EcoRI site of PCTGS in the correct orientation to recreate the 5' end of the gene. The late promoter of SV40 was cloned upstream by inserting the 342 bp PvuII-HindIII fragment of SV40, containing the origin of replication, at the HindIII site of the above plasmid in the appropriate orientation to produce plasmid pSVLGS-1 which is shown in FIG. 3(a).

An alternative GS expression construct was made by placing cDNA containing all of the GS coding sequences between sequences from SV40 which direct efficient expression in mammalian cells. The 1.2 kb NaeI-PvuII fragment of λgs 1.1 was cloned in place of dhfr sequences in pSV2.dhfr, (Subramani, S.,Mulligan, R. and Berg, P., Mol. Cell. Biol., 1, 854–864, 1981) between the HindIII and BglII sites to form pSV2.GS which is shown in FIG. 3(b).

In order to place GS coding sequences under the control of the Moloney murine Leukaemia virus (MMLV) LTR promoter, the HindII-BamHI fragment from. pSV2.GS (see

5,827,739

11

FIG. 3b) was introduced at the BamHI site of pZIP-NeopSV (X) (Cepko, C. L., Roberts, B. E. and Mulligan, R. C., Cell, 37, 1053–1062, 1984).

The 3.0 kb HindIII-BamHI fragment of ptPA 3.16 (Stephens, P. E., Bendig, M. M. and Hentschel, C. C., manuscript in preparation) contains a cDNA coding for tissue plasminogen activator, downstream of which is the SV40 small t-intron and the polyadenylation signal from the early region transcript of SV40. This fragment was cloned in a 3-way ligation with the 342 bp SV40 PvuII-HindIII fragment into the BamHI site of pSVLGS.1 so that the tPA gene was under the control of the SV40 early promoter. This generated two plasmids, pSVLGStPA16, in which the GS and tPA transcription units are in tandem and pSVLGStPA17, in which the two genes are in opposite orientations.

CHO-K1 cells, obtained from ATCC, were grown in Glasgow modified Eagle's medium (GMEM) without glutamine and supplemented with 10% dialysed foetal calf serum (GIBCO), 1 mM sodium pyruvate, non-essential amino acids (alanine, aspartate, glycine and serine at 100 $\mu$M , asparagine, glutamate and proline at 500 $\mu$M) and nucleosides (adenosine, guanosine, cytidine and uridine at 30 $\mu$M and thymidine at 10 $\mu$m). For selection, L-methionine sulphoximine (Msx from Sigma) was added at appropriate concentrations.

Approximately $3\times10^6$ cells per 100 mm petri dish were transfected with 10 $\mu$g circular plasmid DNA according to the calcium phosphate co-precipitation procedure (Graham, F. L. and van der Eb, A. J., Virology, 52, 456–467, 1983). Cells were subjected to a glycerol shock (15% glycerol in serum-free culture medium for 2 minutes) 4 hours after transfection (Frost, E. and Williams, J., Virology, 91, 39–50, 1978). One day later, transfected cells were fed with fresh selective medium and colonies of surviving cells were visible within 2–3 weeks.

tPA activity in cell culture supernatants was measured using a fibrin-agarose plate assay using a tPA standard (Biopool) for comparison. Attached cells were typically washed in serum-free medium and incubated for 18–20 hours in serum-free medium at 37° C. After removal of medium samples for assay, the cells were trypsinised and viable cells counted. Results were then expressed as units of tPA/$10^6$cells/24 hours. Colonies of cells in petri dishes were assayed for tPA production by overlaying directly with a fibrin agarose gel.

In the glutamine-free medium used in these experiments, the specific GS inhibitor, Msx is toxic to CHO-K1 cells at concentrations above 3 $\mu$M. To test whether the GS expression plasmids could synthesise functional GS in vivo, each plasmid was introduced into CHO-K1 cells by calcium phosphate-mediated transfection and tested for the ability to confer resistance to higher concentrations of Msx.

Resistance to Msx can, however, also arise by amplification of the endogenous GS genes (or perhaps by other unknown mechanisms). Therefore, in order for a GS expression vector to be useful as a dominant selectable marker, it must confer resistance to a particular concentration of Msx with a greater frequency than the frequency of spontaneous resistant mutants. The frequency with which spontaneously resistant clones are detected depends on the concentration of Msx used for selection. Thus, for instance gene amplification in CHO-K1 cells leads to approximately 1 surviving colony/$10^4$ cells plated in 10 $\mu$M Msx, but this frequency declines to less than $1/10^7$ if cells are selected for resistance to 25 $\mu$M Msx.

Since the frequency of transfection of CHO cells using the calcium phosphate co-precipitate technique is generally

12

reported to be less than $1/10^3$, a range of Msx concentrations was chosen for selection in excess of 10 $\mu$M. The results in Table 1 show that transfection with any of the three GS expression plasmids leads to survival of a greater number of Msx-resistant colonies than the background frequency detected in mock-transfected cells when selected at 15 $\mu$M or 20 $\mu$M Msx.

pZIPGS yields only a slight increase in the number of surviving colonies above background. This vector would therefore be a poor selectable marker and was not studied further. pSV2.GS and pSVLGS.1, however, both appear to act as effective dominant selectable markers in this cell line. The frequency with which resistant colonies arise after transfection with either plasmid in these experiments is at least 25 times the frequency due to endogenous amplification if selection is carried out at 15–20 $\mu$M Msx. Apparent transfection frequencies for pSV2.GS of up to $3.8/10^5$ cells and for pSVLGS.1 of up to $2.5/10^5$ cells were observed. The differences in apparent transfection frequencies between the three plasmids are likely to reflect differences in the efficiency with which the GS gene is expressed in the above three vectors.

An independent estimate of transfection efficiency can be obtained in the case of pZIPGS since the vector also contains a neo gene which confers resistance to the antibiotic G418. Selection with G418 instead of Msx yielded a transfection frequency substantially higher than obtained by selection in 14–20 $\mu$M Msx (see Table 1), indicating that the vector is being taken up by the cells and reinforcing the view that the GS gene is relatively poorly expressed in this vector.

TABLE 1

Apparent transfection frequencies of constructs in CHO-K1 cells were determined by the number of surviving colonies/$10^6$ transfected cells at various concentrations of Msx, or b resistance to 0.8 mg/ml G418 (Results are from 3 transfections, (i), (ii) and (iii)).

| Vector | | 15 $\mu$M | 20 $\mu$M | 25 $\mu$M |
|---|---|---|---|---|
| pSVLGS.1 | (i) | 13.6 | 9.2 | 5.6 |
| | (iii) | — | 24.5 | 10.0 |
| pSV2.GS | (i) | 26.4 | 18.0 | 12.0 |
| | (ii) | — | 32.0 | 7.4 |
| | (iii) | — | 38.0 | 29.0 |
| pZIPGS | (i) | 0.72 | 0.5 | 0 |
| | (ii) | — | 1.1 | 0 |
| Mock | (i) | 0.47 | 0.24 | 0 |
| | (ii) | — | 0.29 | 0 |
| | (iii) | — | 1.0 | 0 |

| | 30 $\mu$M | 100 $\mu$M | 1 mM | G418 |
|---|---|---|---|---|
| | 2.4 | 0.24 | 0 | — |
| | — | — | — | — |
| | 12.0 | 1.4 | 0 | — |
| | — | — | — | — |
| | — | — | — | — |
| | 0 | 0 | 0 | — |
| | — | — | — | 30 |
| | 0 | 0 | 0 | 0 |
| | — | — | — | 0 |
| | — | — | — | — |

In order to confirm that the generation of Msx-resistant colonies is due to expression of transfected GS genes, rather than to some non-specific effect of the input DNA, there are three predictions which can be tested. Firstly, the Msx-resistant cells should contain vector DNA. Secondly, novel GS mRNAs should be produced in these cell lines, since the heterologous promoters used will direct the formation of GS mRNAs which differ in length at the 5' end from the natural

5,827,739

13

GS mRNA. Thirdly, active transfected GS genes should be amplifiable by selection in increased concentration of Msx. These predictions were therefore tested as follows.

Three cell lines were established from individual colonies arising after transfection with pSVLGS.l and three cell lines from colonies transfected with pSV2.GS. Cell lines SVLGS 2 and SVLGS 5 are resistant to 20 μM Msx and SVLGS 9 to 30 μM Msx. Cell lines SV2.GS20, SV2.GS25, and SV2.GS30 are resistant to 20, 25 and 30 μM Msx respectively.

DNA was prepared from each of these cell lines and a Southern blot of the DNA samples was hybridised with an RNA probe specific for SV40-ORI region DNA. The result, shown in FIG. 4, indicates that all of the Msx-resistant cell lines contain vector DNA. The number of copies of the vector present in each cell can be estimated by comparison with known amounts of a standard preparation of vector DNA, loaded on the same gel. From this, it is clear that all of the SVLGS cell lines contain multiple copies of the vector up to about 500 copies per cell (see Table 2). All of the SV2.GS cell lines also contain vector DNA but in all three cases there seems to have been integration of only a single copy of vector DNA per cell.

It is to be noted that the result obtained with pSVLGS.l is highly unexpected. Up until the present there has been no reported case in which such a high copy number has been produced merely by transfection. It is believed that this high copy number is due to the presence in the vector of a DNA sequence which favours the incorporation of high numbers of copies of vector DNA into the host cell's DNA.

Such high copy numbers of integrated vectors have not been observed with pSV2.GS. It is therefore believed that DNA sequences partly responsible for the high copy number transfection are found either in the intron or in the 3′ region of the genomic GS DNA part of the pSVLGS.l vector or adjoining vector sequences. However, the copy number probably also reflects the expression level required to attain resistance to the particular level of Msx used for selection.

Clearly, this high copy number transfection sequence will be of use not only with GS encoding sequences but also with other protein sequences, such as those encoding selectable markers or amplifiable genes because it provides a means of increasing copy number and hence expression levels of desired genes additional to the effects of selection for further gene amplification.

Therefore according to a further aspect of the invention there is provided the recombinant DNA sequence present in the pSVLGS.l vector which is responsible for achieving high copy number transfection of vector DNA into a host cell or any other recombinant DNA sequence which will provide the same function.

The 5′ ends of GS mRNA produced by Msx-resistant cell lines were analysed by primer extension analysis. A synthetic oligomer 19 bases in length was synthesised which hybridises to a region of the mRNA near the start of the protein coding region. Reverse transcriptase should extend this primer to a length of 146 bps from wild type GS mRNA and to a length of approximately 400 bps to the start of transcription in the case of pSVLGS.1 mRNA. The RNA predicted from pSV2.GS is shorter than the natural mRNA and so could be masked by "drop-off" in the primer extension reaction and was not analysed.

The results shown in FIG. 5 show that a GS specific mRNA longer than wild-type mRNA is indeed produced in SVLGS cell lines, strongly supporting the conclusion that the transfected gene is transcribed in these cells. The reverse transcriptase does not extend the primer to the predicted

14

length, but seems to drop off at at least 3 major sites, probably due to inhibition of reverse transcription by secondary structure in the 5′ untranslated region of this RNA.

Three Msx-resistant cell lines transfected with pSVLGS.1 and three cell lines transfected with pSV2.GS were grown in various concentrations of Msx in order to select for GS gene amplification. For each cell line, approximately $10^5$ cells were plated in 100 μM, 250 μM, 500 μM and 1 mM Msx. After 12 days, the maximum concentrations of Msx at which surviving colonies could be observed in each cell line were as follows: SVLGS2, 500 μM; SVLGS5, 250 μM; SVLGS9, 500 μM; SV2.GS20, 100 μM; SV2.GS25, 500 μM; and SV2.GS30, 500 μM. The most highly resistant colonies obtained from each cell line were pooled and two of these Msx-resistant pools were subjected to a second round of amplification. SVLGS2 (500 μMR) and SV2.GS30 (500 μMR) were plated out at 1 mM, 5 mM, 10 mM and 20 mM Msx. After 15–20 days, colonies appeared on plates containing SVLGS2(500 μMR) at up to 2 mM Msx and in the case of SV2.GS (500 μMR) at up to 10 mM Msx. From these, two highly resistant cell lines SVGS2 (2 mMR) and SV2.GS30 (10 mMR) were established. Each of these highly resistant cell lines contain cells which have arisen from multiple independent amplification events.

A Southern blot of DNA prepared from all of the Msx-resistant cell lines was hybridised with a probe specific for SV40 ORI-region DNA. The results of this are shown in FIG. 3. From a comparison with standard preparations of plasmid DNA, the copy numbers could be determined and these are shown in Table 2.

After the first round of selection, all three SVLGS cell lines show approximately a 10-fold increase in copy number of the vector DNA.

TABLE 2

Copy Number of Transfected Genes Subjected to
Selection for gene amplification

| Cell Line | Conc. of Msx (μM) | Copy Number |
|---|---|---|
| SVLGS2 | 20 | 170 |
| SVLGS5 | 20 | 25 |
| SVLGS9 | 30 | 500 |
| SVLGS2(500 μMR) | 500 | 1200 |
| SVLGS2(250 μMR) | 250 | 300 |
| SVLGS9(500 μMR) | 500 | 4200 |
| SVLGS2(2 mMR) | 2000 | 15000 |
| SV2.GS20 | 20 | 1 |
| SV2.GS25 | 25 | 1 |
| SV2.GS30 | 30 | 1 |
| SV2.GS20(100 μMR) | 100 | 1 |
| SV2.GS25(500 μMR) | 500 | 1 |
| SV2.GS30(500 μMR) | 500 | 1 |
| SV2.GS30(10 μMR) | 1000 | 5–10 |

In the second round of selection, SVLGS2 shows at least a further 10 fold amplification attaining approximately 15,000 copies/cell.

In marked contrast, the single copy of pSV2.GS present in initial transfectants is not significantly increased after a single round of selection and SV2.GS30(10 mM) resistant to 10 mM Msx contains only 5–10 copies of the vector in each cell.

In order to determine whether there has also been amplification of the endogenous GS genes, the probe was removed and the blot re-probed with a nick-translated BglI-BglII DNA fragment obtained from the third intron of the GS genomic sequences. This probe is therefore specific for endogeneous GS genes and does not hybridise with the

5,827,739

15

transfected genes which lack this intron. No significant endogenous gene amplification could be detected by this means in SVLGS cell lines. A small degree of endogenous amplification could be seen in SV2.GS30(10 mMR) cell DNA.

Thus pSV2.GS, while acting as an effective dominant selectable marker in CHO-Kl cells, appears to express GS too efficiently to be suitable as an amplifiable marker, since very high levels of Msx are required in order to select for even slightly increased copy number. pSVLGS.1 on the other hand can be used as a dominant selectable marker and can also be amplified to very high copy numbers.

The suitability of pSVLGS.1 as a selectable and amplifiable vector was tested by introducing into it a transcription unit capable of expressing tissue-plasminogen activator (tPA). Two plasmids were examined in which tPA cDNA under the control of the SV40 early region promoter and polyadenylation signal was clones at the unique BamHI site of pSVLGS.1. In pSVLGS.tPA16, the GS and tPA genes are in the same orientation and in pSVLGS.tPA17, the two genes are in opposite orientations.

Both constructions were introduced into CHO-Kl cells and transfected cells were selected for resistance to 15 $\mu$M Msx. After 10 days, the surviving colonies were screened for tPA activity by fibrin overlays. Many of the surviving colonies secreted tPA, thus confirming that the GS gene could act as a selectable marker to identify transfected clones. The tPA-induced clearings in the fibrin gel were larger and more numerous on plates transfected with pSVGS.tPA16, indicating that the tPA gene was more efficiently expressed when in the same orientation in the vector as the GS gene than when the two genes were in opposite orientations. 10 colonies from a transfection with pSVLGS.tPA16, which produced large tPA clearings, were grown in 96-well plates. Of these, the two cell lines secreting the highest levels of tPA, 16-1.20 $\mu$MR and 16-2.20 $\mu$MR were selected for further study. Each was subjected to selection in increased concentrations of Msx and the tPA production from pools of colonies obtained at different stages is shown in Table 3.

TABLE 3

| Cell line | tPA secreted (U/10$^6$ cells/24 hours) |
|---|---|
| 16–1.20 $\mu$MR | 260 |
| 16–1.200 $\mu$MR | 2700 |
| 16–2.20 $\mu$MR | 400 |
| 16–2.200 $\mu$MR | 2750 |
| 16–2.10 mMR | 4000 |

16-2.10 mMR, the cell line producing the highest levels of tPA, was cloned by limiting dilution and a clone was isolated which secreted 4000 U/10$^6$ cells/day. This level is comparable with the highest level of tPA expression reported using DEFR co-amplification.

It has thus been shown that, when a GS cDNA cloned in the retrovirus based vector pZIP-Neo SV(X) was used, the frequency with which Msx-resistant colonies arose was low, probably due to relatively inefficient expression from this vector in this cell line. On the other hand, two different constructs in which the GS gene was under the control of SV40 promoters gave rise to cells resistant to substantially higher levels of Msx than wild-type cells. All of the resistant colonies tested contained vector DNA, and novel GS

16

mRNAs consistent with transcription of the transfected genes could be detected in cell lines containing pSVLGS.l DNA. Msx-resistant colonies could be identified using both GS expression plasmids using SV40 promoters at a frequency greater than 1/10$^5$ cells, indicating that both constructs could be useful as dominant selectable markers for the introduction of cloned DNA into CHO-Kl cells.

The expression plasmid pSVLGS.l containing a GS minigene utilising its own RNA processing signals and under the control of an SV40 late promoter, can unexpectedly be used to introduce a high number of copies of the vector into each transfected cell.

Both GS genes under the control of SV40 promoters were capable of further amplification when transfected cell lines were selected in higher concentrations of Msx. Cell lines expressing pSV2.GS yielded variant clones resistant to very high levels of Msx (up to 65 times higher than originally used to select transfectants) with an increase in copy number to only 5–10 per cell. There was little detectable concomitant amplification of endogenous genes.

pSVLGS.1 is a much more suitable amplifiable vector since the increase in copy number was roughly proportional to the concentration of Msx and very high copy numbers were achieved (approximately 10,000 copies per cell in cells resistant to 2 mM Msx). In this case, no detectable endogenous gene amplification occurred.

The pSVLGS.1 amplifiable vector has been used to introduce a tPA gene into CHO-Kl cells and it has been shown that gene amplification leads to higher levels of tPA expression. Variant clones resistant to ten times the concentration of Msx of the original transfectants secrete about ten times the amount of tPA, but a further 50 fold increase in Msx-resistance led to less than a 2 fold increase in tPA secretion. This suggests that some aspect of the synthesis or secretion of tPA is close to saturation in these highly Msx-resistant cells. The maximum level of tPA secretion of 4000 U/10$^6$ cells/day in the 16-2.10 mMR cell line is comparable with the levels of expression previously observed in dhfr-CHO cells using DHFR-mediated gene amplification, the highest reported level of secretion being 6000 U/10$^6$ cells/day. This also supports the conclusion that tPA secretion is close to the maximum attainable by current methods in these cells.

It will be appreciated that the present invention is described above purely by way of illustration and that modifications and variations thereof may be made by the person skilled in the art without departing from the spirit and scope thereof as defined in the appended claims.

We claim:

1. A method of endowing a cell line with the ability to survive in a medium lacking glutamine comprising providing a vector encoding the complete amino acid sequence of glutamine synthetase and transforming a host cell either completely lacking or reduced in GS activity with the vector.

2. An isolated DNA encoding the complete amino acid sequence of glutamine synthetase, wherein said glutamine synthetase is a hamster glutamine synthetase, and said hamster glutamine synthetase comprises the amino acid sequence of the Chinese hamster GS of FIGS. 2a to 2d.

3. A vector comprising the isolated DNA of claim 2.

4. A host cell transformed with the vector of claim 3.

* * * * *

# EXHIBIT 6



US005879936A

# United States Patent [19]

**Bebbington et al.**

[11] **Patent Number:** 5,879,936

[45] **Date of Patent:** Mar. 9, 1999

[54] **RECOMBINANT DNA METHODS, VECTORS AND HOST CELLS**

[75] Inventors: **Christopher Robert Bebbington,** Windsor; **Geoffrey Thomas Yarranton,** Near Reading, both of United Kingdom

[73] Assignee: **Aluguisse Holding A.G.,** Neuhausen Am Rheinfall, Switzerland

[21] Appl. No.: **898,165**

[22] Filed: **Jun. 12, 1992**

**Related U.S. Application Data**

[63] Continuation of Ser. No. 460,154, Jan. 25, 1990, abandoned.

[30] **Foreign Application Priority Data**

Apr. 18, 1988 [GB] United Kingdom .................. 8809129

[51] **Int. Cl.$^6$** ........................................... **C12N 5/00**
[52] **U.S. Cl.** ........................................... **435/325;** 435/375
[58] **Field of Search** .......................... 536/29.1; 485/69.1; 2/240.2, 240.27, 172.3

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,656,134 | 4/1987 | Ringold | 435/91 |
| 5,122,464 | 6/1992 | Wilson et al. | 435/172.3 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0255320 | 2/1988 | European Pat. Off. . |
| 0244677 | 11/1988 | European Pat. Off. . |
| 8704462 | 7/1987 | WIPO . |

OTHER PUBLICATIONS

Rodrued, Chapter 23 p. 369, in Review of Physiological Chemistry, 1977, Lange Medical Publication.

Foecking et al Gene 45:101, 1986.

Molecular Cloning: A Laboratory Manual pp.1645–1646, 1989.

*Primary Examiner*—Bruce R. Campell
*Attorney, Agent, or Firm*—Venable; John W. Schneller

[57] **ABSTRACT**

The present invention relates to vectors useful for transforming a lymphoid cell line to glutamine independence. The vectors comprise an active glutamine synthetase (GS) gene as well as a heterologous gene of interest to be expressed. The preferred embodiments encompass vectors wherein the heterologous gene is expressed from a relatively strong promoter and the GS gene is expressed from a relatively weak promoter. In one example, the heterologous gene is operatively linked to the hCMV-MIE promoter and the GS gene is operatively linked to the SV40 early region promoter.

**9 Claims, 3 Drawing Sheets**



FIG. 1

## Fig. 2



## Fig. 3



# Fig. 4



5,879,936

**1**

# RECOMBINANT DNA METHODS, VECTORS AND HOST CELLS

This application is a continuation application Ser. No. 07/460,154, filed Jan. 25th, 1990, abandoned.

## BACKGROUND OF THE INVENTION

The present invention relates to methods for improving the usefulness of lymphoid cell lines as host cells for the production of proteins by recombinant DNA technology. The present invention also relates to vectors for use in such methods and to host cells produced by such methods.

Lymphoid cell lines are at present being appraised for use as host cells in the production by recombinant DNA technology of immunoglobulin molecules, related hybrid or chimeric proteins (Ig-type molecules), or other recombinant proteins. Since the lymphoid cells include myeloma cells which are of the same general type as the B cells which produce Ig molecules in vivo, it is envisaged that they will naturally possess the intracellular mechanisms necessary to allow proper assembly and secretion of Ig-type molecules. Such lymphoid cell lines may also be of use in the production by recombinant DNA technology of non-Ig-type molecules.

It is known that many lymphoid cell lines, such as myeloma cell lines and T cell lymphomas, cannot be grown in vitro on media lacking in glutamine. It has been suggested that it would be useful to be able to transform lymphoid cell lines to glutamine independence, since this may provide an advantageous method for selecting transformed cell lines.

It has been conjectured that such a cell line could be transformed to glutamine independence by incorporating therein a gene coding for glutamine synthetase (GS). Such a suggestion is made in EP-A-0 256 055 (Celltech). However, it has subsequently been found that hybridoma cell lines can generate spontaneous variants able to grow in a glutamine-free medium at such a high frequency that the identification of transfectants is difficult or impossible. For myeloma cell lines, transfection with a GS gene and growth of the transformed cells in a glutamine-free medium does not result in significant survival rates.

It is therefore an object of the present invention to provide a method for transforming lymphoid cell lines to glutamine independence.

## SUMMARY OF THE INVENTION

According to the present invention, there is provided a method for transforming a lymphoid cell line to glutamine independence which comprises:

transforming the lymphoid cell line with a vector containing an active glutamine synthetase (GS) gene;

growing the transformed cell line on a medium containing glutamine; and

continuing the growth of the transformed cell line on a medium in which the glutamine is progressively depleted or on a medium lacking glutamine.

Preferably, the lymphoid cell line is a myeloma cell line.

Preferably, the glutamine-depleted or glutamine-free medium contains asparagine. Alternatively the medium contains another nutrient which enables the transformed cell line to survive on a glutamine free medium. This other nutrient may be an ammonia donor, such as ammonium chloride.

It has surprisingly been found that if the transformed lymphoid cell line is not firstly grown on a glutamine-

**2**

containing medium, it is not possible to obtain the growth of any cell line, whether or not it has been transformed by the vector. By use of the method of the present invention, it is possible to select for lymphoid cell lines which have been transformed by the vector.

Alternatively, the lymphoid cell line may be transformed with a vector containing both an active GS gene and a gene encoding another selectable marker, such as a gpt gene, or cotransformed with separate vectors encoding GS and the selectable marker respectively. Transformed host cells can then be selected using the selectable marker prior to depletion of glutamine in the medium.

The advantage of this method is that it enables selection for vector maintenance to be achieved without the use of a toxic drug. Host cells in which the vector is eliminated will not be able to survive in a glutamine-free medium.

A further advantage of this method is that it enables selection for gene amplification to be carried out without the risk of amplification of the host cell's endogenous GS genes.

Preferably the glutamine in the medium is progressively depleted by dilution with a medium containing asparagine but lacking glutamine.

Preferably, the vector used to transform the lymphoid cell line also contains an active gene coding for a protein heterologous to the lymphoid cell line. Alternatively, the lymphoid cell line may be co-transformed with a separate vector containing the active gene coding for the heterologous protein.

The heterologous protein may be one which is expressed as a single chain (although it may be cleaved after expression into a multichain protein). Examples of such single chain expression products are tissue plasminogen activator (tPA), human growth hormone (hGH) or tissue inhibitor of metalloproteinase (TIMP).

Preferably, however, the heterologous protein is an Ig-type molecule. Such molecules require the separate expression of two peptide chains which are subsequently assembled to form the complete molecule. Thus, the cell line will need to be transformed with active genes which encode separately a heavy chain (or heavy chain analog) and a light chain (or light chain analog).

Preferably, the genes encoding the heavy and light chains are both present on the same vector as the GS gene. Alternatively, the vector containing the GS gene may have one of the heavy or light chain genes thereon, the other gene being on a separate vector. In a second alternative, the light and heavy chain genes are not present on the vector containing the GS gene but are present on the same or different vectors.

The expression of such heterologous proteins may be substantially increased by subsequent selection for GS gene amplification, for instance using methionine sulphoximine (MSX) as the selection agent.

It is preferred that the GS gene comprises a relatively weak promoter and that the gene (or genes) encoding the heterologous protein comprises a relatively strong promoter so that in the transformed cell line, protein synthesis is directed preferentially to the production of the heterologous protein or peptide rather than to the production of GS. Moreover, a lower concentration of selection agent, such as MSX, will be required to select for gene amplification if the GS gene is controlled by a weak, rather than a strong, promoter.

It is also conjectured that use of a weak promoter may enable the selection of transformed cell lines wherein the GS gene has been inserted at a particularly advantageous loca-

5,879,936

3

tion in the genome. This will ensure that both the GS gene and any heterologous genes will be transcribed efficiently.

It has been found that, in the preferred case, where all the genes are present on the same vector, it is necessary to design the vector carefully in order to achieve proper expression of the genes.

Thus, according to a second aspect of the present invention, there is provided a vector for transforming a lymphoid cell line to glutamine independence and to enable it to produce a heterologous protein, the vector comprising a GS gene and a gene encoding the heterologous protein, wherein the vector is arranged such that expression of the GS gene is not hindered by transcriptional interference from the promoter/enhancer transcribing the sequence coding for the heterologous protein to such an extent that glutamine-independent colonies cannot be produced.

Preferably, the genes on the vector are arranged in such orientations and with such promoters as substantially to prevent transcriptional interference. For instance, the GS gene may contain a relatively weak promoter, the gene encoding the heterologous protein may contain a relatively strong promoter, and the promoter of the GS gene may be located upstream of or may direct expression in the opposite direction to that of the gene encoding the heterologous protein.

It has surprisingly been found that if the vector arrangement set out above is adopted, the GS gene is expressed in sufficient quantity to enable selection to be made and the heterologous protein is expressed more efficiently than with other vector arrangements.

It has been observed that other vector arrangements, for instance using different promoters or a different ordering or orientation of the genes, can lead to a much reduced or even non-existent level of GS or heterologous protein production. It is conjectured (although the applicants do not wish to be limited to this theory) that if a gene containing a strong promoter is located upstream of a GS gene having a weaker promoter, the transcription of the upstream gene will run through into the downstream gene, thus producing occlusion of the downstream promoter. Since the frequency of trans-formed colonies is critically dependent on the level of GS gene expression, such promoter occlusion dramatically reduces the frequency with which transfectants are recov-ered.

A preferred combination for the weak and strong promot-ers is the SV40 early region and the hCMV-MIE promoters. (hCMV-MIE=human cytomegalovirus major immediate early gene). However, other suitable promoter combinations will be readily apparent to those skilled in the art.

A particularly preferred embodiment of the vector of the present invention comprises a GS gene having a weak promoter having downstream therefrom a heavy chain-like gene having a strong promoter, there being on the vector a light chain-like gene having a strong promoter oriented in the opposite direction to the promoters of the GS and heavy chain-like genes.

Alternatively, promoter occlusion may be prevented by use of transcription terminator signals between the genes.

In another alternative, the genes may be arranged with a unique restriction site between them. This site can then be used to linearise the vector before it is incorporated into the host cell. This will ensure that in the transformed host cell no promoter occlusion can take place.

It will be appreciated that if the vector contains more than one gene encoding a heterologous protein, it will be neces-sary to ensure that none of the genes in the vector can promote transcriptional interference. For instance, if the

4

vector contains a GS gene, a heavy chain gene and a light chain gene, it is preferred that either all three genes are transcribed in the same direction and that the GS gene is upstream of the other two genes or that the GS gene and one of the other genes are transcribed in the same direction, the GS gene is upstream of the first other gene, and the second other gene is transcribed in the other direction, and the promoter of the second other gene is located adjacent the promoter of the GS gene.

The vector may comprise a viral vector, such as lambda phage, or a plasmid vector, for instance based on the well known pBR322 plasmid. However, any other of the vectors well known in the art may be adapted by use of conventional recombinant DNA technology for use in the present inven-tion.

The present invention also includes host cells produced by the method of the invention or containing vectors according to the invention.

In particular, the present invention includes a lymphoid cell line which has been cotransformed with a vector con-taining a GS gene and a vector containing a gene encoding a heterologous protein, the vectors being arranged to ensure that the GS gene is not hindered by transcriptional interfer-ence to such an extent that glutamine-independent colonies cannot be produced.

BRIEF DESCRIPTION OF THE DRAWINGS

The present invention is described below by way of example only with reference to the accompanying drawings in which:

FIG. 1 shows an analysis of proteins secreted by NSO cells transfected with plasmid pAB2GS by Western blotting in which 25 μl of culture supernatant or control tissue culture medium was run on a 10% SDS reducing polyacrylamide gel, blotted onto nitro-cellulose and probed with antisera recognising human Ig chains and then with $^{125}$I-labelled protein A;

FIG. 2 shows the structure of plasmid pSV2GScLc;

FIG. 3 shows the structure of plasmid pST6; and

FIG. 4 shows a Southern blot analysis of genomic DNA from cell lines SV2GSNSO and CMGSNSO.

In FIG. 1 of the drawings lane 1 shows purified chimeric B72.3 antibody to show the position of Ig light and heavy chains, lanes 2 to 5 show culture supernatants from four different transfected clones, and lane 6 shows culture medium as a negative control.

In FIG. 2, E is the SV40 early region promoter, GS is a GS cDNA coding sequence, intron+PA is the small t-intron and the early region polyadenylation signal of SV40, hCMV is the hCMV-MIE promoter-enhancer, cLc is the coding sequence for the chimeric L-chain of a humanised antibody known as B72.3, and pA is the SV40 early polyadenylation signal.

In FIG. 3, hCMV is the hCMV-MIE promoter enhancer (2.1 kb) fragment. CHC is the chimeric heavy chain coding sequence of the B72.3 antibody. CLC is the chimeric light chain coding sequence of the B72.3 antibody. Poly A con-tains the SV40 early polyadenylation signal. I+PA contains the small t intron of SV40 and the early region polyadeny-lation signal. SVE is the SV40 early promoter. A bacterial plasmid origin of replication and ampicillin resistance gene are provided by pBR322.

FIG. 4 shows a copy number analysis of GS-vectors in NSO cells before and after selection with MSX. DNA samples were digested with BgII and BglII, electrophoresed

5,879,936

5

on a 1% agarose gel, transferred to nitrocellulose and probed with the 0.5 kb 5' Pst1 DNA fragment of pGSC45 [11] isolated from a GS cDNA.

DNA samples are as follows:

| | |
|---|---|
| Lane 1 | plasmid pSV2GS equivalent to 100 copies/cell |
| Lane 2 | plasmid pSV2GS equivalent to 10 copies/cell |
| Lane 3 | plasmid pSV2GS equivalent to 1 copy/cell |
| Lane 4 | 10 μg NSO genomic DNA |
| Lane 5 | 10 μg SV2GSNSO genomic DNA |
| Lane 6 | 10 μg SV2GSNSO (100 μM MSX resistant) genomic DNA |
| Lane 7 | plasmid pCMGS equivalent to 100 copies/cell |
| Lane 8 | plasmid pCMGS equivalent to 10 copies/cell |
| Lane 9 | plasmid pCMGS equivalent to 1 copy/cell |
| Lane 10 | 10 μg CMGSNSO genomic DNA |
| Lane 11 | 10 μg CMGSNSO (100 μM MSX resistant) genomic DNA |
| m.w. | λ phage DNA digested with Cla1; molecular weight markers. |

DETAILED DESCRIPTION OF THE INVENTION

A list of references is given at the end of the description. In the following, the references are indicated by numbers enclosed in square brackets [].

Vectors

In the following Examples, for comparative purposes, two plasmids described in EP-A-0 256 055 were used. These are plasmids pSVLGS1 and pSV2GS. Plasmid pSVLGS1 contains a GS minigene, containing cDNA and genomic DNA sequences, under the control of a SV40 late region promoter. Plasmid pSV2GS contains a cDNA sequence encoding GS under the control of a SV40 early region promoter.

A vector pSV2BamGS was produced by converting the unique PvuII site in pSV2GS to a BamHI site by the addition of a synthetic oligonucleotide linker.

By use of synthetic oligonucleotide linkers, the major immediate early gene promoter, enhancer and complete 5'-untranslated sequence from human cytomegalovirus (hCMV-MIE) (the Pst-1m fragment [1] together with a synthetic oligonucleotide to recreate the remaining 5' untranslated sequence) was inserted between the NcoI sites of pSV2GS such that the hCMV-MIE promoter directs expression of the GS coding sequence. The resulting plasmid was labelled pCMGS.

Plasmid pSV2BamGS was digested with BamHI to give a 2.1 kb fragment containing the transcription cassette.

For convenient construction of other expression plasmids, a basic vector pEE6 was used. Plasmid pEE6 contains the XmnI to BclI fragment of plasmid pCT54 [2] with the polylinker of plasmid pSP64 [3] inserted between its HindIII and EcoRI sites but with the BamHI and SalI sites removed from the polylinker. The BclI to BamHI fragment is a 237 bp SV40 early gene polyadenylation signal (SV40 nucleotides 2770–2533). The BamHI to BglI fragment is derived from plasmid pBR322 [4] (nucleotides 275–2422) but with an additional deletion between the SalI and AvaI sites (nucleotides 651–1425) following addition of a SalI linker to the AvaI site. The sequence from the BglI site to the XmnI site is from the β-lactamase gene of plasmid pSP64 [3].

Plasmid pEE6gpt contains the transcription unit encoding xanthine-guanine phosphoribosyl transferase (gpt) gene from plasmid pSV2gpt [5] cloned into plasmid pEE6 as a BamHI fragment by the addition of a BamHI linker to the single PvuII site of plasmid pSV2gpt.

By similar means, a derivative of plasmid pCMGS containing the transcription cassette for the xanthine-guanine

6

phosphoribosyl transferase (gpt) gene from pEE6gpt was produced. The plasmid thus produced was labelled pCMGS-gpt.

Plasmid pEE6hCMV contains the hCMV-MIE promoter-enhancer and complete 5' untranslated sequence inserted by means of oligonucleotide linkers into the HindIII site of plasmid pEE6.

Plasmid pEE6hCMVBglII is a derivative of pEE6hCMV in which the HindIII site upstream of the hCMV enhancer has been converted to a BglII site by blunt-ending and addition of a synthetic oligonucleotide linker.

Plasmid pEE6HCLCBg is a vector derived from pEE6hCMV containing a coding sequence for a mouse-human chimeric Ig light chain from the B72.3 antibody [6] inserted into the EcoRI site of pEE6hCMV such that the light chain is under the control of the hCMV-MIE promoter-enhancer. (The upstream HindIII site has also been converted to a BglII site by standard methods.) The 2.1 kb BamHI fragment from pSV2BamGS was inserted into pEE6HCLCBg to produce a plasmid pcLc2GS in which the Ig light chain and GS genes are transcribed in the same orientation with the GS gene downstream of the light chain gene.

pEE6HCHHCL is a vector which contains sequences coding for the heavy and light chains of the chimeric B72.3 antibody [6] under the control of hCMV-MIE promoter enhancers. The 2.1 kb BamHI fragment from pSV2BamGS was inserted into pEE6HCHHCL to produce a plasmid pAb2GS in which the heavy and light chain genes and the GS gene are all transcribed in the same orientation in the order heavy chain, light chain, GS.

A 3.1 kb BglII-BamHI fragment from pEE6hcLcBg was inserted into the BamHI site of pSV2GS to produce a plasmid pSV2GSScLc in which the chimeric light chain gene and the GS gene are transcribed in the same orientation with the GS gene upstream of the light chain gene.

Similarly, the 3.1 kb BglII-BamHI fragment of PEE6HCLCBg was inserted into the BamHI site of pCMGS to produce a plasmid pCMGS.CLC in which both genes are again in the same orientation.

pEE6CHCBg is a plasmid containing the heavy chain gene of chimeric B72.3 antibody [6] under the control of the hCMV-MIE promoter-enhancer and SV40 polyadenylation signal. The hCMV-MIE chain termination unit was excised from the plasmid as a 4.7 kb partial HindIII-BamHI fragment and inserted, by means of a HindIII-BamHI oligonucleotide adaptor, at the single BamHI site of pSV2GSScLc to form pSV2GSScLccHc. The BamHI site upstream of the hCMV-MIE-cH chain transcription unit in pSV2GScLccHc was then removed by partial BamHI digestion, filling in with DNA polymerase I and religating to form pST6.

A gene coding for a novel fibrinolytic enzyme of 90 kD molecular weight was isolated as a 2.8 kb HindIII to BclI fragment. This was then inserted between the HindIII and BclI sites of the expression plasmid pEE6hCMVBglII in the appropriate orientation such that the hCMV promoter directed transcription of the inserted gene. An SV40 Early-GS transcription unit was excised as a BamHI fragment from pSV2GS and inserted into the BglII site at the 5' end of the hCMV sequence in pEE6hCMVBglII, in the appropriate orientation such that transcription from the hCMV promoter and the SV40 early promoter is in the same direction. This formed the plasmid pEE690KGS.

Cell Lines

In the Examples, the following cell lines were used: NSO and P3-X63Ag8.653, which are non-producing variants of

5,879,936

7

the mouse P3 mouse plasmacytoma line; Sp2/0, which is a non-producing mouse hybridoma cell line; and YB2/0, which is a non-producing rat hybridoma cell line.

Media

All cells were grown in either non-selective medium, Dulbecco's Minimum Essential Medium (DMEM) containing 2 mM glutamine, 100 $\mu$M non-essential amino acids, 10% foetal calf serum and streptomycin/penicillin, or in glutamine-free DMEM (G-DMEM) containing 500 $\mu$M each of glutamate and asparagine, 30 $\mu$M each of adenosine, guanosine, cytidine and uridine, 10 $\mu$M thymidine, 100 $\mu$M non-essential amino acids, 10% dialysed foetal calf serum and streptomycin/penicillin, or in derivatives of G-DMEM lacking various of these additives.

Alternatively, cells were cultured in gpt-selective media, made using the following filter-sterilised stock solutions: 1) 50× each of hypoxanthine and thymidine; 2) 50× xanthine (12.5 mg/ml in 0.2M NaOH); 3) mycophenolic acid (MPA, 250 $\mu$g/ml in 0.1M NaOH); and 4) 1M HCl. gpt-selective medium is made by mixing 93 ml of non-selective medium (described above), 2 ml solution 1), 2 ml solution 3), and 0.6 ml solution 4). 2× gpt is made by mixing 86 ml of non-selective medium with twice the above quantities of solutions 1) to 4).

Linearisation of Plasmids

In order to introduce them into cells all plasmids were linearised by digestion with an appropriate restriction enzyme which cuts at a single site in the plasmid and hence does not interfere with transcription of the relevant genes in mammalian cells. Typically 40 $\mu$g of circular plasmid was digested in a volume of 400 $\mu$l restriction buffer. The enzymes used for linearisation of the plasmids are shown in Table 1.

TABLE 1

| Enzymes used for Linearisation of Plasmid | |
| --- | --- |
| Plasmid | Restriction Enzyme |
| pSVLGS.1 | PvuI |
| pSV2.GS | PvuI |
| pSV2.Bam GS | PvuI |
| pCMGS | PvuI |
| pCMGS.gpt | PvuI |
| PEE6.gpt | SalI |
| pcLc2GS | SalI |
| pAb2GS | SalI |
| pSV2.GScLc | TthIII |
| pCMGS.cLc | TthIII |
| pST6 | BamHI |
| pEE690KGS | SalI |

Electroporation of Cells

Cells were harvested while growing exponentially, washed once in phosphate-buffered saline (PBS) by centrifugation at 1200 rpm in a bench centrifuge and resuspended at a density of $10^7$ cells/ml in fresh ice cold PBS. One ml of cell suspension was added to the digested plasmid DNA (0.4 ml in restriction buffer) and incubated on ice for 5–10 minutes. The cell-DNA mixture was then subjected to 2 pulses of 2000 volts between aluminium electrodes spaced approximately 1 cm apart using a conventional electroporation apparatus having a capacitance of 14 $\mu$F. Cells were then returned to ice for 5–10 minutes, resuspended in non-selective growth medium (DMEM) and distributed among 24-well culture trays. Selective medium (G-DMEM) was added subsequently as described below.

EXAMPLE 1

Preliminary experiments indicated that the plasmid pSV-LGS1 which has been used successfully as a selectable

8

marker in CHO-K1 cells (see EP-A-0 256 055) could not be introduced into NSO cells to confer glutamine independent growth at efficient rates. Only a very low frequency of approximately 6 transfected colonies per $10^7$ cells was obtained. This should be compared with the transfection frequencies in excess of $1/10^4$ transfected cells which are obtained using the xanthine-guanine phosphoribosyl transferase (gpt) selectable marker gene from pEE6gpt and selecting for resistance to mycophenolic acid in medium containing xanthine, hypoxanthine and thymidine. Preliminary experiments using pCMGS, in which the GS cDNA is expressed from the hCMV-MIE promoter yielded a much higher frequency of glutamine-independent colonies and pSV2GS, which utilises the SV40 early region promoter, yielded an intermediate transfection frequency.

In order to establish a suitable protocol for consistent use in selection, 20 $\mu$g linearised pCMGS and 20 $\mu$g of linearised pEE6gpt were mixed and introduced together into $10^7$ NSO cells. A separate aliquot of $10^7$ cells was "mock" transfected by electroporation without added DNA.

The cells were plated in 24-well plates as described above in 0.5 ml non-selective medium (DMEM) and 24 hours later, selection was applied to wells of the "mock" and DNA transfected plates as follows:

A added 1 ml G-DMEM and left for 7 days before examining plates.

B added 1 ml G-DMEM on day 1, aspirated on day 2 and replaced with fresh G-DMEM.

C added 1 ml G-DMEM containing 200 $\mu$M glutamine on day 1, left for 2 more days then aspirated and replaced with G-DMEM.

D left on day 1 and added 1 ml G-DMEM on day 2. On day 3, medium was aspirated and replaced with fresh G-DMEM.

E left on day 1 and aspirated on day 2 and replaced with 1 ml G-DMEM. The wells were aspirated again on day 4 and replaced with fresh G-DMEM.

F mycophenolic acid selection: added 0.5 ml gpt-selective medium and on day 2 added 0.5 ml of 2× gpt-selective medium.

The number of surviving colonies in each of at least 3 wells for each selective protocol was scored 7–10 days after transfection and the mean results are shown in Table 2.

TABLE 2

| Selective | Mean No. colonies/$10^6$ cells plated | |
| --- | --- | --- |
| Protocol | MOCK | pCMGS + pEE6gpt |
| A | 0 | 130 |
| B | 0 | 3 |
| C | 0 | 72 |
| D | 0 | 8 |
| E | 0 | 8 |
| F | 0 | 115 |

From these results it appears that protocol A (addition of 1 ml G-DMEM one day after transfection) provides the highest survival of transfected colonies and the frequency obtained when selecting for the introduced GS gene is equal to the transfection efficiency measured by selection for the gpt gene (Protocol F). Addition of a small amount of glutamine and aspiration after 2 more days, to replace with G-DMEM alone, (protocol C) provides the next highest frequency of glutamine independent colonies. However, removing the medium by aspiration and hence complete removal of glutamine (protocols B, D and E) severely reduces the number of surviving colonies. It can thus be seen

5,879,936

| 9 | 10 |

that progressive depletion of glutamine in the medium leads to an enhanced selection procedure. Therefore protocol A was used in all subsequent experiments.

A strong promoter such as the hCMV-MIE promoter is likely to provide a high level of GS expression and hence will require a high level of MSX to select for gene amplification.

In order to determine whether a weaker promoter than the hCMV-MIE promoter-enhancer can be used to express a GS cDNA to obtain glutamine-independent transformants, 40 μg linearised pSV2BamGS, which uses the SV40 Early region promoter for GS expression, was introduced into NSO cells and selected using Protocol A. The results are shown in Table 3.

TABLE 3

| DNA Transfected | Selection Protocol | Mean No. Colonies/10⁶ Cells |
|---|---|---|
| 20 μg pCMGS | A | 100 |
| 20 μg pEE6gpt | F | 40 |
| 40 μg pSV2BamGS | A | 20 |
| "Mock" | A | 0 |

Thus it appears that the GS-transcription unit in pSV2BamGS can indeed be used as a selectable marker in NSO cells but confers glutamine independence at a lower frequency than does pCMGS.

In order to test whether the GS gene in pSV2BamGS can be used as a selectable marker for the introduction of heterologous DNA into NSO cells, three different plasmids were constructed which contain different non-selectable linked genes all under the control of the hCMV MIE promoter-enhancer. These are pcLc2GS, which contains the chimeric B72.3 immunoglobulin light-chain gene; PTIMPGS, which contains the gene for tissue inhibitor of metalloproteinase (TIMP); and pAb2GS which contains both heavy and light chain genes for the chimeric B72.3 monoclonal antibody. Each was introduced into NSO cells as a linear plasmid using 40 μg of pcLc2GS and PTIMPGS and 80 μg of pAb2GS per 10⁷ cells transfected. The transfection frequency was 4/10⁷ cells for pAb2GS and no colonies were obtained with either of the other two plasmids. The 4 colonies obtained from transfection with pAb2GS were grown in bulk culture and spent culture supernatant analysed by Western blotting using anti-heavy and anti-light chain antibodies. The result is shown in FIG. 1. It is clear that all 4 clones secrete both heavy and light chains but at very low level (undetectable by enzyme-linked immunosorbent assay). Thus the GS-transcription unit from pSV2BamGS can be used as a selectable marker to introduce heterologous genes into NSO cells but the presence of such genes in these particular plasmid constructions seems to reduce substantially the frequency with which transfected colonies can be isolated. It is likely that this is due to an interference between the various transcription units on the plasmid. Hence only those few colonies in which the genes upstream of the GS-transcription unit are for some reason exceptionally poorly expressed, can yield sufficient GS for survival.

In order to test whether the position of genes on the vector was indeed responsible for the dramatic reduction in frequency of transformation to glutamine-independent growth, plasmids were constructed in which the GS gene transcription is upstream of a cL chain gene instead of downstream as in the previous experiments. The two plasmids chosen were pCMGScLc and pSV2GScLc, in which the GS gene is

under the control of the hCMV-MIE promoter. These plasmids were introduced into NSO cells and transfectants selected using Protocol A. The number of colonies obtained is shown in Table 4.

TABLE 4

| Plasmid | No. Colonies/10⁶ cells |
|---|---|
| pCMGS | 250 |
| pCMGScLc | 300 |
| pSV2GS | 18 |
| pSV2GScLc | 9 |
| pcLc2GS | 0 |

These results show that whereas pcLc2GS, in which the GS gene is downstream of the cLc gene, yields no glutamine-independent colonies, the equivalent plasmid, pSV2GScLc, which has the gene order reversed, with the GS gene upstream, yields a transformation frequency comparable to that obtained using the GS gene alone (pSV2GS).

This study suggests that any interference of the SV40 early promoter used to express GS is reduced by placing the strong hCMV-MIE promoter downstream. The results in Table 4 also show no significant difference in the transformation efficiency obtained with pCMGScLc compared with pCMGS, again indicating no interference with GS expression.

The transfectants obtained with plasmids pCMGScLc and pSV2GScLc were assayed for cL chain secretion using an ELISA assay for human kappa chain antigen activity in spent culture medium. All culture wells from the pCMG-ScLc transfection, each containing many transfected colonies, did indeed secrete significant amounts of antigen. Seven out of ten wells from the pSV2GScLc transfection, again containing multiple colonies, also secreted detectable levels of light chain.

This is marked contrast to the results obtained with plasmids in which the GS gene is downstream of the second gene controlled by the hCMV-MIE promoter and demonstrates that the GS gene can be used as an effective selectable marker in this cell type, provided that the plasmid is appropriately designed.

pSV2GS is a particularly suitable vector into which heterologous genes may be inserted and pSV2GScLc is shown in FIG. 2.

In order to test which of the additives present in G-DMEM is essential for the growth of GS transfectants, pooled transfected cells containing the plasmid pCMGScLc were distributed among wells of a 24 well tissue culture tray in DMEM with 10% dialysed foetal calf serum and containing all possible combinations of the following additives at the concentrations present in G-DMEM: a) non-essential amino acids; b) glutamate; c) asparagine; d) adenosine, guanosine, cytidine, uridine and thymidine. Growth was scored after four days and the results are shown in Table 5.

TABLE 5

| Medium Additions | Growth |
|---|---|
| None | – |
| abcd | ++ |
| abc | ++ |
| abd | ++ |
| ab | ++ |
| ac | ++ |
| ad | ++ |
| a | ++ |

5,879,936

11

12

TABLE 5-continued

| Medium Additions | Growth |
| --- | --- |
| b | − |
| bc | ++ |
| bd | − |
| bcd | ++ |
| c | ++ |
| cd | ++ |
| d | − |
| bx4 | − |

From this it is clear that 500 $\mu$M asparagine is sufficient to sustain growth of GS transfectants in the absence of any other of the additives in G-DMEM. Surprisingly, glutamate, the substrate for GS, will not sustain growth of these cells, even when the concentration is raised to 2 mM. Non-essential amino acids can be used instead of 500 $\mu$M asparagine to support growth of these transfectants, but as this additive contains 100 $\mu$M asparagine, it is possible that this concentration of asparagine alone is sufficient to support growth.

It is clear that the NSO cell line must contain insufficient active GS-enzyme to permit growth in the glutamine-free medium used here and that a plasmid such as pCMGS yields sufficient GS when expressed in these cells to allow glutamine independent growth. Clones expressing a GS gene under the control of a weaker promoter, such as the SV40 Early promoter, on average express less GS enzyme and only a proportion of transfectants can survive in the glutamine-free medium.

In order to test whether GS-vectors can be used to confer glutamine-independent growth on other lymphoid cell lines, the growth of three additional cell lines in glutamine-free media was investigated. P3-X63Ag8.653 (a mouse myeloma) was also found to be completely incapable of growth in G-DMEM. When 10$^7$ cells were plated out in a 24-well plate and selected using Protocol A, no glutamine independent variants were isolated. In contrast the non-secreting mouse hybridoma YB2/0 generated variants able to grow in G-DMEM at a frequency of approximately 1/10$^5$ cells plated. Since the transfection frequency in this cell line (eg using pEE6gpt) is also about 1/10$^5$ cells plated, this cell line is unsuitable as a host for GS selection using this protocol.

The rat non-secreting hybridoma YB2/0 yielded glutamine-independent variants at an even higher frequency, estimated at 1/10$^2$, making this cell line unsuitable for use with the GS-selection protocol developed above. A glutamine-independent variant of YB2/0 was cloned and a clonal cell line, designated YOG-F10, was grown in bulk culture and stored as frozen stocks in liquid nitrogen. A similar cloned cell line, a glutamine-independent variant of SP2/0, termed SPG2-E4 was also stored in liquid nitrogen. Such cell lines will be suitable for the introduction of vectors containing GS genes by methods described in EP-A-0 256 055.

In order to test whether selection for glutamine-independent transformants can be used to introduce plasmid vectors into P3-X63Ag8.653 cells, 40 $\mu$g linear pCMGSgpt (a vector containing both the GS-transcription unit from pCMGS and the gpt gene from pEE6gpt) was introduced by electroporation into 10$^7$ P3-X63Ag8.653 cells. The results are shown in Table 6.

TABLE 6

| | Transfection of P3-X63-Ag8.653 | |
| --- | --- | --- |
| PLASMID | SELECTION PROTOCOL | NO. COLONIES/10$^6$ CELLS |
| pCMGS.gpt | A | 120 |
| | F | 24 |
| "Mock" | A | 0 |
| | F | 0 |

Thus the hCMV-GS transcription unit and selection Protocol A chosen for NSO cells can be used to obtain glutamine-independent P3-X63Ag8.653 at a frequency which is at least as great (possibly higher) than obtained using gpt selection. It should be noted that interference ("promoter occlusion") between the two transcription units could account for the lower frequency at which gpt-selected colonies arise.

The myeloma cell lines NSO and P3-X63Ag8.653 have been successfully transformed to glutamine independent growth by transfection with GS-expression plasmids. In contrast, two lines, YB2/0 and SP2/0 generate glutamine-independent variants at too high a frequency for GS-plasmids to be used in this way as selectable markers in these cells. It is demonstrated here that a GS-expression plasmid such as pSV2GS can be used to introduce non-selected genes such as the genes encoding the B72.3 chimeric antibody into NSO cells. The arrangement of genes on the plasmid have marked effects on the expression levels attained from these genes and it will be important to take this into account in the design of optimal expression vectors. Transcription from a strong promoter such as the hCMV-MIE promoter-enhancer should not be permitted to proceed towards a gene expressed from a weaker promoter, such as the SV40 Early promoter unless the two genes are separated, e.g. by a transcription termination signal.

EXAMPLE 2

In order to confirm that the GS-transcription units in plasmids such as pCMGS and pSV2BamGS can act as amplifiable selectable markers in a myeloma cell line, the copy number of vector DNA introduced into NSO cells by electroporation was analysed before and after selection for GS-gene amplification using methionine sulphoximine (MSX).

NSO cells were transfected with pSV2BamGS or pGMGS as described above and pools of transfected colonies (at least 20 colonies from each transfection) were expanded in culture to form cell lines SV2GSNSO and CMGSNSO. These two cell pools were then distributed among the wells of a 24-well cell culture tray at a cell density of approximately 10$^5$ cells/well in G-DMEM medium. MSX was added to the wells to final concentrations ranging between 20 and 80 $\mu$M. After incubation for several days, extensive cell death was observed in all wells and, after 2–3 weeks, MSX-resistant colonies were visible at concentrations of-MSX up to 60 $\mu$M for the SV2GSNSO cell line and up to 80 $\mu$M for the CMGSNSO cell line. Cells isolated at these concentrations of MSX were replated at approximately 10$^5$ cell/well in 24-well trays and selection reapplied at concentrations up to 100 $\mu$M. In both cases there was considerable cell survival at 100 $\mu$M. 100 $\mu$M MSX-resistant cell pools were expanded in culture and total genomic DNA prepared from initial transfectants and from cell pools resistant to 100 $\mu$M MSX.

DNA samples were digested with BglI and BglII restriction enzymes and a Southern blot of the DNA samples was

5,879,936

13

probed with the 0.5 kb 5' PstI GS-cDNA fragment from pGSC45 [7]. The Southern blot analysis is shown in FIG. 3. The DNA probe cross-hybridises with the endogenous mouse GS-gene in NSO cells and this is seen as a fragment of approximately 2.8 kb and one of approximately 6 kb in all transfected cell lines, as well as in non-transfected NSO control DNA. These bands serve as an internal control for loading of the same amount of DNA in each track on the gel. In cells transfected with pSV2BamGS, a 1.2 kb BglII fragment is also detected, which is of the size predicted for vector DNA (from a BglI site in the SV40 promoter to the BglII site at the 3' end of the GS cDNA). By comparison with known amounts of vector DNA loaded in adjacent tracks, the average vector copy number in the SV2GSNSO pool is estimated to be approximately 1 copy/cell. After selection in 100 $\mu$M MSX, the copy number is increased to an average of about 5 copies/cell.

Similarly, introduction of pGMGS into NSO cells has led to the appearance of the predicted 2.1 kb vector fragment in the Southern blot of CMGSNSO DNA at an average level of approximately 1 copy/cell. Selection with 100 $\mu$M MSX has led to an increase in copy-number to approximately 10 copies/cell.

This experiment clearly indicates that pCMGS and pSV2BamGS introduced into NSO cells can be amplified by selection with MSX. No amplification of the endogenous mouse GS genes could be detected.

EXAMPLE 3

In order to test the efficacy of the MSX selection procedure described in Example 1 for the overproduction of recombinant product, the expression of B72.3 cL-chain introduced into NSO cells using GS selection was measured before and after selection with MSX. The transfection frequency was approximately $2\times10^{-5}$ colonies/cell transfected for pSV2GScLc and approximately $10^{-3}$ for pCMG-ScLc.

Two NSO-derived cell lines transfected with pSV2GScLc and two cell lines transfected into pCMGScLc, all secreting high levels of cL chain were first recloned by limiting dilution. The expression of cL chain from the 4 highest producing independent clones isolated were estimated by ELISA in comparison with a purified standard preparation of B72.3 cL-chain which had been quantitated by optical density (OD$_{280}$) measurement. The results are shown in Table 7, together with the production rates of MSX-resistant pools derived from these cloned cell lines as described in Example 1. Pools of resistant colonies were isolated at 40 $\mu$M MSX for three of the cell lines and at 100 $\mu$M MSX for cell line C2-27.

TABLE 7

Rates of secretion of cL-chain of B72.3 from transfected
NSO cell lines before and after selection for GS-gene amplification.

| CELL LINE | SECRETION RATES (pg/cell/day) | | |
| | TRANS-FECTANT | AMPLIFIED POOL | AMPLIFIED CLONE |
|---|---|---|---|
| SVGScLc-B4.24 | 4.6 | 13 | 20 |
| -C2.27 | 0.4 | 3 | |
| CMGS.cLc-9/6 | 1.5 | 0.2 | |
| -13/7 | 3 | 9 | |

Thus significant increases in productivity are seen for 3 out of the 4 cell lines as a result of selection for resistance to MSX.

14

The cell-pool with the highest average secretion rate, B4.24 (40 $\mu$M) was cloned by limiting dilution and a clonal cell line was isolated which secreted cL chain at a rate of 20 pg/cell/day. This represents an increase of greater than 4-fold relative to the expression level of the original transfected clone, indicating that selection for GS gene amplification does indeed lead to improved production of the desired recombinant product.

EXAMPLE 4

NSO cells were transfected with a GS-vector containing genes for both the cH and cL chains of the B72.3 antibody in order to express a complete immunoglobulin molecule from a myeloma cell line.

Plasmid pST-6 contains the cH and cL chain cDNA coding sequences, each under the control of an hCMV promoter and a SV40 poly A signal and the SV40 early-GS transcription unit from pSV2BamGS. This plasmid was linearised with SalI and introduced into NSO cells by electroporation as described above. The transfection frequency was approximately $2\times10^{-5}$ colonies/cell transfected. Transfectant lines were screened for secretion of functional antibody in a binding assay using antigen-coated plastic plates.

The amount of antibody secreted was then quantitated by an ELISA designed to detect only assembled immunoglobulin. The rates of secretion of assembled antibody for the three of the highest expressing cloned cell lines and MSX-resistant pools derived from them are shown in Table 8.

TABLE 8

| | SECRETION RATES (pg/cell/day) | | MSX* Conc. |
| CELL LINE | TRANSFECTANT | AMPLIFIED POOL | ($\mu$M) |
|---|---|---|---|
| 6A1 | 1.5 | 3.2 | 100 |
| 6-11D3 | 1.2 | 0.6 | 80 |
| 6-11D5 | 0.4 | 0 | 80 |

*MSX concentration is the concentration to which the amplified pools are resistant.

Thus in one of the three cell lines analysed, the expression of antibody is increased significantly by selection for GS-gene amplification. The results in Table 8 obtained using the plasmid pST-6 are markedly different from those obtained using pAb2GS described in Example 1, in which the frequency with which transfectant colonies can be isolated is markedly reduced due to promoter interference. In transfection with pAb2GS, only those few colonies in which the immunoglobulin genes upstream of the GS-gene are exceptionally poorly expressed yield sufficient GS for survival. Consequently the transfectants isolated were poor antibody producers. Using pST-6, it is possible to isolate cell lines secreting much higher levels of antibody. It will be apparent to those skilled in the art that additional alterations to the arrangement of genes on the vector will further reduce transcriptional interference with further beneficial effects of antibody-expression.

EXAMPLE 5

pEE690KGS was the introduced into the myeloma cell line NSO by electroporation as described in Example 1. Transfectants were selected by growth on glutamine free medium (G-DMEM) after plating out in a 96 well plate. The transfection efficiency was approximately 1 in $10^5$ cells transfected.

5,879,936

**15**

Wells of the cell culture trays containing single colonies were analysed for secretion of the 90 kD fibrinolytic enzyme by fibrin agar plate assay [8]. Of 33 wells assayed, 26 were clearly positive for fibrinolytic activity. Positive transfectants were then expanded in culture for analysis of the rate of product secretion.

Cell lines isolated in this way secreted between 0.02 and 3.75 pg/cell/day as estimated by fibrin plate assay in comparison with a tissue plasminogen activator (tPA) standard. The 6 cell lines with the highest secretion rates are shown in Table 9. The fibrinolytic activity was shown to have the expected molecular weight of 90 kD by zymography, carried out according to Dodd [9].

The five cell lines with the highest secretion rates were then selected for GS gene amplification using MSX applied in the range 20–80 $\mu$M, as described in Example 2. The specific production rates of MSX resistant cell-pools were determined using the fibrin plate assay and the results are shown in Table 10.

TABLE 9

Production rates of initial transfectant cell lines secreting a 90 kD fibrinolytic enzyme.

| Line | pg/cell/day |
|------|-------------|
| 1 | 3.5 |
| 5 | 0.75 |
| 9 | 1.4 |
| 12 | 1.5 |
| 22 | 1.7 |

TABLE 10

Production rates of cell lines secreting 90 kD fibrinolytic enzyme after one round of selection for vector amplification

| | | Secretion rates | |
|------|------------|----------------------|-----------------------|
| Line | MSX Conc | Pool pg/cell/day | Clone pg/cell/day |
| 1 | 40 $\mu$M | 5.8 | 4.5 |
| 5 | 60 $\mu$M | 1.2 | |
| 9 | 80 $\mu$M | 4 | 10.5 |
| 12 | 80 $\mu$M | 5.65 | |
| 22 | 40 $\mu$M | 4.75 | 6 |
| 23 | 60 $\mu$M | 7.5 | |

A second round of selection for vector amplification was then carried out by further increasing the MSX concentration using the first round amplified pools as described in Example 2. Again specific production rates were determined and are shown in Table 11. This second round of selection led to further increases in productivity in each of the pooled cell lines tested, although when clones from these lines were analysed, the highest producers secreted approximately 10 pg/cell/day whether the clones were isolated after the first or the second round of selection for GS amplification. This may indicate that this level of product secretion is saturating for these cell lines.

These results indicate that the level of expression is increased by selection of MSX resistant variants. A clone of line 9 selected for resistance to 80 $\mu$M MSX has a secretion rate increased from 1.4 pg/cell/day to 10.5 pg/cell/day after selection for GS gene amplification, an increase of 7.5 fold.

**16**

TABLE 11

Specific Production Rate for 2nd Round Amplified Lines

| Line | [MSX] | Pool pg/cell/day | Clone pg/cell/day |
|------|---------|------------------|-------------------|
| 1[40] | 100 $\mu$M | 7.75 | |
| 9[90] | 300 $\mu$M | 6.5 | |
| 12[80] | 400 $\mu$M | 7.2 | 10 |
| 22[40] | 300 $\mu$M | 6.4 | 8 |
| 23[60] | 200 $\mu$M | 8.0 | |

It will be appreciated that the present invention has been described above by way of illustration only and that modifications in detail can be made using the skilled person's ordinary knowledge of the art without departing from the scope of the present invention.

REFERENCES

1. Boshart, M., Weber, F., Gerhard, J., Dorsch-Hasler, K., Fleckenstein, B. and Schaffner, W., Cell, 41, 521–530, 1985.
2. Emtage, J. S., Angal, S., Doel, M. T., Harris, T. J. R., Jenkins, B., Lilley, G. and Lowe, P. A., PNAS-USA, 8, 3671–3675, 1983.
3. Mulligan, R. C. and Berg, P., PNAS-USA, 78, 2072–2076, 1981.
4. Melton, D. A., Krieg, P. A., Rebagliati, M. R., Maniatis, T., Zinn, K. and Green, M. R., Nuc. Acid Res., 12, 7035, 1984.
5. Soberon, X., Covarrubias, L. and Bolivar, F., Gene, 9, 287–305, 1980.
6. Whittle, N., Adair, J., Lloyd, C., Jenkins, L., Devine, J., Schlom, J., Raubitschek, A., Colcher, D. and Bodmer, M., Protein Engineering, 1, 499–505, 1987.
7. Hayward, B. E., Hussain, A., Wilson, R. H., Lyons, A., Woodcock, V., McIntosh, B. and Harris, T. J. R., Nuc. Acids Res., 14, 999–1008, 1986.
8. Bishop, R., Ebert, H., Gilchrist, G., Shanbron, E. and Fekete, L., Thrombos. Diathes. Haemorrhagica, 23, 202–210, 1970.
9. Dodd, I., Frars, R. and Robinson, J. H., Thromb. Haemostas. 55, 94–97, 1986.

We claim:

1. A method for preparing a glutamine independent transformed myeloma (lymphoid) cell line which comprises:
   (a) co-transforming a myeloma (lymphoid) cell line with a vector comprising a glutamine synthetase (GS) gene and a vector comprising a gene encoding a protein heterologous to said myeloma (lymphoid) cell line;
   (b) growing said transformed cell line on a medium containing glutamine;
   (c) continuing the growth of said transformed cell line on a selection medium comprising glutamine and asparagine or an ammonia donor and progressively depleting said glutamine from said selection medium; and
   (d) selecting for a glutamine independent transformed myeloma (lymphoid) cell line.

2. The method of claim 1, wherein said vector further comprises a gene encoding a selectable marker other than said GS gene.

3. The method of claim 1, wherein said myeloma (lymphoid) cell line is further co-transformed with a vector comprising a selectable marker other than said GS gene.

4. The method of claim 2, wherein said selectable marker is a gpt gene.

5,879,936

**17**

**5.** The method of claim **3**, wherein said selectable marker is a gpt gene.

**6.** The method of claim **1**, wherein said glutamine in said selection medium is progressively depleted by dilution with a medium comprising asparagine and lacking glutamine.

**7.** The method of claim **1**, wherein said protein heterologous to said myeloma (lymphoid) cell line is an immunoglobulin heavy or light chain.

**8.** The method of claim **1**, wherein said GS gene comprises a relatively weak promoter and said gene encoding protein heterologous to said myeloma (lymphoid) cell line comprises a relatively strong promoter, whereby protein synthesis is directed preferentially to the production of the heterologous protein rather than to the production of GS in said transformed myeloma (lymphoid) cell line.

**18**

**9.** A method for preparing a glutamine independent transformed myeloma (lymphoid) cell line which comprises:

(a) co-transforming a myeloma (lymphoid) cell line with a vector comprising a glutamine synthetase (GS) gene and a vector comprising a gene encoding a protein heterologous to said myeloma (lymphoid) cell line;

(b) growing said transformed cell line on a medium containing glutamine;

(c) continuing the growth of said transformed cell line on a glutamine-free selection medium comprising asparagine or an ammonia donor; and

(d) selecting for a glutamine independent transformed myeloma (lymphoid) cell line.

\* \* \* \* \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO. : 5,879,936

DATED      : March 9, 1999

INVENTOR(S) : Christopher Robert BEBBINGTON and Geoffrey Thomas YARRANTON

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the title page item [73],

Change "Aluguisse Holding A.G." to - - Alusuisse Holding A.G. - -

Signed and Sealed this

Twenty-first Day of December, 1999

Attest:

Q. TODD DICKINSON

Attesting Officer

Acting Commissioner of Patents and Trademarks

# EXHIBIT 7



US005891693A

# United States Patent [19]

## Bebbington et al.

| | |
|---|---|
| [11] | **Patent Number:** |
| [45] | **Date of Patent:** |

**5,891,693**

**Apr. 6, 1999**

[54] **RECOMBINANT DNA METHODS VECTORS AND HOST CELLS**

[75] Inventors: **Christopher Robert Bebbington,** Windsor; **Geoffrey Thomas Yarranton,** Winneersh, both of United Kingdom; **Richard H. Wilson,** Glasgow, England

[73] Assignee: **Alusuisse Holdings A.G.,** Neuhausen am Rheinfall, Switzerland

[21] Appl. No.: **376,380**

[22] Filed: **Jan. 23, 1995**

### Related U.S. Application Data

[63] Continuation of Ser. No. 898,165, Jun. 12, 1992, which is a continuation of Ser. No. 460,154, Jan. 25, 1990, abandoned.

[51] **Int. Cl.[6]** ............................. **C12N 15/00;** C12P 21/06; C12P 21/04; C07H 21/02

[52] **U.S. Cl.** ..................................... **435/172.3;** 435/320.1; 435/69.1; 435/696; 536/23.1

[58] **Field of Search** .............................. 435/172.3, 320; 536/23.1

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,399,216 | 8/1983 | Axel et al. . | |
| 4,656,134 | 4/1987 | Ringold ..................................... | 435/91 |
| 4,797,359 | 1/1989 | Finkelstein . | |
| 5,122,464 | 6/1992 | Wilson .................................. | 435/172.3 |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0 244 677 | 11/1987 | European Pat. Off. . |
| 0 255 320 | 2/1988 | European Pat. Off. . |
| WO86/06409 | 11/1986 | WIPO . |
| 8764462 | 7/1987 | WIPO . |
| WO87/04462 | 7/1987 | WIPO . |

#### OTHER PUBLICATIONS

Foeching et al, Gene 45: 101, 1986.

Alberts et al., "Molecular Biology of the Cell," Garland Publishing, Inc., New York, pp. 184–193 (1983).

Watson et al., "Recombinant DNA, A Short Course," Freeman & Co., pp. 50–90 (1983).

Sanders, Peter G. et al., "Amplification and cloning of the Chinese hamster glutamine synthetase gene," *The EMBO Journal,* vol. 3, No. 1, pp. 65–71 (1984).

Pennica, Diane et al., "Cloning and expression of human tissue–type plasminogen activator cDNA in E. coli", *Nature,* vol. 301, pp. 214–221, Jan. 20, 1993.

Donn, Gunter et al., "Herbicide–Resistant Alfalfa Cells An Example of Gene Amplicaton in Plants," *Journal of Molecular and Applied Genetics,* pp. 621–635 (1984).

Young, Anthony P. et al., "Mouse 3T6 Cells That Over–Produce Glutamine Synthetase," *The Journal of Biological Chemistry,* vol. 258, No. 18, pp. 11260–11266 (Sep. 25, 1983).

de Saint Vincent, Bruno Robert et al., "The Cloning and Reintroduction into Animal Cells of a Functional CAD Gene, a Dominant Amplifiable Genetic Marker," *Cell,* vol. 27, pp. 267–277 (Dec. 1981).

Murray, Mark J. et al., "Construction and Use of a Dominant, Selectable Marker: a Harvey Sarcoma Virus–Dihydrofolate Reductase Chimera," *Molecular and Cellular Biology,* vol. 3 , No. 1 pp. 32–43, Jan. 1983.

Kaufman, Randal J. et al., "Selection and amplification of heterologous genes encoding adenosine dreaminase in mammalian cells," *Proc. Natl. Acad. Sci. USA,* vol. 83, pp. 3136–3140 (May 1986).

Kaback, David B. et al., "Ribosomal DNA Magnification in Saccharomyces cerevisiae," *Journal of Bacteriology,* vol. 134, No. 1, pp. 237–245 (Apr. 1978).

Vel 'kov, V. V., "Amplification of Genes in Prokaryotic and Eukaryotic Systems," *Soviet Genetics,* vol. 18, pp. 384–396 (1982).

Sambrook, J. et al. *Molecular Cloning A Laboratory Manual, Second Edition,* Cold Spring Harbor Laboratory Press, pp. 16.45 to 16.46 (1989).

Foecking, Mary K. et al., "Powerful and versatile enhancer–promoter unit for mamalian expression vectors," *Gene 45,* pp. 101–105 (1986).

*Review of Physiological Chemistry, 16th Edition,* Chapter 23—p. 369, Lange Medical Publications, (1977).

*Primary Examiner*—Suzanne E. Ziska
*Attorney, Agent, or Firm*—Spencer & Frank

[57] **ABSTRACT**

The present invention relates to vectors useful for transforming a lymphoid cell line to glutamine independence. The vectors comprise an active glutamine synthetase (GS) gene as well as a heterologous gene of interest to be expressed. The preferred embodiments encompass vectors wherein the heterologous gene is expressed from a relatively strong promoter and the GS gene is expressed from a relatively weak promoter. In one example, the heterologous gene is operatively linked to the hCMV-MIE promoter and the GS gene is operatively linked to the SV40 early region promoter.

**25 Claims, 3 Drawing Sheets**



Fig.1



Fig. 2

Fig. 3

Case 1:07-cv-00467-GMS    Document 1-5    Filed 07/27/2007    Page 5 of 26

# Fig. 4



5,891,693

1

# RECOMBINANT DNA METHODS VECTORS AND HOST CELLS

This is a continuation of application Ser. No. 07/898,165, filed Jun. 12, 1992, which is a continuation of application Ser. No. 07/460,154 filed Jan. 25, 1990, now abandoned.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to methods for improving the usefulness of lymphoid cell lines as host cells for the production of proteins by recombinant DNA technology. The present invention also relates to vectors for use in such methods and to host cells produced by such methods.

### 2. Description of the Prior Art

Lymphoid cell lines are at present being appraised for use as host cells in the production by recombinant DNA technology of immunoglobulin molecules, related hybrid or chimeric proteins (Ig-type molecules), or other recombinant proteins. Since the lymphoid cells include myeloma cells which are of the same general type as the B cells which produce Ig molecules In vivo, it is envisaged that they will naturally possess the intracellular mechanisms necessary to allow proper assembly and secretion of Ig-type molecules. Such lymphoid cell lines may also be of use in the production by recombinant DNA technology of non-Ig-type molecules.

It is known that many lymphoid cell lines, such as myeloma cell lines and T cell lymphomas, cannot be grown in vitro on media lacking in glutamine. It has been suggested that it would be useful to be able to transform lymphoid cell lines to glutamine independence, since this may provide an advantageous method for selecting transformed cell lines.

It has been conjectured that such a cell line could be transformed to glutamine independence by incorporating therein a gene coding for glutamine synthetase (GS). Such a suggestion is made in EP-A-0 256 055 (Celltech). However, it has subsequently been found that hybridoma cell lines can generate spontaneous variants able to grow in a glutamine-free medium at such a high frequency that the identification of transfectants is difficult or impossible. For myeloma cell lines, transfection with a GS gene and growth of the transformed cells in a glutamine-free medium does not result in significant survival rates.

## SUMMARY OF THE INVENTION

It is therefore an object of the present invention to provide a method for transforming lymphoid cell lines to glutamine independence.

According to the present invention, there is provided a method for transforming a lymphoid cell line to glutamine independence which comprises:

transforming the lymphoid cell line with a vector containing an active glutamine synthetase (GS) gene;

growing the transformed cell line on a medium containing glutamine; and

continuing the growth of the transformed cell line on a medium in which the glutamine is progressively depleted or on a medium lacking glutamine.

Preferably, the lymphoid cell line is a myeloma cell line.

Preferably, the glutamine-depleted or glutamine-free medium contains asparagine. Alternatively the medium contains another nutrient which enables the transformed cell line to survive on a glutamine free medium. This other nutrient may be an ammonia donor, such as ammonium chloride.

2

It has surprisingly been found that if the transformed lymphoid cell line is not firstly grown on a glutamine-containing medium, it is not possible to obtain the growth of any cell line, whether or not it has been transformed by the vector. By use of the method of the present invention, it is possible to select for lymphoid cell lines which have been transformed by the vector.

Alternatively, the lymphoid cell line may be transformed with a vector containing both an active GS gene and a gene encoding another selectable marker, such as a gpt gene, or cotransformed with separate vectors encoding GS and the selectable marker respectively. Transformed host cells can then be selected using the selectable marker prior to depletion of glutamine in the medium.

The advantage of this method is that it enables selection for vector maintenance to be achieved without the use of a toxic drug. Host cells in which the vector is eliminated will not be able to survive in a glutamine-free medium.

A further advantage of this method is that it enables selection for gene amplification to be carried out without the risk of amplification of the host cell's endogeneous GS genes.

Preferably the glutamine in the medium is progressively depleted by dilution with a medium containing aspargine but lacking glutamine.

Preferably, the vector used to transform the lymphoid cell line also contains an active gene coding for a protein heterologous to the lymphoid cell line. Alternatively, the lymphoid cell line may be co-transformed with a separate vector containing the active gene coding for the heterologous protein.

The heterologous protein may be one which is expressed as a single chain (although it may be cleaved after expression into a multichain protein). Examples of such single chain expression products are tissue plasminogen activator (tPA), human growth hormone (hGH) or tissue inhibitor of metalloproteinase (TIMP).

Preferably, however, the heterologous protein is an Ig-type molecule. Such molecules require the separate expression of two peptide chains which are subsequently assembled to form the complete molecule. Thus, the cell line will need to be transformed with active genes which encode separately a heavy chain (or heavy chain analog) and a light chain (or light chain analog).

Preferably, the genes encoding the heavy and light chains are both present on the same vector as the GS gene. Alternatively, the vector containing the GS gene may have one of the heavy or light chain genes thereon, the other gene being on a separate vector. In a second alternative, the light and heavy chain genes are not present on the vector containing the GS gene but are present on the same or different vectors.

The expression of such heterologous proteins may be substantially increased by subsequent selection for GS gene amplification, for instance using methionine sulphoximine (MSX) as the selection agent.

It is preferred that the GS gene comprises a relatively weak promoter and that the gene (or genes) encoding the heterologous protein comprises a relatively strong promoter so that in the transformed cell lines, protein synthesis is directed preferentially to the production of the heterologous protein or peptide rather than to the production of GS. Moreover, a lower concentration of selection agent, such as MSX, will be required to select for gene amplification if the GS gene is controlled by a weak, rather than a strong, promoter.

It is also conjectured that use of a weak promoter may enable the selection of transformed cell lines wherein the GS

5,891,693

3

gene has been inserted at a particularly advantageous location in the genome. This will ensure that both the GS gene and any heterologous genes will be transcribed efficiently.

It has been found that, in the preferred case, where all the genes are present on the same vector, it is necessary to design the vector carefully in order to achieve proper expression of the genes.

Thus, according to a second aspect of the present invention, there is provided a vector for transforming a lymphoid cell line to glutamine independence and to enable it to produce a heterologous protein, the vector comprising a GS gene and a gene encoding the heterologous protein, wherein the vector is arranged such that expression of the GS gene is not hindered by transcriptional interference from the promoter/enhancer transcribing the sequence coding for the heterologous protein to such an extent that glutamine-independent colonies cannot be produced.

Preferably, the genes on the vector are arranged in such orientations and with such promoters as substantially to prevent transcriptional interference. For instance, the GS gene may contain a relatively weak promoter, the gene encoding the heterologous protein may contain a relatively strong promoter, and the promoter of the GS gene may be located upstream of or may direct expression in the opposite direction to that of the gene encoding the heterologous protein.

It has surprisingly been found that if the vector arrangement set out above is adopted, the GS gene is expressed in sufficient quantity to enable selection to be made and the heterologous protein is expressed more efficiently than with other vector arrangements.

It has been observed that other vector arrangements, for instance using different promoters or a different ordering or orientation of the genes, can lead to a much reduced or even non-existent level of GS or heterologous protein production. It is conjectured (although the applicants do not wish to be limited to this theory) that if a gene containing a strong promoter is located upstream of a GS gene having a weaker promoter, the transcription of the upstream gene will run through into the downstream gene, thus producing occlusion of the downstream promoter. Since the frequency of transformed colonies is critically dependent on the level of GS gene expression, such promoter occlusion dramatically reduces the frequency with which transfectants are recovered.

A preferred combination for the weak and strong promoters is the SV40 early region and the hCMV-MIE promoters. (hCMV-MIE=human cytomegalovirus major immediate early gene). However, other suitable promoter combinations will be readily apparent to those skilled in the art.

A particularly preferred embodiment of the vector of the present invention comprises a GS gene having a weak promoter having downstream therefrom a heavy chain-like gene having a strong promoter, there being on the vector a light chain-like gene having a strong promoter oriented in the opposite direction to the promoters of the GS and heavy chain-like genes.

Alternatively, promoter occlusion may be prevented by use of transcription terminator signals between the genes.

In another alternative, the genes may be arranged with a unique restriction site between them. This site can then be used to linearise the vector before it is incorporated into the host cell. This will ensure that in the transformed host cell no promoter occlusion can take place.

It will be appreciated that if the vector contains more than one gene encoding a heterologous protein, it will be necessary to ensure that none of the genes in the vector can

4

promote transcriptional interference. For instance, if the vector contains a GS gene, a heavy chain gene and a light chain gene, it is preferred that either all three genes are transcribed in the same direction and that the GS gene is upstream of the other two genes or that the GS gene is upstream of the other two genes and one of the other genes are transcribed in the same direction, the GS gene is upstream of the first other gene, and the second other gene is transcribed in the other direction, and the promoter of the second other gene is located adjacent the promoter of the GS gene.

The vector may comprise a viral vector, such as lambda phage, or a plasmid vector, for instance based on the well known pBR322 plasmid. However, any other of the vectors well known in the art may be adapted by use of conventional recombinant DNA technology for use in the present invention.

The present invention also includes host cells produced by the method of the invention or containing vectors according to the invention.

In particular, the present invention includes a lymphoid cell line which has been cotransformed with a vector containing a GS gene and a vector containing a gene encoding a heterologous protein, the vectors being arranged to ensure that the GS gene is not hindered by transcriptional interference to such an extent that glutamine-independent colonies cannot be produced.

The present invention is described below by way of example only with reference to the accompanying drawings in which:

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows an analysis of proteins secreted by NSO cells transfected with plasmid pAB2GS by Western blotting in which 25 μl of culture supernatant or control tissue culture medium was run on a 10% SDS reducing polyacrylamide gel, blotted onto nitro-cellulose and probed with antisera recognising human Ig chains and then with $^{125}$I-labelled protein A;

FIG. 2 shows the structure of plasmid pSV2GScLc;

FIG. 3 shows the structure of plasmid pST6; and

FIG. 4 shows a Southern blot analysis of genomic DNA from cell lines SV2GSNSO and CMGSNSO.

In FIG. 1 of the drawings lane 1 shows purified chimeric B72.3 antibody to show the position of Ig light and heavy chains, lanes 2 to 5 show culture supernatants from four different transfected clones, and lane 6 shows culture medium as a negative control.

In FIG. 2, E is the SV40 early region promoter, GS is a GS cDNA coding sequence, intron+PA is the small t-intron and the early region polyadenylation signal of SV40, BCMV is the hCMV-MIE promoter-enhancer, CLC is the coding sequence for the chimeric L-chain of a humanised antibody known as B72.3, and pA is the SV40 early polyadenylation signal.

In FIG. 3, hCMV is the hCMV-MIE promoter enhancer (2.1 kb) fragment. CHC is the chimeric heavy chain coding sequence of the B72.3 antibody. CLC is the chimeric light chain coding sequence of the B72.3 antibody. Poly A contains the SV40 early polyadenylation signal. I+PA contains the small t intron of SV40 and the early region polyadenylation signal. SVE is the SV40 early promoter. A bacterial plasmid origin of replication and ampicillin resistance gene are provided by pBR322.

FIG. 4 shows a copy number analysis of GS-vectors in NSO cells before and after selection with MSX. DNA samples were digested with BglII and BglIII, electrophoresed

5,891,693

**5**

on a it agarose gel, transferred to nitrocellulose and probed with the 0.5 kb 5' Pst1 DNA fragment of pGSC45 [7] isolated from a GS cDNA.

DNA samples are as follows:

| Lane 1 | plasmid pSV2GS equivalent to 100 copies/cell |
|---|---|
| Lane 2 | plasmid pSV2GS equivalent to 10 copies/cell |
| Lane 3 | plasmid pSV2GS equivalent to 1 copy/cell |
| Lane 4 | 10 μg NSO genomic DNA |
| Lane 5 | 10 μg SV2GSNSO genomic DNA |
| Lane 6 | 10 μg SV2GSNSO (100 μM MSX resistant) genomic DNA |
| Lane 7 | plasmid pCMGS equivalent to 100 copies/cell |
| Lane 8 | plasmid pCMGS equivalent to 10 copies/cell |
| Lane 9 | plasmid pCMGS equivalent to 1 copy/cell |
| Lane 10 | 10 μg CMGSNSO genomic DNA |
| Lane 11 | 10 μg CMGSNSO (100 μM MSX resistant) genomic DNA |
| m.w. | λ phage DNA digested with ClaI; molecular weight markers |

A list of references is given at the end of the description. In the following, the references are indicated by numbers enclosed in square brackets.

VECTORS

In the following Examples, for comparative purposes, two plasmids described in EP-A-0 256 055 were used. These are plasmids pSVLGS1 and pSV2GS. Plasmid pSVLGS1 contains a GS minigene, containing cDNA and genomic DNA sequences, under the control of a SV40 late region promoter. Plasmid pSV2GS contains a cDNA sequence encoding GS under the control of a SV40 early region promoter.

A vector pSV2BamGS was produced by converting the unique PvuII site in pSV2GS to a BamHI site by the addition of a synthetic oligonucleotide linker.

By use of synthetic oligonucleotide linkers, the major immediate early gene promoter, enhancer and complete 5'-untranslated sequence from human cytomegalovirus (hCMV-MIE) (the Pst-1m fragment [1] together with a synthetic oligonucleotide to recreate the remaining 5' untranslated sequence) was inserted between the NcoI sites of pSV2GS such that the hCMV-MIE promoter directs expression of the GS coding sequence. The resulting plasmid was labelled pCMGS.

Plasmid pSV2BamGS was digested with BamHI to give a 2.1 kb fragment containing the transcription cassette.

For convenient construction of other expression plasmids, a basic vector pEE6 was used. Plasmid pEE6 contains the XmnI to BclI fragment of plasmid pCT54 [2] with the polylinker pSP64 [3] inserted between its HindIII and EcoRI sites but with the BamHI and SALI sites removed from the polylinker. The BclI to Bam HI fragment is a 237bp SV40 early gene polyadenylation signal (SV40 nucleotides 2770–2533). The BamHI to BglI fragment is derived from plasmid pBR322 [4] (nucleotides 275–2422) but with an additional deletion between the SalI and AvaI sites (nucleotides 651–1425) following addition of a SalI linker to the AvaI site. The sequence from the BglI site to the XmnI site is from the β-lactamase gene of plasmid pSP64 [3].

Plasmid pEE6gpt contains the transcription unit encoding xanthine-guanine phosphoribosyl transferase (gpt) from plasmid pSV2gpt [5] cloned into plasmid pEE6 as a BamHI fragment by the addition of a BamHI linker to the single PvuII site of plasmid pSV2gpt.

By similar means, a derivative of plasmid PCMGS containing the transcription cassette for the xanthine-guanine phosphoribosyl transferase (gpt) gene from pEE6gpt was produced. The plasmid thus produced was labelled pCMGS-gpt.

**6**

Plasmid pEE6hCMV contains the hCMV-MIE promoter-enhancer and complete 5' untranslated sequence inserted by means of oligonucleotide linkers into the HindIII site of plasmid pEE6.

Plasmid pEE6hCMVBglII is a derivative of pEE6hCMV in which the HindIII site upstream of the hCMV enhancer has been converted to a BglII site by blunt-ending and addition of a synthetic oligonucleotide linker.

Plasmid pEE6HCLCBg is a vector derived from pEE6hCMV containing a coding sequence for a mouse-human chimeric Ig light chain from the B72.3 antibody [6] inserted into the EcoRI site of pEE6hCMV such that the light chain is under the control of the hCMV-MIE promoter-enhancer. (The upstream HindIII site has also been converted to a BglII site by standard methods.) The 2.1 kb BamHI fragment from pSV2BamGS was inserted into pEE6HCLCBg to produce a plasmid pcLc2GS in which the Ig light chain and GS genes are transcribed in the same orientation with the GS gene downstream of the light chain gene.

pEE6HCHHCL is a vector which contains sequences coding for both the heavy and light chains of the chimeric B72.3 antibody [6] under the control of hCMV-MIE promoter enhancers. The 2.1 kb BamHI fragment from pSV2BamGS was inserted into pEE6HCHHCL to produce a plasmid pAb2GS in which the heavy and light chain genes and the GS gene are all transcribed in the same orientation in the order heavy chain, light chain, GS.

A 3.1 kb BglII-BamHI fragment from pEE6HcLcBg was inserted into the BamHI site of pSV2GS to produce a plasmid pSV2GSScLc in which the chimeric light chain gene and the GS gene are transcribed in the same orientation with the GS gene upstream of the light chain gene.

Similarly, the 3.1 kb BglII-BamHI fragment of PEE6HCLCBg was inserted into the BamHI site of pCMGS to produce a plasmid pCMGS.CLC in which both genes are again in the same orientation.

pEE6CHCBg is a plasmid containing the heavy chain gene of chimeric B72.3 antibody [6] under the control of the hCNV-MIE promoter-enhancer and SV40 polyadenylation signal. The hCMV-MIE chain termination unit was excised from the plasmid as a 4.7 kb partial HindIII-BamHI fragment and inserted, by means of a HindIII-BamHI oligonucleotide adaptor, at the single BamHI site of psv2GScLc to form pSV2GScLcHc. The BamHI site upstream of the hCMV-MIE-H chain transcription unit in pSV2GScLcHc was then removed by partial BamHI digestion, filling in with DNA polymerase I and religating to form pST6.

A gene coding for a novel fibrinolytic enzyme of 90 kD molecular weight was isolated as a 2.8 kb HindIII to BglII fragment. This was then inserted between the HindIII and BclI sites of the expression plasmid pEE6hCMVBglII in the appropriate orientation such that the hCMV promoter directed transcription of the inserted gene. An SV40 Early-GS transcription unit was excised as a BamHI fragment from pSV2GS and inserted into the BglII site at the 5' end of the hCMV sequence in pEE6hCMVBglII, in the appropriate orientation such that transcription from the hCMV promoter and the SV40 early promoter is in the same direction. This formed the plasmid pEE690KGS.

Cell Lines

In the Examples, the following cell lines were used: NSO and P3-X63Ag8.653, which are non-producing variants of the mouse P3 mouse plasmacytoma line; Sp2/0, which is a non-producing mouse hybridoma cell line; and YB2/0, which is a non-producing rat hybridoma cell line.

5,891,693

## 7

### Media

All cells were grown in either non-selective medium, Dulbecco's Minimum Essential Medium (DMEM) containing 2 mM glutamine, 100 $\mu$M non-essential amino acids, 10% foetal calf serum and streptomycin/penicillin, or in glutamine-free DMX (G-DMEM) containing 500 $\mu$m each of glutamate and asparagine, 30 $\mu$M each of adenosine, quanosine, cytidine and uridine, 10 $\mu$M thymidine, 100 $\mu$M non-essential amino acids, 10% dialysed foetal calf serum and streptomycin/penicillin, or in derivatives of G-DMEM lacking various of these additives.

Alternatively, cells were cultured in gpt-selective media, made using the following filter-sterilised stock solutions: 1) 50× each of hypoxanthine and thymidine; 2) 50× xanthine (12.5 mg/ml in 0.2M NaOH); 3) mycophenolic acid (MPA, 250 $\mu$g/ml in 0.1M NaOH); and 4) 1M HCl. gpt-selective medium is made by mixing 93 ml of non-selective medium (described above), 2 ml solution 1), 2 ml solution 3) and 0.6 ml solution 4). 2× gpt is made by mixing 86 ml of non-selective medium with twice the above quantities of solutions 1) to 4).

### Linearisation of Plasmids

In order to introduce them into cells all plasmids were linearised by digestion with an appropriate restriction enzyme which cuts at a single site in the plasmid and hence does not interfere with transcription of the relevant genes in mammalian cells. Typically 40 $\mu$g of circular plasmid was digested in a volume of 400 $\mu$l restriction buffer. The enzymes used for linearisation of the plasmids are shown in Table 1.

### TABLE 1

| Enzymes used for Linearisation of plasmid | |
|---|---|
| Plasmid | Restriction Enzyme |
| PSVLGS.1 | PvuI |
| pSV2.GS | PvuI |
| pSV2.Bam GS | PvuI |
| pCMGS | PvuI |
| pCMGS.gpt | PvuI |
| PEE6.gpt | SalI |
| pcLc2GS | SalI |
| pAb2GS | SalI |
| pSV2.GSCLc | TthIII |
| pCMGS.cLc | TthIII |
| pST6 | BamHI |
| pEE690KGS | SalI |

### Electroporation of Cells

Cells were harvested while growing exponentially, washed once in phosphate-buffered saline (PBS) by centrifugation at 1200 rpm in a bench centrifuge and resuspended at a density of 10$^7$ cells/ml in fresh ice cold PBS. One ml of cell suspension was added to the digested plasmid DNA (0.4 ml in restriction buffer) and incubated on ice for 5–10 minutes. The cell-DNA mixture was then subjected to 2 pulses of 2000 volts between aluminium electrodes spaced approximately 1 cm apart using a conventional electroporation apparatus having a capacitance of 14 $\mu$F. Cells were then returned to ice for 5–10 minutes, resuspended in non-selective growth medium (DMEM) and distributed among 24-well culture trays. Selective medium (G-DMEM) was added subsequently as described below.

### EXAMPLE 1

Preliminary experiments indicated that the plasmid pSV-LGS1 which has been used successfully as a selectable

## 8

marker in CHO-K1 cells (see EP-A-0 256 055) could not be introduced into NSO cells to confer glutamine independent growth at efficient rates. Only a very low frequency of approximately 6 transfected colonies per 10$^7$ cells was obtained. This should be compared with the transfection frequencies in excess of 1/10$^4$ transfected cells which are obtained using the xanthine-quanine phosphoribosyl transferase (gpt) selectable marker gene from pEE6gpt and selecting for resistance to mycophenolic acid in medium containing xanthine, hypoxanthine and thymidine. Preliminary experiments using PCMGS, in which the GS cDNA is expressed from the hCMV-MIE promoter yielded a much higher frequency of glutamine-independent colonies and pSV2GS, which utilises the SV40 early region promoter, yielded an intermediate transfection frequency.

In order to establish a suitable protocol for consistent use in selection, 20 $\mu$g linearised pCMGS and 20 $\mu$g of linearised pEE6gpt were mixed and introduced together into 10$^7$ NSO cells. A separate aliquot of 10$^7$ cells was "mock" transfected by electroporation without added DNA.

The cells were plated in 24-well plates as described above in 0.5 ml non-selective medium (DMEM) and 24 hours later, selection was applied to wells of the "mock" and DNA transfected plates as follows:

A added 1 ml G-DMEM and left for 7 days before examining plates.

B added 1 ml G-DMEM on day 1, aspirated on day 2 and replaced with fresh G-DMEM.

C added 1 ml G-DMEM containing 200 $\mu$M glutamine on day 1, left for 2 more days then aspirated and replaced with G-DMEM.

D left on day 1 and added 1 ml G-DMEM on day 2. On day 3, medium was aspirated and replaced with fresh G-DMEP.

E left on day 1 and aspirated on day 2 and replaced with 1 ml G-DMEM. The wells were aspirated again on day 4 and replaced with fresh G-DMEM.

F mycophenolic acid selection: added 0.5 ml gpt-selective medium and on day 2 added 0.5 ml of 2× gpt-selective medium.

The number of surviving colonies in each of at least 3 wells for each selective protocol was counted 7–10 days after transfection and the mean results are shown in Table 2.

### TABLE 2

| Selective | Mean No. colonies/10$^6$ cells plated | |
|---|---|---|
| Protocol | MOCK | pCMGS + pEE6gpt |
| A | 0 | 130 |
| B | 0 | 3 |
| C | 0 | 72 |
| D | 0 | 8 |
| E | 0 | 8 |
| F | 0 | 115 |

From these results it appears that protocol A (addition of 1 ml G-DMEM one day after transfection) provides the highest survival of transfected colonies and the frequency obtained when selecting for the introduced GS gene is equal to the transfection efficiency measured by selection for the gpt gene (Protocol F). Addition of a small amount of glutamine and aspiration after 2 more days, to replace with G-DMEM alone, (protocol C) provides the next highest frequency of glutamine independent colonies. However, removing the medium by aspiration and hence complete removal of glutamine (protocols B, D and E) severely reduces the number of surviving colonies. It can thus be seen

5,891,693

**9**

that progressive depletion of glutamine in the medium leads to an enhanced selection procedure. Therefore protocol A was used in all subsequent experiments.

A strong promoter such as the hCMV-MIE promoter is likely to provide a high level of GS expression and hence will require a high level of MSX to select for gene amplification.

In order to determine whether a weaker promoter than the hCMV-MIE promoter-enhancer can be used to express a GS cDNA to obtain glutamine-independent transformants, 40 $\mu$g linearised pSV2BamGS, which uses the SV40 Early region promoter for GS expression, was introduced into NSO cells and selected using Protocol A. The results are shown in Table 3.

TABLE 3

| DNA Transfected | Selection Protocol | Mean No. colonies/10⁶ Cells |
|---|---|---|
| 20 $\mu$g pCMGS | A | 100 |
| 20 $\mu$g pEE6gpt | F | 40 |
| 40 $\mu$g pSV2BamGS | A | 20 |
| "Mock" | A | 0 |

Thus it appears that the GS-transcription unit in SV2BamGS can indeed be used as a selectable marker in NSO cells but confers glutamine independence at a lower frequency than does PCMGS.

In order to test whether the GS gene in pSV2BamGS can be used as a selectable marker for the introduction of heterologous DNA into NSO cells, three different plasmids were constructed which contain different non-selectable linked genes all under the control of the hCMV MIE promoter-enhancer. These are pcLc2GS, which contains the chimeric B72.3 immunoglobulin light-chain gene; pTIMPGS, which contains the gene for tissue inhibitor of metalloproteinase (TIMP); and pAb2GS which contains both heavy and light chain genes for the chimeric B72.3 monoclonal antibody. Each was introduced into NSO cells as a linear plasmid using 40 $\mu$g of pcLc2GS and pTIMPGS and 80 $\mu$g of pAb2GS per 10⁷ cells transfected. The transfection frequency was 4/10⁷ cells for pAb2GS and no colonies were obtained with either of the other two plasmids. The 4 colonies obtained from transfection with pAb2GS were grown in bulk culture and spent culture supernatant analysed by Western blotting using anti-heavy and anti-light chain antibodies. The result is shown in FIG. 1. It is clear that all 4 clones secrete both heavy and light chains but at very low level (undetectable by enzyme-linked immunosorbent assay). Thus the GS-transcription unit from pSV2BamGS can be used as a selectable marker to introduce heterologous genes into NSO cells but the presence of such genes in these particular plasmid constructions seems to reduce substantially the frequency with which transfected colonies can be isolated. It is likely that this is due to an interference between the various transcription units on the plasmid. Hence only those few colonies in which the genes upstream of the GS-transcription unit are for some reason exceptionally poorly expressed, can yield sufficient GS for survival.

In order to test whether the position of genes on the vector was indeed responsible for the dramatic reduction in frequency of transformation to glutamine-independent growth, plasmids were constructed in which the GS gene transcription is upstream of a cL chain gene instead of downstream as in the previous experiments. The two plasmids chosen were pCMGScLc and pSV2GScLc, in which the GS gene is

**10**

under the control of the hCMV-MIE promoter and SV40 early region promoter, respectively. These plasmids were introduced into NSO cells and transfectants selected using Protocol A. The number of colonies obtained is shown in Table 4.

TABLE 4

| Plasmid | No. Colonies/10⁶ cells |
|---|---|
| pCMGS | 250 |
| pCMGS.cLc | 300 |
| pSV2GS | 18 |
| pSV2GS.cLc | 9 |
| pcLc2GS | 0 |

These results show that whereas pcLc2GS, in which the GS gene is downstream of the cLc gene, yields no glutamine-independent colonies, the equivalent plasmid, pSV2GScLc, which has the gene order reversed, with the GS gene upstream, gives a transformation frequency comparable to that obtained using the GS gene alone (pSV2GS).

This study suggests that any interference of the SV40 early promoter used to express GS is reduced by placing the strong hCMV-MIE promoter downstream. The results in Table 4 also show no significant difference in the transformation efficiency obtained with pCMGScLc compared with pCMGS, again indicating no interference with GS expression.

The transfectants obtained with plasmids pCMGScLc and pSV2GscLc were assayed for cL chain secretion using an ELISA assay for human kappa chain antigen activity in spent culture medium. All culture wells from the pCMG-ScLc transfection, each containing many transfected colonies, did indeed secrete significant amounts of antigen. Seven out of ten wells from the pSV2GScLc transfection, again containing multiple colonies, also secreted detectable levels of light chain.

This is marked contrast to the results obtained with plasmids in which the GS gene is downstream of the second gene controlled by the hCMV-MIE promoter and demonstrates that the GS gene can be used as an effective selectable marker in this cell type, provided that the plasmid is appropriately designed.

pSV2GS is a particularly suitable vector into which heterologous genes may be inserted and pSV2GScLc is shown in FIG. 2.

In order to test which of the additives present in G-DMEM is essential for the growth of GS transfectants, pooled transfected cells containing the plasmid pCMGScLc were distributed among wells of a 24 well tissue culture tray in DMEM with 10% dialysed foetal calf serum and containing all possible combinations of the following additives at the concentrations present in G-DMEM: a) non-essential amino acids; b) glutamate; c) asparagine; d) adenosine, guanosine, cytidine, uridine and thymidine. Growth was scored after four days and the results are shown in Table 5.

TABLE 5

| Medium Additions | Growth |
|---|---|
| None | − |
| abcd | ++ |
| abd | ++ |
| ab | ++ |
| ac | ++ |
| ad | ++ |
| a | ++ |

5,891,693

| 11 | 12 |
| --- | --- |

TABLE 5-continued

| Medium Additions | Growth |
| --- | --- |
| b | – |
| bc | ++ |
| bd | – |
| bcd | ++ |
| c | ++ |
| cd | ++ |
| d | – |
| bx4 | – |

From this it is clear that 500 $\mu$M asparagine is sufficient to sustain growth of GS transfectants in the absence of any other of the additives in G-DMEM. Surprisingly, glutamate, the substrate for GS, will not sustain growth of these cells, even when the concentration is raised to 2 mM. Non-essential amino acids can be used instead of 500 $\mu$M asparagine to support growth of these transfectants, but as this additive contains 100 $\mu$M asparagine, it is possible that this concentration of asparagine alone is sufficient to support growth.

It is clear that the NSO cell line must contain insufficient active GS-enzyme to permit growth in the glutamine-free medium used here and that a plasmid such as PCMGS yields sufficient GS when expressed in these cells to allow glutamine independent growth. Clones expressing a GS gene under the control of a weaker promoter, such as the SV40 Early promoter, on average express less GS enzyme and only a proportion of transfectants can survive in the glutamine-free medium.

In order to test whether GS-vectors can be used to confer glutamine-independent growth on other lymphoid cell lines, the growth of three additional cell lines in glutamine-free media was investigated. P3-X63Ag8.653 (a mouse myeloma) was also found to be completely incapable of growth in G-DMEM. When $10^7$ cells were plated-out in a 24-well plate and selected using Protocol A, no glutamine independent variants were isolated. In contrast the non-secreting mouse hybridoma SP2/0 generated variants able to grow in G-DMEM at a frequency of approximately 1/10$^5$ cells plated. Since the transfection frequency in this cell line (eg using pEE6gpt) is also about 1/10$^5$ cells plated, this cell line is unsuitable as a host for GS selection using this protocol.

The rat non-secreting hybridoma YB2/0 also yielded glutamine-independent variants at an even higher frequency, estimated at 1/10$^2$, making this cell line unsuitable for use with the GS-selection protocol developed above. A glutamine-independent variant of YB2/0 was cloned and a clonal cell line, designated YOG– F10, was grown in bulk culture and stored as frozen stocks in liquid nitrogen. A similar cloned cell line, a glutamine-independent variant of SP2/0, termed SPG2-E4 was also stored in liquid nitrogen. Such cell lines will be suitable for the introduction of vectors containing GS genes by methods described in EP-A-0 256 055.

In order to test whether selection for glutamine-independent transformants can be used to introduce plasmid vectors into P3-X63Ag8.653 cells, 40 $\mu$g linear pCMGSgpt (a vector containing both the GS-transcription unit from PCMGS and the gpt gene from pEE6gpt) was introduced by electroporation into $10^7$ P3-X63Ag8.653 cells. The results are shown in Table 6.

TABLE 6

Transfection of P3-X63-Ag8.653

| PLASMID | SELECTION PROTOCOL | NO. COLONIES/10$^6$ CELLS |
| --- | --- | --- |
| pCMGS.qpt | A | 120 |
| | F | 24 |
| "Mock" | A | 0 |
| | F | 0 |

Thus the hCMV-GS transcription unit and selection Protocol A chosen for NSO cells can be used to obtain glutamine-independent P3-X63Ag8.653 at a frequency which is at least as great (possibly higher) than obtained using gpt selection. It should be noted that interference ("promoter occlusion") between the two transcription units could account for the lower frequency at which gpt-selected colonies arise.

The myeloma cell lines NSO and P3-X63Ag8.653 have been successfully transformed to glutamine independent growth by transfection with GS-expression plasmids. In contrast, two hybridoma lines, YB2/0 and SP2/0, generate glutamine-independent variants at too high a frequency for GS-plasmids to be used in this way as selectable markers in these cells. It is also demonstrated here that a GS-expression plasmid such as pSV2GS can be used to introduce non-selected genes such as the genes encoding the B72.3 chimeric antibody into NSO cells. The arrangement of genes on the plasmid have marked effects on the expression levels attained from these genes and it will be important to take this into account in the design of optimal expression vectors. Transcription from a strong promoter such as the hCMV-MIE promoter-enhancer should not be permitted to proceed towards a gene expressed from a weaker promoter, such as the SV40 Early promoter unless the two genes are separated, e.g. by a transcription termination signal.

EXAMPLE 2

In order to confirm that the GS-transcription units in plasmids such as pCMGS and pSV2BamGS can act as amplifiable selectable markers in a myeloma cell line, the copy number of vector DNA introduced into NSO cells by electroporation was analysed before and after selection for GS-gene amplification using methionine sulphoximine (MSX).

NSO cells were transfected with pSV2BamGS or PGMGS as described above and pools of transfected colonies (at least 20 colonies from each transfection) were expanded in culture to form cell lines SV2GSNSO and CMGSNSO. These two cell pools were distributed among the wells of a 24-well cell culture tray at a cell density of approximately cells/well in G-DMEM medium. MSX was added to the wells to final concentrations ranging between 20 and 80 $\mu$M. After incubation for several days, extensive cell death was observed in all wells and, after 2–3 weeks, MSX-resistant colonies were visible at concentrations of MSX up to 60 $\mu$M for the SV2GSNSO cell line and up to 80 $\mu$M for the CMGSNSO cell line. Calls isolated at these concentrations of MSX were replated at approximately $10^5$ cell/well in 24-well trays and selection reapplied at concentrations up to 100 $\mu$M. In both cases there was considerable cell survival at 100 $\mu$M. 100 $\mu$M MSX-resistant cell pools were expanded in culture and total genomic DNA prepared from initial transfectants and from cell pools resistant to 100 $\mu$M MSX.

5,891,693

## 13

DNA samples were digested with BglI and BglII restriction enzymes and a Southern blot of the DNA samples was probed with the 0.5 kb 5' PstI GS-cDNA fragment from pGSC45 [7]. The Southern blot analysis is shown in FIG. 3. The DNA probe cross-hybridises with the endogenous mouse GS-gene in NSO cells and this is seen as a fragment of approximately 2.8 kb and one of approximately 6 kb in all transfected cell lines, as well as in non-transfected NSO control DNA. These bands serve as an internal control for loading of the same amount of DNA in each track on the gel. In cells transfected with pSV2BamGS, a 1.2 kb BglII fragment is also detected, which is of the size predicted for vector DNA (from a BglI site in the SV40 promoter to the BglII site at the 3' end of the GS cDNA). By comparison with known amounts of vector DNA loaded in adjacent tracks, the average vector copy number in the SV2GSNSO pool is estimated to be approximately 1 copy/cell. After selection in 100 μM MSX, the copy number is increased to an average of about 5 copies/cell.

Similarly, introduction of pGMGS into NSO cells has led to the appearance of the predicted 2.1 kb vector fragment in the Southern blot of CMGSNSO DNA at an average level of approximately 1 copy/cell. Selection with 100 μM MSX has led to an increase in copy-number to approximately 10 copies/cell.

This experiment clearly indicates that pCMGS and pSV2BamGS introduced into NSO cells can be amplified by selection with MSX. No amplification of the endogenous mouse GS genes could be detected.

### EXAMPLE 3

In order to test the efficacy of the MSX selection procedure described in Example 1 for the overproduction of recombinant product, the expression of B72.3 cL-chain introduced into NSO cells using GS selection was measured before and after selection with MSX. The transfection frequency was approximately 2×10⁻⁵ colonies/cell transfected for pSV2GSCLC and approximately 10⁻³ for pCMG-ScLc.

Two NSO-derived cell lines transfected with pSV2GScLc and two cell lines transfected into pCMGScLc, all secreting high levels of cL chain were first recloned by limiting dilution. The expression of cL chain from the 4 highest producing independent clones isolated were estimated by ELISA in comparison with a purified standard preparation of B72.3 cL-chain which had been quantitated by optical density (OD₂₈₀) measurement. The results are shown in Table 7, together with the production rates of MSX-resistant pools derived from these cloned cell lines as described in Example 1. Pools of resistant colonies were isolated at 40 μM MSX for three of the cell lines and at 100 μM MSX for cell line C2-27.

### TABLE 7

Rates of secretion of cL-chain of B72.3 from transfected NSO cell lines before and after selection for GS-gene amplification.

| CELL LINE | TRANS-FECTANT | AMPLIFIED POOL | AMPLIFIED CLONE |
|---|---|---|---|
| | | SECRETION RATES (pg/cell/day) | |
| SVGSCLc-B4.24 | 4.6 | 13 | 20 |
| -C2.27 | 0.4 | 3 | |
| CMGS.cLc-9/6 | 1.5 | 0.2 | |

## 14

### TABLE 7-continued

Rates of secretion of cL-chain of B72.3 from transfected NSO cell lines before and after selection for GS-gene amplification.

| CELL LINE | TRANS-FECTANT | AMPLIFIED POOL | AMPLIFIED CLONE |
|---|---|---|---|
| | | SECRETION RATES (pg/cell/day) | |
| -13/7 | 3 | 9 | |

Thus significant increases in productivity are seen for 3 out of the 4 cell lines as a result of selection for resistance to MSX.

The cell-pool with the highest average secretion rate, B4.24 (40 μM) was cloned by limiting dilution and a clonal cell line was isolated which secreted cL chain at a rate of 20 pg/cell/day. This represents an increase of greater than 4-fold relative to the expression level of the original transfected clone, indicating that selection for GS gene amplification does indeed lead to improved production of the desired recombinant product.

### EXAMPLE 4

NSO cells were transfected with a GS-vector containing genes for both the cH and cL chains of the B72.3 antibody in order to express a complete immunoglobulin molecule from a myeloma cell line.

Plasmid pST-6 contains the cH and cL chain cDNA coding sequences, each under the control of an hCMV promoter and a SV40 poly A signal and the SV40 early-GS transcription unit from pSV2BamGS. This plasmid was linearised with SalI and introduced into NSO cells by electroporation as described above. The transfection frequency was approximately 2×10⁻⁵ colonies/cell transfected. Transfectant lines were screened for secretion of functional antibody in a binding assay using antigen-coated plastic plates.

The amount of antibody secreted was then quantitated by an ELISA designed to detect only assembled immunoglobulin. The rates of secretion of assembled antibody for the three of the highest expressing cloned cell lines and MSX-resistant pools derived from them are shown in Table 8.

### TABLE 8

| CELL LINE | TRANSFECTANT | AMPLIFIED POOL | MSX* Conc. (μM) |
|---|---|---|---|
| | SECRETION RATES (pg/cell/day) | | |
| 6A1 | 1.5 | 3.2 | 100 |
| 6-11D3 | 1.2 | 0.6 | 80 |
| 6-11D5 | 0.4 | | 80 |

*MSX concentration is the concentration to which the amplified pools are resistant.

Thus in one of the three cell lines analysed, the expression of antibody is increased significantly by selection for GS-gene amplification. The results in Table 8 obtained using the plasmid pST-6 are markedly different from those obtained using pAb2GS described in Example 1, in which the frequency with which transfectant colonies can be isolated is markedly reduced due to promoter interference. In transfection with pAb2GS, only those few colonies in which the immunoglobulin genes upstream of the GS-gene are exceptionally poorly expressed yield sufficient GS for sur-

5,891,693

**15**

vival. Consequently the transfectants isolated were poor antibody producers. Using pST-6, it is possible to isolate cell lines secreting much higher levels of antibody. It will be apparent to those skilled in the art that additional alterations to the arrangement of genes on the vector will further reduce transcriptional interference with further beneficial effects of antibody-expression.

EXAMPLE 5

pEE690KGS was introduced into the myeloma cell line NSO by electroporation as described in Example 1. Transfectants were selected by growth on glutamine free medium (G-DMEM) after plating out in a 96 well plate. The transfection efficiency was approximately 1 in 10^5 cells transfected.

Wells of the cell culture trays containing single colonies were analysed for secretion of the 90 kD fibrinolytic enzyme by fibrin agar plate assay [8]. Of 33 wells assayed, 26 were clearly positive for fibrinolytic activity. Positive transfectants were then expanded in culture for analysis of the rate of product secretion.

Cell lines selected in this way secreted between 0.02 and 3.75 pg/cell/day as estimated by fibrin plate assay in comparison with a tissue plasminogen activator (tPA) standard. The 6 cell lines with the highest secretion rates are shown in Table 9. The fibrinolytic activity was shown to have the expected molecular weight of 90 kD by zymography, carried out according to Dodd [9].

The five cell lines with the highest secretion rates were then selected for GS gene amplification using MSX applied in the range 20–80 μM, as described in Example 2. The specific production rates of MSX resistant cell-pools were determined using the fibrin plate assay and the results are shown in Table 10.

TABLE 9

Production rates of initial transfectant cell lines secreting a 90kD fibrinolytic enzyme.

| Line | pg/cell/day |
|---|---|
| 1 | 3.5 |
| 5 | 0.75 |
| 9 | 1.4 |
| 12 | 1.5 |
| 22 | 1.7 |

TABLE 10

Production rates of cell lines secreting 90 kD fibrinolytic enzyme after one round of selection for vector amplification

| | | Secretion rates | |
|---|---|---|---|
| Line | MSX Conc | Pool pg/cell/day | Clone pg/cell/day |
| 1 | 40 μM | 5.8 | 4.5 |
| 5 | 60 μM | 1.2 | |
| 9 | 80 μM | 4 | 10.5 |
| 12 | 80 μM | 5.65 | |
| 22 | 40 μM | 4.75 | 6 |
| 23 | 60 μM | 7.5 | |

A second round of selection for vector amplification was then carried out by further increasing the MSX concentration using the first round amplified pools as described in Example 2. Again specific production rates were determined

**16**

and are shown in Table 11. This second round of selection led to further increases in productivity in each of the pooled cell lines tested, although when clones from these lines were analysed, the highest producers secreted approximately 10 pg/cell/day whether the clones were isolated after the first or the second round of selection for GS amplification. This may indicate that this level of product secretion is saturating for these cell lines.

These results indicate that the level of expression is increased by selection of MSX resistant variants. A clone of line 9 selected for resistance to 80 μM MSX has a secretion rate increased from 1.4 pg/cell/day to 10.5 pg/cell/day after selection for GS gene amplification, an increase of 7.5 fold.

TABLE 11

Specific Production Rate for 2nd Round Amplified Lines

| Line | [MSX] | Pool pg/cell/day | Clone pg/cell/day |
|---|---|---|---|
| 1 40 | 100 μM | 7.75 | |
| 5 80 | 300 μM | 6.5 | |
| 9 280 | 400 μM | 7.2 | 10 |
| 22 40 | 300 μM | 6.4 | 8 |
| 23 60 | 200 μM | 8.0 | |

It will be appreciated that the present invention has been described above by way of illustration only and that modifications in detail can be made using the skilled person's ordinary knowledge of the art without departing from the scope of the present invention.

REFERENCES

1. Boshart, M., Weber, F., Gerhard, J., Dorsch- Hasler, K., Fleckenstein, B. and Schaffner, W., Cell, 41, 521–530, 1985.
2. Emtage, J. S., Angal, S., Doel, M. T., Harris, T. J. R., Jenkins, B., Lilley, G. and Lowe, P. A., PNAS-USA, 80, 3671–3675, 1983.
3. Mulligan, R. C. and Berg, P., PNAS-USA, 78, 2072–2076, 1981.
4. Melton, D. A., Krieg, P. A., Rebagliati, M. R., Maniatis, T., Zinn, K. and Green, M. R., Nuc. Acid Res., 12, 7035, 1984.
5. Soberon, X., Covarrubias, L. and Bolivar, F., Gene, 9, 287–305, 1980.
6. Whittle, N., Adair, J., Lloyd, C., Jenkins, L., Devine, J., Schlom, J., Raubitschek, A., Colcher, D. and Bodmer, M., Protein Engineering, 1, 499–505, 1987.
7. Hayward, B. E., Hussain, A., Wilson, R. H., Lyons, A., Woodcock, V., McIntosh, B. and Harris, T. J. R., Nuc. Acids Res., 14, 999–1008, 1986.
8. Bishop, R., Ebert, H., Gilchrist, G., Shanbron, E. and Fekete, L., Thrombos. Diathes. Haemorrhagica, 23, 202–210, 1970.
9. Dodd, I., Frars, R. and Robinson, J. H., Thromb. Haemostas. 55, 94–97, 1986.

What is claimed is:

1. A method of conferring glutamine independence to a myeloma cell line, comprising transforming said myeloma cell line with a vector comprising a GS gene and a gene or genes encoding a protein(s) heterologous to said myeloma cell line, wherein the genes are arranged such that said GS gene can be expressed and glutamine independent myeloma colonies can be produced.

2. The method of claim 1, wherein said gene or genes encoding the protein(s) heterologous to said myeloma cell

5,891,693

**17**

line comprises a relatively strong promoter, and wherein said GS gene comprises a relatively weak promoter located upstream of said gene or genes encoding the protein(s) heterologous to said myeloma cell line so that transcription of the heterologous gene or genes does not run through the GS gene.

3. The method of claim 2, wherein said relatively weak promoter is the SV40 early region promoter and said relatively strong promoter is the hCMV-MIE promoter.

4. The method of claim 1, wherein said gene or genes encoding the protein(s) heterologous to said myeloma cell line comprises a relatively strong promoter, and wherein said GS gene comprises a relatively weak promoter that directs expression in the opposite direction to that of said gene or genes encoding the protein(s) heterologous to said myeloma cell line.

5. The method of claim 4, wherein said relatively weak promoter is the SV40 early region promoter and said relatively strong promoter is the hCMV-MIE promoter.

6. The method of claim 4, wherein said vector comprises a GS gene that comprises a weak promoter, and wherein said gene or genes encoding the protein(s) heterologous to said myeloma cell line comprises an Ig heavy chain gene having a strong promoter and an Ig light chain gene having a strong promoter, wherein said strong promoter of said light chain gene is oriented in the opposite direction to said promoters of said GS and heavy chain genes, and wherein said Ig heavy chain gene is downstream from said GS gene.

7. The method of claim 1, wherein said vector comprises a GS gene that comprises a weak promoter, and wherein said gene or genes encoding the protein(s) heterologous to said myeloma cell line comprises an Ig heavy chain gene having a strong promoter and an Ig light chain gene having a strong promoter, wherein said strong promoter of said Ig light chain gene is orientated in the opposite direction to said promoters of said GS and heavy chain genes, and wherein said Ig heavy chain gene is downstream from said GS gene so that transcription of the heterologous gene does not run through the GS gene.

8. The method of claim 1, wherein said GS gene comprises a weak promoter, wherein said gene or genes encoding the protein(s) heterologous to said lymphoid cell line comprises an Ig light chain gene having a strong promoter and an Ig heavy chain gene having a strong promoter, wherein said GS gene, Ig light chain gene, and Ig heavy chain gene are transcribed in the same direction, and wherein said GS gene is located upstream of said Ig light chain gene and said Ig heavy chain gene so that transcription of the heterologous gene(s) does not run through the GS gene.

9. The method of claim 1 wherein the GS gene is expressed from an SV40 early region promoter.

10. The method of claim 1 wherein the GS gene is expressed from an hCMV-MIE promoter.

11. The method of claim 9 wherein the GS gene and promoter are derived from pSV2GS.

12. The method of claim 10 wherein the GS gene and promoter are derived from pCMGS.

13. The method of claim 1 wherein all genes are expressed from the same type of promoter.

14. The method of claim 13 wherein the type of promoter is the hCMV-MIE promoter.

15. The vector of claim 14 wherein the vector is derived from pCMGS.

16. The vector of claim 8 wherein the vector is pSV2GScLccHc or pST6.

17. A method of selecting myeloma cells transfected with a vector comprising a GS gene and a gene or genes encoding a protein(s) heterologous to said myeloma cells, comprising:

**18**

(i) plating transfected cells in one volume of non-selective medium containing glutamine;

(ii) after 24 hours, adding two volumes of glutamine-free medium; and

(iii) recovering myeloma colonies after 7 days incubation.

18. A method of confering glutamine independence to a lymphoid cell line, comprising transforming said lymphoid cell line with a vector comprising a GS gene and a gene or genes encoding a protein(s) heterologous to said lymphoid cell line, wherein the genes are arranged such that said GS gene can be expressed and glutamine independent lymphoid colonies can be produced.

19. The method of claim 18, wherein said gene or genes encoding the protein(s) heterologous to said lymphoid cell line comprises a relatively strong promoter, and wherein said GS gene comprises a relatively weak promoter located upstream of said gene or genes encoding the protein(s) heterologous to said lymphoid cell line so that transcription of the heterologous gene or genes does not run through the GS gene.

20. The method of claim 19 wherein said relatively weak promoter is the SV40 early region promoter and said relatively strong promoter is the hCMV-MIE promoter.

21. The method of claim 18, wherein said gene or genes encoding the protein(s) heterologous to said lymphoid cell line comprises a relatively strong promoter, and wherein said GS gene comprises a relatively weak promoter that directs expression in the opposite direction to that of said gene or genes encoding the protein(s) heterologous to said lymphoid cell line.

22. The method of claim 21, wherein said relatively weak promoter is the SV40 early region promoter and said relatively strong promoter is the hCMV-MIE promoter.

23. The method of claim 21, wherein said vector comprises a GS gene that comprises a weak promoter, and wherein said gene or genes encoding the protein(s) heterologous to said lymphoid cell line comprises an Ig heavy chain gene having a strong promoter and an Ig light chain gene having a strong promoter, wherein said strong promoter of said light chain gene is oriented in the opposite direction to said promoters of said GS and heavy chain genes, and wherein said Ig heavy chain gene is downstream from said GS gene.

24. The method of claim 18, wherein said vector comprises a GS gene that comprises a weak promoter, and wherein said gene or genes encoding the protein(s) heterologous to said lymphoid cell line comprises an Ig heavy chain gene having a strong promoter and an Ig light chain gene having a strong promoter, wherein said strong promoter of said Ig light chain gene is orientated in the opposite direction to said promoters of said GS and heavy chain genes, and wherein said Ig heavy chain gene is downstream from said GS gene so that transcription of the heterologous gene does not run through the GS gene.

25. The method of claim 18, wherein said GS gene comprises a weak promoter, wherein said gene or genes encoding the protein(s) heterologous to said lymphoid cell line comprises an Ig light chain gene having a strong promoter and an Ig heavy chain gene having a strong promoter, wherein said GS gene, Ig light chain gene, and Ig heavy chain gene are transcribed in the same direction, and wherein said GS gene is located upstream of said Ig light chain gene and said Ig heavy chain gene so that transcription of the heterologous gene(s) does not run through the GS gene.

* * * * *

# EXHIBIT 8



US005981216A

# United States Patent [19]

## Kenten et al.

[11] **Patent Number:** 5,981,216

[45] **Date of Patent:** Nov. 9, 1999

[54] **TRANSFORMED MYELOMA CELL-LINE AND A PROCESS FOR THE EXPRESSION OF A GENE CODING FOR A EUKARYOTIC POLYPEPTIDE EMPLOYING SAME**

[75] Inventors: **John Henry Kenten**, High Wycombe; **Michael Alan Boss**, Ruislip, both of United Kingdom

[73] Assignee: **Alusuisse Holdings A.G.**, Rheinfall, Switzerland

[21] Appl. No.: **08/483,813**

[22] Filed: **Jun. 7, 1995**

### Related U.S. Application Data

[62] Division of application No. 07/701,374, May 13, 1991, which is a continuation of application No. 06/939,130, filed as application No. PCT/GB86/00187, Apr. 1, 1986, abandoned.

[30] **Foreign Application Priority Data**

| | | | |
|---|---|---|---|
| Apr. 1, 1985 | [GB] | United Kingdom | 8508442 |
| Sep. 3, 1985 | [GB] | United Kingdom | 8521815 |

[51] **Int. Cl.6** .................................................... **C12P 21/06**

[52] **U.S. Cl.** ....................... **435/69.1**; 435/70.2; 435/352; 435/353; 435/354

[58] **Field of Search** ................................ 435/69.1, 69.9, 435/70.21, 91, 240.1, 320.1, 70.2, 352, 353, 354; 536/24.1; 935/32, 34, 56, 57, 60

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,663,281 | 5/1987 | Gillies et al. | 435/68 |
| 4,740,461 | 4/1988 | Kaufman | 435/68 |
| 4,775,624 | 10/1988 | Bang et al. | 435/226 |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0043718 | 1/1982 | European Pat. Off. . | |
| 0255320 | 2/1988 | European Pat. Off. | C12N 15/00 |

#### OTHER PUBLICATIONS

Gillies et al., "A tissue-specific transcription enhancer element is located in the major intron of a rearranged immunoglobulin heavy chain enhancer", Cell, 33: 717–728, Jul. 1983.

Mulligan and Berg, "Expression of a bacterial gene in mammalian cells", Science, 209: 1422–1427, Sep. 1980.

*Catalogue of Cell Lines and Hybridomas*, 6th ed. pp. 152, 158, 178 (1988).

Gorman, C. et al., "The Rous Sarcoma Virus Long Terminal Repeat is a Strong Promoter when Introduced into a Variety of Eukaryotic Cells by DNA–Mediated Transfection", Proc. Natl. Acad. Sci. (USA), 79: 6777–6781 (1982).

Hamer et al., "Regulation In Vivo of a Cloned Mammalian Gene: Cadmium Induces the Transcription of a Mouse Metallothionein Gene in SV40 Vectors", *J. Mol. Appl. Genet.*, vol. 1, No. 4, pp. 273–288 (1982).

Kudo, A. et al., "A Cloned Human Immunoglobulin Heavy Chain Gene with a Novel Direct–Repeat Sequence in 5' Flanking Regions", *Gene*, vol. 33, No. 2, pp. 181–189, Feb. 1985.

Mulligan, R. C. et al., "Selection for Animal Cells that Express the *Escherichia coli* Gene Coding for Xanthine–Guanine Phosphoribosyltransferase", *Proc. Natl. Acad. Sci. (USA)*, vol. 78, No. 4, pp. 2072–2076, Apr. 1981.

Palmiter, R. D. et al., "Metallothionein–Human GH Fusion Genes Stimulate Growth of Mice", *Science*, vol. 222, pp. 809–814, Nov. 18, 1983.

Perkins, A. et al., "Design of a Retrovirus–Derived for Expression and Transduction of Exogeneous Genes in Mammalian Cells", *Molecular and Cellular Biology*, vol. 3, No. 6, pp. 1123–1132, Jun. 1983.

Sarver N. et al., "Bovine Papilloma Virus Deoxyribonucleic Acid: A Novel Eucaryotic Cloning Vector", *Molecular and Cellular Biology*, 1: 486–496 (1981).

Serfling, E. et al., "Enhancers and Eukaryotic Gene Transcription", *Trends in Genetics*, pp. 224–230, Aug. 1985.

Shulman, M. et al., "A Better Cell Line for Making Hybridomas Secreting Specific Antibodies", *Nature*, vol. 276, pp. 269–270, Nov. 16, 1976.

*Primary Examiner*—Nancy Degen
*Assistant Examiner*—Irem Yucel
*Attorney, Agent, or Firm*—Venable; John W. Schneller; Lawrence J. Carroll

[57] **ABSTRACT**

A myeloma cell-line transformed with a vector including a gene coding for a eukariotic polypeptide and a non-immunolglobulin promoter such that expression occurs of the gene coding for the eukariotic polypeptide, directed by the non-immunoglobulin promoter. The promoter may be a viral promoter, such as an SV40 promoter, a Rous sarcoma virus long terminal repeat or a Moloney murine leukemia long terminal repeat, or a non-viral promoter such as the mouse metallothionein promoter. Rat and mouse host myeloma cell-lines such as the rat YB/2/3.0 Ag20 hybridoma, the mouse SP-20 Ag hybridoma and the mouse NSO hybridoma are employed. The production of tissue plasminogen activator (tPA) is exemplified.

**10 Claims, 3 Drawing Sheets**



FIG. 1A pSV2β globin



FIG. 1B pSV3B ne



FIG. 1C pSV3 mmne



FIG. 1D



FIG. 1E



FIG. 1F pAC1

FIG. 1G pAC2

FIG. 1H pAC5

FIG. 1I pAC6

FIG. 1J pPR1

Case 1:07-cv-00467-GMS     Document 1-5     Filed 07/27/2007     Page 18 of 26





FIG. 3

5,981,216

**1**

TRANSFORMED MYELOMA CELL-LINE
AND A PROCESS FOR THE EXPRESSION OF
A GENE CODING FOR A EUKARYOTIC
POLYPEPTIDE EMPLOYING SAME

This is a Division of application Ser. No. 07/701,374 filed May 13, 1991 which is a Continuation of application Ser. No. 06/939,130 filed Nov. 24, 1986, now abandoned which is the National Stage entry of PCT/GB86/00187, filed Apr. 1, 1986.

FIELD OF THE INVENTION

This invention relates to the field of recombinant DNA biotechnology. In particular, it relates to transformed myeloma cell-line and to a process for the expression of a gene coding for a eukaryotic polypeptide in myeloma cells.

BACKGROUND TO THE INVENTION

In recent years, advances in biotechnology have led to an ability to produce eukaryotic polypeptides on an industrial scale by the expression of appropriate genes in the cells of host cell-lines. The commercial success of such processes depends upon the efficiency with which a particular gene can be expressed in the cells of a given host cell-line. There is a continued need for expression systems exhibiting high expression efficiency.

Early expression experiments were conducted using bacterial cell-lines. However, the disparity between such cellular environments and the normal environment of eukaryotic polypeptides leads to some undesirable effects and generally to a low product output. These effects have been, to some extent, ameliorated by the use of eukaryotic cell-lines, particularly mammalian cell-lines, as hosts. A variety of mammalian cell-line expression systems are known (see for example U.S. Pat. No. 4,419,446 (Howley, et al) which describes the transformation of mouse fibroblast cells with a vector including a gene coding for human insulin).

Studies relating to the expression of immunoglobulin genes have involved the use of recombinant DNA techniques to clone the relevant genes and to transform mammalian cells with the cloned genes. (Morrison, S. L. and Oi, V. T. Ann Rev. Immunol. (1984) 2 239–256). Myeloma cell-lines have been used as hosts and various vectors have been produced to transform myeloma cell-lines. These vectors in general carry an immunoglobulin promoter and gene. The vectors also include selectable markers to allow selection of host myeloma cells which have been successfully transformed. The markers comprise viral promoters driving expression of prokaryotic genes coding for non-secreted products which confer antibiotic resistance on transformed host cells. The products, which have a catalytic inactivating effect upon antibiotics, are produced at low levels.

These studies have shown that myeloma cell-lines exhibit a very specialised function in the expression of immunoglobulin genes. It has been shown that chimaeric mouse/human immunoglobulins can be produced in myeloma cells (Morrison, S. L. et al PNAS USA (1984) 81 6851–6588; Neuberger, M. S. Nature (1985) 314 268–270; Boulianne, G. L. Nature (1984) 312 643–646) and also that chimaeric immunoglobulin/enzyme and immunoglobulin/antigen polypeptides can be produced in myeloma cells. In all cases, an immunoglobulin promoter is used to direct expression of the desired product which comprises, at least in part, an immunoglobulin.

It has now been surprisingly discovered that it is possible to express eukaryotic genes at high levels in myeloma

**2**

cell-lines from non-immunoglobulin promoters. This result is surprising in view of the specialised nature of myeloma cells and the known dependence upon cell type of the expression of eukaryotic genes.

SUMMARY OF THE INVENTION

According to a first aspect of the invention there is provided a myeloma cell-line transformed with a vector including a gene coding for a eukaryotic polypeptide and a non-immunoglobulin promoter, such that expression occurs of the gene coding for the eukaryotic polypeptide directed by the non-immunoglobulin promoter.

According to a second aspect of the present invention there is provided a process for preparing a eukaryotic polypeptide comprising culturing myeloma cells transformed with a vector including a gene coding for the eukaryotic polypeptide and a non-immunoglobulin promoter, such that when the vector is transformed into myeloma cells, expression occurs of the gene coding for the eukaryotic peptide, directed by the non-immunoglobulin promoter.

The vector, which may be a plasmid and which may be an episomal vector, but is preferably an integration vector, includes a selectable marker, such as a resistance marker. The resistance marker may be placed near to the site of insertion of the heterologous coding sequence and is preferably under the control of a separate promoter, for example an SV40 promoter. The resistance marker may be replaced with or supplemented with an amplifiable gene such as the gene coding for dihydrofolate reductase (dhfr).

The promoter is preferably a viral promoter, most preferably derived from a retrovirus, for example, a long terminal repeat (LTR) derived from such a retrovirus. Examples of suitable promoters are a Simian virus 140 (SV40) promoter preferably the late SV40 promoter and the Rous sarcoma virus long terminal repeat (RSV LTR). The RSV LTR is a DNA sequence which has previously been described as a strong promoter when introduced into a variety of eukaryotic cells such as fibroblast cell-lines (Gorman, et al (1982) PNAS 79 6777–6781). However, due to the specialised nature of myeloma cells, it is entirely unexpected that the RSV LTR proves effective in a myeloma cellular environment.

Alternatively the promoter may be non-viral, such as the mouse metallothionein promoter.

The term "myeloma" as used herein encompasses mammalian myeloma cells and cells derived therefrom by fusion, such as hybridoma type cell-lines.

The eukaryotic polypeptide may be a mammalian polypeptide such as an enzyme (for example, chymosin), an enzyme inhibitor, a hormone (for example, growth hormone), a lymphokine (for example, an interferon), or an immunoglobulin or a fragment thereof (for example a fab fragment).

The eukaryotic polypeptide may be a fusion polypeptide comprising at least in part a eukaryotic polypeptide. The eukaryotic polypeptide may be in a naturally occurring form or in the form of a functionally equivalent derivative. The eukaryotic polypeptide may include a signal sequence allowing export of the polypeptide from the host myeloma cell.

In the embodiment described below by way of example, the eukaryotic polypeptide is tissue plasminogen activator (tPA), an especially preferred product.

Particular expression vectors of the invention are designated p6, p3.16, pRSV3, pZAP7, pAC1, pAC2, pAC5

5,981,216

3

p6GD, p6gpt, pR5D3, pAC6 and pRI, the construction of which form available materials is described in detail below.

The myeloma cell-line may be a rat or mouse myeloma or hybridoma cell-line, such as the rat YB2/3.0 Ag20 hybridoma cell-line, the mouse NSO hybridoma cell-line or the mouse SP2-0Ag hybridoma cell-line.

We have discovered that certain combinations of myeloma cell-lines with vectors carrying specific promoters exhibit advantageous properties. Preferably when the cell-line is a rat cell-line, such as the rat YB/3.0 Ag20 hybridoma cell-line, the promoter used is the RSV LTR. Preferably where the cell-line is a mouse cell-line, such as the mouse SP2-0Ag hybridoma, the mouse NSO hybridoma cell-line or an NSO-derived hybridoma cell-line, the promoter used is the SV40 late promoter.

Where the eukaryotic polypeptide includes the relevant signal sequences (at least in the initially translated product) export of the polypeptide occurs to the culture supernatant, allowing an improved process which does not require cell disruption to harvest the product.

The process for preparing a eukaryotic polypeptide may comprise isolating the polypeptide from the culture supernatant of a culture of myeloma cells transformed with a vector of the invention such that expression of the gene and secretion of the polypeptide product occurs.

Rat hybridoma cell-line YB2/3.0 Ag20 is described in British patent specification 2079313 and is on deposit at the American Type Culture Collection (as YB2/0 or YB2/3HL. P2. G11. 16Ag.20) under Accession Number CRL1662 (Data of deposition earlier than Jun. 1, 1985).

Mouse hybridoma cell-line SP2-0Ag14 is on deposit at the American Culture Collection under Accession Number CRL1581 (Data of deposition earlier than Jun. 1, 1985).

Mouse hybridoma cell-line P3/NS1/1 Ag4.0 (the NS1 cell-line) is on deposit at the American Culture Collection under Accession Number T1B18 (Date of deposition).

BRIEF DESCRIPTION OF DRAWINGS

The invention is now described with reference to the accompanying drawings in which:

FIGS. 1A–1J show restriction maps of plasmids pSV2 B globin, pSV3 Bne, pSV3 MMne, p6, P3.16, pRSV3, pZAP7, pAC1, pAC2, pAC5, pAC6 and pPR1 (The direction of transcription of the tPA and BPV genes is denoted by arrows. The positions of the restriction enzyme sites for EcoRI, BamHI and SalI are denoted E, B and S respectively. The origin of the various sequences are denoted:—BPV ▧▧pBR322 derived DNA; ☐mouse metallothionein promoter; ■LTR promoters from either mouse Moloney leukaemia virus (pACI, pAC3) or Rous Sarcoma virus (pAC4, pAC5, pAC6 and pPR1); ☒☒tPA cDNA gene; ☐ SV40 polyA site; ▨▨SV40 late promoter; ▬ selection gene; ☒☒SV40 early promoter; ▨▨SV40 sequences).

FIGS. 2A–2F comprise photographs of fibrin agarose plates containing cells (SP2/O-Ag14) transfected with identical plasmid constructs, except for promoter fragments 5' of the tPA gene, at times 24 hours and 48 hours from the start of transfection, and

FIG. 3 is a graph showing profiles for growth and tPA synthesis by pRI 1/10 cells in an air lift fermenter (Viable cells Δ; tPA determined by ELISA ●; tPA determined by fibrin agar assay o).

4

DESCRIPTION OF SPECIFIC EMBODIMENTS

1. Vector Construction

1.1 Tissue Plasminogen Activator (tPA) cDNA Expression Constructs

The methods used in these constructions are as described in detail by Maniatis et al (1982). The tPA specific DNA sequences used in this study were derived from two cDNA clones isolated from a Bowes melanoma library (Harris et al 1986). Plasmid ptPA.A3 was constructed by adding HindIII linkers to a 1200 base pair (bp) fragment (nucleotides 9 to 1197, Pennica et al, 1983) of tPA cDNA. The cDNA was then cloned into pAT153 at the unique HindIII site. Plasmid ptPA21 was constructed by cloning a BglI cDNA fragment (nucleotides 187 to 2166) into a plasmid with a unique BglII site. A full-length tPA cDNA gene was made by cloning the BglII fragment from ptPA21 into the BglII site of ptPA.A3. The resultant plasmid ptPA 3/21 contains 76 bp of 5' non-coding sequence, the complete tPA coding region, 393 bp of 3' non-coding sequence, and a repeat segment of tPA coding region (nucleotides 187 to 1197), all on a single HindIII fragment. A second plasmid p81/11 was also constructed in which this HindIII fragment was inverted relative to pAT153 sequences.

Plasmid p81/11 was digested with BalI and the BalI fragment containing 116 nucleotides of 3' non-coding sequence, the repeated segment of tPA coding region, and some pAT 153 sequences were removed leaving plasmid pBSI. Single BamHI and SalI restriction enzyme sites were re-introduced into pBSI by ligation of the 275 bp BamHI/SalI fragment from pAT 153, whose cohesive termini had been filled in with DNA polymerase; into the BalI site. Depending upon the orientation in which the fragment was inserted, either a SalI site (pBS17) or a BamHI site (pBS18) was reformed at the 3' end of the tPA gene. Plasmid pBS18 was the precursor for all tPA cDNA expression constructs.

1.2 Mouse Metallothionein (MMT-I) Promoter

Clone 28 (Dr. D. Hamer; National Institute of Health, Bethesda, Md, U.S.A.) has the entire SV40 genome cloned into a BamHI site and a 3.8 Kb EcoRI fragment containing the mouse metallothionein I (MMT-I) gene (Hamer and Walling, 1982) cloned into an EcoRI site. This plasmid provided the MMT-I promoter used in tPA expression constructs. The unique BglII site, 4 bp upstream of the translation start point (Glanville, et al, 1981), was converted to a HindIII site using the oligonucleotide CCAAGCTTGG.

A 2.0 Kbp HindIII fragment derived from clone 28 containing the MMT promoter was cloned into the unique HindIII site of pBS18 resulting in the formation of a transcriptional fusion between the MMT promoter and tPA coding sequences. This plasmid was called pBS18M3. A BamHI/BclI fragment of 243 bp derived from clone 28 and containing the SV40 polyadenylation site was inserted into the BamHI site of pBS18M3. The polyadenylation site was orientated in the early to late direction thus recreating a BamHI site distal to the tPA gene. This plasmid was denoted p3.16.

1.3 Rous Sarcoma Virus and Moloney Murine Leukaemia Virus Long Terminal Repeats

The long terminal repeats (LTR) of the Rous sarcoma virus (RSV) and Moloney murine leukaemia virus (Mo MLV) were isolated as ClaI/HindIII fragments from pRSV-cat (Gorman et al. 1982) and p836 (Hoffmann et al, 1982), respectively. In the former case, a MboII site was converted to a ClaI site using the oligonucleotide GGATCGATCC and in the latter case, a SmaI site was converted to a ClaI site using the oligonucleotide GGATCGATCC and in the latter case, a SmaI site was converted to a HindIII site using the

5,981,216

5

oligonucleotide CCAAGCTTGG. The fragments were individually cloned into p3.16, previously cut with ClaI and HindIII, so that the MMT promoter could be replaced by a retrovirus LTR promoter. The resultant plasmids were called pRSV3 (containing the RSV LTR) and pZAP7 (containing the MoMLV LTR). (see FIG. 1).

1.4 SV40 Late Promoter

The plasmid containing the SV40 late promoter driving tPA was constructed using p3.16 as the basic vector. The SV40 late promoter was isolated from pSV2 neo by PvuII digestion, followed by addition of HindIII linkers, and subsequent HindIII digestion. The SV40 late promoter fragment so generated was purified by gel electrophoresis and used to replace the HindIII promoter fragment of MMT from plasmid p3.16. The plasmid generated was denoted p6. (FIG. 1).

1.5 Comparative Example—Immunoglobulin Promoter/Enhancer

A plasmid containing an immunoglobulin promoter/enhancer combination was constructed using pAT153 as the basic vector (Twigg and Sherratt, 1980). The EcoRI-BamHI region in pAT153 was replaced by the Ig heavy chain enhancer (Ig en) on a XbaI-EcoRI fragmment, (Gillies et al, 1983) converted to an EcoRI fragment by addition of EcoRI linkers. The Ig en was cloned in the sense orientation relative to an Ig heavy chain promoter (Ig Pro) isolated as a 1.3 kb EcoRI-NcoI fragment. This promoter fragment is derived from phage clone VNPB-186, (Bothwell et al, 1981) with its NcoI site filled in by polymerase and converted to a BglII site by linker addition, resulting in generation of vector pMI205. The tPA gene was introduced into this vector as a BamHI fragment. This was isolated from pBS18 as a BamHI-HindIII fragment followed by addition of BamHI linkers. The tPA BamHI fragment was introduced into the BglII site of pMI205 creating pMI205tPA.

The five plasmids p3.16, pRSV3, pZAP7, p6 and pMI205 (FIG. 1) were the direct precursors of the tPA expression constructs, and also the plasmids used in transient assays for tPA production.

1.6 Selection Markers and Other Functional Fragments

The genes responsible for conferring dominant selection were derived from pSV2 neo (Southern and Berg, 1982), pSV2dhfr (Subramani et al, 1981) and psV2gpt (Mulligan and Berg, 1981).

The resistance to antibiotic G418 conferred by the transcription unit in pSV2 neo ('neo'), was used in the majority of the described constructs. In order for the 'neo' transcription unit to be used it was recloned to be contained within both a BamHI and also a HindIII fragment.

The starting point for these vector constructs was pSV2 βglobin (FIG. 1), (Southern and Berg, 1982). The vector's HindIII site was converted into a BglII site followed by removal of the resultant BglII fragment containing βglobin. The resultant plasmid, pSV2 BglII formed the basis of the next step-conversion of the PvuII site into a HindIII site generating plasmid pSV3M.

The introduction of the 'neo' gene into pSV3M was via replacement of the BglII-BamHI poly A-splice gene fragment by a BglII-BamHI fragment isolated from pSV2 neo. The resultant plasmid, pSV3Mne, now contained the SV40 early promoter driving the expression of the 'neo' gene without a poly A sequence, contained within a HindIII-BamHI fragment. The HindIII and BamHI sites of pSV3Mne were separately converted into BamHI and HindIII sites respectively resulting in the generation of plasmids pSV3Bne and pSV3MMne (FIG. 1) respectively.

In order to produce a suitable gene fragment for the use of the xanthine-guanine phosphoribosyltransferase (gpt)

6

gene from pSV2gpt (Mulligan and Berg, 1981), conferring dominant selection in the presence of mycophenolic acid and xanthine (Morrison and Oi, 1984), we replaced the BglII-BamHI fragment of pSV3Mne containing the 'neo' gene with the BglII-BamHI fragment of pSV2 gpt containing the gpt gene. The resultant plasmid pSV3 gpt contains the SV40 early promoter driving expression of gpt with a poly A-splice from SV40 at the 3' end on a HindIII-BamHI fragment. This vector's HindIII site was then converted to a BamHI site, producing plasmid pSV3 Bgpt, providing a suitable BamHI fragment for use in the described vectors.

To enable a study of the utility of amplification within myeloma cells, we made use of the mouse dihydrofolate reductase (dhfr) cDNA gene as contained in pSV2 dhfr (Subramani et al, 1981).

In order to produce a gene fragment of the SV40 early promoter and dhfr suitable for our vectors, we converted the PvuII site of pSV2 dhfr to a BamHI site by linker addition, generating plasmid pDB. pDB contains a BamHI fragment containing the SV40 early promoter driving the dhfr gene with the SV40 poly A- splice sequence at the 3' end.

Plasmid BMTHI (Dr. G. N. Pavlakis; National Cancer Institute; Frederick, Md.) contains the entire BPV-1 genome and the complete MMT-I gene on a BamHI/SalI fragment. A second plasmid, pBMT13, was constructed from pBMTHI in which the BamHI site was converted to a SalI site and the SalI site was converted to a BamHI site.

Initial vectors were based on BPV vectors in order to examine the potential value of these. The studies with pBMT13 demonstrated that heavy metal selection with myeloma cells was not useful. This raised the need for another selection system within BPV. In order to construct BPV vectors conferring dominant selection in myeloma cells, we introduced the 'neo' gene cassette from pSV3MMne isolated as a HindIII fragment enabling the direct replacement of the MMT-I gene in pBMT13. This replacement of MMT-I gene resulted in two new BPV-based plasmid vectors, p2012SneR and p2012SneL, containing the SV40 early promoter driving the 'neo' gene as a HindIII insert, in both orientations relative to BPV. These BPV vectors formed the basis of the vectors tested in myeloma cells using the tPA plasmids described above p6, p316, pRSV3 and pZAP7. The resultant plasmids PAC1, pAC2, pAC5, and pAC6 were generated by replacing the BamHI-SalI pAT153 sequence with BamHI-SalI fragments from p6, p316, pRSV3 and pZAP7.

Further constructs were made without the use of BPV. In these later constructs, use was made of the BamHI fragments from pSV3ne, pSV3 Bgpt and pDB conferring a dominant selectable marker on the plasmids.

In order to use pRSV3 for generation of stable cell lines, in the absence of a BPV vector conferring selection, a selection marker was introduced into the BamHI site. The selection cassette used was the BamHI fragment from pSV3Bne, producing plasmids pPRI and pPRII containing the BamHI fragment in both orientations. In addition to the 'neo' gene, the BamHI selection cassette from pSV3 Bgpt and pDB were also introduced at the BamHI site, resulting in the production of pRSG containing the gpt gene and pRSD3 containing three or more dhfr gene cassettes.

To make use of the SV40 later promoter driving tPA expression, in the absence of BPV, similar constructions as above were made. The BamHI gpt gene cassette from pSV3 Bgpt was introduced producing p6 gpt. The utility of the p6 gpt vector was further enhanced by the introduction into partial BamHI-digested p6 gpt the dhfr BamHI expression cassette, giving rise to p6GD.

5,981,216

7

2. Transfections

The cell lines used for transfections were SP2-OAg 14 (Shulman et al, 1978); NSO, this is a subline of P3/NS1/1 Ag4.1 (Kohler et al, 1978); that does not express the intracellular light chains (M. Clark, B. W. Weight and C. Milstein); 001; a BALB/c×NSO hybridoma (Sherwood, M. unpublished) and YB2/3.0 Ag20 (U.K. Patent GB2079313). These cell lines were maintained in Dulbecco modified Eagle's medium (DMEM, Gibco Ltd., U.K.) with penicillin (50 U/ml), streptomycin (50 μg/Ml), 1 mM pyruvate, 2 mML- glutamine and heat inactivated foetal calf serum (10%).

In order to introduce DNA into myeloma cells we have made use of the standard methods using DEAE-Dextran, CaPO4 and electroporation (Banerji et al, 1983; Graham and Van der Eb, 1973; Potter et al, 1984). The majority of our transfections were made using a modification to the DEAE-Dextran method making use of dimethyl sulphoxide (DMSO) stock (Lopata et al, 1984) and chloroquinine (Lathman and Magnusson, 1983) to improve transfections.

The cells, after transfections, were typically left for 24 hours before selection was introduced. The transfections with plasmid constructs containing the 'neo' gene cassette from either pSV3Bne or pSV3MMne were selected using the antibiotic G418 (Geneticin Gibco Ltd., U.K. [Schering Corp. U.S. Pat. Nos. 3,959,254, 3,997,403]) at a concentration of 1.4 mg/ml.

The plasmids containing the gpt gene cassette from pSV3 Bgpt were selected for by supplementing the culture medium with 200 μg/ml xanthine, 5 μg/ml mycophenolic acid (Gibco, U.K.) and 13.6 μg/ml of hypoxanthine.

The selection of plasmids containing the dhfr gene cassette from pDB was carried out at 150 nM methotrexate (Page, 1985).

In the case of transfection with p6GD, cell lines were initially selected making use of the gpt gene cassette followed by the utilisation of the dhfr gene cassette for amplification.

The cells, after the introduction of the selection, were allowed to incubate again for a further 24–48 hours before being plated out into microtitre dishes for clone selection. These microtitre dishes were typically incubated for 2–3 weeks before the first clones appeared. The clones were allowed to grow up to saturation (turning the culture media phenol red to yellow) prior to assaying the supernatants or to expansion into 24 well tissue culture dishes. The cell lines from those transfections which demonstrated useful levels of tPA production (greater than 100μ/ml) were stored as frozen stocks in liquid nitrogen after supplementing the culture medium with 10% DMSO. These cell lines were also recloned and selected high producers also stored as above.

Quantitation of tPA Protein

The tPA from cell lines was either assayed via fibrinolysis or by an enzyme linked immunosorbent assay (ELISA).

Active tPA protein in the medium was assayed using a fibrin-agarose plate assay as modified by Cederholm-Williams. LGT agarose, 20 mg/ml, in 0.1 M Tris (pH 7.4), 0.15 M NaCl, and 2 mM CaCl2 was melted and cooled to 55° C. An equal volume of fibrinogen, 2 mg/ml in 0.9% (w/v) NaCl, and human plasminogen to a final concentration of 10 μg/ml were added. Fibrin polymerisation was initiated by adding bovine thrombin to 0.12 units/ml. The mixture was poured on polyester sheets and allowed to set. Dilutions of samples and dilutions of a urokinase standard solution of known concentration (5 μl volume) were added to wells punched in the gel and the plates were incubated at 37° C. for 17 to 20 hours in a humidified chamber. The diameters

8

of the areas of lysis were measured. A standard curve was drawn from the urokinase data by plotting the log of the diameter squared against the log of the concentration. The amount of activity in the samples was determined from the standard curve. Within the 10 to 100 units/ml range, urokinase was shown to be a suitable standard for estimating tPA activity.

Total tPA protein in culture medium from the transfected cell line was assayed using an ELISA. The ELISA was performed in Nunc Immuno assay plates (Nunc, Denmark) coated for 1 hour at 37° C. with 2 μg/ml of a goat polyclonal anti tPA (Biopool, Sweden) in 0.05M sodium carbonate (pH 9.6). These plates were blocked for 1 hour with 0.5% casein Hammerstem in 0.05M sodium carbonate (pH 9.6). These coated and blocked microtitre plates, and plates at other wash stages were washed with phosphate buffered saline, with 0.02% Tween 20. Samples for assay were diluted into sample buffer (0.1M Tris-HCl Ph 7.0, 150 mM NaCl, 0.02% casein and 0.02% Tween 20). The standard used in this assay was two chain tPA (Biopool, Sweden). Samples were introduced at 100 μl per well and incubated for 1 hour at room temperature with shaking. The plates were then washed and 1 μg/ml of MAC010, a mouse monoclonal antibody to tPA, in sample buffer added to each well (100 μl). These were incubated for 1 hour at room temperature with shaking. The plates, after incubation with the monoclonal antibody, were washed and 100 μl of goat anti-mouse IgG Fc specific peroxidase conjugate was added to each well and incubated for 1 hour at room temperature with shaking. The plates, after incubation with conjugate, were washed and then developed as described (Bos et al, 1981).

Transient Assays of tPA Production in Myeloma Cells

In order to evaluate the ability of our plasmid constructs to direct the expression of eukaryotic gene products, we adapted the fibrin overlay assay for plasminogen activators into a rapidly sensitive and consequently powerful transient assay system (Jones et al, 1975; Kenten et al, 1986).

The plasmids used for these transient assays of tPA production were those described earlier namely:

p3.16 containing the mouse metallothionein promoter,

pRSV3 containing the RSV LTR,

pZAP7 containing the MoMLV LTR,

p6 containing the SV40 late promoter and

pMl205 tPA containing an immunoglobulin promoter/ enhancer combination.

The transfections were carried out using the DEAE-Dextran method as described and the cells were put directly into the tPA assay described below.

For the tPA assay, transfected cells were scraped off the plate (about 5×10^6) and 10% of the cells taken and washed twice in serum-free DMEM (Gibco), 1 mM pyruvate, 50 IU/ml penicillin, 50 μg/ml streptomycin (P/S), 2 mM L-glutamine (Gln). These cells were then suspended in 7 ml of 70% DMEM as above, supplemented with 10% (v/v) acid treated foetal calf serum (FCS); 30% (v/v) Hanks balanced salts (Gibco), supplemented with 2.5% low gelling temperature agarose (Sigma Ltd.) at 42° C. This suspension was then supplemented with 0.5 units of thrombin (from bovine plasma 500 U/ml, Sigma Ltd.). Finally, 1.5 mls of DMEM, 1 mM pyruvate, P/S, Gln, 10% (v/v) acid treated FCS, 30 mg/ml fibrinogen (from bovine blood, type I-S, Sigma Ltd.) was added and the mixture poured immediately into a 90 mm dish.

These dishes were incubated for times up to 48 hours in order to determine the level of tPA being produced from these transfections. The results were recorded as relative levels of fibrinolytic activity, FIG. 2 shows a typical result.

5,981,216

9

The results from these transfections demonstrated that for YB2/3.0 Ag20 promoters were ranked: RSV LTR, SV40 late, MoMLV LTR and MMT in descending order of activity. Cell lines SP2/O-Ag14 and a BALB/cxNSO mouse hybridoma demonstrated a ranking of the promoters: SV40 late, RSV LTR, MoMLV LTR and MMT in descending order of activity.

We also tested one immunogloublin promoter in combination with a partially characterised enhancer fragment as described in the vector constructs section above. This gave levels of tPA expression very similar to the MMT promoter in myeloma cell lines.

The results from these assays provide a useful framework on which to base an initial study of cell lines with integrated genes for expression. The transient assay only provides a measure of the promoter strength isolated from the normal gene environment (within the chromosome). Thus one may find differences between results from transient and stable cell-lines in terms of promoter preference.

tPA Producing Cell Lines

The tPA producing cell lines have been derived from the mouse hybridomas SP2/O-Ag14, NSO and the rat hybridoma YB2/3.0-Ag20. These cell lines illustrate the ability of viral promoters to drive the expression of eukaryotic genes in hybridoma and myeloma cell lines.

The mouse hybridoma cell line SP2/O-Ag14 was chosen as it represents a good candidate for a production cell line as it grows well in serum free medium as a suspension. The transfection of this cell line with plasmids aPC1, pAC2, pAC6 and pPRI demonstrated the ability to obtain cell lines expressing tPA from SP2/O-Ag14. The results with pACl, pAC2, pAC6 and pPRI demonstrate the potential of the MMT, RSV LTR and Mo MLV LTR promoters to drive expression of eukaryotic proteins in this cell line.

The results for SP2/O-Ag14 (Maximum Levels) were as follows:

| Plasmid | Promoter | Maximum U/ml of Culture |
|---------|----------|-------------------------|
| pAC2 | MMT | 4 U/ml |
| pAC1 | Mo MLV LTR | 50 U/ml |
| pAC6 | RSV LTR | approx. 10 U/ml |
| pPRI | RSV LTR | 4 U/ml |

The other mouse hybridoma cell line, NSO, also has the desirable growth characters of SP2/O-Ag14. One plasmid vector (p6GD) was transfected in NSO to generate cell lines. These cell lines were demonstrated to synthesise tPA up to 27 U/ml under the influence of the SV40 late promoter.

The rat hybridoma studies was the YB2/3.0-Ag20 cell line which has proved valuable in generating high producing hybridoma cell lines. This cell line was productively transfected with pAC1, pAC6, pPRI, p6GD, pRSD3 and p6 gpt demonstrating the ability of the Mo MLV LTR, RSV LTR and the SV40 late promoters to drive expression in this cell line.

The results for the cell lines obtained by transfection are shown below:

| | YB2/3.0-Ag20 (Maximum Levels) | |
|---------|----------|-------------------------|
| Plasmid | Promoter | Maximum Units/ml of Culture |
| pAC1 | Mo MLV LTR | 50 |
| pAC6 | RSV LTR | 200 |
| pPRI | RSV LTR | 900 |

10

-continued

| | YB2/3.0-Ag20 (Maximum Levels) | |
|---------|----------|-------------------------|
| Plasmid | Promoter | Maximum Units/ml of Culture |
| P6GD | SV40 late | +Ve |
| p6 gpt | SV40 late | 6.6 |
| pRSD3 | RSV LTR | 45 |

Amplification

The amplification of the gene copy number is a recognised route to improve the production of protein from expression systems. This has been largely due to the recognition of gene amplification as a mechanism naturally found in various specialised tissues or species (Schimke, 1984). This mechanism has been utilised in eukaryotic expression systems but only significantly in Chinese hamster cell lines (Kaufman et al, 1983). The best characterised apliification system is that based on dhfr and ethotrexate (Schimke, 1984). Thus with this background it was of interest to see if co-amplification of gene expression could be made to function usefully in the mouse and rat hybridoma/myeloma cell lines.

The study carried out made use of the plasmid construct pRSD3 and the cell line YB2/3.0-Ag20. This plasmid vector was transfected into YB2/3.0Ag20 and clones selected using 150 nM methothrexate. These cell lines were screened and producing clones were selected to grow on higher and higher levels of methotrexate using recognised methods (Kaufman, et al, 1983). The cell lines were stored at the start of the amplification and at intervals during the amplification. The range of expression for tPA was typical with a wide spectrum of activity being observed in the initial cell lines isolated.

Our results demonstrated that as resistance to methotrexate increased so did the level of tPA production demonstrating that indeed co-amplification with hybridoma/myeloma cell lines was valuable.

This utility is best illustrated with our best example cell line YO/pRSD3/2D. This started at 45 U/ml tPA growing in 150 nM methotrexate. The level of tPA production was raised to 5800 U/ml growing in 3 $\mu$M methotrexate after 5 months.

In order to prove the value of these transfected cells in large scale culture, one cell line was selected for evaluation in a small airlift fermenter. The cell line chosen was YB2/3.0Ag20 transfected with pPRI, a clone which had demonstrated high levels of production in stationary culture, pRI 1/10.

Fed Batch Culture of Cell Line pPRI 1/10 in an Airlift Fermenter

The aim of this experiment was to access growth and tPA synthesis by cell line pPRI 1/10 in a production type cell culture reactor.

The cell reactor used was an aiflift fermenter (ALF) of 5 litres working volume with automatic control of dissolved oxygen tension (DOT), pH and temperature. DOT was controlled by regulated injection of air or oxygen into a sparged ballast gas of nitrogen or air. pH was controlled by regulated injection of carbon dioxide into this gas mixture or by applying a pumped feed of alkali to the culture. Temperature was controlled by a flow of temperature regulated water to the reactor jacket.

Cell stocks of the cell line pPRI 1/10 were routinely grown in roller bottle culture in a growth medium consisting of Dulbecco's modification of Eagle's medium (DMEM) supplemented with heat-inactivated foetal calf serum (FCS) at 10% vol/vol.

5,981,216

**11**

Medium for the ALF culture was a serum-free formulation consisting of a DMEM base supplemented with albumin, insulin, transferrin, ethanolamine, choline, vitamins, trace metals and a shear protective polymer.

Cell inoculum for the ALF culture was grown in serum-supplemented medium. The cells were sedimented by centrifugation and resuspended in the serum-free growth medium prior to inoculation into the ALF. During the ALF culture supplementing nutrients were added. These consisted of:

a) a shot addition of glutamine to give an increase of 2 mM final concentration in the culture

b) a shot addition of the "insoluble" amino acids tryptophan, tyrosine and cysteine

c) a pumped feed consisting of glucose choline and the "soluble" amino acids.

Samples were removed from the culture at daily intervals. Cell counts were performed using a modified Fuchs Rosenthal counting chamber and cell viability was assessed by exclusion of Trypan Blue stain. Aliquots of culture supernatant were snap frozen in liquid nitrogen and then stored at –70° C. for subsequent quantitation of tPA by tPA ELISA and by fibrin agar plate assay.

FIG. 3 shows profiles for growth and tPA synthesis by pPRI 1/10 cells in airlift culture. Cells attained a maximum viable population density of $2.2 \times 10^6$/ml and a maximum total population density of $4 \times 10^6$ml. tPA was synthesised throughout the duration of the culture, reaching a maximum concentration of 42 ug/ml measured by fibrin agar plate assay and 38 ug/ml measured by tPA ELISA. The close agreement between ELISA (which would detect both active and inactive tPA) and the fibrin agar plate assay indicates that the tPA synthesized was fully active.

The invention is described by way of example only, and modifications of detail may be made within the scope of the invention.

REFERENCES

Southern, P. J. and Berg, P., Transformation of mammalian cells to antibiotic resistance with a bacterial gene under control of the SV40 Early Region Promoter, J. Mol. Applied Genetics, 1982; 1:327–341.

Subramani, S., Mulligan, R. and Berg, P. Expression of the mouse dihydrofolate reductase complementary deoxyribonucleic acid in Simian virus 40 vectors. Mol. Cell. Biol. 1981; 1: 854–864.

Mulligan, R. C., and Berg, P. Selection for animal cells that express the Escherichia Coli gene coding for xanthine-guanine phophoriboxyltransferase. Proc. Nat. Acad. Sci. USA, 1981, 78: 2072–2076.

Banerji, J., Olson, L. and Schaffner, W. A. Lymphocyte specific cellular enhancer is located downstream of the joining region in immunoglobulin heavy chain genes. Cell (1983) 33: 729–740.

Graham, F. L., and A. J. van der Eb. A new technique for the assay of infectivity of human adenovirus 5 DNA. Virology (1983) 52: 456–467.

Potter, H., Weir. L., and Leder, P. Enhancer-dependent expression of human R immunoglobulin genes introduced into mouse pre-B₂ lymphocytes by electroporation. Proc. Natl. Acad. Sci USA (1984) 81: 7161–7165.

Lopata, M. A., Cleveland, D. W., and Sollner-Webb, B. High level transient expression of a chloramphenicol acetyl transferase gene by DEME-dextran mediated DNA transfection coupled with a dimethyl sulfoxide or glycerol shock treatment. Nucleic Acids Res. (1984) 12: 5707–5717.

**12**

Luthman, H. and Magnusson, G. High efficiency polyoma DNA transfection of chloroquinine treated cells Nucleic Acids Res. (1983) 11: 1295–1308.

Page, M. J., Expression of amplified human beta interferon genes using heavy metal induction in Chinese hamster ovary cells. Gene (1985) 37: 139–144.

Jones, P., Benedict, W., Strickland, S. and Reich, E. (1975). Fibrin overlay methods for the detection of single transformed cells and colonies of transformed cells. Cell 5: 323–329.

Kenten, J. H., Wood, C. R., Stephens, P. E., Bendig, M. M., Boss, M. A. and Hentschel, C. C. A sensitive non-destructive assay for transfected genes. DNA (1986) June, (in Press).

Bos, E. S., Vander Doden, A. A., Van Roog, N. and Schmurs, A. H. W. M. (1981) J. Immunoassay 2, 187–204.

Twigg, A. and Sherratt, D. (1980) Trans-complementable copy-number mutants of plasmid ColE1. Nature 283: 216–218.

Maniatis, T., Fritsch, E. F. and Sambrook, J. (1982) Molecular cloning (a laboratory manual), Cold Spring Harbor Laboratory.

Pennica, D., Holmes, W. E., Kohr, W. J. Harkins, R. N., Vehar, G. A. Ward, C. A., Bennett, W. F., Yelverton, E., Seeburg, P. H., Heyneker, H. L., Goeddel, D. V. and Collen D. (1983). Cloning and expression of human tissue-type plasminogen activator cDNA in E. coli. Nature 301: 214–221.

Bothwell, A. L. M., Paskind, M., Reth, M., Imanishi-Kari, T., Rajewsky, K. and Baltimore, D. (1981). Heavy chain variable region contribution to NPᵇ family of antibodies: Somotic mutation evident in 2b. Cell 24: 625–637.

Gillies, S. D., Morrison, S. L., Oi, V. T. and Tonegawa, S. (1983). A tissue-specific transcription enhancer element is located in the major intron of rearranged immunoglobulin heavy chain gene. Cell 33: 717–728.

Lusky, M., and M. Botchan. 1981. Inhibition of SV40 replication in simian cells by specific pBR322 DNA sequences. Nature 293: 79–81.

Hoffmann, J. W., Steffen, D., Gusella, J., Tabin, C. Bird, S., Cowing, D., and Weinberg R. A., 1982. DNA methylation affecting the expression of murine leukemia proviruses. J. Virol 44: 144–157.

Hamer, D., and Walling, M (1982). Regulation in vivo of a cloned mammalian gene: cadmium induces the transcription of a mouse metallothionein gene in SV40 vectors. J. Mol. Appl. Genet. 1: 273–288.

Harris, T. J., Patel, J., Stephens. P., Kenten, J. Marston, F. A., Little, s., Emtage, J. S., Opdenakker, G., Volckaert, G., Rombauts, U., Billau, A., and De Somer, P. 1986. Cloning of cDNA coding for human tissue plasminogen activator and its expression in recombinant prokaryotic and eukaryotic cells.

Glanville, N., Durnam D. M., and Palmiter R. D., 1981. Structure of mouse metallothionein-I gene and its mRNA Nature 292: 267–269.

Gorman, C. M., Merlino, G. T., Willingham M. C., Pastan, I. and Howard, B. M., 1982. The Rous Sarcoma virus long terminal repeat is a strong promoter when introduced into a variety of eukaryotic cells by DNA-mediated transfection. Proc. Natl. Acad. Sci. USA 79: 6777–6781. Kohler, G., Howe, S. C., and Milstein, C. (1976). Eur. J. Immunol. 6: 292.

Schimke, R. T. Gene amplification in cultured animal cells (1984) Cell 37: 705–713.

Kaufman, R. J., Wasley, L. C., Spiliotes, A. J., Gossels, S. D., Latt, S. A., Larsen, G. A. and Kay, R. M. (1983) Mol. Cell. Biol. 5: 1750–1759.

5,981,216

## 13

Morrison, S. L., and Oi, V. T., Transfer and expression of immunoglobulin genes (1984) Ann. Rev. Immunol. 2: 239–256.

The cell-lines indicated at page 5 of the specification of this application are on deposit at the American Type Culture Collection, 12301 Parklawn drive, Rockville, Md. 20852, United States of America.

The deposition details are as follows:

| Accession Number | Date of Deposition |
|---|---|
| ATCC CRL 1581 | Oct. 22, 1980 |
| ATCC CRL 1662 | Mar. 19, 1982 |
| TIB 18 | Nov. 10, 1981 |

The cell-lines were not deposited by the applicants and no representation is hereby made that the cell-lines are available as of right to the public by virtue of the depositions.

We claim:

1. A process for producing a eukaryotic polypeptide at a level greater than 1 milligram/liter, wherein the method comprises:

transforming a cell line with a vector comprising a viral promoter operably linked to a gene coding for the eukaryotic polypeptide, wherein the cell line is selected from the group consisting of YB2/3.0-Ag20, SP2/O-AG14 and NSO and the viral promoter is selected from the group consisting of a Rous sarcoma virus long

## 14

terminal repeat, a Moloney murine leukaemia virus long terminal repeat and a Simian virus 40 late promoter; and

culturing the transformed cells under conditions such that expression of the gene and production of the eukaryotic polypeptide occurs in the cells.

2. A process according to claim 1, wherein the viral promoter is the Rous sarcoma virus long terminal repeat.

3. A process according to claim 2, wherein the cell line is YB2/3.0-Ag20.

4. A process according to claim 2, wherein the cell line is SP2/O-Ag14.

5. A process according to claim 1, wherein the viral promoter is the Moloney virus murine leukaemia virus long terminal repeat.

6. A process of claim 5, wherein the cell line is YB2/3.0-Ag20.

7. A process according to claim 5, wherein the cell line is SP2/O-Ag14.

8. A process according to claim 1, wherein the viral promoter is the Simian virus 40 late promoter.

9. A process of claim 8, wherein the cell line is YB2/3.0-Ag20.

10. The process according to claim 8, wherein the cell line is SP2/O-Ag14.

*    *    *    *    *

JS 44   (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

LONZA GROUP AG

## DEFENDANTS

NORTHWEST BIOTHERAPEUTICS, INC.

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Philip A. Rovner, Esq. (#3215) provner@potteranderson.com
Potter Anderson & Corroon LLP, Hercules Plaza
P.O. Box 951, Wilmington, DE 19899
(302) 984-6000

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

### CONTRACT
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability

### TORTS
**PERSONAL INJURY**
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury

**PERSONAL INJURY**
- 362 Personal Injury— Med. Malpractice
- 365 Personal Injury— Product Liability
- 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

### REAL PROPERTY
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

### CIVIL RIGHTS
- 441 Voting
- 442 Employment
- 443 Housing/ Accommodations
- 444 Welfare
- 440 Other Civil Rights

### PRISONER PETITIONS
- 510 Motions to Vacate Sentence
  Habeas Corpus:
- 530 General
- 535 Death Penalty
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition

### FORFEITURE/PENALTY
- 610 Agriculture
- 620 Other Food & Drug
- 625 Drug Related Seizure of Property 21 USC
- 630 Liquor Laws
- 640 R.R. & Truck
- 650 Airline Regs.
- 660 Occupational Safety/Health
- 690 Other

### LABOR
- 710 Fair Labor Standards Act
- 720 Labor/Mgmt. Relations
- 730 Labor/Mgmt.Reporting & Disclosure Act
- 740 Railway Labor Act
- 790 Other Labor Litigation
- 791 Empl. Ret. Inc. Security Act

### BANKRUPTCY
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- 820 Copyrights
- [x] 830 Patent
- 840 Trademark

### SOCIAL SECURITY
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

### FEDERAL TAX SUITS
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce/ICC Rates/etc.
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 810 Selective Service
- 850 Securities/Commodities/ Exchange
- 875 Customer Challenge 12 USC 3410
- 891 Agricultural Acts
- 892 Economic Stabilization Act
- 893 Environmental Matters
- 894 Energy Allocation Act
- 895 Freedom of Information Act
- 900 Appeal of Fee Determination Under Equal Access to Justice
- 950 Constitutionality of State Statutes
- 890 Other Statutory Actions

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

This is an action for patent infringement arising out of the patent laws of the United States of America, 35 U.S.C. Section 1, et seq.

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE 7-27-07

SIGNATURE OF ATTORNEY OF RECORD

### FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

JS 44 Reverse  (Rev. 12/96)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44

### Authority For Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

I.     **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations.  If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

      (b.) County of Residence.  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing.  In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing.  (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

      (c) Attorneys.  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.     **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes.  If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States, are included here.

United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States.  In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked.  (See Section III below; federal question actions take precedence over diversity cases.)

III.     **Residence (citizenship) of Principal Parties.** This section of the JS-44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

IV.     **Nature of Suit.** Place an "X" in the appropriate box.  If the nature of suit cannot be determined, be sure the cause of action, in Section IV below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit.  If the cause fits more than one nature of suit, select the most definitive.

V.     **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings.  (1) Cases which originate in the United States district courts.

Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.  When the petition for removal is granted, check this box.

Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.

Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.

Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a)  Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.  When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment.  (7) Check this box for an appeal from a magistrate judge's decision.

VI.     **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause.

VII.     **Requested in Complaint.** Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand.  In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.     **Related Cases.** This section of the JS-44 is used to reference related pending cases if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.**  Date and sign the civil cover sheet.

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. $= 0\ 7 - 4\ ^6\ 7 -$

## ACKNOWLEDGMENT
## OF  RECEIPT  FOR AO FORM  85

### *NOTICE OF AVAILABILITY OF A*
### *UNITED STATES MAGISTRATE JUDGE*
### *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _____ COPIES OF AO FORM 85.

JUL 2 7 2007
_____
(Date forms issued)

_____
(Signature of Party or their Representative)

Shane Hardlin
_____
(Printed name of Party or their Representative)

**Note: Completed receipt will be filed in the Civil Action**