IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LONZA GROUP AG,        )<br>                          )<br>     Plaintiff,           )<br>                          )<br>     v.                   )<br>                          )  Civil Action No.: _____<br>NORTHWEST BIOTHERAPEUTICS, INC.,  )<br>                          )<br>     Defendant.           ) | |

### LONZA GROUP AG'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Lonza Group AG states that it has no parent corporation and that no other publicly held corporation owns 10% or more of its stock.

POTTER ANDERSON & CORROON LLP

By: _____
Philip A. Rovner (#3215)
Hercules Plaza
P.O. Box 951
Wilmington, Delaware  19899
(302) 984-6000
provner@potteranderson.com

Robert P. Fletcher
Jeffery A. Lindeman
Lawrence M. Sung
NIXON PEABODY LLP
401 9th Street, N.W., Suite 900
Washington, DC 20004-2128
(202) 585-8000
rfletcher@nixonpeabody.com

Dated: July 27, 2007

*Attorneys for Plaintiff Lonza Group AG*