IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LONZA GROUP AG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. No. 07-467 (GMS) |
| | ) |
| NORTHWEST BIOTHERAPEUTICS, INC., | ) (Demand for Jury Trial) |
| | ) |
| Defendant. | ) |

## NORTHWEST BIOTHERAPEUTICS, INC.'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Northwest Biotherapeutics, Inc., a nongovernmental corporate party organized and existing under the laws of the State of Delaware, states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

*Anne Shea Gaza*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700

OF COUNSEL:

Dane H. Butswinkas
Adam L. Perlman
David I. Berl
Stanley E. Fisher
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

*Attorneys for Northwest Biotherapeutics, Inc.*

Dated: November 27, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2007 I caused to be served by electronic mail and hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Philip A. Rovner
> Potter Anderson & Corroon LLP
> 1313 N. Market Street
> P. O. Box 951
> Wilmington, DE 19899-0951
> provner@potteranderson.com

I hereby certify that on November 27, 2007, I caused to be sent by Federal Express the foregoing document to the following non-registered participant:

> Robert P. Fletcher
> Nixon Peabody LLP
> 401 9th Street, N.W., Suite 900
> Washington, DC 20004-2128
> rfletcher@nixonpeabody.com

*Anne Shea Gaza*
Anne Shea Gaza (#4093)
gaza@rlf.com