IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LONZA GROUP AG, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 07-467 (GMS) |
| NORTHWEST BIOTHERAPEUTICS, INC., | ) ) |
| Defendant. | ) ) |

### JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff Lonza Group AG and Defendant/Counterclaimant, Northwest Biotherapeutics, Inc., hereby stipulate pursuant to Rules 41(a) and (c) of the Federal Rules of Civil Procedure to the dismissal of all claims and counterclaims in this action without prejudice. Each party shall bear its own costs and attorney fees incurred in connection with this Civil Action No. 07-467 (GMS).

POTTER ANDERSON & CORROON LLP        RICHARDS LAYTON & FINGER P.A.

By: /s/ Philip A. Rovner
    Philip A. Rovner (#3215)
    Hercules Plaza
    P.O. Box 951
    Wilmington, Delaware 19899
    (302) 984-6000
    provner@potteranderson.com

Attorneys for Lonza Group AG

By: /s/ Frederick L. Cottrell, III
    Frederick L. Cottrell, III (#2555)
    Anne Shea Gaza (#4093)
    One Rodney Square
    920 N. King Street
    Wilmington, DE 19801
    (302) 651-7700
    cottrell@rlf.com
    gaza@rlf.com

Attorneys for Northwest Biotherapeutics, Inc.

- 2 -

Of Counsel:

Robert P. Fletcher
Jeffery A. Lindeman
Nixon Peabody LLP
401 9th Street, N.W., Suite 900
Washington, DC 20004-2128
(202) 585-8000

Of Counsel:

Dane H. Butswinkas
Adam L. Perlman
David L. Berl
Stanley E. Fisher
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005
(202) 434-5000

Dated: November 28, 2007

834283